DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:   (212) 701-5800
Marshall S. Huebner
Timothy Graulich

*Attorneys for Delta Air Lines, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | : |
|  | : Case No. 20-11254 (JLG) |
| Debtors.[1] | : |
|  | : Joint Administration Pending |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned proceedings as counsel for Delta Air Lines, Inc. ("**Delta**"), and requests, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy

---

[1] The "Debtors" in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96- 847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76- 9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014). For the purpose of these chapter 11 cases, the service address for the Debtors is: 6500 NW 22nd Street, Miami, FL 33131.

Procedure, Rule 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned proceeding, and all papers served or required to be served in connection therewith, be given and served upon:

>   Marshall S. Huebner
>   Timothy Graulich
>   Davis Polk & Wardwell LLP
>   450 Lexington Avenue
>   New York, New York 10017
>   Telephone:   (212) 450-4000
>   Facsimile:   (212) 701-5800
>   Email:       LATAM.routing@davispolk.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in this proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Delta. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Delta's substantive or procedural rights, including without limitation: (i) Delta's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Delta's right to trial by jury in any proceeding so triable herein or in any case, controversy or

proceeding related hereto; (iii) Delta's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, all of which Delta expressly reserves.

Dated: New York, New York
         May 26, 2020

By:   */s/ Marshall S. Huebner*
      Marshall S. Huebner
      Timothy Graulich

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for Delta Air Lines, Inc.*