UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:
    LATAM Airlines Group S.A., et al.,

                      Debtor

---------------------------------------------------------------x

                      Plaintiff

                      v.

                      Defendant

---------------------------------------------------------------x

Case No.: 20-11254-jlg
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Thomas M. Byrne, request admission, *pro hac vice*, before the Honorable James L. Garrity Jr., to represent Thales Avionics, Inc., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

    ***I certify that I am a member in good standing*** of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court for the Northern District of Georgia.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 07/23/2020
Atlanta, GA

/s/ Thomas M. Byrne
*Mailing Address*:

Eversheds Sutherland (US) LLP
999 Peachtree St., NE, Suite 2300
Atlanta, GA 30309-3996
*E-mail address*: tombyrne@eversheds-sutherland.com
*Telephone number*: (404) 853-8026