# EXHIBIT 2

FOJA: 6 .-  seis .-

NOMENCLATURA : 1. [445]Mero trámite
JUZGADO : 25 º Juzgado Civil de Santiago
CAUSA ROL : C-8903-2020
CARATULADO : AGRECU/LATAM AIRLINES GROUP S.A.

Santiago, diecisiete de Julio de dos mil veinte

A folio 8:

A lo principal y primer otrosí: atendido el claro tenor de la letra a) del número 1) del artículo 319 de la ley 20.720, el que se refiere a *"acciones o procedimientos individuales"*, por lo que no cabe su aplicación al presente proceso, y teniendo en consideración la protección del interés colectivo de los consumidores en que se funda la demanda, no ha lugar a la suspensión solicitada;

Al segundo otrosí: ténganse por acompañados, con citación;

Al tercer otrosí: ténganse por acompañadas las traducciones, bajo el apercibimiento del inciso segundo del artículo 347 del Código de Procedimiento Civil;

Al cuarto otrosí: téngase presente y por acompañada, con citación;

Al quinto otrosí: téngase presente el patrocinio y poder. Csp

En **Santiago,** a **diecisiete** de **Julio de dos mil veinte** , se notificó por el estado diario, la resolución precedente.



SUSANA ELIZABETH RODRIGUEZ
MUÑOZ
Fecha: 17/07/2020 16:10:36

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl o en la tramitación de la causa.
A contar del 05 de abril de 2020, la hora visualizada corresponde al horario de invierno establecido en Chile Continental. Para la Región de Magallanes y la Antártica Chilena sumar una hora, mientras que para Chile Insular Occidental, Isla de Pascua e Isla Salas y Gómez restar dos horas. Para más información consulte http://www.horaoficial.cl