# EXHIBIT 5

FOJA: 43 .-    cuarenta y tres .-

| | |
|---|---|
| NOMENCLATURA | : 1. [445]Mero trámite |
| JUZGADO | : 25º Juzgado Civil de Santiago |
| CAUSA ROL | : C-8903-2020 |
| CARATULADO | : AGRECU/LATAM AIRLINES GROUP S.A. |

Santiago, cinco de Octubre de dos mil veinte

A folio 39:

A lo principal, primer, segundo, tercer y cuarto otrosí: atendido lo dispuesto en el inciso primero y cuarto del artículo 53 de la ley n° 19.946 y de los antecedentes contenidos en las publicaciones acompañadas por el demandante a folio 32, no ha lugar a la solicitud, por encontrarse latamente vencido el plazo que le otorga la ley para hacer su alegación.

Al quinto otrosí: téngase por acompañado, con citación.

Al sexto otrosí: ténganse presente el patrocinio y poder.

A folio 40: téngase presente lo expuesto y estese a lo ya resuelto precedentemente.

Resolviendo derechamente el acuerdo presentado por ambas partes, a folio 38: estimando el Tribunal que el acuerdo conciliatorio antes referido, no contiene cláusulas contrarias a derecho ni arbitrariamente discriminatorias, téngase presente y por aprobado en todo aquello que no fuere contrario a derecho. Regístrese.

Atendido lo dispuesto en el inciso undécimo del artículo 52 de la Ley de Protección de los Derechos de los Consumidores, tenga la presente resolución valor de equivalente jurisdiccional, para todos los efectos legales, en especial para los establecidos en el artículo 54 de la misma ley.

Practíquense las publicaciones pertinentes, de conformidad con lo previsto en el inciso tercero de esta última norma, a fin de poner este acuerdo en conocimiento de todos aquellos que hayan sido perjudicados por los mismos hechos y para que puedan reclamar el cobro de las indemnizaciones o el cumplimiento de las reparaciones que correspondan. csp

RESOLVIÓ DOÑA SUSANA RODRÍGUES MUÑOZ, JUEZA.

En Santiago, a cinco de Octubre de dos mil veinte , se notificó por el estado diario, la resolución precedente.

SUSANA ELIZABETH RODRIGUEZ MUÑOZ
Fecha: 05/10/2020 17:07:06



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl o en la tramitación de la causa.
A contar del 06 de septiembre de 2020, la hora visualizada corresponde al horario de verano establecido en Chile Continental. Para Chile Insular Occidental, Isla de Pascua e Isla Salas y Gómez restar 2 horas. Para más información consulte http://www.horaoficial.cl