# EXHIBIT 9

FOJA: 59 .-  cincuenta y nueve .-

| | |
|---|---|
| NOMENCLATURA | : 1. [445]Mero trámite |
| JUZGADO | : 25º Juzgado Civil de Santiago |
| CAUSA ROL | : C-8903-2020 |
| CARATULADO | : AGRECU/LATAM AIRLINES GROUP S.A. |

Santiago,  diecinueve  de Octubre de dos mil veinte

 Teniendo presente, lo dispuesto en la norma establecida en el artículo 199 del Código Orgánico de Tribunales, en razón del estudio directo del proceso digital, con motivo de las solicitudes en tramitación y pendientes de resolver, esta Jueza ha advertido que se considera comprendida en la causal  de recusación del numeral quinto del artículo 196 del ya citado código, motivo por el cual pongo esta situación en conocimiento de todos los litigantes e intervinientes en el juicio, en razón de tener la calidad de acreedora de la parte demandada en estos autos, en virtud de un paquete turístico que a mediados del año anterior compré a la empresa despegar.com que – entre otros servicios- incluía pasaje de avión.

 Por la razón antes indicada y de acuerdo al estado de tramitación de esta causa, de acuerdo a lo establecido en el artículo 199 inciso primero del Código Orgánico de Tribunales, en relación  a la parte final de lo dispuesto en el artículo 125 del Código de Procedimiento Civil, me declaro inhabilitada para continuar funcionando, por la causal de recusación ya indicada.

 Susana Rodríguez Muñoz, Jueza.



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl o en la tramitación de la causa.
A contar del 06 de septiembre de 2020, la hora visualizada corresponde al horario de verano establecido en Chile Continental. Para Chile Insular Occidental, Isla de Pascua e Isla Salas y Gómez restar 2 horas. Para más información consulte http://www.horaoficial.cl

SUSANA ELIZABETH RODRIGUEZ MUÑOZ
Fecha: 19/10/2020 10:09:12