# EXHIBIT 10

**Tribunal**: 25° Juzgado de Letras en lo Civil de Santiago
**Rol**: C-8.903-2020
**Carátula**: "*AGRECU con LATAM Airlines Group S.A.*"
**Cuaderno**: Principal
_____

Téngase presente respecto de constancia de inhabilidad.

### S.J.L. Civil (25°) de Santiago

José Miguel Huerta Molina, abogado, en calidad de mandatario judicial de **LATAM Airlines Group S.A.** ("LATAM"), en autos caratulados "*AGRECU con LATAM Airlines Group S.A.*", rol C-8.903-2020, a S.S. respetuosamente digo:

Mediante resolución fecha 19 de octubre de 2020 (folio 56), se puso en conocimiento de las partes la constancia de inhabilidad de folio 55. En dicha actuación la señora jueza titular de este tribunal, doña Susana Rodríguez Muñoz, dejó constancia que en relación con ella podría concurrir la causal de recusación del numeral quinto del artículo 196 del Código Orgánico de Tribunales.

Al respecto, sin perjuicio que a nuestro juicio no concurren los supuestos de hecho para que se configure la causal invocada, en virtud del artículo 125 del Código de Procedimiento Civil, esta parte renuncia a solicitar la recusación de la señora jueza titular de este tribunal, doña Susana Rodríguez Muñoz.

### Por tanto,

**A S.S. respetuosamente pido:** tenerlo presente.

JOSE MIGUEL HUERTA MOLINA
Firmado digitalmente por JOSE MIGUEL HUERTA MOLINA
Fecha: 2020.10.21 12:53:10 -03'00'