**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY 10019-6079
Telephone (212) 752-8000
Facsimile (212) 752-8393
Jacob Frumkin, Esq.
jfrumkin@coleschotz.com
Matteo Percontino, Esq.
mpercontino@coleschotz.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LATAM Airlines Group S.A., *et al.*, | : | Case No. 20-11254 (JLG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, Cole Schotz P.C. hereby enters its appearance as counsel for Retail in Motion Latin America SpA (Ecuador), Retail in Motion Latin America SpA (Chile), Retail in Motion Latin America SpA Sucursal Colombiana, Retail in Motion Latin America SpA Sucursal

---

[1] The "Debtors" in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96- 847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines

del Peru, Servcater International Ltda., Sky Chefs de Chile, LSG Sky Chefs South Africa (Pty) Ltd., LSG Sky Chefs New Zealand Limited, and Sky Chefs de Mexico, S.A. de C.V., and requests that all notices given or required to be given in these cases, and all pleadings and other papers served, or required to be served, in these cases, be delivered to and served upon each of the counsel listed below, at the following addresses, e-mails and telephone numbers, and further request to be added to any mailing list maintained by the Court:

> COLE SCHOTZ P.C.
> 1325 Avenue of the Americas
> 19th Floor
> New York, NY 10019-6079
> Jacob S. Frumkin, Esq.
> Telephone: (646) 563-8944
> Facsimile: (646) 563-7944
> Email: jfrumkin@coleschotz.com
>
> -and-
>
> COLE SCHOTZ P.C.
> 25 Main Street
> Court Plaza North
> Hackensack, NJ 07601
> Matteo Percontino, Esq.
> Telephone: (201) 525-6298
> Email: mpercontino@coleschotz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or otherwise, which affect or seek to affect in any way the Debtors or their property and/or property of the estates.

---

Services Inc. (65-0623014). For the purpose of these chapter 11 cases, the service address for the Debtors is: 6500

| | |
|---|---|
| DATED: New York, New York<br>December 21, 2020 | **COLE SCHOTZ P.C.**<br><br>By: */s/ Jacob S. Frumkin*<br>　　Jacob S. Frumkin<br><br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019-6079<br>Telephone (646) 563-8944<br>Facsimile (646) 563-7944<br>Email: jfrumkin@coleschotz.com<br><br>-and-<br><br>**COLE SCHOTZ P.C.**<br>25 Main Street<br>Court Plaza North<br>Hackensack, NJ 07601<br>Matteo Percontino, Esq.<br>Telephone: (201) 525-6298<br>Facsimile: (201) 678-6298<br>Email: mpercontino@coleschotz.com<br><br>*Attorneys for* Retail in Motion Latin America SpA (Ecuador), Retail in Motion Latin America SpA (Chile), Retail in Motion Latin America SpA Sucursal Colombiana, Retail in Motion Latin America SpA Sucursal del Peru, Servcater International Ltda, Sky Chefs de Chile, LSG Sky Chefs South Africa (Pty) Ltd., LSG Sky Chefs New Zealand Limited, and Sky Chefs de Mexico, S.A. de C.V. |

NW 22nd Street, Miami, FL 33131.

# CERTIFICATION OF SERVICE

I certify that on December 21, 2020, this office caused the within Notice of Appearance and Request for Service of Papers to be served on the Clerk of the United States Bankruptcy Court for the Southern District of New York, via electronic filing. Upon information and belief, all parties receiving notification of filing via the Court's CM/ECF system received notice of the above-referenced pleading via electronic service.

*/s/ Jacob S. Frumkin*
Jacob S. Frumkin

DATED: December 21, 2020