UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                                      Chapter 11

LATAM Airlines Group, S.A., *et al.1*                                      Case No. 20-11254 (JLG)


                                    Debtor.
-------------------------------------------------------------------x

## **WITHDRAWAL OF PROOF OF CLAIM NUMBER 300**

Associated Energy Group, LLC, by and through its undersigned counsel, hereby withdraws its proof of claim filed in the above-captioned matter on July 2, 2020, designated as claim number 300.

Dated: January 22, 2021

                                **FOX ROTHSCHILD LLP**


                                By:  */s/ Michael R. Herz*
                                        Michael R. Herz
                                        101 Park Avenue, 17th Floor
                                        New York, NY 10178
                                        Telephone: (212) 878-7900
                                        E-mail: mherz@foxrothschild.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98- 0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76- 9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65- 0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

118804899.v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided on January 22, 2021 via Transmission of Notice of Electronic Filing generated through CM/ECF on all parties of record.

By: */s/ Michael R. Herz*

Dated: January 22, 2021

118804899.v1