Andrew K. Glenn
Shai Schmidt
Rich Ramirez
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
55 Hudson Yards
20th Floor
New York, New York 10001
Telephone: (212) 358-5600

*Counsel to the Ad Hoc Committee of Shareholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 20-11254 (JLG) |
| LATAM Airlines Group S.A., *et al.*,[1] | ) |
| Debtors. | ) Jointly Administered ) ) |

# CERTIFICATE OF SERVICE

I, NAZNEN RAHMAN, certify under penalty of perjury, that on August 23, 2021, a true and correct copy of the *Ad Hoc Committee of Shareholders' Omnibus (I) Reply in Support of Motion for Entry of Order Authorizing and Directing Discovery From Debtors Pursuant to Rule*

---

[1] The Debtors in these Chapter 11 Cases (as defined herein), along with the last four digits of each Debtor's U.S. or local tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98- 0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76- 9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65- 0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

*2004 of the Federal Rules of Bankruptcy Procedure and (II) Limited Objection to Proposed Order Appointing Mediator and Establishing Procedures for Mediation* [Docket No. 3002] was filed electronically with the Clerk of the Court using the CM/ECF system, and all interested parties of record were electronically served via CM/ECF. I further certify that on August 23, 2021, a true and correct copy of the foregoing filing was served via electronic mail upon those parties identified on the service list attached hereto as <u>Exhibit A</u>. I further certify that on August 24, 2021, true and correct copies of the foregoing filing were served via hand delivery upon the party identified on the service list attached hereto as <u>Exhibit B</u>. I further certify that on August 24, 2021, true and correct copies of the foregoing filing were served via First Class Mail upon the parties identified on the service list attached hereto as <u>Exhibit C</u>.

Dated: August 25, 2021
      New York, New York

                                                       <u>/s/ Naznen Rahman</u>
                                                          Naznen Rahman

## Exhibit A

## Via E-mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Corporación Nacional de Consumidores y Usuarios de Chile | Adam L. Rosen PLLC | Attn: Adam L. Rosen | adam.rosen@alrcounsel.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Aerospace Turbine Services & Solutions | Attn: Mansoor Janahi | MJanahi@tssaero.ae |
| Counsel to Air Canada | Air Canada Center | Attn: Louise-Hélène Sénécal, Isabelle Hogue | Louise-Helene.Senecal@aircanada.ca |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Aircraft Loan Agreement, Natixis as Agent | Attn: Andrew Young Okana Nsiawi | andrew.okana@natixis.com |
| Counsel to Qatar Airways Investments (UK) Ltd. | Alston & Bird LLP | Attn: Gerard S. Catalanello, Esq., James J. Vincequerra, Esq. | Gerard.Catalanello@alston.com James.Vincequerra@alston.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | American Express Travel Related Services Company, Inc | Attn: Liliana Gutierrez | liliana.w.gutierrez@aexp.com |
| Counsel to American Express Travel Related Services Company, Inc. and certain of its affiliates, including, without limitation, American Express National Bank | Arnall Golden Gregory LLP | Attn: Darryl S. Laddin, Frank N. White | darryl.laddin@agg.com frank.white@agg.com |
| Counsel to Banco Itaucard S.A. and Banco do Brasil S.A. | Baker & McKenzie LLP | Attn: Frank Grese | frank.grese@bakermckenzie.com |
| Counsel to Banco Itaucard S.A. and Banco do Brasil S.A. | Baker & McKenzie LLP | Attn: Paul J. Keenan Jr., Daniela Fonseca Puggina | paul.keenan@bakermckenzie.com daniela.fonsecapuggina@bakermckenzie.com |
| Counsel to Aero Miami I, LLC | Ballard Spahr LLC | Attn: Leslie C. Heilman, Esq. Laurel D. Roglen, Esq. | heilmanl@ballardspahr.com roglenl@ballardspahr.com |
| Counsel to Aero Miami I, LLC | Ballard Spahr LLC | Attn: Lindsey Zionts, Esq. | ziontsl@ballardspahr.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco Bradesco S.A. | Attn: Leon L. Albuquerque e Sousa | leon.sousa@bradesco.com.br |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco BTG Pactual Chile, as Agent | Attn: Rodrigo Oyarzo | Rodrigo.Oyarzo@btgpactual.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco de Credito del Perú | Attn: Kristel Vasquez Guzmán | kristelvasquezg@bcp.com.pe |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco del Estado de Chile | Attn: Francesca Gardella | fgarde@bancoestado.cl |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco do Brasil S.A. | Attn: Rodrigo Szabo Luiz | rodrigoszabo@bb.com.br |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco Itaú Unibanco S.A. | Attn: Michele do Carmo | michele.santo@itau-unibanco.com.br diego.aguiar@itaubba.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco Santander Chile | Attn: Maria Soledad Schuster | mariasoledad.schuster@santander.cl |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco Santander Madrid | Attn: Luis Casero Ynfiesta | luis.casero@gruposantander.com |
| Counsel to BancoEstado | BancoEstado | Attn: Francesca Gardella, Pedro González, Ignacio Cárdenas, Eduardo González, Hernán Arret, Macarena González, Daniel Yudilevichdyudilev, Javier Zaldivar, Loreto Ramirez | fgarde@bancoestado.cl pgonza14@bancoestado.cl icarden1@bancoestado.cl egonzal2@bancoestado.cl harretx@bancoestado.cl mgonza02@bancoestado.cl dyudilev@bancoestado.cl fzaldiva@bancoestado.cl lramire9@bancoestado.cl |
| Counsel to TravelSky Technology USA Ltd. | Barnes & Thornburg LLP | Attn: Gary Owen Caris | gcaris@btlaw.com |
| Counsel to TravelSky Technology USA Ltd. | Barnes & Thornburg LLP | Attn: Niraj J. Parekh | nparekh@btlaw.com |
| Counsel to Gogo Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esquire | kcapuzzi@beneschlaw.com |
| Counsel to Gogo Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Esquire | mbarrie@beneschlaw.com |
| Counsel to Subsequent Debtors Top Secured Creditors | BNP Paribas | Attn: Ahsan Avais | Ahsan.AVAIS@us.bnpparibas.com |
| Attorneys for Sodexo, Inc. and Sodexo Operations, LLC | Bond, Schoeneck & King, PLLC | Attn: Camille W. Hill | hillc@bsk.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | BP p.l.c (Air BP) | Attn: John Platt, CEO | airbpoutofhours@bp.com |
| Counsel to Aeritas, LLC | Bragar Eagel & Squire, P.C. | Attn: Lawrence P. Eagel | eagel@bespc.com |
| Counsel to SAP Chile Limitada, and its affiliates including Quadrem Chile Limitada and SuccessFactors, Inc. | Brown & Connery, LLP | Attn: Julie F. Montgomery | jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to The Bank of New York Mellon, as Trustee | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq., Leonardo Trivigno, Esq. | bankruptcy@clm.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Attorneys for DFASS Group and its affiliates (t/a 3Sixty Duty Free & More) | Chiesa Shahinian & Giantomasi PC | Attn: Michael R. Caruso | mcaruso@csglaw.com |
| Counsel to Subsequent Debtors Top Secured Creditors | Citibank, N.A., Loan Administration | Attn: Michael Leonard | michael.leonard@citi.com |
| Counsel to the Debtors and Debtors in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Richard J. Cooper, Lisa M. Schweitzer, Luke A. Barefoot, Thomas S. Kessler, David Z. Schwartz, Andrew Weaver, Jeffrey A. Rosenthal, Lina Bensman, Kylie M. Huff; Brad Lenox, Lyuba Shamailova, Ryan F. Monahan, Thomas Q. Lynch, Drew Kramer, Kimberly Black, Christian Ribeiro, Alexandra Lotty | rcooper@cgsh.com lschweitzer@cgsh.com lbarefoot@cgsh.com tkessler@cgsh.com dschwartz@cgsh.com aweaver@cgsh.com jrosenthal@cgsh.com lbensman@cgsh.com kmhuff@cgsh.com blenox@cgsh.com lshamailova@cgsh.com rmonahan@cgsh.com tlynch@cgsh.com drkramer@cgsh.com kblack@cgsh.com cribeiro@cgsh.com alotty@cgsh.com |
| Counsel to oneworld Management Company, Inc | Cole Schotz P.C. | Attn: Jacob S. Frumkin, Esq. | jfrumkin@coleschotz.com |
| Counsel to oneworld Management Company, Inc | Cole Schotz P.C. | Attn: Michael S. Weinstein, Esq., Matteo Percontino, Esq. | mweinstein@coleschotz.com mpercontino@coleschotz.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | COMANDO DA AERONAUTICA | Attn: Major Brigadeiro do Ar Walcyr Josué de Castilho Araújo | Walcyrwjca@decea.gov.br |
| Counsel to Amerijet International, Inc. | Cozen O'Connor | Attn: Frederick E. Schmidt, Jr. | eschmidt@cozen.com |
| Counsel to Amerijet International, Inc. | Cozen O'Connor | Attn: Marla Benedek | mbenedek@cozen.com |
| Top 5 Secured Creditor | Credit Agricole Corporate and Investment Bank | Attn: Justine Ventrelli / Claire Vacca | alex.averbukh@ca-cib.com yuriy.tsyganov@ca-cib.com isabelle.piron@ca-cib.com catherine.escal@ca-cib.com philippe.hoang@ca-cib.com claire.vacca@ca-cib.com |
| Counsel to Topcast Aviation USA, Inc. | Cullen and Dykman LLP | Attn: Thomas R. Slome | tslome@cullenllp.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Amadeus IT Group, S.A. | David R. Softness, P.A. | Attn: David R. Softness, Esq. | david@softnesslaw.com |
| Counsel to Delta Air Lines, Inc. | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Timothy Graulich, Lara Samet Buchwald, Adam L. Shpeen | LATAM.routing@davispolk.com<br>adam.shpeen@davispolk.com |
| Proposed Counsel to Official Committee of Unsecured Creditors of LATAM Airlines Group, S.A. | Dechert LLP | Attn: Allan S. Brilliant, Craig P. Druehl, David A. Herman, Gary J. Mennitt, Benjamin M. Rose | allan.brilliant@dechert.com<br>craig.druehl@dechert.com<br>david.herman@dechert.com<br>gary.mennitt@dechert.com |
| Counsel to Decolar.com Ltda., and affiliated entities | Dentons US LLP | Attn: Andrew S. Azarmi | andrew.azarmi@dentons.com |
| Counsel to Decolar.com Ltda., and affiliated entities | Dentons US LLP | Attn: Lauren Macksoud | lauren.macksoud@dentons.com |
| Counsel to Globant S.A. and its affiliates | DLA Piper LLP (US) | Attn: Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Elavon Financial Services DAC (UK Branch), Elavon Canada Company, U.S. Bank National Association, and U.S. Bank National Association, acting through its Canadian branch | Dorsey & Whitney LLP | Attn: Natasha Wells | wells.natasha@dorsey.com |
| Counsel to Elavon Financial Services DAC (UK Branch), Elavon Canada Company, U.S. Bank National Association, and U.S. Bank National Association, acting through its Canadian branch | Dorsey & Whitney LLP | Attn: Samuel S. Kohn | kohn.sam@dorsey.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | ECA - Aircraft Loan Agreement, Banco Santander, as Agent | Attn: Juan Suárez Romero | juan.suarez@santander.cl |
| Counsel to Thales Avionics, Inc. | Eversheds Sutherland (US) LLP | Attn: Thomas M. Byrne | tombyrne@eversheds-sutherland.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | EXIM - Aircraft Loan Agreement, Citibank, N.A., Loan Administration | Attn: Michael Leonard | michael.leonard@citi.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | EXIM - Aircraft Loan Agreement, Société Générale, as Agent | Attn: Arnaud Drapeau | arnaud.drapeau@sgcib.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | EXIM - Aircraft Loan Agreement, Wells Fargo Trust Company, N.A., as Agent | Attn: Sarah Velez, Milica Pjevic, Maria Rada | sarah.velez@wellsfargo.com<br>Milica.Pjevic@wellsfargo.com<br>Maria.Rada@wellsfargo.com |

4

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to BeauTech Power Systems, LLC | Fafinski Mark & Johnson, P.A. | Attn: David E. Runck | david.runck@fmjlaw.com |
| Counsel to Airlines Reporting Corporation | Foley & Lardner LLP | Attn: Derek L. Wright | dlwright@foley.com |
| Counsel to Airlines Reporting Corporation | Foley & Lardner LLP | Attn: Maria Burgess | mburgess@foley.com |
| Counsel to Empresa Nacional de Aeronautica de Chile | Forchelli Deegan Terrana LLP | Attn: Gerard R. Luckman, Gabriella E. Botticelli | gluckman@forchellilaw.com gbotticelli@forchellilaw.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | GE CELMA LTDA | Attn: Edgar Salazar, Volnei Vieira Esteves | edgar.salazar1@ge.com VolneiVieira.Esteves@ge.com |
| Counsel to the Ad Hoc Committee of Shareholders | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K. Glenn, Shai Schmidt, Rich Ramirez | aglenn@glennagre.com sschmidt@glennagre.com rramirez@glennagre.com |
| Counsel to Iron Mountain Information Management, Inc. | Hackett Feinberg P.C. | Attn: Frank F. McGinn | ffm@bostonbusinesslaw.com |
| Counsel to Securitas, S.A., Securitas Airline Services GmbH & Co. KG, Global Security Consulting Group, Inc., Securitas Colombia S.A., Securitas Ecuador CIA LTDA, and Securitas S.A.C. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Jacob T. Schwartz | jschwartz2@hahnhessen.com jfigueiredo@hahnhessen.com |
| Counsel to Worldwide Flight Services, Inc. and certain of its affiliates | Haynes and Boone, LP | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com |
| Counsel to Jamco America, Inc. | Hillis Clark Martin & Peterson P.S. | Attn: Bradley R. Duncan | bradley.duncan@hcmp.com |
| Counsel to Everis Chile S.A. | Hogan Lovells US LLP | Attn: Alex M. Sher | alex.sher@hoganlovells.com |
| Counsel to Everis Chile S.A. | Hogan Lovells US LLP | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com |
| Counsel to Repsol | Hogan Lovells US LLP | Attn: Christopher R. Donoho | chris.donoho@hoganlovells.com |

5

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Sky High XXIV Leasing Limited, Sky High XXV Leasing Limited, Shenton Aircraft Leasing 3 (Ireland) Limited, SMBC Aviation Capital Limited, Bank of Utah (not in its individual capacity but solely as owner trustee under certain Trust Agreements), Wells Fargo Trust Company, National Association (not in its individual capacity but solely as owner trustee under certain Trust Agreements), NBB-6670 Lease Partnership, NBB Crow Co., Ltd., ECAF I 40589 DAC, NBB Cuckoo Co., Ltd., NBB-6658 Lease Partnership, NBB Redstart Co., Ltd., NBB Grosbeak Co., Ltd., NBB Sao Paulo Lease Co., Ltd., NBB Rio de Janeiro Lease Co., Ltd. NBB Brasilia Lease LLC and Engine Leasing Finance Corporation | Holland & Knight LLP | Attn: Barbra R. Parlin, Arthur Rosenberg, Marc L. Antonecchia | barbra.parlin@hklaw.com arthur.rosenberg@hklaw.com marc.antonecchia@hklaw.com |
| Counsel to Sky High XXIV Leasing Limited, Sky High XXV Leasing Limited, Shenton Aircraft Leasing 3 (Ireland) Limited, SMBC Aviation Capital Limited, Bank of Utah (not in its individual capacity but solely as owner trustee under certain Trust Agreements), Wells Fargo Trust Company, National Association (not in its individual capacity but solely as owner trustee under certain Trust Agreements), NBB-6670 Lease Partnership, NBB Crow Co., Ltd., ECAF I 40589 DAC, NBB Cuckoo Co., Ltd., NBB-6658 Lease Partnership, NBB Redstart Co., Ltd., NBB Grosbeak Co., Ltd., NBB Sao Paulo Lease Co., Ltd., NBB Rio de Janeiro Lease Co., Ltd. NBB Brasilia Lease LLC and Engine Leasing Finance Corporation | Holland & Knight LLP | Attn: Robert W. Jones & Brian Smith | brian.smith@hklaw.com robert.jones@hklaw.com |
| Counsel to Ad Hoc Group of LATAM Bondholders | Holwell Shuster & Goldberg LLP | Attn: Daniel P. Goldberg, Scott M. Danner, Daniel M. Horowitz | dgoldberg@hsgllp.com sdanner@hsgllp.com dhorowitz@hsgllp.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Wells Fargo Bank Northwest, National Association, not in its individual capacity, but solely as Indenture Trustee under certain Indenture Agreements and Wells Fargo Trust Company, National Association, not in its individual capacity, but solely as Indenture Trustee under certain Indenture Agreements | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman, Christopher Gartman, Elizabeth A. Beitler | katie.coleman@hugheshubbard.com chris.gartman@hugheshubbard.com elizabeth.beitler@hugheshubbard.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | IAE International Aero Engines AG | Attn: Florangel Gutierrez | florangel.gutierrez@pw.utc.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to International Air Transport Association | International Air Transport Association | Attn: John Middleton | middletonj@iata.org |
| Counsel to Subsequent Debtors Top Secured Creditors | Investec Bank PLC | Attn: James Paterson, Lukasz Laski | james.paterson@investec.co.uk Lukasz.Laski@investec.co.uk |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Itaú CorpBanca | Attn: Carlos Irarrazaval | Carlos.Irarrazaval@itau.cl |
| Counsel to Subsequent Debtors Top Secured Creditors | JP Morgan | Attn: Lindsay J Cane | lindsay.j.cane@jpmchase.com |
| Counsel to Tata Consultancy Services Limited | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott | kelliott@kelleydrye.com kdwbankruptcydepartment@kelleydrye.com |
| Proposed Conflicts Counsel for the Official Committee of Unsecured Creditors | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt, Brendan M. Scott, Lauren C. Kiss | tklestadt@klestadt.com bscott@klestadt.com lkiss@klestadt.com |
| Counsel to GAMA Aviation, LLC | KMA Zuckert LLC | Attn: Nicholas E. Pantelopoulos | nep@kmazuckert.com |
| Counsel to the Ad Hoc Group of Parent Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Kenneth H. Eckstein, Douglas H. Mannal, Rachael L. Ringer, Douglas Buckley | keckstein@kramerlevin.com dmannal@kramerlevin.com rringer@kramerlevin.com dbuckley@kramerlevin.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | LATAM 2024 Notes, Bank of New York Mellon, as Trustee | Attn: Peter Lopez | peter.lopez@bnymellon.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | LATAM 2026 Notes, Bank of New York Mellon, as Trustee | Attn: Peter Lopez | peter.lopez@bnymellon.com |
| Debtors | LATAM Airlines Group S.A. | Attn: Helen Warner | helen.warner@latam.com |
| Counsel to American Airlines, Inc. | Latham & Watkins, LLP | Attn: Andrew Sorkin | andrew.sorkin@lw.com |

7

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to American Airlines, Inc. | Latham & Watkins, LLP | Attn: James E. Brandt | james.brandt@lw.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series A, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella | fgarde@bancoestado.cl |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series B, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella | fgarde@bancoestado.cl |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series C, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella | fgarde@bancoestado.cl |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series D, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella | fgarde@bancoestado.cl |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series E, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella | fgarde@bancoestado.cl |
| Counsel to Alliance Ground International, LLC | Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Grace E. Robson, Esq. | grobson@mrthlaw.com |
| Counsel to Agencias Universales S.A. and certain of its Affiliates, OSI South America Holding SpA and certain of its direct or indirect subsidiaries, including EST Expro Servicios, SPA, Seguridad Privada Active Security Company A.S.C. Cia Ltda., SL-Back Office Services S.A., Sociedad de Asesorias y Servicios Integrales San Luis Ltda., Ecoblanc S.A., and HSBC Bank (Chile) | Mayer Brown LLP | Attn: Aaron K. Gavant, Craig E. Reimer, Matthew V. Wargin | agavant@mayerbrown.com creimer@mayerbrown.com mwargin@mayerbrown.com |
| Counsel to Agencias Universales S.A. and certain of its Affiliates, OSI South America Holding SpA and certain of its direct or indirect subsidiaries, including EST Expro Servicios, SPA, Seguridad Privada Active Security Company A.S.C. Cia Ltda., SL-Back Office Services S.A., Sociedad de Asesorias y Servicios Integrales San Luis Ltda. and Ecoblanc S.A. | Mayer Brown LLP | Attn: Youmi Kim, Joaquin M. C de Baca | ykim@mayerbrown.com JCDebaca@mayerbrown.com |
| Counsel to American Sales and Management Organization d/b/a Eulen America | McDermott Will & Emery LLP | Attn: Craig V. Rasile, Gregg A. Steinman | crasile@mwe.com gsteinman@mwe.com dnorthrop@mwe.com sbugliaro@mwe.com |

8

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Larrain Vial Servicios Profesionales Limitada | McDermott Will & Emery LLP | Attn: Timothy W. Walsh, Darren Azman | dazman@mwe.com |
| Counsel to Vitol Inc. | McGuireWoods LLP | Attn: Frank J. Guadagnino | fguadagnino@mcguirewoods.com |
| Counsel to Airport Terminal Management, Inc. | Moritt Hock & Hamroff LLP | Attn: Allison J. Arotsky | aarotsky@moritthock.com |
| Counsel to Subsequent Debtors Top Secured Creditors | Natixis | Attn: Andrew Young Okana Nsiawi | andrew.okana@natixis.com |
| United States Trustee for the Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Brian Masumoto | brian.masumoto@usdoj.gov |
| Counsel to Scotiabank Chile | Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa, Jr., Monica Perrigino, Evan C. Hollander | rdaversa@orrick.com<br>mperrigino@orrick.com<br>LatamNotice@Orrick.com |
| Counsel to Rocket Travel Inc., Agoda Company Pte. Ltd., Agoda International USA LLC., priceline.com LLC, and Kayak Software Corporation | Otterbourg P.C. | Attn: Steven B. Soll | ssoll@otterbourg.com |
| Counsel to Servcater International Ltda., Retail in Motion Latin America SpA (Ecuador), Retail in Motion Latin America SpA (Chile), Retail in Motion Latin America SpA Sucursal Colombiana, Retail in Motion Latin America SpA Sucursal del Peru, Servcater International Ltda., Sky Chefs de Chile, LSG Sky Chefs South Africa (Pty) Ltd., LSG Sky Chefs New Zealand Limited, and Sky Chefs de Mexico, S.A. de C.V. | Pachulski Stang Ziehl & Jones LLP | Attn: Ayala Hassell, Michael Warner | ahassell@pszjlaw.com<br>mwarner@pszjlaw.com |
| Counsel to Servcater International Ltda., Retail in Motion Latin America SpA (Ecuador), Retail in Motion Latin America SpA (Chile), Retail in Motion Latin America SpA Sucursal Colombiana, Retail in Motion Latin America SpA Sucursal del Peru, Servcater International Ltda., Sky Chefs de Chile, LSG Sky Chefs South Africa (Pty) Ltd., LSG Sky Chefs New Zealand Limited, and Sky Chefs de Mexico, S.A. de C.V. | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W Golden | sgolden@pszjlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Teleperformance Colombia S.A.S., Banco del Estado de Chile, in its capacity as indenture trustee under the Chilean Local Bonds Series A through E issued by LATAM Airlines Group S.A. | Paul Hastings LLP | Attn: Harvey A. Strickon, Pedro A. Jimenez, Andrés C. Mena, Douglass E. Barron | harveystrickon@paulhastings.com pedrojimenez@paulhastings.com andresmena@paulhastings.com douglassbarron@paulhastings.com |
| Counsel to The Boeing Company and its Subsidiaries | Perkins Coie LLP | Attn: Alan D. Smith | ADSmith@perkinscoie.com |
| Counsel to The Boeing Company and its Subsidiaries | Perkins Coie LLP | Attn: John D. Penn | jpenn@perkinscoie.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Petróleo Brasileiro S.A. | Attn: RODRIGO MOTTA GUIMARES | rodrigo@br-petrobras.com.br |
| Counsel to Sumitomo Mitsui Banking Corporation, New York Branch | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | dania.slim@pillsburylaw.com |
| Counsel to Sumitomo Mitsui Banking Corporation, New York Branch | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Claims Agent | Prime Clerk, LLC | Attn: Jessica Berman | latamteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to RIU CALIFORNIA LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Counsel to SPCP Access Holdings, LLC, SPCP Institutional Group, LLC and SPCP Luxembourg Strategies S.à r.l. | Pryor Cashman LLP | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com |
| Counsel to Knighthead Capital Management | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Victor Noskov, Debra O'Gorman, Dennis Hranitzky | susheelkirpalani@quinnemanuel.com victornoskov@quinnemanuel.com debraogorman@quinnemanuel.com dennishranitzky@quinnemanuel.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | RAIZEN COMBUSTIVEIS S.A. | Attn: Leonardo Ozorio | Leonardo.Ozorio@raizen.com |
| Counsel to Accenture LLP and Certain of its Affiliates, SITA Information Networking Computing USA, Inc. | Reed Smith LLP | Attn: Christopher A. Lynch, Rebecca K. Tesfaye | clynch@reedsmith.com rtesfaye@reedsmith.com |
| Counsel to Accenture LLP and Certain of its Affiliates | Reed Smith LLP | Attn: Claudia Z. Springer | cspringer@reedsmith.com |
| Counsel to SITA Information Networking Computing USA, Inc. | Reed Smith LLP | Attn: Omar J. Alaniz | oalaniz@reedsmith.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Scotiabank Chile | Attn: Alejandra Anguita | Alejandra.Anguita@scotiabank.cl |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept | SECBANKRUPTCY@SEC.GOV |
| Counsel to Investec Bank PLC, Tokyo Century Corporation, Silux SCS, SIVA-FIS (acting in respect of its sub-fund SILC (AIRCRAFT) SIGNAL IDUNA LOAN COMPARTMENT), and JA Mitsui Leasing, Ltd. | Sheppard Mullin Richter & Hampton, LLP | Attn: Edward H. Tillinghast, III | etillinghast@sheppardmullin.com bgilbert@sheppardmullin.com |
| Counsel to Investec Bank PLC, Tokyo Century Corporation, Silux SCS, SIVA-FIS (acting in respect of its sub-fund SILC (AIRCRAFT) SIGNAL IDUNA LOAN COMPARTMENT), and JA Mitsui Leasing, Ltd. | Sheppard Mullin Richter & Hampton, LLP | Attn: Nicholas Dugdale | ndugdale@sheppardmullin.com |
| Counsel to GE Capital Aviation Services LLC, GE Aviation LLC and their affiliates | Sidley Austin LLP | Attn: Michael G. Burke, Andrew P. Propps | mgburke@sidley.com apropps@sidley.com |
| Counsel to Organización Terpel S.A. and Copec Aviation S.A | Simpson Thacher & Bartlett LLP | Attn: Borja Marcos, Kathrine A. McLendon, Juan M. Naveira | bmarcos@stblaw.com kmclendon@stblaw.com jnaveira@stblaw.com |
| Counsel to STS Aviation Group, Inc. and STS Component Solutions, LLC | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel to STS Aviation Group, Inc. and STS Component Solutions, LLC | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | lpg@stevenslee.com |
| The Bank of New York Mellon | The Bank of New York Mellon | Attn: Gary S. Bush, Vice President | gary.bush@bnymellon.com |
| Proposed Co-Counsel for Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Attn: Albert Togut, Esq., Kyle J. Ortiz, Esq. | altogut@teamtogut.com kortiz@teamtogut.com |
| Counsel to United States | US Attorney | Attn: Stephen Cha-Kim, Audrey Strauss | Stephen.Cha-Kim@usdoj.gov |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov |
| Counsel to JSA International US Holdings, LLC, Natixis, as liquidity provider under the EETC transaction 2015-1 and in relation to the MSN 3662, 4570, 5101, 6592, 6632, 6685, 37665 and 37667 transactions, Export-Import Bank of the United States, Macquarie Aircraft Leasing Services (Ireland) Limited and Macquarie Aircraft Leasing Services (UK), SBI Leasing, Airbus Financial Services Limited, KfW and KfW-IPEX Bank Gmbh, VGS Acquisition Holding Bermuda Limited and Johannesburg Limited (Ireland), DVB Bank SE, London Branch, MAF Aviation 1 Designated Activity Company, AS Air Lease 76 (Ireland) Limited, MUFG Bank, Ltd., Vermillion Aviation (Two) Limited, ORIX Aviation Systems Limited, on behalf of ORIX Aviation Systems Limited and as attorney in fact on behalf of each of KG3, Inc., MNS Corporation, Ohtake Zaimoku Ltd. (formerly named Yamadai Ohtake Co., Ltd.),Sensho Bussan Co., Ltd., AerCap Holdings N.V., LEAF Capital Funding, LLC, and the United States Attorney for the Southern District of New York | Vedder Price P.C. | Attn: Michael J. Edelman, Jeremiah J. Vandermark, Jeffrey T. Veber, Kevin J. Etzel | MJEdelman@VedderPrice.com<br>JVeber@VedderPrice.com<br>ketzel@vedderprice.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to JSA International US Holdings, LLC, Natixis, as liquidity provider under the EETC transaction 2015-1 and in relation to the MSN 3662, 4570, 5101, 6592, 6632, 6685, 37665 and 37667 transactions, Export-Import Bank of the United States, Macquarie Aircraft Leasing Services (Ireland) Limited and Macquarie Aircraft Leasing Services (UK),  SBI Leasing, Airbus Financial Services Limited, KfW and KfW-IPEX Bank Gmbh, VGS Acquisition Holding Bermuda Limited and Johannesburg Limited (Ireland), DVB Bank SE, London Branch, MAF Aviation 1 Designated Activity Company, AS Air Lease 76 (Ireland) Limited, MUFG Bank, Ltd., Vermillion Aviation (Two) Limited, ORIX Aviation Systems Limited, on behalf of ORIX Aviation Systems Limited and as attorney in fact on behalf of each of KG3, Inc., MNS Corporation, Ohtake Zaimoku Ltd. (formerly named Yamadai Ohtake Co., Ltd.),Sensho Bussan Co., Ltd., AerCap Holdings N.V. and the United States Attorney for the Southern District of New York | Vedder Price P.C. | Attn: William W. Thorsness, David L. Kane | WThorsness@VedderPrice.com<br>DKane@VedderPrice.com |
| Counsel to Costa Verde Aeronautica S.A. | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, John R. Sobolewski, John H. Bailey | RGMason@wlrk.com<br>JRSobolewski@wlrk.com<br> JHBailey@wlrk.com |
| Counsel to RECARO Aircraft Seating Americas, LLC | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Counsel to Ad Hoc Group of LATAM Bondholders | White & Case LLP | Attn: Jason N. Zakia | jzakia@whitecase.com |
| Counsel to Ad Hoc Group of LATAM Bondholders | White & Case LLP | Attn: John K. Cunningham, Jason Zakia, Mark Franke, John Ramirez, Gregory Starner, Richard Kebrdle, Joshua Weedman, Dominique Forrest | mark.franke@whitecase.com<br>jcunningham@whitecase.com<br>john.ramirez@whitecase.com<br>gstarner@whitecase.com<br>jweedman@whitecase.com<br>dominique.forrest@whitecase.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Ad Hoc Group of LATAM Bondholders, Oaktree Capital Management, L.P. | White & Case LLP | Attn: Richard S. Kebrdle, Michael C. Shepherd, Laura L. Femino, Thomas E. Lauria | rkebrdle@whitecase.com mshepherd@whitecase.com laura.femino@whitecase.com tlauria@whitecase.com |
| Counsel to Oaktree Capital Management, L.P. | White & Case LLP | Attn: Thomas Lauria, Michael Shepherd, Kimberly A. Havlin, and Laura Femino | tlauria@whitecase.com mshepherd@whitecase.com kim.havlin@whitecase.com laura.femino@whitecase.com |
| Counsel to Google LLC | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel to Sabre Corporation | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Joel Millar | joel.millar@wilmerhale.com |
| Counsel to Sabre Corporation | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Philip D. Anker | philip.anker@wilmerhale.com |
| Counsel to DHL Global Forwarding | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Mark G. Ledwin, Esq. | mark.ledwin@wilsonelser.com |
| Counsel to BNP Paribas, as Senior Facility Agent, Her Britannic Majesty's Secretary of State acting by the Export Credits Guarantee Department (operating as UK Export Finance), Euler Hermes Aktiengesellschaft, and Bpifrance Assurance Export | Winston & Strawn LLP | Attn: David Neier, Carrie V. Hardman | dneier@winston.com chardman@winston.com |
| Counsel to Corporación Nacional de Consumidores y Usuarios de Chile | Wolf Popper LLP | Attn: Chet B. Waldman | cwaldman@wolfpopper.com |
| Counsel to Zendesk, Inc. | Wong Fleming, P.C. | Attn: Dafney Dubuisson Stokes | dstokes@wongfleming.com |
| Counsel to Subsequent Debtors Top Unsecured Creditors | World Fuel Services | Attn: RICHARD HOPPE | RHoppe@wfscorp.com |
| Counsel to World Fuel Services Corp. | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Sean T. Greecher | bankfilings@ycst.com pmorgan@ycst.com sgreecher@ycst.com |
| Counsel to Esmax Esmax Distribucion SpA | Zirinsky Law Partners PLLC | Attn: Bruce R. Zirinsky, Gary D. Ticoll | bzirinsky@zirinskylaw.com gticoll@zirinskylaw.com |

## **Exhibit B**

**Via Hand Delivery**

LATAM Chambers Copy
Chambers of Honorable Judge James L. Garrity Jr.
US Bankruptcy Court SDNY
One Bowling Green
New York, NY 10004-1408

## Exhibit C

## Via First Class Mail

| | |
|---|---|
| Attn: Helen Warner, Esq.<br>LATAM Airlines Group S.A.<br>6500 NW 22nd Street<br>Miami, FL 33131 | Attn: Richard J. Cooper, Esq., Lisa M. Schweitzer, Esq. and Luke A. Barefoot Esq.<br>Cleary Gottlieb<br>1 Liberty Plaza<br>New York, NY 10006 |
| Attn: Brian Masumoto, Esq. and Serene Nakano, Esq.<br>William K. Harrington<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, New York 10014 | The Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549 |
| Attn: Office of the Chief Counsel<br>The Federal Aviation Administration<br>800 Independence Ave., S.W.<br>Washington, D.C. 20591 | Attn: Allan S. Brilliant, Craig P. Druehl, David A. Herman, Gary J. Mennitt, Benjamin M. Rose<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036 |
| Attn: Jenelle C. Arnold<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | Attn: Owen Coyle<br>Citibank, N.A.<br>165 Brett Road, OPS 3<br>New Castle, DE 19720 |
| Attn: Justine Ventrelli, Claire Vacca<br>Credit Agricole Corporate and Investment Bank<br>1301 Avenue of the Americas<br>SFI Agency & Middle Office, 20th Floor<br>New York, NY 10019-6022 | Attn: Bankruptcy Division<br>Environmental Protection Agency<br>290 Broadway<br>New York, New York 10007-1866 |
| Attn: Matthew Leopold, General Counsel<br>Environmental Protection Agency<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington, DC 20460 | Attn: Natalie D. Russell<br>The Port Authority of New York and New Jersey<br>4 World Trade Center<br>150 Greenwich Street, 24th Floor<br>New York, New York 10007 |

| | |
|---|---|
| Attn: Michael T. Rozea, Esq., Raquel Felix<br>Hill Wallack, LLP<br>575 Lexington Avenue<br>Fourth Floor, Suite 4057<br>New York, New York 10022 | Attn: Julie Watremez<br>Natixis<br>43, Avenue Pierre Mendès<br>Paris, France 75013 |
| Attn: Corporate Trust Lease Group<br>Wells Fargo Bank Northwest, National Association<br>260 North Charles Lindbergh Drive<br>Salt Lake City, UT 84116 | Attn: Corporate Trust Administration<br>Wilmington Trust Company<br>1100 North Market Street<br>Wilmington, DE 19890-1605 |