**Adjourned Hearing Date: November 4, 2021 at 11:00 AM (ET)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut
Kyle J. Ortiz
Patrick Marecki
Ronald D. Howard

*Co-Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.: 20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |
| | **Related Docket No. 3179** |

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION
FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO
ASSUME VARIOUS AIRCRAFT AGREEMENTS AND FOR RELATED
RELIEF (TRITÓN, CENTAURUS AND JOLCO) (MSNs 4000, 4163, 4171,
4662, 4734, 4756, 4773, 5654, 5666, 5686, 5707, 5748, 5764, 5845 & 5883)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

**PLEASE TAKE NOTICE** that on May 26, 2020, LATAM Airlines Group S.A. ("LATAM Parent") and certain of its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Initial Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on July 7 and July 9, 2020, certain affiliates of LATAM Parent (the "Subsequent Debtors"[2] and, together with the Initial Debtors, the "Debtors") each filed a voluntary petition for relief under the Bankruptcy Code with the Court.

**PLEASE TAKE FURTHER NOTICE** that on September 10, 2021, the Debtors filed the *Motion for Entry of an Order Authorizing the Debtors to Assume Various Aircraft Agreements and for Related Relief (Tritón, Centaurus and Jolco) (MSNs 4000, 4163, 4171, 4662, 4734, 4756, 4773, 5654, 5666, 5686, 5707, 5748, 5764, 5845 & 5883)* (the "Motion") [Docket No. 3179].

**PLEASE TAKE FURTHER NOTICE** that on October 12, 2021, the Santander Lessors and the SBI Lessors filed responses to the Motion entitled *Response of the Santander Lessors Objecting to Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Various Aircraft Agreements and for Related Relief (Tritón, Centaurus and JOLCO) (MSNs 4000, 4163, 4171, 4662, 4734, 4756, 4773, 5654, 5666, 5686, 5707, 5748, 5764, 5845 & 5883) [Docket 3179]* [Docket No. 3353], and *Response of the SBI Lessors Objecting to Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Various Aircraft Agreements and for Related Relief (Tritón, Centaurus and JOLCO) (MSNs 4000, 4163, 4171, 4662, 4734, 4756, 4773, 5654, 5666, 5686, 5707, 5748, 5764, 5845 & 5883) [Docket 3179]* [Docket No. 3354], respectively (collectively, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby adjourn without prejudice the Motion to **November 4, 2021 at 11:00 a.m. (Prevailing Eastern Time)** (the "Adjourned Hearing") before the Honorable Judge James L. Garrity, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004. In light of COVID-19, the Adjourned Hearing will only be conducted telephonically.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby adjourn without prejudice the deadline by which the Debtors must file a reply to the Objections to **November 1, 2021 at 12:00 p.m. (Prevailing Eastern Time).**

---

[2] The Subsequent Debtors are as follows: Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A).

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Adjourned Hearing must make arrangements through CourtSolutions LLC (www.courtsolutions.com).  Instructions to register for CourtSolutions LLC are attached to General Order M-543.

Dated:   October 26, 2021
         New York, New York

/s/ Kyle J. Ortiz
Albert Togut
Kyle J. Ortiz
Patrick Marecki
Ronald D. Howard
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

*Co-Counsel to the Debtors
and Debtors in Possession*