**Presentment Date: November 9, 2021 at 4:00 PM (Prevailing Eastern Time)**
**Objection Deadline: November 8, 2021 at 4:00 PM (Prevailing Eastern Time)**

Richard J. Cooper
Lisa M. Schweitzer
Luke A. Barefoot
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LATAM Airlines Group S.A., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 20-11254 (JLG)<br><br>Jointly Administered<br>**Related Docket Nos. 1170, 1251, 1855 & 2037** |

**NOTICE OF PRESENTMENT OF REVISED**
**ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R.**
**BANKR. P. 3007 (I) ESTABLISHING CLAIMS OBJECTION**
**AND NOTICE PROCEDURES AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); LATAM Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); ABSA Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33122.

**PLEASE TAKE NOTICE** that, on May 26, 2020 (the "Initial Petition Date"), LATAM Airlines Group S.A. ("LATAM Parent") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Initial Debtors"),[1] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on July 7 and 9, 2020 (as applicable to each Subsequent Debtor, the "Subsequent Petition Date" and, together with the Initial Petition Date, as applicable to each Debtor, the "Petition Date"), additional LATAM affiliates TAM S.A., TAM Linhas Aéreas S.A., ABSA Aerolinhas Brasileiras S.A., Prismah Fidelidade Ltda., Fidelidade Viagens e Turismo S.A., TP Franchising Ltda., Holdco I S.A., Multiplus Corretora de Seguros Ltda. and Piquero Leasing Limited (the "Subsequent Debtors" and, together with the Initial Debtors, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Subsequent Chapter 11 Cases" and, together with the Initial Chapter 11 Cases, the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that, on October 6, 2020, the Debtors filed the *Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures and (II) Granting Related Relief* (the "Claims Procedures Motion") (ECF No. 1170). On October 26, 2020, the Bankruptcy Court entered an order (the "Claims Procedures Order") granting the relief requested in the Claims Procedures Motion and approving the procedures attached to the proposed order as Exhibit 1 (ECF No. 1251).

**PLEASE TAKE FURTHER NOTICE** that, February 10, 2021, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Authorizing Implementation of Alternative Dispute Resolution Procedures, (II) Modifying the Claims Procedures Order and (III) Granting Related Relief* (ECF No. 1855). On March 18, 2021, the Bankruptcy Court entered an order (the "ADR Procedures Order") granting the relief requested in the ADR Procedures Motion, including certain modifications to the Claims Procedures Order (ECF No. 2037).

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit this notice of presentment (the "Notice of Presentment") of a revised version of the Claims Procedures Order (the "Revised Claims Procedures Order"), which is attached hereto as Exhibit A. The Revised Claims Procedures Order adds paragraph 1(a)(xi) to the list of Additional Permitted Grounds (as defined therein) and also reflects separate modifications previously approved by the Bankruptcy Court in the ADR Procedures Order. A redline comparing the Revised Claims Procedures Order to the Claims Procedures Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that the Debtors file this Notice of Presentment pursuant to Paragraph 30 of the *Order Implementing Certain Notice and Case*

---

[1]    LATAM Parent, and its Debtor and non-Debtor subsidiaries and affiliates are collectively referred to as "LATAM".

*Management Procedures* (ECF No. 112) and Rule 9074-1(c) of the Local Bankruptcy Rules for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Revised Claims Procedures Order to the Bankruptcy Court on November 9, 2021 at 4:00 PM (prevailing eastern time).  Any objection must be filed and served on or before November 8, 2021 at 4:00 PM (prevailing eastern time).

Dated:   November 1, 2021
         New York, New York

*/s/ Luke A. Barefoot*
Richard J. Cooper
Lisa M. Schweitzer
Luke A. Barefoot
Thomas S. Kessler
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*