**EDUARDO A. BARCELOS**
Assessoria e Assistência Jurídica

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

**HONORABLE JUDGE JAMES L. GARRITY JR.**

In re:

LATAM Airlines Group S.A., *et al* - Debtors.

**Case Nº: 20-11254** (JLG) - (6068)

**RONALDO PINTO RIBEIRO**, already qualified, hereby, oppose his **OBJECTION** to the allegations of duplicate claims and the statement that the obligation was "satisfied", exposing and at the end requiring the following:

At first we have to explain de duplicate claim. We have prepared the claim in paper and send it by mail, but we weren´t sure that the request would arrive in time at the Court, that's why we sent a second request (the same) by e-mail.

So, the petitioner doesn't mind that one of them may be excluded, if this wasn't already.

In fact, the obligation has not yet been satisfied, and the author didn't received his payment yet.

Thus, without further delay, the author requires that his payment be made as a matter of urgency and the debtor has no evidence that the payment was made or that the obligation has been honored.

The creditor had his luggage stolen and asks for justice.

Therefore, he asks and waits for approval.

From Cataguases/MG to New York/NY. - 10/05/2021.

RECEIVED
NOV 9 2021
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

Eduardo Antunes Barcelos.
OAB/MG 65.692.

EDUARDO A. BARCELOS
Assessoria e Assistência Jurídica

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

**HONORABLE JUDGE JAMES L. GARRITY JR.**

In re:

LATAM Airlines Group S.A., *et al* - Debtors.

**Case Nº: 20-11254** (JLG) - (6068)

**RONALDO PINTO RIBEIRO**, already qualified, hereby, to inform and request the following:

The defendant, in January of this year, really deposited a lower amount than that requested.

It was deposited R$31,784.12, copy attached, but the request, in January itself, was R$35,423.83.

Thus, there is a difference of R$ 3,639.71 to be paid yet.

Therefore, requires the requested subpoena to deposit the difference in order to satisfy de debt fully and that any previous request to leave the process be ignored until the obligation is fully satisfied.

Asks and waits for approval.

From Cataguases/MG to New York/NY. - 10/21/2021.

Eduardo Antunes Barcelos.
OAB/MG 65.692.

ESCRITÓRIO: Rua Joaquim Peixoto Ramos, 59, sala 6 - centro - Cataguases (MG) –
tel. (32)99841164 – e-mail: edubarcel@hotmail.com

*[Page content is a mirrored/reversed scan, largely illegible.]*

**BANCO DO BRASIL**

CATAGUASES ( MG ), 26 de Janeiro de 2021 .

Excelentíssimo(a) Senhor(a) Juiz(a)

Informamos a V.Exa. que se encontra depositado valor neste Banco, à disposição desse Juízo, na conta judicial abaixo discriminada:

| | |
|---|---|
| Processo n.º: | **50006161520198130153** |
| Reu: | **TAM LINHAS AEREAS S/A.** |
| CPF/CNPJ: | **02.012.862/0001-60** |
| Autor: | **RONALDO RIBEIRO PINTO** |
| CPF/CNPJ: | **003.587.777-47** |
| Valor original: | **R$ 31.784,12** |
| Agência depositária: | **25 - 6 CATAGUASES** |
| N.º da conta judicial: | **3700127720777** |
| N.º da parcela: | **1** |
| Data do depósito: | **22.01.2021** |
| Depositante: | **TAM LINHAS AEREAS S/A.** |

FORUM CATAGUASES 3246 12/02/21 14:10

Respeitosamente,

Maria Aparecida Bandeira da Rocha
Gerente de Serviços
Matr. 8.028.127-7

**Banco do Brasil S.A.**
CATAGUASES
R.PAULINO FERNANDES,13
CATAGUASES - MG .

Excelentíssimo(a) Senhor(a) Juiz(a) de Direito
**1 VARA CIVEL**
**CATAGUASES - MG .**