Richard J. Cooper
Lisa M. Schweitzer
Luke A. Barefoot
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| LATAM Airlines Group S.A., *et al.*, | : | Case No. 20-11254 (JLG) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | |
| | x | |

## NOTICE OF ESTABLISHMENT OF OMNIBUS
## HEARING DATES PURSUANT TO ORDER IMPLEMENTING
## CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are:  LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); LATAM Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); ABSA Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

**PLEASE TAKE NOTICE** that pursuant to the Order Implementing Certain

Notice and Case Management Procedures (ECF No. 112) (the "Case Management Order"), the

United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

has scheduled the following omnibus hearing dates in the above-captioned chapter 11 cases:

**January 27, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**February 10, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**March 10, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**April 7, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**May 19, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**June 23, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**July 21, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**August 4, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**September 1, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**October 6, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**December 1, 2022 at 11:00 a.m. (Prevailing Eastern Time)**

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise ordered by the

Bankruptcy Court, the Case Management Order governs the scheduling of all matters to be heard

on the foregoing hearing dates.

**PLEASE TAKE FURTHER NOTICE** that the hearings will be held

telephonically, until further notice, before the Honorable James L. Garrity Jr., United States

Bankruptcy Judge, using the guidelines and procedures established by Court Solutions LLC

("Court Solutions"). Instructions for telephonic appearances using Court Solutions can be found

in General Order M-543, attached hereto.

Dated:   November 22, 2021
         New York, New York

/s/ Luke A. Barefoot
Richard J. Cooper
Lisa M. Schweitzer
Luke A. Barefoot
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Counsel to the Debtors*
*and Debtors-in-Possession*