TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut
Kyle J. Ortiz
Jared C. Borriello
Eitan E. Blander

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.: 20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |
| | **Related Docket Nos. 3214 & 3391** |

**SECOND NOTICE OF ADJOURNMENT OF DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (AMENDED, DUPLICATE, SATISFIED AND MODIFIED) SOLELY WITH RESPECT TO CLAIM NO. 2036 FILED BY ACCENTURE CHILE ASESORÍAS Y SERVICIOS LTDA.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

**PLEASE TAKE NOTICE** that, on or about December 16, 2020, Accenture Chile Asesorías y Servicios Ltda. ("Accenture") filed proof of claim number 2036 in these proceedings ("Claim No. 2036").

**PLEASE TAKE FURTHER NOTICE** that, on August 17, 2021, the above-captioned Debtors filed their *Thirty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Amended, Duplicate, Satisfied and Modified)* [Docket No. 3214] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that, on October 21, 2021, the Debtors adjourned without prejudice the Objection solely with respect to Claim No. 2036 to the November 30, 2021 Omnibus Hearing [Docket No. 3390].

**PLEASE TAKE FURTHER NOTICE** that the Debtors, with the consent of Accenture, hereby further adjourn without prejudice the Objection solely with respect to Claim No. 2036 to the December 29, 2021 Omnibus Hearing. The Objection deadline solely with respect to Claim No. 2036 is December 22, 2021, at 4:00 p.m. (prevailing Eastern Time).

Dated:   November 22, 2021
         New York, New York

/s/Kyle J. Ortiz
Albert Togut
Kyle J. Ortiz
Jared C. Borriello
Eitan E. Blander
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

*Co-Counsel to the Debtors
and Debtors in Possession*