TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut
Kyle J. Ortiz
Jared C. Borriello
Eitan E. Blander

*Co-Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.: 20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |
| | **Related Docket No. 3400** |

**NOTICE OF ADJOURNMENT OF DEBTORS' THIRTY-SEVENTH OMNIBUS
OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT
TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (AMENDED, SATISFIED,
NO LIABILITY, MODIFIED, AND DUPLICATE) SOLELY WITH RESPECT TO
<u>CLAIMS NO. 1139, 1155, 1161, 1585, AND 1675 FILED BY MCCANN ERICKSON</u>**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

**PLEASE TAKE NOTICE** that, on various dates, McCann Erickson Publicidade Ltda., McCann-Erickson S.A. de Publicidad, and McCann-Erickson Corporation Publicidad S.A. (collectively, "McCann Erickson") filed proofs of claim numbers 1139, 1155, 1161, 1585, and 1675 in these proceedings (collectively, the "Claims").

**PLEASE TAKE FURTHER NOTICE** that on October 22, 2021, the above-captioned Debtors filed their *Thirty-Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Amended, Satisfied, No Liability, Modified and Duplicate)* [Docket No. 3400] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Debtors, with the consent of McCann Erickson, hereby adjourn without prejudice the Objection solely with respect to the Claims to the December 29, 2021 Omnibus Hearing. The Objection deadline solely with respect to the Claims set forth herein is December 20, 2021, at 4:00 p.m. (prevailing Eastern Time).

Dated:  November 22, 2021
        New York, New York

/s/ Kyle J. Ortiz
Albert Togut
Kyle J. Ortiz
Jared C. Borriello
Eitan E. Blander
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

*Co-Counsel to the Debtors
and Debtors in Possession*