**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATAM Airlines Group S.A., *et al.*,[1] | ) | Case No. 20-11254 (JLG) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Asir Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On November 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **<u>Exhibit A</u>** and via first class mail and email on Aeronautical Telecommunications Ltd [MMLID: 12830080], c/o Szabo Associates, Inc 3355 Lenox Road, NE Suite 945, Atlanta, GA 30326; bankruptcy@szabo.com; ktrivette@szabo.com:

- Notice of Withdrawal of the Filing of Debtors' Thirty-Eighth Omnibus Objection (Amended, No Liability, Late and Modified) to Certain Claims Solely with Respect to Claim 6361[Docket No. 3661]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's U.S. or local tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

Dated: November 24, 2021

*/s/ Asir Ashraf*
Asir Ashraf

State of New York
County of New York

Subscribed and sworn (or affirmed) to me November 24, 2021, by Asir Ashraf, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 58199

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Corporación Nacional de Consumidores y Usuarios de Chile | Adam L. Rosen PLLC | Attn: Adam L. Rosen<br>2-8 Haven Avenue, Ste. 220<br>Port Washington NY 11050 | adam.rosen@alrcounsel.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Aerospace Turbine Services & Solutions | Attn: Mansoor Janahi<br>Adjacent Abu Dhabi Intl Airport Turbine Services Building<br>Gate Number 3<br>ABU DHABI UNITED ARAB EMIRATES | MJanahi@tssaero.ae | Email |
| Counsel to Air Canada | Air Canada Center | Attn: Louise-Hélène Sénécal, Isabelle Hogue<br>P.O. Box 7000<br>Station Airport Dorval<br>Dorval QC H4Y 1J2 Canada | Louise-Helene.Senecal@aircanada.ca | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Aircraft Loan Agreement, Natixis as Agent | Attn: Andrew Young Okana Nsiawi<br>30, avenue Pierre Mendes<br>BP 4 75060 Paris Cedex 02, 542 044 524 RCS Paris<br>Paris 75013 France | andrew.okana@natixis.com | Email |
| Counsel to Cargo Screening K9 Alliance LLC | Aldridge Pite, LLP | Attn: Jenelle C. Arnold<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego CA 92177-0933 | | First Class Mail |
| Counsel to Qatar Airways Investments (UK) Ltd. | Alston & Bird LLP | Attn: Gerard S. Catalanello, Esq., James J. Vincequerra, Esq.<br>90 Park Avenue<br>New York NY 10016 | Gerard.Catalanello@alston.com<br>James.Vincequerra@alston.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | American Express Travel Related Services Company, Inc | Attn: Liliana Gutierrez<br>200 Vesey Street<br>New York NY 10285 | liliana.w.gutierrez@aexp.com | Email |
| Counsel to American Express Travel Related Services Company, Inc. and certain of its affiliates, including, without limitation, American Express National Bank | Arnall Golden Gregory LLP | Attn: Darryl S. Laddin, Frank N. White<br>171 17th Street NW<br>Suite 2100<br>Atlanta GA 30363-1031 | darryl.laddin@agg.com<br>frank.white@agg.com | Email |
| Counsel to Banco Itaucard S.A. and Banco do Brasil S.A. | Baker & McKenzie LLP | Attn: Frank Grese<br>452 Fifth Avenue<br>New York NY 10018 | frank.grese@bakermckenzie.com | Email |
| Counsel to Banco Itaucard S.A. and Banco do Brasil S.A. | Baker & McKenzie LLP | Attn: Paul J. Keenan Jr., Daniela Fonseca Puggina<br>1111 Brickell Avenue<br>Suite 1700<br>Miami FL 33131 | paul.keenan@bakermckenzie.com<br>daniela.fonsecapuggina@bakermckenzie.com | Email |
| Counsel to Aero Miami I, LLC | Ballard Spahr LLC | Attn: Leslie C. Heilman, Esq. Laurel D. Roglen, Esq.<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to Aero Miami I, LLC | Ballard Spahr LLC | Attn: Lindsey Zionts, Esq.<br>1735 Market Street<br>Philadelphia PA 19103-7599 | ziontsl@ballardspahr.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco Bradesco S.A. | Attn: Leon L. Albuquerque e Sousa<br>Av. Brigadeiro Faria Lima 3950, 9º andar<br>São Paulo, SP 04538-132 Brazil | leon.sousa@bradesco.com.br | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco BTG Pactual Chile, as Agent | Attn: Rodrigo Oyarzo<br>Avenida Costanera Sur 2730<br>19th Floor<br>Santiago,Metropolitana 277 Chile | Rodrigo.Oyarzo@btgpactual.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco de Credito del Perú | Attn: Kristel Vasquez Guzmán<br>Calle Centenario 156<br>Lima 429 Peru | kristelvasquezg@bcp.com.pe | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco del Estado de Chile | Attn: Francesca Gardella<br>Avenida Libertador Bernardo O'Higgins 1111<br>Santiago,Metropolitana 277 Chile | fgarde@bancoestado.cl | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco do Brasil S.A. | Attn: Rodrigo Szabo Luiz<br>Large Corporate 3132<br>Rua São Carlos do Pinhal, 627 - 1º subsolo (Docas), Bela Vista<br>São Paulo-SP 01333-001 Brazil | rodrigoszabo@bb.com.br | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco Itaú Unibanco S.A. | Attn: Michele do Carmo<br>Praça Alfredo Egydio de Souza Aranha nº 100, Torre Olavo Setubal<br>Parque Jabaquara<br>São Paulo-SP 04344 Brazil | michele.santo@itau-unibanco.com.br<br>diego.aguiar@itaubba.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco Santander Chile | Attn: Maria Soledad Schuster<br>Bandera N° 140<br>Santiago,Metropolitana 277 Chile | mariasoledad.schuster@santander.cl | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Banco Santander Madrid | Attn: Luis Casero Ynfiesta<br>Av. de Cantabria s/n<br>28660 Boadilla del Monte<br>Madrid 28660 Spain | luis.casero@gruposantander.com | Email |
| Counsel to BancoEstado | BancoEstado | Attn: Francesca Gardella, Pedro González, Ignacio Cárdenas, Eduardo González, Hernán Arret, Macarena González, Daniel Yudilevichdyudilev, Javier Zaldivar, Loreto Ramirez<br>Alameda 1111<br>Santiago 277 Chile | fgarde@bancoestado.cl<br>pgonza14@bancoestado.cl<br>icarden1@bancoestado.cl<br>egonzal2@bancoestado.cl<br>harretx@bancoestado.cl<br>mgonza02@bancoestado.cl<br>dyudilev@bancoestado.cl<br>fzaldiva@bancoestado.cl<br>lramire9@bancoestado.cl | Email |
| Counsel to TravelSky Technology USA Ltd. | Barnes & Thornburg LLP | Attn: Gary Owen Caris<br>2029 Century Park E.<br>Suite 300<br>Los Angeles CA 90067-2904 | gcaris@btlaw.com | Email |
| Counsel to TravelSky Technology USA Ltd. | Barnes & Thornburg LLP | Attn: Niraj J. Parekh<br>445 Park Avenue<br>Suite 700<br>New York NY 10022-8634 | nparekh@btlaw.com | Email |
| Counsel to Gogo Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esquire<br>1313 North Market Street<br>Suite 1201<br>Wilmington DE 19801 | kcapuzzi@beneschlaw.com | Email |
| Counsel to Gogo Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Esquire<br>39 Broadway<br>25th Floor<br>New York NY 10006 | mbarrie@beneschlaw.com | Email |
| Counsel to Subsequent Debtors Top Secured Creditors | BNP Paribas | Attn: Ahsan Avais<br>787 Seventh Avenue<br>New York NY 10019 | Ahsan.AVAIS@us.bnpparibas.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Attorneys for Sodexo, Inc. and Sodexo Operations, LLC | Bond, Schoeneck & King, PLLC | Attn: Camille W. Hill<br>One Lincoln Center, 18th Floor<br>Syracuse NY 13202 | hillc@bsk.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | BP p.l.c (Air BP) | Attn: John Platt, CEO<br>501 Westlake Park Boulevard<br>Houston TX 77079 | airbpoutofhours@bp.com | Email |
| Counsel to Aeritas, LLC | Bragar Eagel & Squire, P.C. | Attn: Lawrence P. Eagel<br>810 Seventh Avenue<br>Suite 620<br>New York NY 10019 | eagel@bespc.com | Email |
| Counsel to  SAP Chile Limitada, and its affiliates including Quadrem Chile Limitada and SuccessFactors, Inc. | Brown & Connery, LLP | Attn:  Julie F. Montgomery<br>6 North Broad Street<br>Suite 100<br>Woodbury NJ 08096 | jmontgomery@brownconnery.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to The Bank of New York Mellon, as Trustee | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq., Leonardo Trivigno, Esq.<br>2 Wall Street<br>New York NY 10005 | bankruptcy@clm.com | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Judge James L. Garrity Jr. | LATAM Chambers Copy<br>US Bankruptcy Court SDNY<br>One Bowling Green<br>New York NY 10004-1408 | | First Class Mail |
| Attorneys for DFASS Group and its affiliates (t/a 3Sixty Duty Free & More) | Chiesa Shahinian & Giantomasi PC | Attn: Michael R. Caruso<br>One Boland Drive<br>West Orange NJ 07052 | mcaruso@csglaw.com | Email |
| Counsel to Subsequent Debtors Top Secured Creditors | Citibank, N.A., Loan Administration | Attn: Michael Leonard<br>1615 Brett Road, OPS 3<br>New Castle DE 19720 | michael.leonard@citi.com | Email |
| Top 5 Secured Creditor | Citibank, N.A., Loan Administration | Attn: Owen Coyle<br>1615 Brett Road, OPS 3<br>New Castle DE 19720 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Debtors and Debtors in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Richard J. Cooper, Lisa M. Schweitzer, Luke A. Barefoot, Thomas S. Kessler, David Z. Schwartz, Andrew Weaver, Jeffrey A. Rosenthal, Lina Bensman, Kylie M. Huff; Brad Lenox, Lyuba Shamailova, Ryan F. Monahan, Thomas Q. Lynch, Drew Kramer, Kimberly Black, Alexandra Lotty, Richard C. Minott, Jennifer Pollan One Liberty Plaza New York NY 10006 | rcooper@cgsh.com lschweitzer@cgsh.com lbarefoot@cgsh.com tkessler@cgsh.com dschwartz@cgsh.com aweaver@cgsh.com jrosenthal@cgsh.com lbensman@cgsh.com kmhuff@cgsh.com blenox@cgsh.com lshamailova@cgsh.com rmonahan@cgsh.com tlynch@cgsh.com drkramer@cgsh.com kblack@cgsh.com alotty@cgsh.com rminott@cgsh.com jpollan@cgsh.com | Email |
| Counsel to oneworld Management Company, Inc | Cole Schotz P.C. | Attn: Jacob S. Frumkin, Esq. 1325 Avenue of the Americas 19th Floor New York NY 10019-6079 | jfrumkin@coleschotz.com | Email |
| Counsel to oneworld Management Company, Inc | Cole Schotz P.C. | Attn: Michael S. Weinstein, Esq., Matteo Percontino, Esq. 25 Main Street Court Plaza North Hackensack NJ 07601 | mweinstein@coleschotz.com mpercontino@coleschotz.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | COMANDO DA AERONAUTICA | Attn: Major Brigadeiro do Ar Walcyr Josué de Castilho Araújo GABAER - Esplanada dos Ministérios - Bloco M - 8º Andar Brasília, DF 70045 Brazil | Walcyrwjca@decea.gov.br | Email |
| Counsel to Amerijet International, Inc. | Cozen O'Connor | Attn: Frederick E. Schmidt, Jr. 3 WTC 175 Greenwich Street, 55th Floor New York NY 10007 | eschmidt@cozen.com | Email |
| Counsel to Amerijet International, Inc. | Cozen O'Connor | Attn: Marla Benedek 1201 N. Market Street Suite 1001 Wilmington DE 19801 | mbenedek@cozen.com | Email |
| Top 5 Secured Creditor | Credit Agricole Corporate and Investment Bank | Attn: Justine Ventrelli / Claire Vacca Credit Agricole Building, 1301 Avenue of the Americas SFI Agency & Middle Office, 20th Floor New York NY 10019-6022 | alex.averbukh@ca-cib.com yuriy.tsyganov@ca-cib.com isabelle.piron@ca-cib.com catherine.escal@ca-cib.com philippe.hoang@ca-cib.com claire.vacca@ca-cib.com | First Class Mail and Email |
| Counsel to Subsequent Debtors Top Secured Creditors | Credit Agricole Corporate and Investment Bank | Attn: Justine Ventrelli, Claire Vacca Credit Agricole Building, 1301 Avenue of the Americas SFI Agency & Middle Office, 20th Floor New York NY 10019-6022 | | First Class Mail |
| Counsel to Amadeus IT Group, S.A. | David R. Softness, P.A. | Attn: David R. Softness, Esq. 201 South Biscayne Boulevard Suite 2740 Miami FL 33131 | david@softnesslaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Delta Air Lines, Inc. | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Timothy Graulich, Lara Samet Buchwald, Adam L. Shpeen<br>450 Lexington Avenue<br>New York NY 10017 | LATAM.routing@davispolk.com<br>adam.shpeen@davispolk.com | Email |
| Proposed Counsel to Official Committee of Unsecured Creditors of LATAM Airlines Group, S.A. | Dechert LLP | Attn: Allan S. Brilliant, Craig P. Druehl, David A. Herman, Gary J. Mennitt, Benjamin M. Rose<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>craig.druehl@dechert.com<br>david.herman@dechert.com<br>gary.mennitt@dechert.com | Email |
| Counsel to Decolar.com Ltda., and affiliated entities | Dentons US LLP | Attn: Andrew S. Azarmi<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco CA 94105 | andrew.azarmi@dentons.com | Email |
| Counsel to Decolar.com Ltda., and affiliated entities | Dentons US LLP | Attn: Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020 | lauren.macksoud@dentons.com | Email |
| Counsel to Globant S.A. and its affiliates | DLA Piper LLP (US) | Attn: Rachel Ehrlich Albanese<br>1251 Avenue of the Americas<br>New York NY 10020-1104 | rachel.albanese@us.dlapiper.com | Email |
| Counsel to Elavon Financial Services DAC (UK Branch), Elavon Canada Company, U.S. Bank National Association, and U.S. Bank National Association, acting through its Canadian branch | Dorsey & Whitney LLP | Attn: Natasha Wells<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis MN 55403 | wells.natasha@dorsey.com | Email |
| Counsel to Elavon Financial Services DAC (UK Branch), Elavon Canada Company, U.S. Bank National Association, and U.S. Bank National Association, acting through its Canadian branch | Dorsey & Whitney LLP | Attn: Samuel S. Kohn<br>51 West 52nd Street<br>New York NY 10019 | kohn.sam@dorsey.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | ECA - Aircraft Loan Agreement, Banco Santander, as Agent | Attn: Juan Suárez Romero<br>Bandera 140, piso 14<br>Santiago 277 Chile | juan.suarez@santander.cl | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to Thales Avionics, Inc. | Eversheds Sutherland (US) LLP | Attn: Thomas M. Byrne<br>999 Peachtree Street, NE<br>Suite 2300<br>Atlanta GA 30309-3996 | tombyrne@eversheds-sutherland.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | EXIM - Aircraft Loan Agreement, Citibank, N.A., Loan Administration | Attn: Michael Leonard<br>1615 Brett Road, OPS 3<br>New Castle DE 19720 | michael.leonard@citi.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | EXIM - Aircraft Loan Agreement, Société Générale, as Agent | Attn: Arnaud Drapeau<br>245 Park Avenue<br>New York NY 10167 | arnaud.drapeau@sgcib.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | EXIM - Aircraft Loan Agreement, Wells Fargo Trust Company, N.A., as Agent | Attn: Sarah Velez, Milica Pjevic, Maria Rada<br>299 S Main Street, 5th Floor<br>Salt Lake City UT 84111 | sarah.velez@wellsfargo.com<br>Milica.Pjevic@wellsfargo.com<br>Maria.Rada@wellsfargo.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to BeauTech Power Systems, LLC | Fafinski Mark & Johnson, P.A. | Attn: David E. Runck<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie MN 55344 | david.runck@fmjlaw.com | Email |
| Federal Aviation Administration | Federal Aviation Administration | Attn: Office of the Chief Counsel<br>800 Independence Ave., S.W.<br>Washington DC 20591 | | First Class Mail |
| Counsel to Airlines Reporting Corporation | Foley & Lardner LLP | Attn: Derek L. Wright<br>321 North Clark Street<br>Suite 3000<br>Chicago IL 60654-4762 | dlwright@foley.com | Email |
| Counsel to Airlines Reporting Corporation | Foley & Lardner LLP | Attn: Maria Burgess<br>3000 K Street, N.W<br>Suite 600<br>Washington DC 20007-5109 | mburgess@foley.com | Email |
| Counsel to Empresa Nacional de Aeronautica de Chile | Forchelli Deegan Terrana LLP | Attn: Gerard R. Luckman, Gabriella E. Botticelli<br>333 Earle Ovington Blvd<br>Suite 1010<br>Uniondale NY 11553 | gluckman@forchellilaw.com<br>gbotticelli@forchellilaw.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | GE CELMA LTDA | Attn: Edgar Salazar, Volnei Vieira Esteves<br>R. Alice Hervé, 356 - Bingen,<br>Petrópolis - RJ 25669-900 Brazil | edgar.salazar1@ge.com<br>VolneiVieira.Esteves@ge.com | Email |
| Counsel to the Ad Hoc Committee of Shareholders | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K. Glenn, Shai Schmidt, Rich Ramirez<br>55 Hudson Yards<br>20th Floor<br>New York NY 10001 | aglenn@glennagre.com<br>sschmidt@glennagre.com<br>rramirez@glennagre.com | Email |
| Counsel to Iron Mountain Information Management, Inc. | Hackett Feinberg P.C. | Attn: Frank F. McGinn<br>155 Federal Street<br>9th Floor<br>Boston MA 02110 | ffm@bostonbusinesslaw.com | Email |
| Counsel to Securitas, S.A., Securitas Airline Services GmbH & Co. KG, Global Security Consulting Group, Inc., Securitas Colombia S.A., Securitas Ecuador CIA LTDA, and Securitas S.A.C. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Jacob T. Schwartz<br>488 Madison Avenue<br>Fl. 15<br>New York NY 10022 | jschwartz2@hahnhessen.com<br>jfigueiredo@hahnhessen.com | Email |
| Counsel to Worldwide Flight Services, Inc. and certain of its affiliates | Haynes and Boone, LP | Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza<br>26th Fl<br>New York NY 10112 | richard.kanowitz@haynesboone.com | Email |
| Counsel to Innovative Transport Solutions & PTS Logistics | Hill Wallack, LLP | Attn: Melissa N. Licker<br>25 West 39th Street, 8th Floor<br>New York NY 10018 | | First Class Mail |
| Counsel to Innovative Transport Solutions & PTS Logistics | Hill Wallack, LLP | Attn: Michael T. Rozea, Esq., Raquel Felix<br>575 Lexington Ave<br>Fourth Floor, Suite 4057<br>New York NY 10022 | | First Class Mail |
| Counsel to Jamco America, Inc. | Hillis Clark Martin & Peterson P.S. | Attn: Bradley R. Duncan<br>999 Third Avenue<br>Suite 4600<br>Seattle WA 98104 | bradley.duncan@hcmp.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Everis Chile S.A. | Hogan Lovells US LLP | Attn: Alex M. Sher<br>390 Madison Avenue<br>New York NY 10017 | alex.sher@hoganlovells.com | Email |
| Counsel to Everis Chile S.A. | Hogan Lovells US LLP | Attn: Bennett L. Spiegel<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles CA 90067 | bennett.spiegel@hoganlovells.com | Email |
| Counsel to Repsol | Hogan Lovells US LLP | Attn: Christopher R. Donoho<br>390 Madison Avenue<br>New York NY 10017 | chris.donoho@hoganlovells.com | Email |
| Counsel to Sky High XXIV Leasing Limited, Sky High XXV Leasing Limited, Shenton Aircraft Leasing 3 (Ireland) Limited, SMBC Aviation Capital Limited, Bank of Utah (not in its individual capacity but solely as owner trustee under certain Trust Agreements), Wells Fargo Trust Company, National Association (not in its individual capacity but solely as owner trustee under certain Trust Agreements), NBB-6670 Lease Partnership, NBB Crow Co., Ltd., ECAF I 40589 DAC, NBB Cuckoo Co., Ltd., NBB-6658 Lease Partnership, NBB Redstart Co., Ltd., NBB Grosbeak Co., Ltd., NBB Sao Paulo Lease Co., Ltd., NBB Rio de Janeiro Lease Co., Ltd. NBB Brasilia Lease LLC and Engine Leasing Finance Corporation | Holland & Knight LLP | Attn: Barbra R. Parlin, Arthur Rosenberg, Marc L. Antonecchia<br>31 West 52nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com<br>arthur.rosenberg@hklaw.com<br>marc.antonecchia@hklaw.com | Email |
| Counsel to Sky High XXIV Leasing Limited, Sky High XXV Leasing Limited, Shenton Aircraft Leasing 3 (Ireland) Limited, SMBC Aviation Capital Limited, Bank of Utah (not in its individual capacity but solely as owner trustee under certain Trust Agreements), Wells Fargo Trust Company, National Association (not in its individual capacity but solely as owner trustee under certain Trust Agreements), NBB-6670 Lease Partnership, NBB Crow Co., Ltd., ECAF I 40589 DAC, NBB Cuckoo Co., Ltd., NBB-6658 Lease Partnership, NBB Redstart Co., Ltd., NBB Grosbeak Co., Ltd., NBB Sao Paulo Lease Co., Ltd., NBB Rio de Janeiro Lease Co., Ltd. NBB Brasilia Lease LLC and Engine Leasing Finance Corporation | Holland & Knight LLP | Attn: Robert W. Jones & Brian Smith<br>200 Crescent Court, Suite 1600<br>Dallas TX 75201 | brian.smith@hklaw.com<br>robert.jones@hklaw.com | Email |
| Counsel to Ad Hoc Group of LATAM Bondholders | Holwell Shuster & Goldberg LLP | Attn: Daniel P. Goldberg, Scott M. Danner, Daniel M. Horowitz<br>425 Lexington Avenue<br>14th Fl.<br>New York NY 10017 | dgoldberg@hsgllp.com<br>sdanner@hsgllp.com<br>dhorowitz@hsgllp.com | Email |
| Counsel to Wells Fargo Bank Northwest, National Association, not in its individual capacity, but solely as Indenture Trustee under certain Indenture Agreements and Wells Fargo Trust Company, National Association, not in its individual capacity, but solely as Indenture Trustee under certain Indenture Agreements | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman, Christopher Gartman, Elizabeth A. Beitler<br>One Battery Park Plaza<br>New York NY 10004-1482 | katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com<br>elizabeth.beitler@hugheshubbard.com | Email |
| Counsel to Columbus Hill Capital Management, L.P. | Hunton Andrews Kurth LLP | Attn: Paul N. Silverstein, Brian Clarke<br>200 Park Avenue<br>New York NY 10166 | psilverstein@huntonak.com<br>brianclarke@huntonak.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | IAE International Aero Engines AG | Attn: Florangel Gutierrez<br>400 Main Street<br>East Hartford  CT 06118 | florangel.gutierrez@pw.utc.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to International Air Transport Association | International Air Transport Association | Attn: John Middleton<br>IATA Head Office, 800 Place Victoria<br>P.O. Box 113<br>Montreal QC H4Z 1M1 Canada | middletonj@iata.org | Email |
| Counsel to Subsequent Debtors Top Secured Creditors | Investec Bank PLC | Attn: Lukasz Laski<br>2 Gresham Street<br>London EC2V 7QP United Kingdom | Lukasz.Laski@investec.co.uk | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Itaú CorpBanca | Attn: Carlos Irarrazaval<br>Avenida Presidente Riesco 5537<br>16th Floor<br>Santiago,Metropolitana 277 Chile | Carlos.Irarrazaval@itau.cl | Email |
| Counsel to Subsequent Debtors Top Secured Creditors | JP Morgan | Attn: Lindsay J Cane<br>25 Bank Street, Canary Wharf<br>London E14 5JP United Kingdom | lindsay.j.cane@jpmchase.com | Email |
| Counsel to Tata Consultancy Services Limited | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott<br>101 Park Avenue<br>New York NY 10178 | kelliott@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com | Email |
| Proposed Conflicts Counsel for the Official Committee of Unsecured Creditors | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt, Brendan M. Scott, Lauren C. Kiss<br>200 West 41st Street<br>17th Floor<br>New York NY 10036 | tklestadt@klestadt.com<br>bscott@klestadt.com<br>lkiss@klestadt.com | Email |
| Counsel to GAMA Aviation, LLC | KMA Zuckert LLC | Attn: Nicholas E. Pantelopoulos<br>1350 Broadway<br>Suite 2410<br>New York NY 10018 | nep@kmazuckert.com | Email |
| Counsel to the Ad Hoc Group of Parent Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Kenneth H. Eckstein, Douglas H. Mannal, Rachael L. Ringer, Douglas Buckley<br>1177 Avenue of the Americas<br>New York NY 10036 | keckstein@kramerlevin.com<br>dmannal@kramerlevin.com<br>rringer@kramerlevin.com<br>dbuckley@kramerlevin.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | LATAM 2024 Notes, Bank of New York Mellon, as Trustee | Attn: Peter Lopez<br>240 Greenwich Street<br>7E<br>New York NY 10286 | peter.lopez@bnymellon.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | LATAM 2026 Notes, Bank of New York Mellon, as Trustee | Attn: Peter Lopez<br>240 Greenwich Street<br>7E<br>New York NY 10286 | peter.lopez@bnymellon.com | Email |
| Counsel to American Airlines, Inc. | Latham & Watkins, LLP | Attn: Andrew Sorkin<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington DC 20004-1304 | andrew.sorkin@lw.com | Email |
| Counsel to American Airlines, Inc. | Latham & Watkins, LLP | Attn: James E. Brandt<br>885 Third Avenue<br>New York NY 10022-4834 | james.brandt@lw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series A, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella<br>Avenida Libertador Bernardo O'Higgins 1111<br>Santiago,Metropolitana 277 Chile | fgarde@bancoestado.cl | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series B, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella<br>Avenida Libertador Bernardo O'Higgins 1111<br>Santiago,Metropolitana 277 Chile | fgarde@bancoestado.cl | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series C, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella<br>Avenida Libertador Bernardo O'Higgins 1111<br>Santiago,Metropolitana 277 Chile | fgarde@bancoestado.cl | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series D, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella<br>Avenida Libertador Bernardo O'Higgins 1111<br>Santiago,Metropolitana 277 Chile | fgarde@bancoestado.cl | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Local Bonds, Series E, Banco del Estado de Chile, as Trustee | Attn: Francesca Gardella<br>Avenida Libertador Bernardo O'Higgins 1111<br>Santiago,Metropolitana 277 Chile | fgarde@bancoestado.cl | Email |
| Counsel to Agencias Universales S.A. and certain of its Affiliates, OSI South America Holding SpA and certain of its direct or indirect subsidiaries, including EST Expro Servicios, SPA, Seguridad Privada Active Security Company A.S.C. Cia Ltda., SL-Back Office Services S.A., Sociedad de Asesorias y Servicios Intergrales  San Luis Ltda., Ecoblanc S.A., and HSBC Bank (Chile) | Mayer Brown LLP | Attn: Aaron K. Gavant, Craig E. Reimer, Matthew V. Wargin<br>71 S. Wacker Drive<br>Chicago IL 60606 | agavant@mayerbrown.com<br>creimer@mayerbrown.com<br>mwargin@mayerbrown.com | Email |
| Counsel to Agencias Universales S.A. and certain of its Affiliates, OSI South America Holding SpA and certain of its direct or indirect subsidiaries, including EST Expro Servicios, SPA, Seguridad Privada Active Security Company A.S.C. Cia Ltda., SL-Back Office Services S.A., Sociedad de Asesorias y Servicios Intergrales  San Luis Ltda. and Ecoblanc S.A. | Mayer Brown LLP | Attn: Youmi Kim, Joaquin M. C de Baca<br>1221 Avenue of the Americas<br>New York NY 10020 | ykim@mayerbrown.com<br>JCDebaca@mayerbrown.com | Email |
| Counsel to American Sales and Management Organization d/b/a Eulen America | McDermott Will & Emery LLP | Attn: Craig V. Rasile, Gregg A. Steinman<br>333 SE 2nd Avenue<br>Suite 4500<br>Miami FL 33131-4336 | crasile@mwe.com<br>gsteinman@mwe.com<br>dnorthrop@mwe.com<br>sbugliaro@mwe.com | Email |
| Counsel to Vitol Inc. | McGuireWoods LLP | Attn: Frank J. Guadagnino<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh PA 15222 | fguadagnino@mcguirewoods.com | Email |
| Counsel to Airport Terminal Management, Inc. | Moritt Hock & Hamroff LLP | Attn: Allison J. Arotsky<br>400 Garden City Plaza<br>Garden City NY 11530 | aarotsky@moritthock.com | First Class Mail and Email |
| Counsel to Subsequent Debtors Top Secured Creditors | Natixis | Attn: Andrew Young Okana Nsiawi<br>30, avenue Pierre Mendes<br>BP 4 75060 Paris Cedex 02, 542 044 524 RCS Paris<br>Paris 75013 France | andrew.okana@natixis.com | Email |
| Top 5 Secured Creditor | Natixis | Attn: Julie Watremez<br>43, Avenue Pierre Mendès<br>Paris 75013 France | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Topcast Aviation USA, Inc. | Nixon Peabody LLP | Attn: Christopher J. Fong<br>55 West 46th Street<br>New York NY 10036 | cfong@nixonpeabody.com | Email |
| United States Trustee for the Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Brian Masumoto<br>201 Varick St.<br>Ste. 1006<br>New York NY 10014 | brian.masumoto@usdoj.gov | First Class Mail and Email |
| Counsel to Scotiabank Chile | Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa, Jr., Monica Perrigino, Evan C. Hollander<br>51 West 52nd Street<br>New York NY 10019-6142 | rdaversa@orrick.com<br>mperrigino@orrick.com<br>LatamNotice@Orrick.com | Email |
| Counsel to Rocket Travel Inc., Agoda Company Pte. Ltd., Agoda International USA LLC., priceline.com LLC, and Kayak Software Corporation | Otterbourg P.C. | Attn: Steven B. Soll<br>230 Park Avenue<br>New York NY 10169-0075 | ssoll@otterbourg.com | Email |
| Counsel to Servcater International Ltda., Retail in Motion Latin America SpA (Ecuador), Retail in Motion Latin America SpA (Chile), Retail in Motion Latin America SpA Sucursal Colombiana, Retail in Motion Latin America SpA Sucursal del Peru, Servcater International Ltda., Sky Chefs de Chile, LSG Sky Chefs South Africa (Pty) Ltd., LSG Sky Chefs New Zealand Limited, and Sky Chefs de Mexico, S.A. de C.V. | Pachulski Stang Ziehl & Jones LLP | Attn: Ayala Hassell, Michael Warner<br>440 Louisiana Street<br>Houston TX 77002 | ahassell@pszjlaw.com<br>mwarner@pszjlaw.com | Email |
| Counsel to Servcater International Ltda., Retail in Motion Latin America SpA (Ecuador), Retail in Motion Latin America SpA (Chile), Retail in Motion Latin America SpA Sucursal Colombiana, Retail in Motion Latin America SpA Sucursal del Peru, Servcater International Ltda., Sky Chefs de Chile, LSG Sky Chefs South Africa (Pty) Ltd., LSG Sky Chefs New Zealand Limited, and Sky Chefs de Mexico, S.A. de C.V. | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W Golden<br>780 Third Ave<br>34th Floor<br>New York NY 10017 | sgolden@pszjlaw.com | Email |
| Counsel to Teleperformance Colombia S.A.S., Banco del Estado de Chile, in its capacity as indenture trustee under the Chilean Local Bonds Series A through E issued by LATAM Airlines Group S.A. | Paul Hastings LLP | Attn: Harvey A. Strickon, Pedro A. Jimenez, Andrés C. Mena, Douglass E. Barron<br>200 Park Avenue<br>New York NY 10166 | harveystrickon@paulhastings.com<br>pedrojimenez@paulhastings.com<br>andresmena@paulhastings.com<br>douglassbarron@paulhastings.com | Email |
| Counsel to The Boeing Company and its Subsidiaries | Perkins Coie LLP | Attn: Alan D. Smith<br>1201 Third Avenue<br>Suite 4900<br>Seattle WA 98101-3099 | ADSmith@perkinscoie.com | Email |
| Counsel to The Boeing Company and its Subsidiaries | Perkins Coie LLP | Attn: John D. Penn<br>1155 Avenue of the Americas<br>22nd Floor<br>New York NY 10036-2711 | jpenn@perkinscoie.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Petróleo Brasileiro S.A. | Attn: RODRIGO MOTTA GUIMARES<br>200 Westlake Park Boulevard<br>Suite 1000<br>Houston TX 77079 | rodrigo@br-petrobras.com.br | Email |
| Counsel to Sumitomo Mitsui Banking Corporation, New York Branch | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim<br>324 Royal Palm Way<br>Suite 220<br>Palm Beach FL 33480 | dania.slim@pillsburylaw.com | Email |
| Counsel to Sumitomo Mitsui Banking Corporation, New York Branch | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley<br>31 W 52nd Street<br>New York NY 10019 | leo.crowley@pillsburylaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to RIU CALIFORNIA LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq.<br>525 B Street<br>Suite 2200<br>San Diego CA 92101 | gerald.kennedy@procopio.com | Email |
| Counsel to SPCP Access Holdings, LLC, SPCP Institutional Group, LLC and SPCP Luxembourg Strategies S.à r.l. | Pryor Cashman LLP | Attn: Ronald S. Beacher<br>7 Times Square<br>New York NY 10036-6569 | rbeacher@pryorcashman.com | Email |
| Counsel to Knighthead Capital Management | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Victor Noskov, Debra O'Gorman, Dennis Hranitzky<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com<br>victornoskov@quinnemanuel.com<br>debraogorman@quinnemanuel.com<br>dennishranitzky@quinnemanuel.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | RAIZEN COMBUSTIVEIS S.A. | Attn: Leonardo Ozorio<br>AV DAS AMERICAS, 4200, BL 5 (SALAS 101/701) E BL 6 (SALAS 101/601)<br>Bairro BARRA DA TIJUCA<br>Cidade Rio de Janeiro 22640 Brazil | Leonardo.Ozorio@raizen.com | Email |
| Counsel to Accenture LLP and Certain of its Affiliates, SITA Information Networking Computing USA, Inc. | Reed Smith LLP | Attn: Christopher A. Lynch, Rebecca K. Tesfaye<br>599 Lexington Avenue<br>22nd Floor<br>New York NY 10022-7650 | clynch@reedsmith.com<br>rtesfaye@reedsmith.com | Email |
| Counsel to Accenture LLP and Certain of its Affiliates | Reed Smith LLP | Attn: Claudia Z. Springer<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia PA 19103 | cspringer@reedsmith.com | Email |
| Counsel to SITA Information Networking Computing USA, Inc. | Reed Smith LLP | Attn: Omar J. Alaniz<br>2850 N. Harwood Street, Suite 1500<br>Dallas TX 75201 | oalaniz@reedsmith.com | Email |
| Counsel to Subsequent Debtors Top Unsecured Creditors | Scotiabank Chile | Attn: Alejandra Anguita<br>Casa Matriz<br>Av Costanera Sur 2710, Torre A<br>Santiago 277 Chile | Alejandra.Anguita@scotiabank.cl | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| Counsel to Investec Bank PLC, Tokyo Century Corporation, Silux SCS, SIVA-FIS (acting in respect of its sub-fund SILC (AIRCRAFT) SIGNAL IDUNA LOAN COMPARTMENT), and JA Mitsui Leasing, Ltd. | Sheppard Mullin Richter & Hampton, LLP | Attn: Edward H. Tillinghast, III<br>30 Rockefeller Plaza<br>39th Floor<br>New York NY 10112 | etillinghast@sheppardmullin.com<br>bgilbert@sheppardmullin.com | Email |
| Counsel to Investec Bank PLC, Tokyo Century Corporation, Silux SCS, SIVA-FIS (acting in respect of its sub-fund SILC (AIRCRAFT) SIGNAL IDUNA LOAN COMPARTMENT), and JA Mitsui Leasing, Ltd. | Sheppard Mullin Richter & Hampton, LLP | Attn: Nicholas Dugdale<br>4 Embarcadero Center<br>San Francisco CA 94111 | ndugdale@sheppardmullin.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to GE Capital Aviation Services LLC, GE Aviation LLC and their affiliates | Sidley Austin LLP | Attn: Michael G. Burke, Andrew P. Propps<br>787 Seventh Avenue<br>New York NY 10019 | mgburke@sidley.com<br>apropps@sidley.com | Email |
| Counsel to Organización Terpel S.A. and Copec Aviation S.A | Simpson Thacher & Bartlett LLP | Attn: Borja Marcos, Kathrine A. McLendon, Juan M. Naveira<br>425 Lexington Avenue<br>New York NY 10017 | bmarcos@stblaw.com<br>kmclendon@stblaw.com<br>jnaveira@stblaw.com | Email |
| Counsel to STS Aviation Group, Inc. and STS Component Solutions, LLC | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | cp@stevenslee.com | Email |
| Counsel to STS Aviation Group, Inc. and STS Component Solutions, LLC | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia PA 19406 | lpg@stevenslee.com | Email |
| The Bank of New York Mellon | The Bank of New York Mellon | Attn: Gary S. Bush, Vice President<br>240 Greenwich Street<br>New York NY 10286 | gary.bush@bnymellon.com | Email |
| Counsel to Port Authority of New York and New Jersey | The Port Authority of New York and New Jersey | Attn: Natalie D. Russell<br>4 World Trade Center<br>150 Greenwich Street, 24th Floor<br>New York NY 10007 | | First Class Mail |
| Proposed Co-Counsel for Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Attn: Albert Togut, Esq., Kyle J. Ortiz, Esq.<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>kortiz@teamtogut.com | Email |
| Counsel to United States | US Attorney | Attn: Stephen Cha-Kim, Audrey Strauss<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York NY 10007 | Stephen.Cha-Kim@usdoj.gov | Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to JSA International US Holdings, LLC, Natixis, as liquidity provider under the EETC transaction 2015-1 and in relation to the MSN 3662, 4570, 5101, 6592, 6632, 6685, 37665 and 37667 transactions, Export-Import Bank of the United States, Macquarie Aircraft Leasing Services (Ireland) Limited and Macquarie Aircraft Leasing Services (UK),  SBI Leasing, Airbus Financial Services Limited, KfW and KfW-IPEX Bank Gmbh, VGS Acquisition Holding Bermuda Limited and Johannesburg Limited (Ireland), DVB Bank SE, London Branch, MAF Aviation 1 Designated Activity Company, AS Air Lease 76 (Ireland) Limited, MUFG Bank, Ltd., Vermillion Aviation (Two) Limited, ORIX Aviation Systems Limited, on behalf of ORIX Aviation Systems Limited and as attorney in fact on behalf of each of KG3, Inc., MNS Corporation, Ohtake Zaimoku Ltd. (formerly named Yamadai Ohtake Co., Ltd.),Sensho Bussan Co., Ltd., AerCap Holdings N.V., LEAF Capital Funding, LLC, and the United States Attorney for the Southern District of New York | Vedder Price P.C. | Attn: Michael J. Edelman, Jeremiah J. Vandermark, Jeffrey T. Veber, Kevin J. Etzel<br>1633 Broadway<br>31st Floor<br>New York NY 10019 | MJEdelman@VedderPrice.com<br>JVeber@VedderPrice.com<br>ketzel@vedderprice.com | Email |
| Counsel to JSA International US Holdings, LLC, Natixis, as liquidity provider under the EETC transaction 2015-1 and in relation to the MSN 3662, 4570, 5101, 6592, 6632, 6685, 37665 and 37667 transactions, Export-Import Bank of the United States, Macquarie Aircraft Leasing Services (Ireland) Limited and Macquarie Aircraft Leasing Services (UK),  SBI Leasing, Airbus Financial Services Limited, KfW and KfW-IPEX Bank Gmbh, VGS Acquisition Holding Bermuda Limited and Johannesburg Limited (Ireland), DVB Bank SE, London Branch, MAF Aviation 1 Designated Activity Company, AS Air Lease 76 (Ireland) Limited, MUFG Bank, Ltd., Vermillion Aviation (Two) Limited, ORIX Aviation Systems Limited, on behalf of ORIX Aviation Systems Limited and as attorney in fact on behalf of each of KG3, Inc., MNS Corporation, Ohtake Zaimoku Ltd. (formerly named Yamadai Ohtake Co., Ltd.),Sensho Bussan Co., Ltd., AerCap Holdings N.V. and the United States Attorney for the Southern District of New York | Vedder Price P.C. | Attn: William W. Thorsness, David L. Kane<br>222 N. LaSalle St.<br>Ste. 2600<br>Chicago IL 60601 | WThorsness@VedderPrice.com<br>DKane@VedderPrice.com | Email |
| Counsel to Costa Verde Aeronautica S.A. and Lozuy S.A. | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, John R. Sobolewski, John H. Bailey, Angela K. Herring<br>51 West 52nd Street<br>New York NY 10019-6150 | RGMason@wlrk.com<br>JRSobolewski@wlrk.com<br>JHBailey@wlrk.com<br>AKHerring@wlrk.com | Email |
| Counsel to RECARO Aircraft Seating Americas, LLC | Warner Norcross + Judd LLP | Attn: Gordon J. Toering<br>1500 Warner Building<br>150 Ottawa Avenue, NW<br>Grand Rapids MI 49503 | gtoering@wnj.com | Email |
| Counsel to Apollo Management Holdings, L.P. on behalf of one or more affiliates and/or funds, accounts and entities advised by it and its affiliates | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, David N. Griffiths, Thomas R. Schinckel<br>767 Fifth Avenue<br>New York NY 10153 | Gary.Holtzer@weil.com<br>David.Griffiths@weil.com<br>Tom.Schinckel@weil.com | Email |
| Top 5 Secured Creditor | Wells Fargo Bank Northwest, National Association | Attn: Corporate Trust Lease Group<br>260 North Charles Lindbergh Drive<br>Salt Lake City UT 84116 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ad Hoc Group of LATAM Bondholders | White & Case LLP | Attn: Jason N. Zakia<br>111 South Wacker Drive<br>Suite 5100<br>Chicago IL 60606-4302 | jzakia@whitecase.com | Email |
| Counsel to Ad Hoc Group of LATAM Bondholders | White & Case LLP | Attn: John K. Cunningham, Jason Zakia, Mark Franke, John Ramirez, Gregory Starner, Richard Kebrdle, Joshua Weedman, Dominique Forrest, Brian D. Pfeiffer<br>1221 Avenue of the Americas<br>New York NY 10020 | mark.franke@whitecase.com<br>jcunningham@whitecase.com<br>john.ramirez@whitecase.com<br>gstarner@whitecase.com<br>jweedman@whitecase.com<br>dominique.forrest@whitecase.com<br>brian.pfeiffer@whitecase.com | Email |
| Counsel to Ad Hoc Group of LATAM Bondholders, Oaktree Capital Management, L.P. | White & Case LLP | Attn: Richard S. Kebrdle, Michael C. Shepherd, Laura L. Femino, Thomas E. Lauria<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami FL 33131 | rkebrdle@whitecase.com<br>mshepherd@whitecase.com<br>laura.femino@whitecase.com<br>tlauria@whitecase.com | Email |
| Counsel to Oaktree Capital Management, L.P. | White & Case LLP | Attn: Thomas Lauria, Michael Shepherd,  Kimberly A. Havlin, and Laura Femino<br>1221 Avenue of the Americas<br>New York NY 10020 | tlauria@whitecase.com<br>mshepherd@whitecase.com<br>kim.havlin@whitecase.com<br>laura.femino@whitecase.com | Email |
| Counsel to Google LLC | White and Williams LLP | Attn: James C. Vandermark<br>7 Times Square<br>Suite 2900<br>New York NY 10036-6524 | vandermarkj@whiteandwilliams.com | Email |
| Counsel to Sabre Corporation | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Joel Millar<br>1875 Pennsylvania Avenue NW<br>Washington DC 20006 | joel.millar@wilmerhale.com | Email |
| Counsel to Sabre Corporation | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Philip D. Anker<br>7 World Trade Center<br>250 Greenwich Street<br>New York NY 10007 | philip.anker@wilmerhale.com | Email |
| Top 5 Secured Creditor | Wilmington Trust Company | Attn: Corporate Trust Administration<br>1100 North Market Street<br>Wilmington DE 19890-1605 | | First Class Mail |
| Counsel to DHL Global Forwarding | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Mark G. Ledwin, Esq.<br>1133 Westchester Avenue<br>White Plains NY 10604 | mark.ledwin@wilsonelser.com | Email |
| Counsel to BNP Paribas, as Senior Facility Agent, Her Britannic Majesty's Secretary of State acting by the Export Credits Guarantee Department<br>(operating as UK Export Finance), Euler Hermes Aktiengesellschaft, and Bpifrance Assurance Export | Winston & Strawn LLP | Attn: David Neier, Carrie V. Hardman<br>200 Park Avenue<br>New York NY 10166-4193 | dneier@winston.com<br>chardman@winston.com | Email |
| Counsel to Corporación Nacional de Consumidores y Usuarios de Chile | Wolf Popper LLP | Attn: Chet B. Waldman<br>845 Third Avenue<br>New York NY 10022 | cwaldman@wolfpopper.com | Email |
| Counsel to Zendesk, Inc. | Wong Fleming, P.C. | Attn: Dafney Dubuisson Stokes<br>821 Alexander Road<br>Suite 200<br>Princeton NJ 08540 | dstokes@wongfleming.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Subsequent Debtors Top Unsecured Creditors | World Fuel Services | Attn: RICHARD HOPPE<br>9800 NW 41 Street, Suite 400<br>Miami FL 33178 | RHoppe@wfscorp.com | Email |
| Counsel to World Fuel Services Corp. | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Sean T. Greecher<br>1270 Avenue of the Americas<br>Suite 2210<br>New York NY 10020 | bankfilings@ycst.com<br>pmorgan@ycst.com<br>sgreecher@ycst.com | Email |
| Counsel to Esmax Esmax Distribucion SpA | Zirinsky Law Partners PLLC | Attn: Bruce R. Zirinsky, Gary D. Ticoll<br>57 West 57th Street, 4th Floor<br>New York NY 10019 | bzirinsky@zirinskylaw.com<br>gticoll@zirinskylaw.com | Email |