**Hearing Date: December 29, 2021 at 11:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: December 16, 2021 at 4:00 p.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Albert Togut
Kyle J. Ortiz
Amy M. Oden
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

*Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.: 20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF HEARING TO CONSIDER FINAL APPLICATION OF THE BOSTON CONSULTING GROUP, INC. AND THE BOSTON CONSULTING GROUP UK LLP, STRATEGIC ADVISOR FOR THE DEBTORS, FOR FINAL ALLOWANCE OF FIXED RATE COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FROM FEBRUARY 3, 2021 THROUGH MARCH 31, 2021**

---

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's U.S. or local tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96- 6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98- 0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76- 9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65- 0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

**PLEASE TAKE NOTICE** that a hearing to consider the final application of The Boston Consulting Group, Inc. and The Boston Consulting Group UK LLP, as Strategic Advisor retained by the Debtors in the above-captioned cases (collectively, the "Debtors") seeking final allowance of compensation for services rendered ( the "Application") [Dkt. No. 3686] shall be held before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), **December 29, 2021 at 11:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard, unless the telephonic hearing procedures set forth in General Order M-543 (Morris, C.J.) (as may be amended) remain in effect as of that date, in which case the Hearing shall be held telephonically via Court Solutions LLC. Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov and clicking on the "Coronavirus COVID-19 Protocol" banner.

**PLEASE TAKE FURTHER NOTICE** that the following Application will be considered at the Hearing:

| Applicant | Interim Fee Period | Final Fees | Final Expenses | Aggregate Final Fees |
|---|---|---|---|---|
| **The Boston Consulting Group and The Boston Consulting Group UK LLP** [Docket No. 3686] | February 3, 2021 through March 31, 2021 | $500,000.00 | N/A | $500,000.00 |

2

The Application has been electronically filed with the Clerk of the Bankruptcy Court pursuant to Rule 5005-2 of the Local Bankruptcy Rules for the Southern District of New York and are available for examination and inspection by interested parties (a) on the Bankruptcy Court's website for a fee by visiting www.nysb.uscourts.gov, or (b) for free by visiting the website of the Debtors' Claims and Noticing Agent, Prime Clerk, at https://cases.primeclerk.com/LATAM.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in writing, stating in detail the reasons therefore, and must be filed with the Clerk of the Bankruptcy Court, with copies delivered directly to Bankruptcy Judge Garrity's Chambers, and served upon:

(i) The Debtors c/o LATAM Airlines Group S.A., 6500 NW 22nd Street Miami, FL 33131, Attn: Helen Warner (email: helen.warner@latam.com);

(ii) Counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Richard J. Cooper, Esq., Lisa M. Schweitzer, Esq., and Luke A. Barefoot, Esq. (email: rcooper@cgsh.com, lschweitzer@cgsh.com, and lbarefoot@cgsh.com);

(iii) Co-Counsel to the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Albert Togut, Esq. and Kyle Ortiz, Esq. (email: altogut@teamtogut.com and kortiz@teamtogut.com);

(iv) The United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Brian S. Masumoto, Esq. and Serene Nakano, Esq. (email: brian.masumoto@usdoj.gov and serene.nakano@usdoj.gov);

(v) Counsel for the UCC, Dechert LLP, Three Bryant Park, 1095 Avenue of the Americas, New York, New York 10036-6797, Attn: Allan Brilliant, Esq. and Craig Druehl, Esq. (email: allan.brilliant@dechert.com and craig.druehl@dechert.com); and

(vi) Counsel for the ad hoc group of LATAM Bondholders, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1095, Attn: John K. Cunningham, Esq. and Richard S. Kebrdle, Esq. (email: jcunningham@whitecase.com and rkebrdle@whitecase.com); and

3

    (vii) The Boston Consulting Group, Inc.; and The Boston Consulting Group UK LLP, as Strategic Advisor for the Debtors, 1075 Peachtree Street NE #3800, Atlanta GA 30309 Attn: Jason Guggenheim, Esq.; and Gus Biggio, Esq.

so that they are filed and actually received by all of them **not later than 4:00 p.m. (prevailing Eastern Time) on December 16, 2021.** Objections not timely served and filed may not be considered by the Bankruptcy Court.

    **PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Application may be adjourned from time to time, without further written notice to creditors or parties-in-interest.

Dated: New York, New York
       December 2, 2021

                        TOGUT, SEGAL & SEGAL LLP
                        By:

                        */s/Kyle J. Ortiz*
                        ALBERT TOGUT
                        KYLE J. ORTIZ
                        AMY M. ODEN
                        One Penn Plaza, Suite 3335
                        New York, New York 10119
                        Telephone: (212) 594-5000
                        Facsimile: (212) 967-4258