## Exhibit 2

**Alfonsín Balza
Supplemental Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.: 20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |

### SUPPLEMENTAL DECLARATION OF RAMIRO ALFONSÍN BALZA IN SUPPORT OF THE BACKSTOP AGREEMENTS MOTION

I, Ramiro Alfonsín Balza, make this Declaration under 28 U.S.C. § 1746:

1. I am the Chief Financial Officer of LATAM Airlines Group S.A. ("LATAM Parent"), a corporation organized under the laws of Chile, and one of the Debtors in the Chapter 11 Cases. I have been the Chief Financial Officer of LATAM Parent for the last five years, after working for more than twenty years in investment banking and in senior finance positions in the power utility sector. I also hold a degree in business administration from the Universidad Católica

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); LATAM Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); ABSA Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33122.

Argentina. I am generally familiar with the day-to-day operations and affairs, books and records of LATAM Parent and its affiliates that have, together with the LATAM Parent, filed their voluntary petitions for relief on (i) May 26, 2020 (the "Initial Chapter 11 Cases") and (ii) July 7 and 9, 2020 (the "Additional Chapter 11 Cases" and, together with the Initial Chapter 11 Cases, the "Chapter 11 Cases") under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Court"). LATAM Parent, together with its affiliates in the Chapter 11 Cases are referred to here as the "Debtors."

2. I submit this Supplemental Declaration in further support of the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' (A) Entry into and Performance under Backstop Agreements and (B) Payment of Related Fees and Expenses and Incurrence of Certain Indemnification Obligations, and (II) Granting Related Relief* (the "Backstop Agreements Motion").

3. I am not being specifically compensated for this testimony other than through payroll payments received as part of my regular compensation for my position at LATAM Parent.

4. Attached hereto as Exhibit A are excerpts of my deposition testimony taken on January 29, 2021 concerning the topic relating to sections 7.1(e) and (f) of the Backstop Agreements in the 30(b)(6) deposition notice with respect to the Backstop Agreements Motion served by Banco del Estado de Chile, in its capacity as indenture trustee under the Chilean Local Bonds Series A through D and Series E issued by LATAM Airlines Group S.A., on which I was designated to serve as the Debtors' witness.

5. Exhibits B and C attached hereto are exhibits that were introduced during the 30(b)(6) portion of my deposition as Exhibits 10 and 11, respectively.

6. Like all of my testimony, the testimony contained in Exhibit A was under oath and was true and correct to the best of my information, knowledge and belief. I adopt that testimony as part of my direct testimony on the Backstop Agreements Motion.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements and the deposition testimony contained in Exhibit A are true and correct to the best of my information, knowledge and belief.

Dated: February 6, 2022
Colorado, USA

_____
Ramiro Alfonsin Balza
Chief Financial Officer
LATAM Airlines Group S.A.