# Exhibit B

## 30(B)(6) Notice (Redacted)

Pedro A. Jimenez, Esq.
Andrew Tenzer, Esq.
Nicholas Bassett, Esq.
Douglass Barron, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090

*Counsel to Banco del Estado de Chile, in its capacity as indenture trustee under the Chilean Local Bonds Series A through D and Series E issued by LATAM Airlines Group S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
LATAM Airlines Group S.A., et al.,                               :    Case No. 20-11254 (JLG)
                                                                 :
            Debtors.[1]                                          :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

**BANCO DEL ESTADO DE CHILE'S, IN ITS CAPACITY AS INDENTURE TRUSTEE UNDER CHILEAN LOCAL BONDS SERIES A THROUGH D AND SERIES E, NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO DEBTORS IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER <u>AUTHORIZING DEBTORS TO ENTER INTO BACKSTOP AGREEMENTS</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A). For the purpose of these chapter 11 cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

Exhibit
BAES 0010
1/29/2022
Alfonsin

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings pursuant to Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and this Court's June 5, 2020 Order Implementing Certain Notice and Case Management Procedures [Docket No. 112], Banco del Estado de Chile ("BancoEstado"), in its capacity as indenture trustee under the Chilean Local Bonds Series A through D and Series E issued by LATAM Airlines Group S.A., through its undersigned counsel, will take the deposition upon oral examination of the corporate representative(s) of LATAM Airlinees Group S.A. and certain of its affiliated debtors and debtors in possession (collectively, the "Debtors") on the topics referenced in the accompanying rider attached hereto as **Schedule A**. This deposition will take place by videoconference on January 29, 2022 at 10:00 a.m. Eastern Time and January 31, 2022 at 10:00 a.m. Eastern Time. The deposition shall continue from day to day thereafter, excluding weekends and holidays, until completed or adjourned. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means and video.

**PURSUANT TO** Fed. R. Civ. P. 30(b)(6), the Debtors must designate one or more officers, directors, or managing agents, or other persons who consent to testify on their behalf with respect to the matters set forth in the attached **Schedule A**.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 25, 2022
    Washington, D.C.        */s/ Nicholas A. Bassett*

Pedro A. Jimenez, Esq.
Andrew Tenzer, Esq.
Nicholas Bassett, Esq.
Douglas Barron, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
pedrojimenez@paulhastings.com
andrewtenzer@paulhastings.com
nicholasbassett@paulhastings.com
shlomomaza@paulhastings.com

*Counsel to Banco del Estado de Chile, in its capacity as indenture trustee under the Chilean Local Bonds Series A through D and Series E issued by LATAM Airlines Group S.A.*

## SCHEDULE A: 30(B)(6) RIDER TO DEBTORS

## DEFINITIONS

1. "You," "Your," "Debtors," and "LATAM" mean and refer to LATAM Airlines Group S.A. and its above-captioned chapter 11 debtors, together with all of their affiliates, divisions, agencies, instrumentalities, departments, offices, officers, directors, agents, attorneys, representatives, employees, and/or anyone acting on their behalf.

2. "Backstop Motion" means and refers to the Debtors' January 12, 2022 *Motion for Entry of an Order (I) Authorizing and Approving the Debtors' (A) Entry Into and Performance Under Backstop Agreements and (B) Payment of Related Fees and Expenses and Incurrence of Certain Indemnification Obligations, (II) Granting Related Relief* [Docket No. 4056].[2]

3. "Bankruptcy Cases" means the jointly-administered chapter 11 cases of *In re LATAM Airlines Group, S.A., et al.*, Case Number 20-11254 (JLG), commenced in the United States Bankruptcy Court for the Southern District of New York.

4. "Plan" means the Debtors' proposed Joint Plan of Reorganization of LATAM Airlines Group S.A., et al., under Chapter 11 of the Bankruptcy Code, dated November 26, 2021 [Docket No. 3666], as it may be supplemented or amended.

## TOPICS OF EXAMINATION

1. All "Corporate Deposition Topics" included in **Exhibit A** to the *Notice of Deposition of the Debtors' Corporate Representative* served on the Debtors by the Official Committee of Unsecured Creditors of LATAM Airlines Group S.A., *et al.*, on January 17, 2022, which Corporate Deposition Topics are incorporated herein by reference.

---

[2] All capitalized terms have the meaning set forth in the Backstop Motion and the exhibits attached thereto.

2. The Debtors' determination, analysis, and/or consideration of whether the conditions set forth in sections 7.1(e) and (f) of the Backstop Agreements will be satisfied.