**Exhibit C**

**Forward Net Bookings Spreadsheet**
**(UNDER SEAL - HIGHLY**
**CONFIDENTIAL)**