# Exhibit A

**Combined Herlihy Excerpts
(UNDER SEAL - HIGHLY
CONFIDENTIAL)**