## Exhibit 5

**Mainoo Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LATAM Airlines Group S.A., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 20-11254 (JLG)<br><br>Jointly Administered |

## DECLARATION OF ABENA A. MAINOO
## IN SUPPORT OF THE BACKSTOP AGREEMENTS MOTION

I, Abena A. Mainoo, make this Declaration under 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in this Court and a Partner at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for the Debtors. I respectfully submit this declaration in support of the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' (A) Entry into and Performance under Backstop Agreements and (B) Payment of Related Fees and Expenses and Incurrence of Certain Indemnification Obligations, and (II) Granting Related Relief* (the "Backstop Agreements Motion").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); LATAM Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); ABSA Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348); and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street, Miami, FL 33122.

2. Attached hereto as Exhibit A is a true and correct copy of LATAM Airlines Group S.A.'s Form 6-K, filed on September 10, 2021, available at https://www.latamairlinesgroup.net/node/26386/html#ea147162ex99-1_latamairlines.htm.

3. Attached hereto as Exhibit B is a true and correct copy of a slide deck titled "LATAM Discussion Materials," dated September 7, 2021, Bates-stamped LATAM_C11_UCC_00000530.

4. Attached hereto as Exhibit C is a true and correct copy of a chart titled "Cost of Equity and Capital (US)" published by Damodaran Online, last updated in January 2022, available at https://pages.stern.nyu.edu/~adamodar/New_Home_Page/datafile/wacc.html.

5. Attached hereto as Exhibit D is a true and correct copy of the transcript of the deposition of Rodi Blokh, taken on February 4, 2022.

6. Attached hereto as Exhibit E is a true and correct copy of the transcript of the deposition of Elizabeth LaPuma, taken on February 3, 2022.

7. Attached hereto as Exhibit F is a true and correct copy of the transcript of the deposition of Joshua Scherer, taken on February 5, 2022.

8. While the Debtors would ordinarily designate specific portions of these depositions, given that they were concluded on Saturday and transcripts for two of the three arrived late yesterday afternoon, the Debtors have not had an opportunity to do so and therefore submit the entire transcripts for the record as "Highly Confidential."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2022
New York, New York

/s/ Abena A. Mainoo
Abena A. Mainoo