**Exhibit B**

**LATAM_C11_UCC_00000530
(UNDER SEAL - HIGHLY
CONFIDENTIAL)**