## Exhibit C

**Damodaran Online Chart**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date updated: | 5-Jan-22 | | | | | | |
| Created by: | Aswath Damodaran, adamodar@stern.nyu.edu | | | | YouTube Video Guide | | |
| What is this data? | Cost of equity and capital (updateable) | | | US companies | | | |
| Home Page: | http://www.damodaran.com | | | | | | |
| Data website: | https://www.stern.nyu.edu/~adamodar/New_Home_Page/data.html | | | | | | |
| Companies in each industry: | https://www.stern.nyu.edu/~adamodar/pc/datasets/indname.xls | | | | | | |
| Variable definitions: | https://www.stern.nyu.edu/~adamodar/New_Home_Page/datafile/variable.htm | | | | | | |

| | | Cost of Debt Lookup Table (based on std dev in stock prices) | |
|---|---|---|---|
| *To update this spreadsheet, enter the following* | | Standard Deviation | Basis Spread |
| Long Term Treasury bond rate = | 1.51% | 0   0.25 | 0.99% |
| Risk Premium to Use for Equity = | 4.24% | 0.25   0.4 | 1.65% |
| Global Default Spread to add to cost of debt = | 0.00% | 0.4   0.65 | 2.07% |
| Do you want to use the marginal tax rate for cost of debt? | Yes | 0.65   0.75 | 3.16% |
| If yes, enter the marginal tax rate to use | 27% | 0.75   0.9 | 6.61% |
| | | 0.9   1 | 8.34% |
| *These costs of capital are in US$. To convert to a different currency, please enter* | | 1   10 | 10.06% |
| Expected inflation rate in local currency = | 1.50% | | |
| Expected inflation rate in US $ = | 1.50% | | |

| Industry Name | Number of Firms | Beta | Cost of Equity | E/(D+E) | Std Dev in Stock | Cost of Debt | Tax Rate | After-tax Cost of Debt | D/(D+E) | Cost of Capital | Cost of Capital (Local Currency) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Advertising | 49 | 1.34 | 7.19% | 66.02% | 56.70% | 3.58% | 5.76% | 2.61% | 33.98% | 5.64% | 5.64% |
| Aerospace/Defense | 73 | 1.28 | 6.94% | 77.25% | 38.23% | 3.16% | 6.83% | 2.31% | 22.75% | 5.89% | 5.89% |
| Air Transport | 21 | 1.58 | 8.22% | 39.47% | 40.19% | 3.58% | 5.32% | 2.61% | 60.53% | 4.83% | 4.83% |
| Apparel | 39 | 1.23 | 6.71% | 75.99% | 43.49% | 3.58% | 12.06% | 2.61% | 24.01% | 5.73% | 5.73% |
| Auto & Truck | 26 | 1.13 | 6.30% | 83.43% | 54.78% | 3.58% | 3.88% | 2.61% | 16.57% | 5.69% | 5.69% |
| Auto Parts | 38 | 1.40 | 7.44% | 75.94% | 37.14% | 3.16% | 13.62% | 2.31% | 24.06% | 6.20% | 6.20% |
| Bank (Money Center) | 7 | 1.12 | 6.25% | 36.98% | 22.23% | 2.50% | 14.69% | 1.83% | 63.02% | 3.46% | 3.46% |
| Banks (Regional) | 563 | 0.70 | 4.47% | 74.31% | 19.68% | 2.50% | 19.29% | 1.83% | 25.69% | 3.79% | 3.79% |
| Beverage (Alcoholic) | 21 | 0.82 | 4.98% | 82.36% | 37.87% | 3.16% | 7.93% | 2.31% | 17.64% | 4.51% | 4.51% |
| Beverage (Soft) | 32 | 1.22 | 6.66% | 85.73% | 48.27% | 3.58% | 4.53% | 2.61% | 14.27% | 6.09% | 6.09% |
| Broadcasting | 28 | 1.35 | 7.24% | 46.12% | 48.77% | 3.58% | 11.54% | 2.61% | 53.88% | 4.75% | 4.75% |
| Brokerage & Investment Banking | 31 | 1.17 | 6.49% | 35.40% | 31.74% | 3.16% | 14.76% | 2.31% | 64.60% | 3.79% | 3.79% |
| Building Materials | 44 | 1.19 | 6.54% | 84.21% | 34.54% | 3.16% | 17.03% | 2.31% | 15.79% | 5.87% | 5.87% |
| Business & Consumer Services | 160 | 1.09 | 6.13% | 81.71% | 41.17% | 3.58% | 10.17% | 2.61% | 18.29% | 5.48% | 5.48% |
| Cable TV | 11 | 0.93 | 5.47% | 62.46% | 20.07% | 2.50% | 18.08% | 1.83% | 37.54% | 4.10% | 4.10% |
| Chemical (Basic) | 35 | 1.16 | 6.44% | 69.08% | 45.02% | 3.58% | 10.02% | 2.61% | 30.92% | 5.26% | 5.26% |
| Chemical (Diversified) | 4 | 1.50 | 7.88% | 67.84% | 37.29% | 3.16% | 3.90% | 2.31% | 32.16% | 6.09% | 6.09% |
| Chemical (Specialty) | 81 | 1.10 | 6.19% | 83.70% | 40.72% | 3.58% | 10.12% | 2.61% | 16.30% | 5.60% | 5.60% |
| Coal & Related Energy | 18 | 0.92 | 5.39% | 70.60% | 58.57% | 3.58% | 0.74% | 2.61% | 29.40% | 4.57% | 4.57% |
| Computer Services | 83 | 1.20 | 6.59% | 78.78% | 48.44% | 3.58% | 8.19% | 2.61% | 21.22% | 5.75% | 5.75% |
| Computers/Peripherals | 46 | 1.29 | 6.97% | 92.96% | 51.27% | 3.58% | 4.96% | 2.61% | 7.04% | 6.66% | 6.66% |
| Construction Supplies | 48 | 1.11 | 6.21% | 78.16% | 40.01% | 3.58% | 13.00% | 2.61% | 21.84% | 5.42% | 5.42% |
| Diversified | 22 | 0.75 | 4.71% | 81.55% | 30.11% | 3.16% | 7.24% | 2.31% | 18.45% | 4.27% | 4.27% |
| Drugs (Biotechnology) | 581 | 0.99 | 5.72% | 86.73% | 50.80% | 3.58% | 0.53% | 2.61% | 13.27% | 5.31% | 5.31% |
| Drugs (Pharmaceutical) | 298 | 1.08 | 6.07% | 87.19% | 56.17% | 3.58% | 2.18% | 2.61% | 12.81% | 5.63% | 5.63% |
| Education | 35 | 1.13 | 6.28% | 79.55% | 41.50% | 3.58% | 7.64% | 2.61% | 20.45% | 5.53% | 5.53% |
| Electrical Equipment | 104 | 1.25 | 6.79% | 87.96% | 57.66% | 3.58% | 4.98% | 2.61% | 12.04% | 6.29% | 6.29% |
| Electronics (Consumer & Office) | 16 | 0.98 | 5.65% | 92.92% | 52.54% | 3.58% | 4.87% | 2.61% | 7.08% | 5.43% | 5.43% |
| Electronics (General) | 137 | 1.09 | 6.11% | 88.69% | 43.45% | 3.58% | 6.66% | 2.61% | 11.31% | 5.72% | 5.72% |
| Engineering/Construction | 48 | 1.06 | 6.00% | 79.62% | 36.36% | 3.16% | 13.53% | 2.31% | 20.38% | 5.24% | 5.24% |
| Entertainment | 108 | 1.01 | 5.80% | 86.78% | 59.63% | 3.58% | 2.64% | 2.61% | 13.22% | 5.38% | 5.38% |
| Environmental & Waste Services | 58 | 1.24 | 6.77% | 82.74% | 43.01% | 3.58% | 5.90% | 2.61% | 17.26% | 6.05% | 6.05% |
| Farming/Agriculture | 36 | 1.03 | 5.88% | 73.09% | 46.45% | 3.58% | 7.65% | 2.61% | 26.91% | 5.00% | 5.00% |
| Financial Svcs. (Non-bank & Insurance) | 223 | 0.93 | 5.44% | 12.10% | 28.52% | 3.16% | 15.60% | 2.31% | 87.90% | 2.69% | 2.69% |
| Food Processing | 92 | 0.75 | 4.69% | 76.62% | 27.69% | 3.16% | 10.54% | 2.31% | 23.38% | 4.14% | 4.14% |
| Food Wholesalers | 15 | 1.40 | 7.45% | 68.06% | 54.01% | 3.58% | 8.60% | 2.61% | 31.94% | 5.91% | 5.91% |
| Furn/Home Furnishings | 32 | 1.11 | 6.21% | 77.73% | 44.77% | 3.58% | 11.74% | 2.61% | 22.27% | 5.41% | 5.41% |
| Green & Renewable Energy | 20 | 1.59 | 8.24% | 60.01% | 81.76% | 8.12% | 1.43% | 5.93% | 39.99% | 7.32% | 7.32% |
| Healthcare Products | 244 | 0.94 | 5.49% | 92.07% | 43.81% | 3.58% | 4.15% | 2.61% | 7.93% | 5.26% | 5.26% |
| Healthcare Support Services | 131 | 1.06 | 6.00% | 80.29% | 46.86% | 3.58% | 7.72% | 2.61% | 19.71% | 5.33% | 5.33% |
| Heathcare Information and Technology | 142 | 0.94 | 5.50% | 91.14% | 46.28% | 3.58% | 3.57% | 2.61% | 8.86% | 5.25% | 5.25% |
| Homebuilding | 29 | 1.69 | 8.66% | 81.99% | 39.47% | 3.16% | 18.63% | 2.31% | 18.01% | 7.51% | 7.51% |
| Hospitals/Healthcare Facilities | 31 | 1.41 | 7.50% | 58.49% | 52.31% | 3.58% | 8.99% | 2.61% | 41.51% | 5.47% | 5.47% |
| Hotel/Gaming | 66 | 1.79 | 9.12% | 68.49% | 43.87% | 3.58% | 6.02% | 2.61% | 31.51% | 7.07% | 7.07% |
| Household Products | 118 | 0.98 | 5.66% | 88.82% | 58.57% | 3.58% | 5.87% | 2.61% | 11.18% | 5.32% | 5.32% |
| Information Services | 79 | 1.25 | 6.81% | 90.60% | 46.44% | 3.58% | 11.22% | 2.61% | 9.40% | 6.42% | 6.42% |

| Industry | # | Beta | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance (General) | 23 | 0.92 | 5.42% | 78.96% | 37.15% | 3.16% | 11.43% | 2.31% | 21.04% | 4.77% | 4.77% |
| Insurance (Life) | 24 | 1.22 | 6.70% | 51.92% | 31.81% | 3.16% | 14.28% | 2.31% | 48.08% | 4.59% | 4.59% |
| Insurance (Prop/Cas.) | 52 | 0.86 | 5.16% | 80.99% | 29.24% | 3.16% | 13.37% | 2.31% | 19.01% | 4.62% | 4.62% |
| Investments & Asset Management | 687 | 1.05 | 5.95% | 78.17% | 31.97% | 3.16% | 1.42% | 2.31% | 21.83% | 5.16% | 5.16% |
| Machinery | 111 | 1.25 | 6.80% | 87.63% | 34.75% | 3.16% | 10.58% | 2.31% | 12.37% | 6.24% | 6.24% |
| Metals & Mining | 74 | 1.17 | 6.48% | 84.62% | 68.08% | 4.67% | 2.07% | 3.41% | 15.38% | 6.01% | 6.01% |
| Office Equipment & Services | 18 | 1.38 | 7.38% | 67.45% | 31.01% | 3.16% | 8.96% | 2.31% | 32.55% | 5.73% | 5.73% |
| Oil/Gas (Integrated) | 4 | 1.47 | 7.72% | 78.91% | 28.71% | 3.16% | 19.34% | 2.31% | 21.09% | 6.58% | 6.58% |
| Oil/Gas (Production and Exploration) | 183 | 1.32 | 7.11% | 76.26% | 55.48% | 3.58% | 2.04% | 2.61% | 23.74% | 6.04% | 6.04% |
| Oil/Gas Distribution | 21 | 1.40 | 7.43% | 53.43% | 44.98% | 3.58% | 9.76% | 2.61% | 46.57% | 5.18% | 5.18% |
| Oilfield Svcs/Equip. | 100 | 1.50 | 7.85% | 64.88% | 49.63% | 3.58% | 3.89% | 2.61% | 35.12% | 6.01% | 6.01% |
| Packaging & Container | 26 | 1.01 | 5.79% | 66.81% | 26.38% | 3.16% | 17.09% | 2.31% | 33.19% | 4.63% | 4.63% |
| Paper/Forest Products | 11 | 1.21 | 6.66% | 70.76% | 30.61% | 3.16% | 12.01% | 2.31% | 29.24% | 5.38% | 5.38% |
| Power | 50 | 0.83 | 5.04% | 58.30% | 19.49% | 2.50% | 15.61% | 1.83% | 41.70% | 3.70% | 3.70% |
| Precious Metals | 76 | 0.99 | 5.71% | 89.28% | 56.29% | 3.58% | 3.11% | 2.61% | 10.72% | 5.37% | 5.37% |
| Publishing & Newspapers | 21 | 1.69 | 8.69% | 73.10% | 30.80% | 3.16% | 11.64% | 2.31% | 26.90% | 6.97% | 6.97% |
| R.E.I.T. | 238 | 1.35 | 7.23% | 65.02% | 32.65% | 3.16% | 1.94% | 2.31% | 34.98% | 5.51% | 5.51% |
| Real Estate (Development) | 19 | 1.06 | 6.02% | 55.57% | 51.32% | 3.58% | 2.60% | 2.61% | 44.43% | 4.50% | 4.50% |
| Real Estate (General/Diversified) | 10 | 0.91 | 5.35% | 79.11% | 30.70% | 3.16% | 9.94% | 2.31% | 20.89% | 4.72% | 4.72% |
| Real Estate (Operations & Services) | 51 | 1.15 | 6.37% | 63.95% | 41.43% | 3.58% | 6.54% | 2.61% | 36.05% | 5.01% | 5.01% |
| Recreation | 60 | 1.23 | 6.71% | 77.17% | 50.35% | 3.58% | 7.75% | 2.61% | 22.83% | 5.78% | 5.78% |
| Reinsurance | 2 | 1.37 | 7.32% | 72.02% | 25.95% | 3.16% | 22.96% | 2.31% | 27.98% | 5.92% | 5.92% |
| Restaurant/Dining | 70 | 1.56 | 8.11% | 78.53% | 42.76% | 3.58% | 7.11% | 2.61% | 21.47% | 6.93% | 6.93% |
| Retail (Automotive) | 32 | 1.40 | 7.44% | 72.15% | 44.49% | 3.58% | 14.20% | 2.61% | 27.85% | 6.09% | 6.09% |
| Retail (Building Supply) | 16 | 1.52 | 7.97% | 88.15% | 44.73% | 3.58% | 15.50% | 2.61% | 11.85% | 7.34% | 7.34% |
| Retail (Distributors) | 68 | 1.28 | 6.94% | 75.54% | 43.10% | 3.58% | 11.70% | 2.61% | 24.46% | 5.88% | 5.88% |
| Retail (General) | 16 | 1.12 | 6.24% | 86.17% | 33.88% | 3.16% | 18.45% | 2.31% | 13.83% | 5.70% | 5.70% |
| Retail (Grocery and Food) | 15 | 0.30 | 2.78% | 59.44% | 34.27% | 3.16% | 13.31% | 2.31% | 40.56% | 2.59% | 2.59% |
| Retail (Online) | 60 | 1.10 | 6.19% | 92.46% | 58.82% | 3.58% | 4.76% | 2.61% | 7.54% | 5.92% | 5.92% |
| Retail (Special Lines) | 76 | 1.44 | 7.63% | 74.21% | 45.57% | 3.58% | 14.67% | 2.61% | 25.79% | 6.34% | 6.34% |
| Rubber& Tires | 2 | 1.16 | 6.41% | 39.28% | 47.06% | 3.58% | 17.42% | 2.61% | 60.72% | 4.11% | 4.11% |
| Semiconductor | 67 | 1.16 | 6.44% | 93.65% | 37.46% | 3.16% | 6.80% | 2.31% | 6.35% | 6.18% | 6.18% |
| Semiconductor Equip | 34 | 1.34 | 7.19% | 95.20% | 33.22% | 3.16% | 9.19% | 2.31% | 4.80% | 6.95% | 6.95% |
| Shipbuilding & Marine | 8 | 0.99 | 5.71% | 72.48% | 51.04% | 3.58% | 3.19% | 2.61% | 27.52% | 4.86% | 4.86% |
| Shoe | 12 | 1.19 | 6.54% | 94.54% | 34.71% | 3.16% | 9.86% | 2.31% | 5.46% | 6.31% | 6.31% |
| Software (Entertainment) | 88 | 1.20 | 6.62% | 98.00% | 54.61% | 3.58% | 2.21% | 2.61% | 2.00% | 6.54% | 6.54% |
| Software (Internet) | 36 | 1.00 | 5.77% | 92.87% | 38.09% | 3.16% | 1.29% | 2.31% | 7.13% | 5.52% | 5.52% |
| Software (System & Application) | 375 | 1.14 | 6.35% | 94.63% | 45.74% | 3.58% | 3.36% | 2.61% | 5.37% | 6.15% | 6.15% |
| Steel | 28 | 1.13 | 6.31% | 75.26% | 33.13% | 3.16% | 13.30% | 2.31% | 24.74% | 5.32% | 5.32% |
| Telecom (Wireless) | 17 | 0.96 | 5.60% | 56.08% | 48.16% | 3.58% | 3.26% | 2.61% | 43.92% | 4.29% | 4.29% |
| Telecom. Equipment | 82 | 1.08 | 6.10% | 91.97% | 40.53% | 3.58% | 5.29% | 2.61% | 8.03% | 5.82% | 5.82% |
| Telecom. Services | 42 | 0.85 | 5.10% | 49.88% | 38.67% | 3.16% | 5.86% | 2.31% | 50.12% | 3.70% | 3.70% |
| Tobacco | 16 | 1.00 | 5.74% | 79.38% | 24.88% | 2.50% | 8.23% | 1.83% | 20.62% | 4.93% | 4.93% |
| Transportation | 17 | 0.79 | 4.86% | 81.37% | 28.34% | 3.16% | 14.40% | 2.31% | 18.63% | 4.39% | 4.39% |
| Transportation (Railroads) | 4 | 0.73 | 4.62% | 83.38% | 16.39% | 2.50% | 17.34% | 1.83% | 16.62% | 4.15% | 4.15% |
| Trucking | 34 | 1.44 | 7.61% | 79.20% | 32.99% | 3.16% | 16.04% | 2.31% | 20.80% | 6.51% | 6.51% |
| Utility (General) | 16 | 0.89 | 5.29% | 59.10% | 18.83% | 2.50% | 9.75% | 1.83% | 40.90% | 3.87% | 3.87% |
| Utility (Water) | 14 | 0.77 | 4.75% | 74.44% | 27.09% | 3.16% | 10.01% | 2.31% | 25.56% | 4.13% | 4.13% |
| **Total Market** | **7229** | **1.09** | **6.15%** | **71.38%** | **41.01%** | **3.58%** | **7.05%** | **2.61%** | **28.62%** | **5.14%** | **5.14%** |
| **Total Market (without financials)** | **5619** | **1.15** | **6.38%** | **83.34%** | **44.99%** | **3.58%** | **6.01%** | **2.61%** | **16.66%** | **5.75%** | **5.75%** |