# Exhibit D

**Rodi Blokh of AlixPartners,
LLP's Deposition Transcript
(UNDER SEAL - HIGHLY
CONFIDENTIAL)**