## Exhibit E

**Elizabeth LaPuma of UBS Securities LLC's Deposition Transcript (UNDER SEAL - HIGHLY CONFIDENTIAL)**