## Exhibit F

**Joshua Scherer of Ducera Partners
LLC's Deposition Transcript
(UNDER SEAL - HIGHLY
CONFIDENTIAL)**