Richard J. Cooper
Lisa M. Schweitzer
Luke A. Barefoot
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.: 20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |

# NOTICE OF FILING OF SECOND
# AMENDMENT TO RESTRUCTURING SUPPORT AGREEMENT

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); LATAM Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); ABSA Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33122.

**PLEASE TAKE NOTICE** that on November 26, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement with Respect to the Joint Plan of Reorganization of LATAM Airlines Group S.A., Et Al., Under Chapter 11 of the Bankruptcy Code* (ECF No. 3667) (the "Disclosure Statement"). Attached to the Disclosure Statement as Exhibit E was the first draft of the Restructuring Support Agreement (the "Original Restructuring Support Agreement" together with amendments and exhibits thereto, and as may be modified amended or supplemented from time to time, the "Restructuring Support Agreement").

**PLEASE TAKE FURTHER NOTICE** that, under the Restructuring Support Agreement, the parties thereto retain the ability to amend the Restructuring Support Agreement according to the procedures set out in section 11 thereof. *See id*. at § 11.

**PLEASE TAKE FURTHER NOTICE THAT** on January 25, 2022, the Debtors filed a revised Restructuring Support Agreement and the First Amendment to the Restructuring Agreement (the "First Amendment").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the Second Amendment to the Restructuring Support Agreement (the "Second Amendment"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file executed joinder agreements with the Initial W&C Creditor Group Parties (as defined in the Second Amendment) (the "Executed Joinder Agreements"), as attached hereto as **Exhibit B**.

Dated: February 11, 2022  
New York, New York

/s/ *Lisa M. Schweitzer*  
Richard J. Cooper  
Lisa M. Schweitzer  
Luke A. Barefoot  
Thomas S. Kessler  
CLEARY GOTTLIEB STEEN & HAMILTON LLP  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999  

*Counsel to the Debtors and Debtors-in-Possession*