TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258
Albert Togut
Kyle J. Ortiz
Amy M. Oden

*Co-Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.: 20-11254 (JLG) |
| Debtors.¹ | Jointly Administered |
| | **Related Docket No. 762** |

**NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF EVELYN SAHR
ON BEHALF OF ECKERT SEAMANS CHERIN MELLOTT, LLC IN ACCORDANCE
WITH THE ORDER AUTHORIZING THE DEBTORS TO RETAIN AND
COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY
COURSE OF BUSINESS, *NUNC PRO TUNC* TO THE PETITION DATE**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned jointly administered bankruptcy cases (jointly, the "Debtors"), filed a

---

¹ The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33122.

motion for entry of an order authorizing the Debtors to employ and pay professionals utilized in the ordinary course of business, (collectively, the "Ordinary Course Professionals") (subject to certain limits set forth therein) [Docket No. 148] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on June 28, 2020, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date* (the "OCP Order") [Docket No. 389].

**PLEASE TAKE FURTHER NOTICE** that, on August 4, 2020, the Debtors filed the *Notice of Filing of Declaration of Evelyn Sahr on Behalf of Eckert Seamans Cherin Mellott, LLC in Accordance with the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date* (the "Notice of Filing of OCP Declaration") [Docket No. 762].

**PLEASE TAKE FURTHER NOTICE** that, on August 13, 2020, the Court entered the *Final Order Granting Debtors' Motion for Entry of an Order Directing Certain Orders in the Chapter 11 Cases of LATAM Airlines Group S.A. et al. Be Made Applicable to Subsequent Debtors* [Docket No. 861] (the "Final Bring Down Order"). Paragraph 2 of the Final Bring Down Order makes the OCP Order applicable to the Subsequent Debtors (as defined in the Final Bring Down Order).

*[concludes on following page]*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

**PLEASE TAKE FURTHER NOTICE** that pursuant to the OCP Order, attached hereto as Exhibit "A" is the Supplemental Declaration of Disinterestedness of Evelyn Sahr on behalf of Eckert Seamans Cherin Mellott, LLC.

Dated:  New York, New York
        March 2, 2022

TOGUT, SEGAL & SEGAL LLP

/s/ Kyle J. Ortiz
Albert Togut
Kyle J. Ortiz
Amy M. Oden
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

*Co-Counsel to the Debtors
and Debtors in Possession*