UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.:  20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |
| | **Related Docket Nos. 1588, 1592 & 3341** |

**SECOND SUPPLEMENTAL DECLARATION OF DMITRY KRIVIN IN SUPPORT OF THE DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO PERFORM UNDER AND MAKE PAYMENTS UNDER ORDINARY COURSE CONSULTING CONTRACTS WITH MCKINSEY & COMPANY CHILE LTDA.**

I, Dmitry Krivin, declare as follows:

1.     I am employed as a partner at McKinsey & Company, Inc. United States ("McKinsey US") with an office at 175 Greenwich Street, New York City, NY, 10007. McKinsey & Company, Inc. ("McKinsey & Co.") is the ultimate parent company of McKinsey US, McKinsey & Company Chile Ltda. ("McKinsey Chile") and its consulting affiliates

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are:  LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); LATAM Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); ABSA Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33122.

(collectively, "McKinsey").[2]  I am duly authorized to make this supplemental declaration (this "Second Supplemental Declaration"), which is being submitted to supplement my initial declaration filed on January 6, 2021 [Docket No. 1588-2] (the "Initial Declaration")[3] and my supplemental declaration filed on March 11, 2021 [Docket No. 1979] (the "First Supplemental Declaration" and, together with the Initial Declaration, the "Prior Declarations") on behalf of the Proposed Professionals (as defined below)[4] in support of the Debtors' *Application for an Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Perform and Make Payments Under Two Ordinary Course Consulting Contracts with McKinsey & Company Chile Ltda* [Docket No. 1588] (as supplemented, the "Application").

2.      On October 7, 2021, McKinsey filed a supplemental application for approval of McKinsey's retention regarding a separate ordinary course contract with the Debtors (the "Supplemental Application") [Docket No. 3341].  In addition to supplementing the Prior Declarations, this Second Supplemental Declaration further supplements the declaration of my colleague Alex Dichter, a senior partner of McKinsey & Company, Inc., which was attached as an exhibit to the Supplemental Application [Docket No. 3341-2].

3.      Except as otherwise noted, the statements set forth herein are based on knowledge I have from my employment position and diligence undertaken by me or professionals working with me and, if called and sworn as a witness, I would testify competently thereto.

---

[2]      The term "McKinsey" includes any McKinsey entity that provides consulting (including bankruptcy advisory) services. The term "McKinsey" does not include investment affiliate MIO Partners, Inc. and its affiliated investment and advisory services related entities or their employees because they do not provide consulting and bankruptcy advisory services.

[3]      The motion to which the Initial Declaration was attached as an exhibit was withdrawn for docketing purposes only [Docket No. 1591] and refiled on January 7, 2021 [Docket No. 1592-2].

[4]      All capitalized terms used but not defined herein shall have the meanings set forth in the Application and the Initial Declaration.

## Disclosure Regarding Connections of McKinsey

### Client Connections

4.      As described in more detail in the Initial Declaration, the Proposed Professionals[5] undertook a comprehensive process to determine whether they had any connections or other relationships that might cause them to hold or represent an interest adverse to the Debtors. Specifically, the Proposed Professionals obtained from the Debtors or their representatives the names of individuals and entities that may be parties in interest in the Debtors' chapter 11 cases (as updated from time to time, the "Potential Parties in Interest"), and such parties were listed on Schedule 1 to the Initial Declaration.

5.      Subsequent to the preparation of the Initial Declaration, the Debtors and/or their representatives provided the Proposed Professionals with an updated list of Potential Parties in Interest, and such parties are listed on **Schedule 1** attached hereto.  The Working Group[6] used the same process described in the Initial Declaration to expand the new Interested Parties on the updated Interested Parties List to include all corporate affiliates[7] that shared a common parent with each new corporate party listed on the Interested Parties List (the "Supplemental Interested Parties").  The Supplemental Interested Parties were then added to the original Expanded IPL

---

[5]      The Proposed Professionals are McKinsey Chile, McKinsey US, McKinsey UK, McKinsey Prague, McKinsey Africa, McKinsey Brazil, McKinsey Switzerland, McKinsey Argentina, McKinsey Luxembourg, McKinsey India and McKinsey Italy.

[6]      The Working Group that assisted with preparing the disclosures contained in this Second Supplemental Declaration consisted of a core team of myself, Selina Yu, Sherry Yu, Mikel Acha, and Anubhav Jha.

[7]      As noted in the Initial Declaration, affiliate relationships were deemed to exist where a parent company owned 20% or more of the equity of a subsidiary, analogous to the definition of a debtor affiliate in section 101(2) of the Bankruptcy Code.

(the "Updated Expanded IPL").[8]  In sum, the Updated Expanded IPL added 64,241 new unique

parties (i.e., the Supplemental Interested Parties and their affiliates).[9]

6.    The Working Group also used the same process described in the Initial

Declaration to compile an updated Client List, using an "Updated Look-Back Period" starting on

May 26, 2017 and ending on December 31, 2021 (the "Updated Client List").

7.    The Working Group then used the same process described in the Initial

Declaration to check the names on the Updated Client List against the Updated Expanded IPL,

and the scope of the check was intentionally broad and inclusive.  This search captured not only

connections to the Supplemental Interested Parties, but also any new connections to the original

Expanded Interested Party List since the filing of the Prior Declarations. The resulting matches,

other than the Debtors, not previously included in the Prior Declarations are set forth on

**Schedule 2** hereto.  Based upon the results of the questionnaire process described in the Prior

Declarations and herein, to the best of my knowledge, subject to the disclosures set forth herein,

(i) none of these client relationships constitute interests adverse to the Debtors, and (ii) all of

these client relationships involved consulting matters unrelated to the Debtors.

<u>Vendor Connections and Banking Relationships</u>

8.    The Working Group also compared McKinsey's records of ordinary-course

vendor and banking relationships during the Updated Look-Back Period against the Updated

Expanded IPL, and the resulting matches not previously included in the Prior Declarations are

---

[8]    Because of the voluminous nature of the Updated Expanded IPL, it is not attached to this Second
Supplemental Declaration.  Copies are available upon request to the Proposed Professionals' counsel.

[9]    As described in the Initial Declaration, the Protocol does not require such an expansion of the Interested
Parties List.  The Proposed Professionals undertook this analysis out of an abundance of caution, in part to account
for the lack of a computerized conflict-checking database.

set forth on **Schedule 2** hereto. To the best of my knowledge, as ordinary-course vendor and banking relationships, none of these relationships constitute interests adverse to the Debtors.

Questionnaires

9.    In addition, the Working Group sent supplemental surveys relating to the parties added to the Interested Parties List and the Updated Expanded IPL and connections thereto, to supplement the results of the surveys described in paragraphs 17-20 of the Initial Declaration and paragraph 5 of the First Supplemental Declaration. The results of these supplemental surveys, to the extent not previously disclosed in the Prior Declarations, are reflected in the disclosures set forth herein.

Engagement Team

10.    The Working Group also used the same process described in the Initial Declaration to determine whether any McKinsey employees had been added to the Engagement Team since the preparation of my Initial Declaration and to further determine whether any such additional employees resulted in any new Retained Affiliates.  Any additional Engagement Team members identified were employees of one of the Proposed Professionals previously identified in my Prior Declarations.  Such additional Engagement Team members were included in the connection checking process described herein.

MIO Disclosures

11.    In addition, consistent with the Protocol, counsel for the Proposed Professionals sent the Updated Expanded IPL to counsel for MIO to facilitate MIO's search for new connections to Interested Parties.  MIO then compared the Updated Expanded IPL to a list, compiled to the best of its knowledge, of its third-party investment managers, direct investments, financial counterparties and service providers (such as vendors) for the Updated Look-Back

Period.  Counsel for MIO then delivered the results of this comparison to counsel for the Proposed Professionals, and the resulting matches not previously included in the Prior Declarations are set forth on **Schedule 3** hereto.  Based on the results provided by MIO, to the best of my knowledge, none of these relationships result in any Proposed Professional holding or representing an interest adverse to the Debtors.

12.     MIO's current board of directors is comprised entirely of retired McKinsey partners and independent members who are not current or former McKinsey partners.[10]  To the best of my knowledge, based on the results of the surveys, no member of the Engagement Team served on the MIO board of directors, or worked with any members of that board in their capacities as board members, during the Updated Look-Back Period.

Other Disclosures

13.     Other than the Debtors and as otherwise disclosed below, no client listed on **Schedule 2** hereto accounted for more than 1.00% of the gross revenue of McKinsey or any of the Proposed Professionals during the period from January 1, 2021 through December 31, 2021 (the "Updated Revenue Period").[11]

14.     To the best of my knowledge, Citigroup Inc. accounted for between 1.01-3.00% of McKinsey's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the Surveys, none of the services provided to this client is or was related to the Debtors or their Chapter 11 Cases.

---

[10]     MIO's CEO, Basil Williams, also serves on the MIO Board.  Mr. Williams has never been a McKinsey partner.

[11]     In certain jurisdictions, McKinsey maintains two separate legal entities that operate jointly with the same employees, with the only distinction being that they bill their clients in different currencies.  For the purpose of the revenue analysis, I have included both of those legal entities' revenue for the sake of additional transparency.

15.    To the best of my knowledge, other than the Debtors, the following clients accounted for more than 1.00% of McKinsey Chile's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

    a.    Banco de Chile, Empresa Nacional Del Petroleo, Empresas Copec S.A., Grupo de Inversiones Suramericana SA, and Grupo Security SA accounted for 1.01–3.00% of McKinsey Chile's gross revenue during the Updated Revenue Period.

    b.    Banco de Credito e Inversiones, Banco del Pichincha, BHP Group Ltd, and Suez accounted for 3.01–5.00% of McKinsey Chile's gross revenue during the Updated Revenue Period.

    c.    AT&T and Banco Itau S.A. accounted for 5.01–9.00% of McKinsey Chile's gross revenue during the Updated Revenue Period.

16.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey UK's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

    a.    Banco Santander SA, Bayer AG, Fujitsu Limited, GlaxoSmithKline, HSBC Holdings plc, KKR & Co. LP, Royal Dutch Shell, and Tata Sons each accounted for 1.01–3.00% of McKinsey UK's gross revenue during the Updated Revenue Period.

    b.    BP p.l.c. accounted for 3.01–5.00% of McKinsey UK's gross revenue during the Updated Revenue Period.

17.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Prague's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

   a.    Compañia Española de Petróleos, Macquarie Bank Limited, Merck KGAA, and Vodafone Group PLC each accounted for 1.01–3.00% of McKinsey Prague's gross revenue during the Updated Revenue Period.

   b.    Deutsche Telekom AG accounted for 3.01–5.00% of McKinsey Prague's gross revenue during the Updated Revenue Period.

   c.    Allianz accounted for 9.01–12.00% of McKinsey Prague's gross revenue during the Updated Revenue Period.

18.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Africa's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

   a.    Merck & Co. Inc. accounted for 1.01–3.00% of McKinsey Africa's gross revenue during the Updated Revenue Period.

   b.    MasterCard Inc. accounted for 5.01–9.00% of McKinsey Africa's gross revenue during the Updated Revenue Period.

19.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey US's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

    a.    Boeing Company, Citigroup Inc., and Verizon Communications each accounted for 1.01–3.00% of McKinsey US's gross revenue during the Updated Revenue Period.

20.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Brazil's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

    a.    América Móvil S.A.B. de C.V., Banco do Brasil, Casino Guichard-Perrachon, Embraer S.A., Royal Dutch Shell, Siemens AG, Telecom Italia S.p.A., Telefónica, Votorantim Industrial SA, and J&F (Alpargatas do Brasil) each accounted for 1.01–3.00% of McKinsey Brazil's gross revenue during the Updated Revenue Period.

    b.    AT&T and Vale SA each accounted for 3.01–5.00% of McKinsey Brazil's gross revenue during the Updated Revenue Period.

    c.    Banco Itau S.A. and Braskem S.A. each accounted for 5.01–9.00% of McKinsey Brazil's gross revenue during the Updated Revenue Period.

21.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Switzerland's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

    a.    AON Corporation, Bayer AG, Compañia Española de Petróleos, Credit Suisse Group, GlaxoSmithKline, HSBC Holdings plc, Roche Holding AG, Royal Dutch Shell, and SIX Group each accounted for 1.01–3.00% of

McKinsey Switzerland's gross revenue during the Updated Revenue Period.

    b.    Galderma S.A. accounted for 5.01–9.00% of McKinsey Switzerland's gross revenue during the Updated Revenue Period.

22.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Argentina's gross revenue during the Updated Revenue Period. To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

    a.    Banco de Chile, Banco Itau S.A., Grupo Aval Acciones y Valores S.A., Grupo Mineros S.A., and Laureate Education, Inc. each accounted for 1.01–3.00% of McKinsey Argentina's gross revenue during the Updated Revenue Period.

    b.    Corporacion America, Grupo Galicia, and Suez each accounted for 3.01–5.00% of McKinsey Argentina's gross revenue during the Updated Revenue Period.

    c.    Banco de Credito e Inversiones accounted for 9.01–12.00% of McKinsey Argentina's gross revenue during the Updated Revenue Period.

    d.    AT&T accounted for 30.01–35.00% of McKinsey Argentina's gross revenue during the Updated Revenue Period.

23.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Luxembourg's gross revenue during the Updated Revenue Period. To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.      Acerinox, S.A., Aditya Birla Group, Bayer AG, and Euroclear each accounted for 1.01–3.00% of McKinsey Luxembourg's gross revenue during the Updated Revenue Period.

      b.      General Electric Company accounted for 3.01–5.00% of McKinsey Luxembourg's gross revenue during the Updated Revenue Period.

      c.      Tata Sons accounted for 5.01–9.00% of McKinsey Luxembourg's gross revenue during the Updated Revenue Period.

      d.      European Investment Bank accounted for 9.01–12.00% of McKinsey Luxembourg's gross revenue during the Updated Revenue Period.

24.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Italy's gross revenue during the Updated Revenue Period. To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.      Enel SpA, Fiat S.p.A., General Electric Company, Kering SA, Italgas, and Nexi each accounted for 1.01–3.00% of McKinsey Italy's gross revenue during the Updated Revenue Period.

      b.      Allianz, Atlantia SpA, CK Hutchison Holdings Limited, and Telecom Italia S.p.A. each accounted for 3.01–5.00% of McKinsey Italy's gross revenue during the Updated Revenue Period.

      c.      Intesa Sanpaolo SpA accounted for 20.01–25.00% of McKinsey Italy's gross revenue during the Updated Revenue Period.

25.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey India's gross revenue during the Updated Revenue Period. To the best of

my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

> a. Dr. Reddys Laboratories Ltd. and Yes Bank Limited each accounted for 1.01–3.00% of McKinsey India's gross revenue during the Updated Revenue Period.
>
> b. IDFC First Bank Limited accounted for 3.01–5.00% of McKinsey India's gross revenue during the Updated Revenue Period.

26.     As described in more detail in the Initial Declaration, McKinsey's consulting affiliates provide services to an array of clients in restructuring and turnaround engagements.  To the best of my knowledge, (i) all such relationships during the Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto, and (ii) based on the review process conducted to date, except as otherwise disclosed in the Prior Declarations or herein, (a) none of these relationships constitute interests adverse to the Debtors and (b) all of these relationships involved consulting matters unrelated to the Debtors.

27.     As described in more detail in the Initial Declaration, from time to time McKinsey provides overall strategic analysis and advice to companies that operate in the airline industry in which the Debtors operate, which analysis and advice could include review of and comment on strategic considerations with respect to the Debtors, among others, based on publicly available information.  To the best of my knowledge, (i) all such relationships during the Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto, and (ii) based on the review process conducted, as described in more detail in the Prior Declarations, except as otherwise set forth in the Prior Declarations and herein, (a) none of these

12

relationships constitute interests adverse to the Debtors and (b) all of these relationships involved consulting matters unrelated to the Debtors.

28.     As described in more detail in the Initial Declaration, as part of its practice, McKinsey provides support to clients on purchasing and supply management relating to direct and indirect materials and services, including in the airline industry and travel sector. Generally, the services consist of fact-based analysis to understand the client's costs and who other potential vendors are, support in developing requests for proposals, and analysis of and advice relating to the responses from vendors. McKinsey generally does not directly contact or negotiate with vendors for its clients. For instance, among other representations, certain McKinsey professionals have provided certain services to Banco del Pichincha and Grupo Aval Acciones y Valores S.A. regarding their respective credit card loyalty programs, and these entities have at times analyzed their mileage loyalty agreements with LATAM as one of the components of those broad projects. To the best of my knowledge, because of their generalized nature and based on the results of the surveys, except as otherwise set forth in the Prior Declarations and herein, (i) none of these relationships constitute interests adverse to the Debtors, and (ii) all such McKinsey client relationships with any Interested Party during the Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto.

29.     Out of an abundance of caution I note that, beginning in July 2020, certain McKinsey professionals have provided, and continue to provide, certain services to Empresas COPEC regarding its loyalty program, and that Empresas COPEC has at times negotiated with LATAM in connection with such engagement. Empresas COPEC is an affiliate of interested party Organizacion Terpel S.A.

13

30.    Out of an abundance of caution I also note that during the Updated Look-Back Period McKinsey professionals have provided services to The Airline Tariff Publishing Company ("ATPCO"). ATPCO's board of directors is comprised of representatives from various airlines, including the Debtors.

31.    As described in more detail in the Initial Declaration, McKinsey & Co. owns a Program Management Tool used by McKinsey clients, including the Debtors.    During the Updated Look-Back Period, no member of the Engagement Team served on the Program Management Tool Team and, as such, no member of the Engagement Team had access to Program Management Confidential Information during that time.

32.    As described in more detail in the Initial Declaration, certain McKinsey consulting affiliates, from time to time, have received non-cash compensation (such as equity securities or equity-like interests in a client) pursuant to alternative fee arrangements or other similar engagements.  To the best of my knowledge, McKinsey has no such relationship with the Debtors or any other entity on the Updated Interested Parties List, but nonetheless note that McKinsey may have such relationships with the following entities on the Updated Expanded IPL (or entities affiliated with such entities on the Updated Expanded IPL, as indicated below): Eightfold AI Inc., Evelo Biosciences, Inc., Hyper Labs, Inc. and Praetorian Security, Inc.

33.    As disclosed in the Prior Declarations, certain McKinsey employees, including members of the Engagement Team, may have been formerly employed by or otherwise affiliated with, the Debtors, Interested Parties, or other financial or professional services firms that may have served the Interested Parties.  I note that, in addition to the McKinsey professionals listed in the Prior Declarations, Juan Garcia Lecompte, Arine Schmidt, Bianca Fernandes, Carlos Cubas Ramacciotti, Daniel Alonso, Ivan Cardenas Gallo, Valeska Venegas Alvarez, Javier Bernuy-

Giraudi, Antenor Chocano Tabja, Enrique Richter Lopez, and Daniel Sedan Mora previously worked for LATAM (or its affiliates or predecessors). Such employees are not on the Engagement Team; however, I note that Pablo Zabaleta, a McKinsey employee who previously worked for LATAM (or its predecessors) as disclosed in my First Supplemental Declaration, is now part of the Engagement Team.

34.     Similarly, former McKinsey employees may have been or may be currently employed by, or otherwise affiliated with, parties that may be among the Debtors, the Interested Parties or other financial or professional services firms that serve or served such parties. McKinsey has inquired of the Debtors and has been informed that the Debtors have done a review and can confirm that, to the best of their knowledge, no executive level employee has been employed by McKinsey in the past 3 years.

35.     I also note that one McKinsey employee, who is not a member of the Engagement Team, has a pending litigation against LATAM relating to a ticket refund for a LATAM flight in 2022.  The hearing relating to this matter has been held, and a ruling by the judge is pending. Another McKinsey employee, who is also not a member of the Engagement Team, filed two civil lawsuits against Linhas Aéreas S.A. in 2019 and 2020, respectively, resulting from a flight cancelation and lost luggage.  This matter has been settled and such litigation is no longer ongoing.

36.     As disclosed in my Initial Declaration, certain professionals employed by McKinsey (or their immediate family members) may have certain refunds, credits or miles issued by the Debtors that were acquired in the ordinary course.  The results of the surveys established that no such professional holds an interest adverse to the Debtors.

37.     Based on the results of the surveys, ten professionals employed by McKinsey do or did hold interests in securities issued by the Debtors while McKinsey has been engaged to do work for the Debtors (including prepetition).  None of them is on the Engagement Team, and therefore all of them are subject to the information barriers and other protections safeguarding McKinsey's non-public information about the Debtors.  Pursuant to McKinsey's personal trading policy (the "Personal Trading Policy"), employees are, absent an approved exception, strictly prohibited from buying or selling securities of any McKinsey client, but they are permitted to own securities of a McKinsey client if the securities were acquired prior to the employee joining McKinsey or prior to the period during which the issuer was a McKinsey client.  The results of the surveys, and subsequent follow up, accordingly established that no such professional holds a material interest adverse to the Debtors.[12]

38.     Separate from the above and based on the results of the surveys, it was determined that one professional employed by McKinsey presently holds interests in equity securities issued by the Debtors.  This employee is not on the Engagement Team, and therefore has been and remains subject to the information barriers and other protections safeguarding the Proposed Professionals' non- public information about the Debtors. The individual acquired these securities after joining McKinsey, in violation of McKinsey's Personal Trading Policy.  Upon discovering the employee's trading activities, McKinsey Legal initiated a review and remedial action was taken. In connection with that review, the employee certified that he never held material non-public information regarding the securities in question and that he never has been part of the McKinsey team providing services to the Debtors.

---

[12]     Consistent with Protocol Exhibit B, the surveys did not seek responses regarding ownership or beneficial interests in such securities constituting investments (including through mutual funds and other investment vehicles) that are managed by third parties with delegated investment authority and discretion.

39.      As disclosed in the Initial Declaration, in the ordinary course of business, McKinsey is at times engaged to serve as a subcontractor on a larger service contract for a client.  For completeness, (i) the ultimate end clients for services during the Updated Look-Back Period are set forth in the Prior Declarations or on **Schedule 2** hereto and (ii) the prime contractors (or their equivalent) for which McKinsey was engaged during the Updated Look-Back Period that are on the Updated Expanded IPL and were not previously included in the Prior Declarations are identified here:  Helena Chemical Company, McAfee, and Vietnam Technological and Commercial Joint Stock Bank.

40.      Out of an abundance of caution, and in accordance with the Protocol, I note the following additional connections to the Interested Parties disclosed in the survey results or otherwise known to me.  To the best of my knowledge, subject to the disclosures set forth herein, none of these relationships constitute interests adverse to the Debtors or is related to the Debtors.

a.       In my First Supplemental Declaration, I disclosed that Jordan VanLare, a McKinsey employee, is married to a partner at Cleary that, at the time of filing the First Supplemental Declaration, was not representing the Debtors.  I was subsequently informed that, after the time of filing the First Supplemental Declaration, this partner at Cleary had begun representing the Debtors.  Jordan VanLare is not, and has never been, part of the Engagement Team.

b.       Certain members of the Engagement Team, including Jesus Moreno and Sophia Branes, have personal relationships with certain of the Debtors' employees as a result of McKinsey's services to LATAM or non-professional social engagements.

17

    c.    Andrew Zarrilli, a McKinsey employee and a former member of the Working Group, owns stock in interested parties J.P. Morgan and American Airlines.  He acquired these interests prior to joining McKinsey.

41.    As disclosed in the Initial Declaration, I am not related or connected to and, to the best of my knowledge based on the review process conducted to date, no other professional of McKinsey is related or connected to, any United States Bankruptcy Judge for the Southern District of New York or the United States Trustee, or any employee in the Office of the United States Trustee for Region 2, except in each case as described in this paragraph.  Out of an abundance of caution, and in accordance with the Protocol, based on the results of the surveys or as otherwise known to me, I note that:

    a.    One McKinsey employee formerly worked as an Assistant United States Attorney for the Southern District of New York, with employees who work in the Office of the United States Trustee for Region 2, from 1995 through 1998 on matters unrelated to the Debtors.

    b.    One McKinsey employee formerly worked at a law firm with the Honorable Lisa G. Beckerman from September 2019 to February 2021 on matters unrelated to the Debtors.

    c.    One McKinsey employee served as a law clerk for the Honorable Stuart M. Bernstein in the United States Bankruptcy Court for the Southern District of New York from 2016 to 2017.

    d.    One McKinsey employee (i) was a judicial intern to the Honorable Sean H. Lane in the United States Bankruptcy Court for the Southern District of

New York during the summer of 2016 and (ii) was a student of the Honorable Martin Glenn in law school.

e.    Several McKinsey personnel have met or worked with employees in the Office of the U.S. Trustee for Region 2 in the limited contexts of McKinsey's roles in other bankruptcy cases or have otherwise met or appeared before certain bankruptcy judges in the Southern District of New York in connection with such bankruptcy cases.

42.    Accordingly, except as otherwise set forth in the Prior Declarations and herein, insofar as I have been able to determine after reasonable inquiry, neither the Proposed Professionals, nor their consulting affiliates, nor any member of the Engagement Team holds or represents any interest adverse to the Debtors or their estates with respect to the services being provided.

43.    The Proposed Professionals will endeavor to further supplement this Second Supplemental Declaration in the event they become aware of any relationship or other information that requires disclosure.

[*Remainder of page left intentionally blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge.


Dated:    June 30, 2022
          New York, NY

                                    By: _____
                                        Dmitry Krivin
                                        Partner
                                        McKinsey & Company, Inc. United States

## **Schedule 1**

Interested Parties List

*Privileged & Confidential*
*Attorney Work Product*
*CGSH Draft 12.03.21*

## Potential Parties-in-Interest

### Debtor Entities

ABSA Aerolinhas Brasileiras S.A.
Aerovías de Integración Regional S.A.
Cargo Handling Airport Services, LLC
Connecta Corp.
Fast Air Almacenes de Carga S.A.
Fidelidade Viagens e Turismo S.A.
Holdco Colombia I SpA
Holdco Colombia II SpA
Holdco Ecuador S.A.
Holdco I S.A
Inversiones Aéreas S.A.
Inversiones Lan S.A.
Lan Cargo Inversiones S.A.
Lan Cargo Overseas Ltd.
Lan Cargo Repair Station LLC
Lan Cargo S.A.
Lan Pax Group S.A.
LATAM-Airlines Ecuador S.A.
LATAM Airlines Group S.A.
LATAM Airlines Perú S.A.
LATAM Finance Ltd.
LATAM Travel Chile II S.A.
Línea Aérea Carguera de Colombia S.A.
Maintenance Service Experts, LLC
Mas Investment Ltd.
Multiplus Corretora de Seguros Ltda.
Peuco Finance Ltd.
Piquero Leasing Limited
Prime Airport Services Inc.
Prismah Fidelidade Ltda.
Professional Airline Cargo Services, LLC
Professional Airline Maintenance Services LLC
Professional Airlines Services Inc.
TAM Linhas Aéreas S.A.
TAM S.A.
Technical Training LATAM S.A.
TP Franchising Ltda.
Transporte Aéreo S.A.

### Non-Debtor Affiliates

Alma Leasing Limited
Amarillys Leasing Limited

Amendoeira Leasing Limited
Americonsult de Costa Rica S.A.
Americonsult de Guatemala S.A.
Americonsult S.A. de C.V.
Angelim Leasing Limited
Araucaria Leasing Limited
Atlantic Aviation Investments Ltd. LLC
Aviación Real A.I.E
Aviación Tritón A.I.E.
Banduria Leasing Limited
Becacina Leasing LLC
Brasilia Lease LLC
Caiquen Leasing LLC
Canastero Leasing Limited
Chercan Leasing Ltd.
Chirihue Leasing Trust
Chucao Leasing Limited
Cisne Leasing LLC
Colibri LLC
Condor Leasing Co Ltd.
Consorcio Fast Air Laser Cargo UTE
Consultona Administrativa Profesional S.A. de C.V.
Corsair Participacoes S.A.
Cruiser
Cucillo Leasing Limited
Dia Iguazu Ltd.
FI Timothy Leasing Ltd.
Figueira Leasing Limited
Flamenco Leasing LLC
FLYAFI 1 S.R.L.
FLYAFI 2 S.R.L.
FLYAFI 3 S.R.L.
Fragata Leasing LLC
Gallo Finance Limited
Gaviota Leasing Limited
Golondrina Leasing LLC
Guabiroba Leasing Limited
Guanay Finance Limited
Inversiones Heron I Limitada
Inversora Cordillera SA
Jacana Leasing Limited
Jacaranda Leasing Limited
Jarletul SA

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

Jatoba Leasing Limited
Jilguero Leasing LLC
Lan Argentina SA
Lan Tours de Mexico S.A. de C.V.
Laser Cargo SRL
LATAM Travel S.R.L. (LTBO)
LATAM Travel SA
Locia Leasing Limited
Mirlo Leasing LLC
Mogno Leasing Limited
NBB Rio de Janeiro Lease Co.
NBB São Paulo Lease Co. Limited
Parina Leasing Limited
Patagon Leasing Limited
Pau Brasil Leasing Limited
Picaflor Leasing Limited
Pilar I Leasing Limited
Pilar II Leasing Limited
Platero Leasing LLC
Quetro Aircraft Leasing Trust
Rayador Leasing Limited
Sapucaia Leasing Limited
Sequoya Leasing Limited
SG Infraestructure Italia S.R.L.
SL Alcyone Ltd. (Showa)
Tagua Leasing LLC
Tarumarana Leasing Limited
Tenca Leasing Limited
Thunderbolt
Tiuque Leasing Limited
Torcaza Leasing Limited
Tordo Aircraft Leasing Trust
Transportes Aereos del Mercosur SA
Tricahue Leasing LLC
Valentine Finance Limited
Vari Leasing limited
Yeco Leasing Limited
Ype Leasing Limited
Zarapito Leasing LLC

## Current Directors & Officers
Carlos Heller Solari
Eduardo Novoa Castellón
Emilio del Real
Enrique Cueto Plaza
Giles Agutter

Henri Philippe Reichstul
Hernán Pasman
Ignacio Cueto Plaza
Juan Carlos Menció
Juan José Cueto Plaza
Nicolás Eblen Hirmas
Patrick Horn
Paulo Miranda
Ramiro Alfonsín Balza
Roberto Alvo
Sonia Villalobos

## Former Directors & Officers (Last 6 Years)
Andrés Osorio Hermansen
Antonio Pizarro
Armando Valdivieso Montes
Claudia Sender
Cristián Ureta Larraín
Damian Scokin
Emilio del Real Sota
Enrique Elsaca Hirmas
Francisco Luzón López
Georges de Bourguignon Arndt
Gerardo Jofré Miranda
Jerome Cadier
José María Eyzaguirre Baeza
Marco Antonio Bologna
Maria Claudia Amaro
Mauricio Rolim Amaro
Ramón Eblen Kadis
Ricardo Caballero
Roberto Alvo Milosawlewitsch

## Major Equity Holders
Axxion S.A.
Comercial las Vertientes SpA
Costa Verde Aeronautica S.A.
Costa Verde Aeronautica SpA
Costa Verde Aeronautica Tres SpA
Delta Air Lines, Inc.
Inversiones Andes II SpA
Inversiones Andes SpA.
Inversiones Caravia Dos y Cía. Ltda.
Inversiones El Fano Dos y Cía. Ltda.
Inversiones HS SpA

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Inversiones La Espasa Dos S.A.
Inversiones La Espasa Dos y Cía. Ltda.
Inversiones Nueva Costa Verde Aeronautica
Ltda.
Inversiones PIA SpA
Inversiones Priesca Dos y Cía. Ltda.
Qatar Airways Investments (UK) Ltd.
TEP Chile S.A.

**Debtors' Restructuring Professionals**
Claro & Cia
Brigard Urrutia Abogados S.A.S.
Demarest Advogados
FTI Consulting Canada ULC
FTI Consulting Inc.
PJT Partners, Inc.
PricewaterhouseCoopers
Prime Clerk LLC
Togut, Segal & Segal LLP
Willis Towers Watson

**Significant Contract Counterparties**
Air Total International
Airbus
Aircastle Advisor LLC
Aircastle Holding Corp. Ltd.
Avolon Aerospace (Ireland) AOE 102 Ltd.
Avolon Aerospace Leasing Ltd.
Bank of Utah
Boeing Aircraft Holding Company
Bosfuel Corp.
Cosan Lubrific Especialidades S.A.
DVB Bank SE
Esmax Distribuidora S.A.
Gasoleo Combustiveis Ltda.
GE Celma Ltda.
GE Commercial Aviation Services Ltd.
GE Engine Services, Inc.
GE Engine Services, LLC
Guterres Comercio de Combustiveis L
Herco Combustibles S.A.
IAE International Aero Engines AG
Jetex Flight Support Phisical
JSA Aircraft 7126, LLC
JSA Aircraft 7128, LLC
JSA Aircraft 7239, LLC

JSA Aircraft 7298, LLC
MTU Motoren-und Turbinen-Union
München GmbH
PAAL Aquila Company Ltd.
PAAL Gemini Company Ltd.
Petrobras Distribuidora S.A.
Petroleos de Portugal S.A.
Petroleos del Peru Petroperu S.A.
Pratt & Whitney Engine Leasing LLC
Puma Energy Paraguay S.A.
Pure Biofuels del Peru S.A.C.
Rolls-Royce PLC
Rudipel Rudnick Petroleo Ltda.
Sabre Global Inc.
Servisair
Sky High Leasing Company Ltda.
Total Aviazione Italia S.R.L.
United Technologies International Corp. ,
Pratt & Whitney Division
Valero
Vermillion Aviation (Two) Limited
Servcater International Ltda.
Bahia Catering Ltda.
Belém Servico de Bordo Ltda.
Caterair Servicos de Bordo e Hotelaria Ltda.
Fortaleza Servico de Bordo Ltda.
Natal Catering Ltda.
Expeditors International of Washington, Inc.

**Insurance & Benefits Providers**
10ª Vara de Execuções Fiscais Federais de
São Paulo/SP.
17a Vara Cível da Comarca da Capital de
João Pessoa/PB.
AIG Inc.
AIG Seguros Brasil S.A.
American Life Companhia de Seguros
Amil Assist Med Intern S.A.
Aon Holdings Corretores de Seguros Ltda.
Aon Risk Services (Chile S.A.) Corredores
de Seguros Ltda.
AXA XL
BMI Company Inc.
Chubb Limited
El Pacífico- Compañía de Seguros y
Reaseguros S.A.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Ezze Seguros S.A.
Fairfax Brasil Seguros Corp. S.A.
Grupo Sura
Kaiser Insurance
Liberty Mutual Group
Mapfre Argentina S.A.
Mapfre Brasil
Mapfre Chile
Mapfre Colombia
Mapfre Ecuador
Mapfre Peru
Marsh Corretora de Seguros Ltda.
Mds - Corretor de Seguros S.A.
Meridional Insurance Broker SRL
Metlife Chile Seguros de Vida S.A.
Notre Dame Intermedica Saude as
Odontoprev S.A.
Orion Insurance Group
Procon
Southbridge Compañía de Seguros
Generales S.A.
Starr Companies
Starr International Brasil Seguradora S.A.
Swiss Re Corp. orate Solutions Brasil
Seguros S.A.
Tokio Marine Holdings, Inc.
Tribunal de Justiça de São Paulo
União Federal
Unimed Sao Carlos Coop Trab Med
UnitedHealthcare
Vara Civel Campinas
Vara da Fazenda Pública da Comarca do Rio
de Janeiro - RJ
Vara das Execuções Fiscais Estaduais
Vara Federal da Subseção de Campinas SP

**<u>Unions</u>**
Asociación Colombiana de Auxiliares de
Vuelo
Asociación Colombiana de Aviadores
Civiles
Asociación Colombiana de Mecánicos de
Aviación
Asociación de Pilotos de Líneas Aéreas
Labor Union of Workers of Easter Island

Pilots' LATAM Colombia Union
(ADALAC)
Simarj Sindicato Aereas Mun RJ
Sindicato Administrativo de Transporte
Aéreo S.A.
Sindicato Administrativo LATAM
Sindicato Aeropuerto
Sindicato Aeroviarios Alagoas
Sindicato Aeroviarios Bahia
Sindicato Aeroviarios Belo Horizonte
Sindicato Aeroviarios Est SP
Sindicato Aeroviarios Guarulhos
Sindicato Aeroviarios Pernambuco
Sindicato Aeroviarios Porto Alegre
Sindicato Aeroviarios RGN - Saern
Sindicato de Empresa de Pilotos de LAN
Airlines S.A.
Sindicato de Empresa de Pilotos de LATAM
Airlines Group S.A.
Sindicato de Empresa de Pilotos de
Transporte Aéreo S.A.
Sindicato de los Trabajadores del Transporte
Aéreo Colombiano
Sindicato de Pilotos de LAN Perú S.A.
Sindicato de Pilotos LATAM Airlines Chile
Sindicato de Trabajadores de la Aviación de
la Empresa LAN Chile S.A.
Sindicato de Trabajadores de LANExpress
S.A.
Sindicato de Trabajadores N°1 de Empresa
Transporte Aéreo S.A. Lanexpress
Sindicato de Trabajadores N°1 de
Transporte Aéreo S.A.
Sindicato de Tripulantes de Cabina de la
Empresa Lanexpress
Sindicato de Tripulantes de Cabina de Lan
Perú S.A.
Sindicato de Tripulantes de Cabina de
LATAM Airlines Group S.A.
Sindicato de Tripulantes de Cabina de
Transporte Aéreo S.A.
Sindicato Historico de Mantenimiento
Aeronautico de Chile
Sindicato Interempresa LATAM
Sindicato Interempresa Trabajadores
Mantenimiento LATAM

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

Sindicato Mantenimiento LACL
Sindicato Nacional das Empresas
Aeroviárias
Sindicato Nacional das Empresas de
Aviação Agrícola
Sindicato Nacional das Empresas de Taxi-
Aéreo
Sindicato Nacional de Tripulantes de Cabina
de la Empresa LATAM Airlines Group S.A.
Sindicato Nacional dos Aeronautas
Sindicato Nacional dos Aeroviários
Sindicato Nacional Interempresa de
Trabajadores Aeronáuticos
Sindicato Pilotos LATAM Airlines
Sindicato Único de Técnicos Aeronáuticos
de Lan Perú S.A.
Sindicato Uno de Pilotos de LAN Cargo
Unión de Pilotos Aviadores de LATAM
Workers Union of LATAM Travel

**Bankruptcy Court for the Southern**
**District of New York**
Aileen Ramia
Aldel Brown
Annie Wells
Arturo Tavarez
Brenda Robie
Chantel Barrett
Christine Azzaro
Colin Davidson
Deanna Anderson
Dorothy Li
Frances Fredericks
Frances Ha
Gilana Keller
Greg White
Hon. Cecilia G. Morris
Hon. James Garrity Jr.
Hon. Martin Glenn
Hon. Michael Wiles
Hon. Robert Drain
Hon. Robert Grossman
Hon. Sean H. Lane
Hon. Shelley Chapman
Hon. Stuart Bernstein
Jacqueline DePierola

Jamie Eisen
Jeremiah Ledwidge
Justin Imperato
Kasey Wang
Katrina Pape
Kristin Corbett
Liza Ebanks
Lorraine Echevarria
Lynda Calderon
Marc Veilleux
Matthew Bentley
Melanie Miller
Mike Paek
Nicole Herther-Spiro
Ronald Howard
Rosemary DiSalvo
Tina Milburn
Vanessa Ashmeade
Willie Rodriguez

**U.S. Trustee Office, Region 2, Southern**
**District of New York, Manhattan Division**
Alaba Ogunleye
Andrea B. Schwartz
Andy Velez-Rivera
Benjamin J. Higgins
Brian S. Masumoto
Cheuk M. Ng
Danny A. Choy
Ercilia A. Mendoza
Greg M. Zipes
Ilusion Rodriguez
Linda A. Riffkin
Madeleine Vescovacci
Maria Catapano
Mary V. Moroney
Nadkarni Joseph
Paul K. Schwartzberg
Richard C. Morrissey
Shannon Scott
Susan Arbeit
Sylvester Sharp
Victor Abriano

**Taxing Authorities**
Administración Federal de Ingresos Públicos

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Administración Gubernamental de Ingresos Públicos
Agencia de Recaudación de La ProvInc.ia de Buenos Aires
Agencia Estatal de Administración Tributaria (Spain)
Australian Taxation Office
Bundesministerium Der Finanzen (Germany)
Dipartimento Delle Finanze (Italy)
Dirección de Impuestos y Aduanas Nacionales (Chile)
Dirección General Impositiva (Uruguay)
Dirección Metropolitana Tributaria (Ecuador)
Direction Générale des Impôts (France)
Distrito Metropolitano de Quito (Ecuador)
HM Revenue & Customs (England)
Inland Revenue Department (New Zealand)
Internal Revenue Service
Miami-Dade County Tax
Ministerie Van Financiën (Netherlands)
Ministerio de Hacienda y Crédito Público
Municipalidad (Chile)
Secretaría Distrital de Hacienda - Bogotá
Servicio de Impuestos Internos
Servicio de Impuestos Nacionales (Bolivia)
Servicio de Rentas Internas (Ecuador)
Servicios de Rentas Internas del Ecuador
Subsecretaria de Estado de Tributación (Paraguay)
Superintendencia de Compañias (Ecudaor)
Superintendencia Nacional de Administración Tributaria (Peru)
Tesoreria General de La Republica (Chile)
Federal Aviation Administration
Florida Department of Revenue
Greater Orlando Aviation Authority
JFK International Air Terminal
Massachusetts Port Authority
New York State
The Port Authority of NY and NJ
U.S. Department of Agriculture
Administración de Aeropuertos y Servicios de Auxilio a la Navegación Aérea (Bolivia)
ADP-Aeroports de Paris (France)

Aena Brasil
Aeroeste (Brasil)
Aéroport de Tahiti
Aeroportos Brasil Viracopos S.A.
Aeroportos do Sudeste do Brasil, Costa do Sol (Brazil)
Aeropuerto Ecológico de Galápagos Ecogal (Ecuador)
Aeropuerto Internacional Rosario (Argentina)
Aeropuerto Matecaña (Colombia)
Aeropuertos del Neuquen A.S. (Argentina)
Aeropuertos del Oriente (Colombia)
Aeropuertos del Peru S.A.
Aerotel (Jamaica)
Agencia Estatal de Seguridad Aerea (Spain)
Agunsa (Chile)
Airplan (Colombia)
Airports Company South Africa
Airservices Australia Avcharges Center
Airways Corp. of New Zealand
Ana Aeroportos do Portugal S.A.
Aport (Chile)
Aruba Airport Authority N.V.
Asecna (Agence Pour la Securité de la Navegatión Aerienne en Afrique et À Madagascar)
Atns Air Traffic and Navigation Sys, South African Weather Service
Auckland International Airport Ltd.
Aviapartner Belgium N.V. (Belgium)
Brussels Airport Company N.V. (Belgium)
Bundespolizeidirektion Flughafen (Germany)
Caribbean Air Navigation & Advisory (Trinidad and Tobago)
Cavok Aviation Services Ltd. (Nigeria)
Civil Aviation Suriname
Cocesna (Honduras)
Concesion Barranquilla, P.A. (Colombia)
Concess do Aeroporto Inter Confins (Brazil)
Concessionaria Aeroporto Rio de Janeiro A.S. (Brazil)
Concessionaria do Aerop Salvador (Brazil)
Consecion Terminales Aeroportu (Colombia)

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Consejo Técnico de Aviación Civil – CETAC (Costa Rica)

Consorcio Aeroportuario de Calama (Chile)

Consorcio Aeroportuario de Magallanes (Chile)

Corp. oracion Aeroportuaria de Cuenca (Ecuador)

Corp. oracion Aeroportuaria el Este (Dominican Republic)

Cubana (Cubana)

Departamento Aeroviario Do Estado de Sao Paulo (DAESP) (Brazil)

Department of Immigration and Border (Australia)

Direccao General da Aviacao Civil Portugal

Direccion de Impuestos y Aduanas Nacionales (Colombia)

Dirección General de Aeronáutica Civil (Chile)

Direccion General de Infraestructura (Uruguay)

Direction de la Securite de la Avia (France)

Direction Generale de l'aviation Civile (France)

Dutch Caribbean Air Navigation (Aruba)

E.T. Heinsen (Dominican Republic)

Emp. Brasileira de Infraestructura (Brazil)

Empresa Publica Metropolitana de Servicios Aeroportuarios (Ecuador)

Enana Empresa Nacional de Exploraca (Angola)

Fid-cta. Ing.fid Aijs 3045 (Costa Rica)

Floripa Airport (Brazil)

Fontur Colombia (Colombia)

Fraport AG (Germany)

Guyana Civil Authority (Guyana)

Heathrow Airport Ltd. Veolia (UK)

H.R. Revenue & Customs (UK)

IATA Montreal, IATA Clearing House (Canada)

Inframerica (Brazil)

Instituto Costarricense de Turismo (Costa Rica)

Jamaica Civil Aviation Authority (Jamaica)

London Supply Group (Argentina)

MBJ Airports Ltd. (Jamaica)

Ministerio de Turismo (Argentina)

Ministry of Finance, Inc.ome Tax Department (India)

Municipio de Aracaju (Brazil)

Municipio de Bauru (Brazil)

Municipio de Bayeux (Brazil)

Municipio de Belem (Brazil)

Municipio de Belo Horizonte (Brazil)

Municipio de Blumenau (Brazil)

Municipio de Boa Vista (Brazil)

Municipio de Caldas Novas (Brazil)

Municipio de Campinas (Brazil)

Municipio de Campo Grande (Brazil)

Municipio de Caxias do Sul (Brazil)

Municipio de Chapecó (Brazil)

Municipio de Confins (Brazil)

Municipio de Corumba (Brazil)

Municipio de Criciuma (Brazil)

Municipio de Cuiaba (Brazil)

Municipio de Florianopolis (Brazil)

Municipio de Fortaleza (Brazil)

Municipio de Foz do Iguacu (Brazil)

Municipio de Goiania (Brazil)

Municipio de Guarulhos (Brazil)

Municipio de Ilheus (Brazil)

Municipio de Imperatriz (Brazil)

Municipio de Jaguaruna (Brazil)

Municipio de Joinville (Brazil)

Municipio de Lagoa Santa (Brazil)

Municipio de Londrina (Brazil)

Municipio de Macapa (Brazil)

Municipio de Maceio (Brazil)

Municipio de Manaus (Brazil)

Municipio de Maraba (Brazil)

Municipio de Maringa (Brazil)

Municipio de Natal (Brazil)

Municipio de Osasco (Brazil)

Municipio de Porto Alegre (Brazil)

Municipio de Porto Seguro (Brazil)

Municipio de Porto Velho (Brazil)

Municipio de Ribeirao Preto (Brazil)

Municipio de Rio Branco (Brazil)

Municipio de Rio Largo (Brazil)

Municipio de Santarem (Brazil)

Municipio de Sao Carlos (Brazil)

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Municipio de Sao Goncalo do Amarante (Brazil)
Municipio de Sao Jose do Rio Preto (Brazil)
Municipio de Sao Jose Dos Campos (Brazil)
Municipio de Sao Jose Dos Pinhais (Brazil)
Municipio de Sao Luis (Brazil)
Municipio de Sorocaba (Brazil)
Municipio de Teresina (Brazil)
Municipio de Uberlandia (Brazil)
Municipio de Varzea Grande (Brazil)
Municipio de Vitoria (Brazil)
Municipio do Recife (Brazil)
Namibia Atns (Namibia)
National Air Traffic Servi (Nats) (UK)
Nats en Route Plc Nats London (UK)
Nav Canada (Canada)
New Zealand Customs (New Zealand)
Office National de L'aviation Civile (Haiti)
Overflight Ltd. (UK)
Prefeitura Municipal de Palmas (Brazil)
Prefeitura Municipal Do Salvador (Brazil)
Prefeitura Municipal Do Salvador (Brazil)
Puertas Del Sur (Uruguay)
SACSA (Colombia)
Secretaria da Fazenda (Brazil)
Secretaria da Fazenda da Bahia (Brazil)
Secretaria da Fazenda de Minas Gerais (Brazil)
Secretaria da Fazenda de Roraima (Brazil)
Secretaria da Fazenda de Santa Catarina (Brazil)
Secretaria da Fazenda do Distrito Federal (Brazil)
Secretaria da Fazenda do Espirito Santo (Brazil)
Secretaria da Fazenda do Mato Grosso (Brazil)
Secretaria da Fazenda do Mato Grosso do Sul (Brazil)
Secretaria da Fazenda do Rio de Janeiro (Brazil)
Secretaria de Comunicacion y Transportacion (Mexico)
Secretaria de Estado de Economia do Distrito Federal (Brazil)

Secretaria de Estado de Fazenda do D.F. (Brazil)
Secretaria do Municio de São Paulo (Brazil)
Secretaria Municipal de Fazenda - Prefeitura Rio de Janeiro (Brazil)
Secretaria Municipal de Fazenda (Brazil)
Servicios de Aeropuertos Bolivianos AS (Bolivia)
Sinart (Brazil)
Socicam (Brazil)
Sociedad Concesionaria Aeropuerto Antofagasta (Chile)
Sociedad Concesionaria Aeropuerto Araucanía (Chile)
Sociedad Concesionaria Aeropuerto Carriel Sur (Chile)
Sociedad Concesionaria Aeropuerto de Arica (Chile)
Sociedad Concesionaria Aeropuerto del Sur (Chile)
Sociedad Concesionaria Aeropuerto Diego Aracena, Sociedad Operadora de Aeropuertos (Colombia)
Societa Esercizi Aeroportuali S.P.A. (Italy)
Storadio Aero (Senegal)
Subdireccion de Aviacion Civil (Ecuador)
Sydney Airport Corp. Ltd. (Australia)
Terminais Maringa (Brazil)
Terminal Aeroportuaria de Guayaquil (Ecuador)
Unidad Administrativa Especial (Colombia)
Zambia Aviation Authority (Zambia)

## Debtors' Banks &Financial Service Providers
Adyen do Brasil Ltda.
Alelo S.A.
Asesorías e Inversiones American Express Chile Limitada
Banco Alfa
Banco Bilbao Vizcaya Argentaria S.A.
Banco Bisa
Banco Colpatria
Banco Davivienda S.A.
Banco de Bogotá
Banco de Chile

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

Banco de Costa Rica
Banco de Crédito del Perú
Banco de Crédito e Inversiones
Banco de la Nacion Argentina
Banco de la Nacion Perú
Banco de la Producción S.A. (Produbanco)
Banco de la República Oriental del Uruguay
Banco de Occidente
Banco de Polinesya
Banco do Brasil
Banco Estado
Banco General de Panama
Banco Guayaquil
Banco Internacional
Banco Intesa Sanpaolo
Banco la Caixa
Banco Pacifico
Banco PichInc.ha
Banco Rendimento
Banco Safra
BanColombia
Bank of America
Bank of China
Black Rock
BNP Paribas
BraSpAg
Caixa Econômica Federal
Cielo S.A.
Commerzbank
Corredores Asociado
Deutsche Bank
Diners Club Do Brasil Cartões de Crédito Ltda.
Elo Serviços S.A.
Hypercard
Interbank Perú
J.P.Morgan
Redecard S.A.
Sondrio
U.S. Bank National Association
Uol Diveo S.A.
Visa
Westpac

## Fuel Suppliers
Air BP Copec S.A.

Asecna
Chevron Texaco
EP Petroecuador
Exxon
PBF Energy Inc.
Petrobras Distribuidora S.A.
Raizen Combustiveis S.A.
Shell
Tesoro Nacional Aerocivil
Vitol Aviation BV
World Fuel International S.R.L.
World Fuel Services Chile Ltda.

## Ordinary Course Professionals
Advocacia Lunardelli
Behavior Intelligence Consultoria e Comando G8
Consultax Auditores Independentes
Deloitte
HRBC FZE
Kroll
Lee Brock Camargo Advogados Assoc.
Lexis Nexis
Machado Meyer Sendacz e Opice Advogados
Mantris Mia Serv Geren Adm Ltda.
Mckinsey & Company Chile Ltda.
Mckinsey & Company do Brasil Consultoria Ltda.
Mckinsey & Company
Norton Rose Fulbright LLP
Norton Rose Fulbright US LLP
Sodexo
Souto C C Lummertz e Amaral Advogados
Veirano e Advogados Associados

## Significant Vendors
21 Air
4 Vara Federal Secao Jud Distrit Fe
Accelya
Accenture
Acciona Airports Americas SpA
Administracion Nacional de Aviacion
Aena Aeropuertos S.A.
Aero Miami
Aerocali S.A.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Aeropuerto de Cancun
Aeropuerto Internacional de La Ciudad de México
Aeropuertos Andinos Del Peru S.A.
Aeropuertos Argentina 2000
Aerotransportes Mas de Carga S.A. de C.V.
Aerovias Del Continente Americanos
Air France Industries
Air New Zealand Limited
Air Total International
AJ Walter Aviation Ltd.
Alliance Ground International
Allus Spain S.l Sucursal Del Peru
Almacontact S.A.S.
Almaviva do Br Telemarketing e Info
Aloia Aerospace
Amadeus ESpAña
Amadeus IT Group S.A.
American Airlines, Inc.
Amsterdam Airport Schiphol
Australia Pacific Airports
Aviam Ltd. Aero International
AWAS Aviation Trading Limited
Ciaxa
Be Aerospace
Bridgestone Aircraft Tire Inc.
Celtago Funding Limited
Cencosud Retail Peru S.A.
Cepsa
Comando da Aeronautica
Compania de Servicios Conexos Express
Compañía ESpAñola de Petróleos, S.A.U.
Compañia Peruana de Medios de Pago
Concessionária do Aeroporto Internacional de Guarulhos S.A
Coopesa Office
Corpac
Corp. Gacela S.A.C.
CPD Remuneraciones U.S.A.
DCV Registros
Dester
Digecor Inc.
Direccion Aeronautica Civil Pty
Dirección General de Aeronáutica Civil
Direccion Gral de Aviacion Civil
Dnata B.V. Aviapartner Cargo B.V.

ECAF I 2838 DAC
Edenred Chile S.A.
Edenred Peru S.A.
Empresa Brasileira de Infra Estrutu
Empresa Constructora Precon S.A.
Empresa Cubana de Navegación Aérea
ENAP Refinerias S.A.
Engine Lease Finance Corp.
Enterprise Services Brasil Serviços de Tecnologia Ltda.
Enterprise Services Chile
EUROCONTROL
Everfit
Expedia
Facebook
Falabella S.A.
Fideicomiso
Fideicomiso Mercantil Quiport
Fideicomiso Mercantil Tagsa
Fideicomiso Pa Opain S.A.
Fraport
Global Airtech
Global Aviation Co.
Globant
Gobernacion de San Andres Providencia
Gogo LLC
Goodrich
Goodyear
Google
Graphene
Hamilton Sundstrand
Hansair Logistics
Heico
Honeywell
Hotelbeds USA, Inc.
IATA Clearing House
Iata Geneva
Iberia Lineas Aereas de Espana S.A.
IBM
Icebridge Ltd.
Ingesmart S.A.
Innerworkings Servicios Ltda.
Instituto Nacional de Aviacion Civil
Int Meal Company
Intercargo S.A.C.
International Air Transport Association

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

Israel Aerospace
Jamco
Jeppesen
Johannesburg Limited
Jsa Aircraft
Kirkhill Aircraft Parts Co.
KLM Royal Dutch Airlines
Kuehne Nagel Inc.
Lasa Sociedad de Apoyo Aeronautico
Liebherr Aerospace
Lima Airport Partners
Liq Corp.  S.A.
Los Angeles World Airports
LSG Sky Chefs
Deutsche Lufthansa A.G.
Macquarie Aircraft Leasing
Manchester Securities Corp.
Mccann Erickson
Menzies Aviation Colombia S.A.S.
Mexicana Mro S.A. de C.V.
Microsoft Chile S.A.
Ministerio da Fazenda
Ministerio de Turismo (Ecuador)
NBB
NTT Data
Oceanair
Oracle
Orbital Servicos Auxiliares de Transport Aereo Ltda.
Orix Aviation Systems Limited
Pan American Energy LLC Sucursal Argentina
Panasonic
Professional Aviation Marketing
Puertas del Sur S.A.
Qantas Airways Ltd.
Recaro
Retail In Motion Latin America SpA
Rocket Travel Inc.
Safran Group
Secretaría de Comunicaciones y Transportes, México
Secretaria Fazenda Planejamento
Sita Information Networking Computing
Smbc Aviation Capital
Sociedad Aeroportuaria de la Costa S.A.

Sociedad Concesionaria Nuevo Pudahu
Sociedad Operadora de Aeropuertos Centro Norte S A S.
SpAfax Medios y Publicidad SpA
Sts Aviation Group
Swissport
Telefonica
Teradata Chile Tecnologias de Informacion Ltda.
Tesoreria General de La Republica
Thales Avionics Inc.
The Nordam Group Inc.
Thompson Aero Seating Ltd.
Thoughtworks
Tianda Chile SpA
Total Aviazione Italia S.R.L.
Transaereo S.A.S.
Transbank S.A.
Transoceanica Cia Ltda.
Travel Security S.A.
Turismo Cocha S.A.
U.S. Custom and Border Protection
U.S. Department of Homeland Security
Unilode Aviation Solutions
United Aerospace Corp.
Wamos Air
Western Global Airlines
Wing Control LLC
YPF S.A.

**Top Unsecured Creditors**
Aercap Holdings N.V.
Aerospace Turbine Services and Solutions
Air BP
American Express Travel Related Services Company, Inc.
Avolon Holdings Limited
Banco BTG Pactual Chile S.A.
Banco de Credito del Perú
Banco del Estado de Chile
Banco Itaú BBA S.A.
Banco Itaú Unibanco S.A.
Banco Santander Chile
Banco Santander S.A.
Banco Securities
BBAM Aircraft Leasing & Management

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

CAE Inc.
CFM International, Inc.
Collins Aerospace
Comando da Aeronautica
Corp. oración Peruana de Aeropuertos y
Aviación Comercial S.A.
Direccion General de Aeronautica Civil
Empresa Argentina de Navegació
Etihad Airways Engineering
Everis Chile S.A.
Gate Gourmet U.S., Inc.
General Directorate for Competition of the
European Commission
HSBC Bank Chile
Itaú Corp. Banca
OneWorld
Organizacion Terpel S.A.
Petróleo Brasileiro S.A.
Petróleos del Perú S.A.
Regional One Inc., Dash 24 LLC
Repsol S.A.
Scotiabank Chile
Sistemas Globales Chile Asesorias Ltda.
Talma Servicios Aeroportuarios S.A.
The Bank of New York Mellon
The Boeing Company
World Fuel Services Corp.

**Top Secured Creditors**
Wilmington Trust Company
Airlines Reporting Corp.
Aviación Centaurus A.I.E.
Bayerische Landesbank
Bond Safeguard Insurance Company
Citibank N.A.
Credit Agricole Corp. orate and Investment
Bank
Dia Patagonia Limited
FC Initial Leasing Limited
International Lease Finance Corp.
Merlin Aviation Leasing (Ireland) 18
Limited
MUFG Bank, Ltd.
Natixis
Société Générale
Sumitomo Mitsui Banking Corp.

Wells Fargo Bank Northwest N.A.

**Utilities**
Aguas de Teresina Saneamento Spe S.A.
Aguas del Altiplano S.A.
Amazonas Distribuidora de Energia S
AT&T
Awp Service Brasil Ltda.
Boa Vista Energia S.A.
Brasil Comercializadora de Energias
Brokmake Telecom, S.C.
Ceb Distribuicao S.A.
Cemig Distribuicao S.A.
Claro Chile S.A.
Claro S.A.
Claro Servicios Empresariales S.A.
Cliff Berry, Inc.
Companhia Aguas de Joinville
Companhia Catarinense de Aguas e S.A.
Companhia de Agua e Esgotos da Para
Companhia de Eletricidade do Acre
Companhia de Eletricidade do Amapa
Companhia de Eletricidade do Estado
Companhia de Saneamento Ambiental D
Companhia de Saneamento de Minas Ge
Companhia de Saneamento do Parana S
Companhia Energetica de Alagoas Cea
Companhia Energetica de Pernambuco
Companhia Energetica do Ceara
Companhia Energetica do Maranhao Ce
Companhia Estadual de Aguas E Esgot
Companhia Estadual de Distribuicao
Companhia Paulista de Forca e Luz
Companhia Piratininga de Forca e Lu
Companhia Ultragaz S.A.
Concourse Telecomun Brasil Ltda.
Deutsche Telekom A.G.
Eletropaulo Metropolitana Eletricid
Empresa Baiana de Aguas e Saneament
Empresa Brasileira de Telecomunicac
Empresa Electrica de Aysen S.A.
Empresa Energetica de Mato Grosso D
Empresa Publica Municipal de Teleco
Energisa Paraiba Distribuidora de E
Entel Peru S.A.
Envision Servicos e Solucoes Em

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Espirito Santo Centrais Eletricas S
Florida Power & Light Company
Global Village Telecom SaGvenergy
Consultoria Gestao Energia
Mabex Engenharia e Construcoes Eire
Miami-Dade Aviation Department
Movile Internet Movel S.A.
Nextel Communications Arg. S.R.L.
Oi Movel S.A.
Oi S.A.
Onedirect Comunicaciones S.L.
Pacific Mobile Telecom
Peu Eletricidade Ltda.
Rogers Communications Inc.
Sercomtel S.A. Telecomunicacoes
Servico Autonomo Municipal de Agua
Sprint
Summit Broadband Inc.
Telebucaramanga S.A. Esp.
Telecel
Telefonica Brasil S.A.
Telefonica de Argentina S.A.
Telefonica Moviles Argentina S.A.
Telefonos de Mexico Sab de C.V.
Telemar Norte Leste S.A.
Telenor Sverige Ab.
Teliasonera Sverige Ab.
Tim Celular S.A.
Vivo S.A.
Vodafone Libertel B.V.
Vodafone Portugal - Comunicações Pe
Voopter Internet do Brasil S.A.
Waste Management Inc. of Florida
Waste Management Reduction

**Other Parties in Interest**
2e Systems GmbH
Airis Miami LLC
Apple Bank
AVLA
Banco ABC Brasil SA
Banco Bice
Banco Bradesco S.A
Banco Consorcio
Banco Daycoval S.A.
Banco de Sabadell, S.A.

Banco Internacional
Banco Latinoamericano de Comercio
Exterior, S.A.
Banco Pine
Bank NTT
Bank of Communications Limited
Barclays
Bladex or Banco Latinoamericano de
Comercio Exterior, S.A
British Airways plc
BTG Pactual Chile
Cargolux Airlines International S.A .
Cathay Pacific Airways Limited
CCB Brasil or China Construction Bank
(Brasil)
Chugoku Bank Ltd.
Cigna Investments Inc.
Citibank, S.A.
Continental AG
Credit Industriel ET Commercial
Credit Suisse
Development Bank of Japan
E.SUN Commercial Bank
Ensign Peak Advisors
Export Credit Agency Bank (Cayman)
F. Mutuos Lan
FIP TAM
Fujitsu Technology Solutions GmbH
GA Telesis LLC
Goldman Sachs
Helaba
Hellmann Worldwide Logistics GmbH & C
o. KG
HP Inc.
Hudson Structure Capital Management
Industrial Bank of Japan
Iron Mountain
Iyo Bank
KfW IPEX-Bank
Korea Dev.
Kühne + Nagel Management AG
La Banque Postale
Morgan Stanley
NCM (PT-LAK)
NorInc.hukin
Novus

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

PK AirFinance
RB Capital Companhia de Securitizacao
RB Commercial Properties 49
Empreendimentos Imobiliarios Ltda.
Recall
Renta Inmobiliaria III
Safra National Bank of New York
Senator International Spedition GmbH
Shinsei Bank
Societe Generale Milan
TD Bank
Telemetrix S.A.
The Bank of Fukuoka, Ltd.
The Bank of Yokohama, Ltd.
The Iyo Bank, Ltd.
The Korea Development Bank
The NorInc.hukin Bank
The Tokyo Star Bank, Ltd.
The Walt Disney Company
Tokyo Century
Wacapou Leasing S.A
WeWork Companies, Inc.
Kevin Barnes
Yen Peng
Ian Ross Bezek
Andrés Antonio Altamirano Medina
Jaime Durán López
Adam Gui
Francisco Selman Kerestedjian
Hugo Andrés Toledo Gonzáles
Beijing Hiwing Travel Ltd.

**Aircraft Leases**
ABN AMRO Bank N.V.
Airbus Bank GmbH
Airbus Financial Services Unlimited
Company
Aircraft 76B-26239 Inc.
Aircraft 76B-28206 Inc.
Avolon Aerospace (Ireland) AOE 100
Limited
Avolon Aerospace (Ireland) AOE 101
Limited
Avolon Aerospace (Ireland) AOE 103
Limited

Avolon Aerospace (Ireland) AOE 99
Limited
Avolon Aerospace AOE 130 Limited
Avolon Aerospace AOE 134 Limited
Avolon Aerospace AOE 62 Limited
AWAS (Ireland) Limited
AWAS 5178 Limited
AWAS 5234 Trust
AWAS Aviation Services, Inc.
Bailarin Leasing Trust
Banc of America Leasing Ireland Co.
Bandurria Leasing Ltd.
Becacina Leasing Trust
Bijlmerplein 888
BOT Leasing Co. Ltd.
C.I.T. Leasing Corp.
Calyon
Cit Aerospace International
Citibank Internationl PLC
Colibri LLC
Commonwealth Bank of Australia, New
York Branch
Dekabank Deutsche Girozentrale
Deutsche Bank AG, New York Branch
Deutsche Bank Trust Company Americas
ECAF I 40589 DAC
Element Financial Corp.
Export-Import Bank of the United States
Govco LLC
Greylag Goose Leasing 38887 Designated
Activity Company
IBJ Leasing Co. Ltd.
ING Capital LLC
International Lease Finance Corp.
Intertrust Trust Corp. Ltd.
Investec Bank plc
J.P Morgan Europe Limited
Jackson Square Aviation, LLC
JMA Aircraft 6632 LP
JMA Aircraft 6670 LP
JSA International US Holdings LLC
Landesbank Hessen-thüringen Girozentrale
Lico Leasing, S.A., E.F.C.
Loica Leasing Limited
LS-Aviation No. 17 Co., Ltd.
LS-Aviation No. 18 Co., Ltd.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

LS-Aviation No. 19 Co., Ltd.
LS-Aviation No. 20 Co., Ltd.
LS-Aviation No. 21 Co., Ltd.
LS-Aviation No. 22 Co., Ltd.
LS-Aviation No. 23 Co., Ltd.
LS-Aviation No. 24 Co., Ltd.
Macquarie Aerospace Financie 5125-2 Trust
Macquarie AirFinance Holdings Limited
MAF Aviation 1 Designated Activity Co.
Magix Airlease Limited
Miguel Angel 23
Mitsubishi UFJ Lease & Finance Co., Ltd.
MSN 5213 Limited
NBB Crow Co., Ltd.
NBB Cuckoo Co., Ltd.
NBB Grosbeak Co., Ltd.
NBB-6658 Lease Partnership
NBB-6670 Lease Partnership
NTT Leasing Singapore
PAFS Ireland Limited
Private Export Funding Corp.
Sapphire Leasing I (AOE 7) Ltd.
SBI Leasing Services Co., Ltd.
SG Infrastructure Italia S.R.L.
Shenton Aircraft Leasing 3 (Ireland) Limited
Showa Leasing Co., Ltd.
Sky High XXIV Leasing Company Limited
Sky High XXV Leasing Company Limited
SL Alcyone Ltd.
TMF lnterlease Aviation 111 B.V.
Volito Aviation August 2006 SA
Volito Aviation August 2007 SA
Volito Aviation Services AB
Wells Fargo Trust Ltd. Corp.
Wilmington Trust SP Services (Dublin) Limited
Yamasa Sangyo Co., Ltd.
Yamasa Sangyo LA1
Yamasa Sangyo LA2
Mitsubishi HC Capital Inc.
Mizuho Leasing Company, Ltd.
Fuyo General Lease Co., Ltd.

**Litigation**
Koninklijke Luchtvaart Maatschappij N.V.

Martinair Holland N.V.
Swiss International Airlines
DB Barnsdale AG
SAS Cargo Group A/S
SAS Cargo Norway AS
Singapore Airlines Cargo Pte Ltd.
Singapore Airlines Limited
Schenker AG

**DIP Lenders**
QA Investments Limited
QA Investments 2 Limited
Costa Verde Aeronáutica S.A.
Lozuy S.A.
Knighthead Capital Management LLC
Jefferies Capital Management LLC

**Codeshare and Interline Agreement Counterparties**
Aegean Airlines S.A.
Aer Lingus
Aerotransportes Mas de Carga, S.A. de C.V.
Aerovías De México, S.A. De C.V.
Air Botswana Corp.
Air Canada
Air China Ltd.
Air Europa Líneas Aéreas, S.A.U.
Air India Ltd.
Air Malta Plc
Air Mauritius Ltd.
Air Namibia (Pty) Ltd.
Air Seychelles
Air Tahiti
Air Tahiti Nui
Airbridge Cargo Airlines Ltd.
Aircargo Transport GmbH
Alaska Airlines
All Nippon Airways
Aloha Air Cargo
Amerijet International Inc.
ANAM Transport Inc.
AS Air Baltic Corp.
Asiana Airlines
Atlantis Transport Services Inc.
Austral Lineas Aereas
Austrian Airlines

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

Avianca S.A.

Azul Linhas Aereas Brasileiras

Brussels Airlines

Catalina Cold Transfer

Cayman Airways

China Airlines

China Cargo Airlines /China Eastern

China Eastern Airlines

China Southern Airlines

Comair Ltd.

Connex Aircargo Network GmbH

Copa Airlines

Croatia Airlines

Cubana de Aviación S.A.

Czech Airlines CSA

DHL International GmbH

Egyptair

El Al Israel Airlines

Emirates

Estafeta Mexicana S.A. de C.V.

Ethiopian Airlines

Eurowings GmbH

Eva Airways Corp.

Falcon International Carriers LLC

Fedex Corp.

Fiji Airways

Finnair

Forward Air International Airlines Inc.

Garuda Indonesia

Gol Transportes Aereos

Grand Slam Tranportation, Inc.

H.Essers Air Cargo Logistics

Hahn Air

Hainan Airlines

Hawaiian Airlines

Interjet Airlines

Jan de Rijk Logistcis

Japan Airlines

Japan Transocean Air

Jet Airways (India) Ltd.

Jet Airways International, Inc.

Jetblue Airways

Jets Transport Express

Jetstar Airways Pty Ltd.

Kales Airline Services

Kenya Airlines

Kenya Airways

Korean Air

Land Air Express

LIAT Ltd.

Líneas Aéreas Suramericanas S.A.

Luxair S.A., Société Luxembourgeoise de Navigation Aérienne

Malaysia Airlines

Marshall Transport

Merpati Nusantara Airlines

Mng Airlines

Nippon Cargo Airlines

Olympic Air S.A.

Paranair

Passaredo Linhas Aéreas

Philadelphia Truck Lines

PJSC Aeroflot

Polar Air Cargo Inc.

Polskie Linie Lotnicze Lot S.A.

PTS Logistics

Roadsprint Inc.

Royal Air Maroc

Royal Brunei Airlines

Royal Jordanian

RTW Air Services S.A.

Saudi Arabian Airlines

Scandinavian Airlines

SFS Servicios Aeroportuarios

Shanghai Airlines

Shenzhen Airlines

Siberia Airlines

Società Aerea Italiana S.P.A

Sotracom Air Transit GmbH

South African Airways

Srilankan Airlines

Sterling Transportation Inc.

TAAG Angola Airlines E.P.

TAP Portugal

Terminal Logistics Transporte Fiscalizado

Thai Airways International

THOR Xpress Transport LLC

Trans Pro Logistics

Transcarga International Airways C. A.

Transport Mc Gill Air Inc.

Transportes Aereos Bolivianos

Transportes Aeromar, S.A. de C.V.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Truck Belgica Zygene
Truck Italia Air Logistics
Turkish Airlines
United Airlines
Vietnam Airlines
Virgin America
Virgin Atlantic

**Claimants**
1st Choice Aerospace Inc.
21 Air LLC
3º Termo Aditivo Tokio Marine
3Sixty Duty Free & More
4DL Ingeniería Ltda.
5I Comércio de Ar Condicionado
A J Walter Aviation Limited
A Professional Aviation Services
A. B. B. Menor de Idade
AAF Spares LLC
AAR Landing Gear LLC
Abanto Chui, Diana Carolina
Abogado Pablo de La Llera
Abud de Carvalho, Carmen Sylvia
Accelya Solutions Americas Inc.
Accelya World S.L.U.
Acciona Airport Americas S.p.A.
Actis, Nicolas
Adams Rite Aerospace
Aeko Kula LLC d/b/a Aloha Air Cargo
Aeritas LLC
Aero Miami I, LLC
Aeronautical Telecommunications, Ltd.
Aerospace Turbine Services And Solutions
LLC
Aerospheres Uk Ltd.
Aerovías del Continente Americano S.A.
Avianca
Agostinelli Malaga, Karol Grecia
Aguirre, Martin
Aim Altitude UK Ltd.
Air BP PBF del Peru Sac
Airways Corporation of New Zealand
Akitne
Alatrista Muñiz, German Ramiro
Albert, Stacey
Alflen Marques, Alisson
Alfredo Domingo Gutierrez

Vueling Airlines
Wallenborn Transports S.A.
West Jet Airlines Ltd.
Wideroe'S Flyveselskap A.S.
Xiamen Airlines

Ali, Majde E
Alianza Fiduciaria S.A. - Fideicomisos
Alicia, Pasten Aranda
Alimen, Glenda Julia
Aloia Aerospace Inc.
Alpha Brokers Corp.
Alsco Toalheiro Brasil Ltda.
Alves de Oliveira, Quemia Caroline
Alvim Machado, Beatriz Moreira
Amaral Silva, Romualdo
Amarante, Barbara Vitoria
Amaril Silva, Romualdo
Ambros, Francesca Rosa
American Sales & Management Organization,
LLC d/b/a Eulen America
American Sales & Management
Americo Bovo, Ricardo
Ami Industries, Inc.
Amsafe Bridport (Pvt) Ltd.
Ancra International LLC
Aonia Holdings S.A. de C.V.
Aparecida David, Nalva Aguiar
Aqia AeroSpace
Araujo De Azevedo, Valeria
Araújo, Jacob Mesquita
ARG LLC
Armani Calcina, Beatriz
Arone, Monica
Asociación del Personal Aeronáutico
Assis Oliveira Barbosa, Silvia Helena
Associação Dos Cotistas de Radio Taxi Sereia
Associated Energy Group LLC
Asterride, LLC
Atacadista São Paulo Com. Imp. Ltda.
Ataliba Caldas, Flavio Augusto
Atlantic Security Bank
Atlantica Hotels International Brasil Ltda.
Atlantica Hotels International Ltda.
Atton El Bosque S.p.A.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Augusto Silva, Carlos
Aviation Capital Group
Aviation Industry Consultants, LLC
Avila, Abril
B/E Aerospace, Inc.
B29493008 Jasmin Investments Ltd.
Banco Citibank S.A.
Banco De Credito E Inversiones, S.A.
Banco IBM S.A.
Bank of America, N.A.
Bannister, Nicole
Baptista, Adriana Emilia
Baptista, Luiz Augusto
Barbosa de Meneses, Rosa Maria
Barbosa Moura, Hugo
Barbosa Paniago, Ana Laura
Barbosa, Antônio Marcos
Barfield, Inc.
Barragan, Emma B
Barros de Moura, Maria Augusta
Barros de Pinho Vasconcelos, Maria Cristina
Barros Fernandes, Bruno
Barros, Nicolas Marcelo
BCD Travel Services B.V.
Beautech Power Systems
Belem Hoteis E Turismo S.A.
BelInchon, Cristina
Bella Costa Investments Ltd.
Bendhack, Marcelo Luiz
Bermudes Massone, Marlene
Bertolo, Cezar Augusto
Bertona, Mauricio Arnaldo
Bertrán, Javier Ignacio
Bif, Elizabeth Conceição
Birbojm, Cleide Bela Vinograd
Birbojm, Luiz Bernardo
Bispo Dos Santos, Eraldo
Blue Rock Ideas Ltd.
Blumenstein, Rodney
Blumenthal, Emily Suzanne
Boeing Digital Solutions Inc.
Boeing Distribution Services, Inc.
Boeing International Logistics Spares, Inc.
Boeing Us Training And Flight Services LLC
Bortolaz Neto, Adelar Julio
Bortoncello, Julhiano

Bosfuel Corporation
Botelho de Araujo, Renata Cristina
Boxtop Do Brasil Elevadores Ltda.
Brabec, Martin
Bradford Capital Holdings, L.P.
Bravonext S.A.
Bridgestone Aircraft Tire (Usa), Inc.
Bright Diamond, Corp.
Brown, Sandra
Brubaker, Christine Conant
Brunt, Sweeney, Matz, P.A., CPAs
Bueno Crepaldi, Tomaz
Bundespolizeidirektion Flughafen
Burrana, Inc.
Byrne, Jake
CAE South America F T Brasil Ltda.
Caiado, Jessy
Caiafa, Maira Oliveira
Caja de Auxilios y Prestaciones de la
Asociación Colombiana de Aviadores Civiles
ACDAC
Caminada de Almeida Camargo, Maria Zelia
Campo Mora, Ignacio Alfonso
Candido, Juliana Aparecida
Cantagallo, Marcia
Cardim Alvares, Luciano Otavio
Cargo Essence Inc.
Cargo Screening K9 Alliance LLC
Caribbean Catering Services, S.R.L.
Caroc Corp.
Carrasco Maia, Gabriel Antonio
Cartir Peru S.R.L.
Cartolano, Giuliana Moutran
Casa Editorial El Tiempo S.A.
Casino De Rosario S.A.
Castro, Larissa
Castro, Mario
Catalan, Cesar
Catalunha, Bianca
Catherinne Irene Riffo Perez
Caughron, Jill
CBRE Brasil S.A.
Celmar Comercial E Importadora Ltda.
Center Norte Sa Construções e
Empreendimentos
Cerrt Investments Ltd.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

CGE Investment Company Ltd.
Champ Cargosystems (UK) Ltd.
Charter America Holdings, Inc.
Chaves Crawford, Izabela Calixto
Chaves, Fernanda Ferreira
Cherokee Debt Acquisition, LLC
Chi We Wei, Johnny
Chishima Real Estate Company Ltd.
Chubb INA International Holdings Ltd.
Cicala Bretas, Jacques
Ciola De Silvio, Mariane Grecco
City And County Of San Francisco
City Tours USA, Inc.
Clausi, Claudia
Clayton Fraga Vasques
Clazer, Drielly Frizzo Bressan
Clemente de Oliveira Fontenelle, Maria
Daniele
Colque Granda, Rony Aurelio
Colquehuanca, Cesar Caceres
Comercializadora Identifik S.p.A.
Complexo Santo Andre
Comtech Aviation Services Pty Ltd.
Conceição Sena, Genival
Content Trip Solutions S.L.
Cooperativa Autogestionaria de Servicios
Aeroindustriales R.I. (Coopesa R.L.)
Core, Inc.
Correa Family Trust
Corrêa, Morgana de Sousa Melo
Cosemper Master Fund Ltd.
Costa, Carolina Marques
Cotação Distribuidora De Titulos E Valores
Mobiliarios S.A.
Cottle, William
Craveiro E Silva Eletro E Eletronic
Cremaschi, Maria Ines
Crestwood Technology Group
Criado, Lucas Alberto
Crowe Fidelio
Crown Equipment Corp.
Cruz, Florencia
Cueva, Aurea L
Culmina Project, S.L.
Currea Gama, Augusto
Cusi Torocahua, Nestor Paul

Cybersource International, Inc.
Da Cruz Sant'anna, Igor Pinheiro
Da Silva Moreira, Luciene
Da Silva, Marcio Jose
Da Silva, Roberto Antonio
Dabgor Group Corp.
Daian, Carlos Rodrigues
Dal Silva Jota, Bárbara
Dallas County
Dane Business Ltd.
Dasgon Group Corp.
Dash 224, LLC
Davies, Robert
De Almeida, Carmen Silvia
De Almeida, Maria Cristina Souza Faria
De Almeida, Rodrigo Faria
De Barros Nunes, Aurino Cesar
De Barros Toledo, Jose Ricardo
De Castro Feteira Do Vale, Felipe
De Dominicis, Pablo
De Freitas Cruz, Malu
De Giuda, Stefano
De Jesus Souza, Maria De Fatima
De La Cruz Cardenas, Jose Luis
De Leão Esteves, Felipe Eugênio
De Liz, Júlia Stalbaum
De Liz, Júlio Cesar
De Liz, Lucas Stalbaum
De Matos Filho, Oderço Francisco
De Mello De Espindola, Gabriel
De Oliveira Azevedo, Luiz Alberto
De Oliveira Baptista, Julia
De Oliveira Martins, Oscar
De Oliveira Pereira, Raquel
De Oliveira Souza, Osorio Rodrigo
De Oliveira Veloso, Tiago Almeida
De Oliveira, Laudice Royer
De Oliveira, William Batista
De Palm Corporation N.V.
De Pasqual Hoteis e Turismo Ltda.
De Paula Cabral, João Victor
De Sousa Roble Crepaldi, Susana Bueno
Dester Corporation
Deutsche Bank AG New York Branch
Deutsche Bank S.A.
DFASS Group and its Affiliates

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

Dias Ceglias, Pamela
Diaz Arenas, Erick Andre
Diaz Clavijo, Estefania
Diethelm Keller Aviation Pte., Ltd.
Diplomat Embajada
Direction De L'Aviation Civile ACS-AG
Distribuidora Safari Ltda.
Dittert, Isadora
Dnata Pty Ltd.
Do Bonfim Quintino, Hocelia Oliveira
Do Bonfim Quintino, Josue
Do Nascimento, Valdean  Carlos Pinheiro
Domingos Filho, Cesar Augusto
Dornan Ltd.
DOS Reis Villela, Enzo  Cesar
Doubletree Miami Airport and Convention
Center
DRA Investment Ltd.
Drake Air
Dumas, Rebecca
Dutra Da Silva, Daniela
Eagle Security Services, Inc.
East Coast Tank Sealing, Inc.
EDG Hospitality Miami Airport LLC
Electronica De Aviacion S.A.S.
Elgin Printing
Eline Tavares Rocha Dos Santos E Anselmo
Almeida Dos Santos
Elisa Coutinho Cardoso E Daniel Augusto Dos
Santos Soares
Elite Airline Linen Of New York, Inc.
Elite Laundry Services Of Florida Inc.
Empresa de Transportes Pullman San Luis
Limitada
Engevap Engenharia e Equipamentos Ltda.
Engine Leasing Finance Corp.
Enterprise Services Chile Comercial Limitada
Envirotainer A.B.
Ersatz-pilot GmbH & Co. KG
Esmax Distribucion S.p.A.
Esperanza Capital Corp.
Espinosa, Carlos
Estrela Fund
Etablissement National de La Navega
Euler Hermes
Europ Assistance Chile S.A.

European Organisation for the Safety of Air
Navigation
Everfit Chile S.p.A.
Everfit S.A.
Everis Brasil Consultoria de Negócios E
Tecnologia Da Informação Ltda.
Ezequiel Corti. Soy Abogado y Acreedor.
F2GX Serviços E Turismo Ltda.
Fabre, Colon
Facebook Ireland Ltd.
Facebook Servicos Online Do Brasil Ltda
Farias de Fraga, Diego
Fazio, Beatriz Susana
Federal Insurance Company on its Own Behalf
and on Behalf of All the Chubb Companies
Feitosa, Diogo Fernando Oliveira
Fernanda Otero Alvarado, Isabel M.
Fernandes de Sousa, Ana Alice
Fernandes, Enzzo Surrage Pires Paris
Fernandes, Maria  Eduarda Surrage Pires Paris
Fernandez Porcelo, María Emilia
Fernandez, Ramiro Pereyra
Ferraz, Luciano Gomes
Ferreira Nunes, Jankellyton
Ferreira Pedrosa, Frederico
Ferreira, Rodrigo Figueiredo
Ferreira, Sandro Leite
Fick, Andre
Figueira, Aline Patricia
Figueiredo de Oliveira, Lorena Ataide
Figueroa Alcorta LP
Fine Light Management, Inc.
Firenze Investments Ltd.
Florida Polo Ice, Ins.
Fly Airport Services S.p.A.
Fontenelle, Maria Elisa Monteiro
Fontes, Ricardo
Forward Air Inc.
Four Leaf Trust
Francisquetti, Guilherme Bartelli
Freitas Cancherini, Deborah
Freitas, Gabriela Leonardo Ventapane
Fulcrum Credit Partners LLC As Transferee of
Hansair Logistics Inc.
Fullstep Ventures Ltd.
FX Express Publications, Inc.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Gaiser, Johannes Bruno
Gaitamar Ltd.
Galcia Sena De Lemos, Gustavo
Garcia Calderon Valdivieso, Maria Ines
Garcia Leão, Raquel Moraes
Garcia Loyola, Silvia Luisa
Gate Gourmet Spain S.L.
GE Aviation
Giampaolo, Hernan
Gibson, John Bradley
Giraudo, Mauricio
GIS Premium Mexico, S.A. de C.V.
Giupponi, Patrizia
GKN Aerospace Services Ltd.
Global Airtech International
Godoy Dos Santos, Tais
Golden Seahorse Corp.
Golden State Capital Corp.
Golden Touch Transportation of NY, Inc.
Goldstein, Michael  Harris
Gomes Da Silva, Rildo
Gonçalves Da Silva, Francisnaldo
Gonçalves Ferreira, Paula Viola
Gontijo Leão, Celina
Gonzalez, Carlos Daniel
Gonzalez, Juan Carlos
Gonzalez, Marianela Marra
Goodrich Corp.
Greylag Goose Leasing 3887 Designated
Activity Company
GRG Investment Fund Ltd.
Grisante, Livia Bember
Gross, Christiane Gobbo Da Cunha
Grupo Inmobiliario del Pacifico S.A.C.
Grupo Posadas SAB de C.V.
Guaman, Jacqueline
Guerrero Simauchi, Jorge Julio
Guilboa Investments Ltd.
Gustavo, Rene
Guyana Civil Aviation Authority
Guzman, Symonne
H. B. C. D. J.
Hahn, Rodolfo Alfredo Gerardo
Hain Capital Investors Master Fund, Ltd.
Halac, Fernando Aldo
Hamilton Sundstrand Corp.

Hampton by Hilton Frankfurt Airport
Hansa Flex do Brasil Ltda.
HANSA-Flex Do Brasil Ltda.
HEICO Component Repair Group
Heinen, Volker
Helvoort, Gerard Van
Hermoso, Nicolas Marx
Herrera Caceres, Silvia Karina
HIHCL HP Amsterdam Airport B.V.
Hine Brasil Ind Com Hidra Pneuma Ltda.
Hitachi Vantara (Chile) Ltda.
Hoober, Thomas Richard
Hop Town Internacional Corp.
Hotel Parque Royal S.A.S.
Hotelaria Accor Brasil S.A.
Hotelera Cordillera Luz S.p.A.
Hoteles Colonos del Sur S.A.
HSBC France, Brussels Branch
Hydro Systems USA Inc.
IDS Comercio de Alimentos E Bebidas Eireli
Iguama Inc.
Imobiliarios - Eireli
Indigo Capital Services Ltd.
Indra Sistemas Chile S.A.
Infare Solutions a/s
Infraero
Ingenieria Alpa Ltda.
Ingenieria MCI Ltda.
Initiative Media, LLC. d/b/a Initiative Miami
Inmobiliaria Nueva Apoquindo S.p.A.
Innerworkings, Inc.
Innovative Scheduling, LLC D/B/A Optym
Instalaciones Hidraulicas Y Sanitarias Wc
S.A.S.
Instituto Nacional de Defensa de La
Competencia y de La Protección de La
Propiedad Intelectual - INDECOPI
Interbrand Brazil Ltda.
Interlux Investment Corp.
International Aero Engines, LLC
Inversiones Castel S.A.
Inversiones Nacimiento Limitada
Inversiones Pacifico S.p.A.
Inversiones Turisticas P&M S.A.
Irmaos Pinheiro Hoteis E Turismo Ltda.
Isdin Peru S.A.C.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

Itau Unibanco S.A.
Izabella Scalabrini Saraiva
J. Aron & Company LLC
J.p.v.g.f.f, Um Menor de Idade Representado
Por Sua Genitora Paula Viola Gonçalves
Jacobi, Daniel Felipe
Jamaica Civil Aviation Authority
Jcdecaux Midia Aeroportos Ltda.
Jefferies Leveraged Credit Products, LLC
Jeppesen Systems AB
Jetran, LLC
JMalucelli Travelers Seguros S.A.
Joaqium Da Silva Alves
Joaquín Fanjul
Jorge Miguel Otero Lathrop
José de Sousa, Maria
JPS 2004 LP
Juan, Jacqueline
Kaelis on Board Services S.L.
Kaneku, Vanessa
Katarina, Melanie
Kauduinski Cardoso, Beatriz
Ki Teknology S.p.A.
Kid-Systeme GmbH
Kilian, Frederico Eduardo
Kippin Sa, Lussemburgo, Cadempino Branch.
Koniklijke Fabriek Inventum B.V. D/B/A Be
Aerospace Netherlands
KPMG Assessores Ltda.
Krachinski, Rafael
Kuwait Petroleum International Aviation
Kuziac Capital Ltd.
Latina de Gestion Hotelera S.A.
LAXFuel Corporation
Lazaro Delivery Corporation
Leaf Capital Funding, LLC
Leiva, Diana
Leki Aviation Usa, Inc.
Lenzi de Oliveira, Bianca Raquel
Leónidas Angeletti, Javier
Liliana Noemi Araoz
Lim, Jemmifer
Lima de Souza, Ana Cristina
Limco Airepair, Inc.
Limo Fly LLC
Lisboa Paixao, Rogerio

Lisiak, Alejandro
Lodging Solutions LLC, d/b/a
Accommodations Plus International
Loop Entertainment S.A.S.
Lopes Salomão, Marcelo
Los Angeles County Treasurer And Tax
Collector
Los Angeles West Terminal Fuel Corp.
Lotufo, Simone Navarro
Loyola Gutiérrez, María Francisca
LSG Sky Chefs New Zealand Ltd.
LSG Sky Chefs South Africa (PTY) Ltd.
Lucca Milla Papelaria Ltda. Me
Lucena de Lima Flores, Maria Das Graças
Luciano e Sant Anna, Max Henry
Lucomsa Ltd.
Luftfahrt-Bundesamt
Lufthansa Technik Aktiengesellschaft
Lugira Ltd.
Luis Manuel Bello Uguet
Luiz Carlos Rosa E Cia Ltda.
Luiz Da Silva, Davi Wesley
Luiz Flores, Antonio
Luz Maria Paraud Gutierrez
M58474004 Ravensworth Inv Ltd.
Maca International LLC
Machado Rocha, Diego
Machado, Meyer, Sendacz E Opice Advogados
Maclean de Oliveira Silva, Deyvy
Magalhães Dos Santos, Magna
Manu E Nina Peanut Ltda.
Many Investments Management Ltd.
Marcano Hurtado, Ines Mercedes
Marcela Del Carmen Pérez Baltra
Marchesini Silva, Isabella
Marco Marchetti S.A. Hoteis
Marcos, Lee
Maria de Las Nieves Lopez Vicente
Maria Fernanda De Souza Lemos Francisco
Alves
Mariana Mosquera Ponce, Carla
Marilei Arnoldi Silveira e Reinoldo Edilson
Amaral Silveira
Marina Hoteles Ltda.
Marinha Cunha Souza, Nelsa
Marita Caliri, Mirna

*Privileged & Confidential | Attorney Work Product | CGSH Draft 12.03.21*

Marques, Marcos Aurélio
Martinez, Fernando
Marui, Alini Guimarães
Masaveu Rodriguez, Susana Teresa
Master Trust For Certain Tax-Qualified
Bechtel Retirement Plans
Mateus Rena, Reinaldo Jose
Matos, Lygia Silva E
Maurokefalidis, Demetrio Gustavo
Mayflower Investment Ltd.
Mazzeo, Carina Viviana
McCann-Erickson S.A. de Publicidad
McKinsey & Co. Chile Ltda.
MCSS, Menor de Idade (Jacqueline de Araújo
Soares, Mae)
Med-Air, Inc.
Medina, María Juliana
MegaIncentivos S.A.S.
Meir, Nir Ben
Melo, Paula
Melo, Ricardo
Menezes Coser, Felipe
Menezes, Tatiana
Mengarelli, Martín Hérnan
Menzies Aviation (Freighter Handling) Bv
Menzies Aviation (South Africa)(Pty) Ltd.
Menzies Aviation (USA) Inc.
Meplan GmbH
Mercure Maceió Pajuçara
Mercury Air Cargo Inc.
Merino, Maria Noelia Giménez
Merono, Nicolas
Merx Aviation Servicing Ltd.
Messier Goodrich S.A.
Meza Eguizabal, Cesar Augusto
Miami Airport Lodging LLC
Michelli, Yanina
Michiels, Pedro Daniel
Microsoft Do Brasil Importacao e Comercio de
Software e Games Ltda,
Mil-Aero Solutions, Inc.
Mintz, Josef W.
Miranda, Mauricio
Molon, Archeli
Montenegro, Andre
Moraes de Carvalho, Gladys

Moraes Dos Santos, José Mauricio
Morais Dos Santos, Milto
Morales, Kathia
Moreno Berti, Viviana Elizabeth
Morixe, Gaston
Moura, Davi Leal
Movida Locação de Veiculos
MRM E/OU Publicidade Ltda.
MTA - Mobile Travel Agents Pty Ltd.
MTU Maintenance Hannover GmbH
MTU Maintenance Lease Services B.V.
Mund & Fester GmbH Co. KG
Mundel, Marcos And Isabela Grado Turcato
Muner Capital, S.A.
Município de Belo Horizonte, Brasil
Municipio de Campinas
Município de Guarulhos
Municipio de Macaé
Muñoz Gutiérrez, Valeska Alejandra
Nacala International Inc.
Nahuelpan Lopez, Fabio Bastian
Naveda Ruiz , Damaso  Enzo
NBB Redstart Co., Ltd.
Neiva Das Graças Machado Longhi E João
Batista Longhi
Neves Frizzo, João Feliciano
New Generation Aerospace, Inc.
Niga Group Corp.
Nissan Motor Acceptance Corp.
Nobile Gestão de Empreedimentos Ltda. Scp
Noki Okada, Flavio
Nolasco Ayasta, Maximina Emilia
Noriega, Vilma Coelho
Nunes Louback, Caiene
NYSE Listings
Oakberry Invest Ltd.
Obenario, Lexter
Oda Montecinos, Camila Marta
Office National de L Aviation Civil
Oliveira Santos, Simone
Olívia Cadori Da Silva E João Sérgio Soares
Da Silva
Olivio de Jesus Barreto Neto
Opice Blum, Bruno, Abrusio E Vainzof
Advogados Associados
Oshige, Betty Elena Shiga

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Otero Alvarado, Jorge Miguel
Oviedo, Victor Miguel Rafael
P.1 Administração Em Complexos
P.1 Administracao Em Complexos Imobiliarios - Eireli
Pacheco Caldeira Rini, Luciana
Pacheco de Farias, Rafaela Bristot
Paiva Matos, Marcos
Paixão, Beatriz Araújo
Paladino, Ricardo
Panduro Rodriguez, Valeria Alexandra
Pangea Investments Corp.
Pardee, Vicki Ann
Paredes, Maira
Pataro Luchi, Soraya Bergamim
Patricia Alvarado Moore
Patrimonio Autonomo Aeropuerto Ernesto Cortissoz
PAX Assist Inc.
Pazello Skripnik, Cesar Francisco
Pedroza, Alessandra Leão
Pelaez Miranda, Jorge Jesus
Perales Cornejo, Jose Luis
Pereira de Aquino Do Nascimento, Rejane
Pereira Dos Santos Preiss, Maristela
Pereira Dos Santos, Viviane Magnus
Perez de Rosas, Rafael
Perol Comercial e Industrial Ltda.
Petrus Holdings Group Ltd.
Phriscilla Moreyra
Pinto, Júlio César Silva
Pinto, Ronaldo Ribeito
Pires Hoteis E Turismo Ltda.
PLATAMon Participacoes E Empreendimentos Ltda.
Platini, Christian Ignacio
Pokes, Carlos Eduardo
Ponte Vedra Corp.
Pontes Correia Neves, Antonio Manuel
Portela Santos Vidal, Henderson Havinner
Pratt & Whitney Canada Corp.
Pratt & Whitney, a Division of Raytheon Technologies Corp.
Precisão Maxi Transportes Terrestres Ltda.
Preiss, Marcelo
Professional Ocean Service Corp.

Progressive Transportation Services, Inc.
Proponent
Pros, Inc.
Prosegur Companhia de Segur
Provin, Camila
Pun, Yolanda
Quadrem Chile Limitada
Queen Tamar Investment S.A.
Quiares Da Silva, Jaqueline
Quintino, Isaulino Mauricio
R F de Melo Cia Ltda Epp
Rabelo Rocha, Lucas Sena
Radisson Rio de Janeiro Barra
Rainbow Trust
Ralph Porter Enterprises Inc.
Ramaldes Batista, Gildasio
Ramos, Cristiane Bueno
Real Worldwide Inc.
Regional One, Inc.
Rei Das Malas Eireli Epp
Rentas SURA 3 S.p.A.
Repsol Comercial de Productos Petroliferos S.A.
Repsol Lubricantes y Especialidades S.A.
Repsol Marketing S.A.C.
Restaurante Santa Salada Ltda. Epp
Rezende, Marcela Costa
Ribeiro Alves, Marisa Marta
Ribeiro Da Silva, Pedro Henrique
Ribeiro Francelino, Diego Alfonso
Richards, Johnathan
Richardson, Joanne
Richmond Associates Ltd.
Rini, Massimo
Rios Lecca, Alonso
Rivera Orams, Carlos Enrique
Roberto Casari E Ligia Gueler
Rodrigo Alfonso Ode Pérez
Rodrigo Gonzalez Holmes Abogados y Consultores S.p.A.
Rodrigues, Registrado Civilmente Como Marcia Assis Lisboa
Rodsamp Inc.
Rohi Stoffe GmbH
ROHR Aero Services LLC
ROHR, Inc.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Rokadoz Ltd.
Rolim, Lara
Romito, Ernesto
Routing Sociedad Por Acciones
Rtf Brasil Servicos Administrativos Ltda.
S.H.L. Menor de Idade Filho de Silvia Bastos
Sabre GLBL Inc.
Sabre Global Technologies Ltd.
Sac Be Ventures Colombia S.A.S.
Saceem S.A.
Safran Landing Systems
Safran Seats U.S.A. LLC
Safran Ventilation Systems S.A.S.
San Raphael Hoteis S.A.
Sanchez Cavagnaro, Renzo
Santos Menezes, Edleide
Santos, Dennis de Campos Melo
Sap Brasil Ltda.
Saraiva, Izabella Scalabrini
Sarquis, Eduardo
Sassi, Ionara
Satair Usa, Inc.
SB Hotels Spain, S.L.
Scaramuzzi, Daleth Rodrigues
Schroth Safety Products GmbH
Seagrapes Investments Corp.
Seal Dynamics LLC
Secchim de Britto, Beatriz
Seguridad Argentina S.A.
Sekir Pousada Ltda.
Servicio Nacional Del Consumidor (SERNAC)
Servicios Interactivos Moviles Ltda.
SHL U.S. LLC f/k/a SHL U.S., Inc.
Shrazy, Ben  Zyon Mizrachy
Silva do Amarante, Adriana Reani
Sindicato de Empresa de Pilotos LATAM Airlines
Sindicato de Trabajadores de Lan Chile S.A.
Sindicato de Trabajadores Lan Express S.A
Sindicato de Tripulantes de Cabina Transporte Aereo
Sindicato Histórico de Mantenimiento Aeronáutico de Chile
Sindicato Historico Mantenimiento Aeronautico
Sita B.V.

Sita Inc. UK Ltd.
Sita Information Networking Computing Colombia S.A.
Sita S.C.R.L.
Sita Switzerland Sarl
Sky Aero Management Ltd.
Sky Chefs de Chile
Sky Chefs de Mexico, S.A. de C.V.
Sky Mart Sales Corp.
Sky Source, Inc.
Skyway Executive Services, Inc.
Soares, Ivan Luiz Mendes
Soc de Transportes Y Comercial Inter American Cargo Ltda.
Sociedad Concesionaria Aeropuerto Carriel Sur S.A.
Sociedad Hotelera Bidasoa S.p.A.
Sociedade Hoteleira de Sete Rios, S.A.
Sonda S.A.
Sousa Rocha, Adriane
Spafax Medios y Publicidad SpA
Spokane Enterprisis Ltd.
Squire Patton Boggs (Us) LLP
ST Engineering Aerospace Services Co PTE Ltd.
ST Engineering Aerospace Solutions A/S
ST Engineering Aerospace Supplies Pte. Ltd.
Stacco Morera, Joan Manuel
Stalbaum de Liz, Cristiane
Sterling Courier Systems
Stites, Lynn B
Structural Evaluation Technologies Inc. d/b/a Setaero
STS Component Solutions
STS Engineering Solutions
Subramanyan, Ram Kumar
Summit Security Services, Inc.
Superintendencia de Transporte
Supreme Tours Inc.
Switchfly LLC
SYSBRAC Despachos Cons Transp Ltda.
Talca Corp.
Tapia Robles, Maria Cristina
Tapis Corp.
Tata Consultancy Services Chile S.A.
TC Skyward Aviation U.S., Inc.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Techpro Invest Ltd.
Teide Holdings Inc.
Telles Martins Da Rocha, Charis
Teofilo Eduardo Bianchi & Maria Noelia
Gimenez Merino
Terminal de Cargas Aereas S.A.
The Cargo Security Company
The Carlota Pina Trust
The Davidoff Center
The Jesus P. Hernandez 2008 Delaware Trust
The Nordam Group LLC
Thomas, Jacqueline Joyce
Thomas, Justin Paul
Thompson Aero Seating Ltd.
Thoughtworks Chile S.p.A.
Three Kinder Holdings Ltd.
Tibco Software Inc.
Toche, Jimena Angelica Meza
Tokio Marine & Nichido Fire Insurance Co.,
Ltd.
Tokyo Century Corporation
Tomas Federico, Saavedra
Topcast Aviation USA Inc.
Torriani, Silvia Cristina
Tortoriello, Perola Cristiane
Touch Inflight Solutions Inc.
Tozzi Ferraz, Silvia Andrea Peixoto
Transfer CSM Transportes E.I.R.L.
Transportacion y Servicios Turisticos Graillet,
S.A. de CV
Transportes Futuro Limitada
Transportes Inca S.p.A.
Transtur S.p.A
Traya, Rached Hajar
Tree Top Company Ltd.
Triangle Aviation Services, Inc.
Tripulantes LATAM Argentina
Trueaero
Twitter Brasil Rede de Informações Ltda
U.A.E. Direccion de Impuestos y Aduanas
Nacionales
U.S. Customs and Border Protection
UMB Bank, National Association
Unibag SpA
Unilode Aviation Solutions Switzerland AG

Unión del Personal Superior y Professional De
Empresas Aerocomerciales
Unitedhealthcare Insurance Company
Universal Towers Construction, Inc. D/B/A
Crown Plaza Orlando Universal
Urrunaga, German
Urrutia Arestizabal, Patricia Alejandro
Valle Pereira, João Augusto Freyesleben
Vandenbossche, Filip
Vargas Torres, Edgar Alfonso
Vaz Sisilio, Bianca
VDG Investments LLC
Vega Inostroza, Hernan Claudi
Velasquez Silva, Rosa Teresa
Veloso Queiroz, Livia Fernanda
Ventapane Freitas, Danilo Ricardo
Vera Alarcon, Fanny Alessandra
Via Turismo E Locacoes De Veiculos Ltda.
Vicuna, Cecilia I
Vieira Klettenberg, Tatiana Cristine
Vieira Pacheco, Cristiana Manhanini
Vieira Vasconcellos, Raphael
Vision Aero
Vodanet Systems LLC
Vonwin Capital Management, LP
Warner, Carole Anne
Westgate Marketing, LLC
WeWork Companies, Inc.
Wiginton Corporation - d/b/a Wiginton Fire
Systems
Wilmington Trust SP Services (Dublin) Ltd.
Winlock Holdings Corp.
Winpack S.A.
Wipro Ltd.
World Omni Financial Corp.
WorldACD Market Data B.V.
WT cargo LLC
Ybarra, Daniela Soledad
YH Property Pty Ltd.
Zein Ortence Incorporacoes Ltda.
Zirtec Industria e Comercio Ltda.

**Vendors**
Servcater International Ltda.
Bahia Catering Ltda.

*Privileged & Confidential / Attorney Work Product / CGSH Draft 12.03.21*

Belém Servico de Bordo Ltda.
Caterair Servicos de Bordo e Hotelaria Ltda.
Fortaleza Servico de Bordo Ltda.
Natal Catering Ltda.
Expeditors International of Washington, Inc.

**<u>Aircraft Counterparties</u>**
Mitsubishi HC Capital Inc.
Mizuho Leasing Company, Ltd.
Fuyo General Lease Co., Ltd.

*Confidential Settlement Discussions / Subject to FRE 408 & Rules of Similar Import / CGSH*
*Draft 02.16.22*

## Claimants

123 VIAGENS E TURISMO LTDA.
3M CHILE S.A.
5 TABELIAO DE NOTAS DE SAO PAULO
A.J. LEVIN COMPANY INC.
ABA AIR GROUP LLC
ABM AVIATION, INC.
ADVANCED GROUND SYSTEMS ENGINEERING LLC
ADVOCACIA MARIZ DE OLIVEIRA
AERO ACCESSORIES
AERODIRECT INC.
AEROSIM TECHNOLOGIES
AEROTOOLS CONNECTION LLC
AIRLINE TARIFF PUBLISHING COMPANY (ATPCO)
AKAMAI TECHNOLOGIES, INC.
ALJ ENGINES SUPPLY INC
ALMEIDA, ARTUR KARAN MIRANDA
ALMUNDO BRASIL- VIAGENS E TURISMO LTDA
ALMUNDO.COM S.R.L
ALVES PADILHA, JODECI
ALVES PRATES, MAGVONE
ALVES, MANOEL CARLOS
AMADE COM DE PROD DE LIMPEZA EIRELI
AMERICAN ENGINES SUPPORT LLC
AMETEK AEROSPACE AND DEFENSE SERVICE
ANGELA MARIA SCARAFICCI MASTRINER
ANTONIO MESTRINER
ANTONIO, MARIO
AOB TRAVEL AB
APB WINGLETS COMPANY LLC
ARAGAO PEREIRA, JULIANA
ARAUJO VENTURA MORENO, ANNA CRISTINA
ARGO PARTNERS
ASOCIACION COLOMBIANA DE EDITORAS DE MUSICA
ASSIS, MARCIA DE JESUS CAMPOS
ATLAS AEROSPACE ACCESSORIES
AUTH0 INC
AUTO PECAS MONTE SINAI - EIRELI
AUXITROL WESTON USA INC
AVELINO SANTANA, REGINALDO
AXESS INTERNATIONAL NETWORK, INC.
BALDIM, OSWALDO ANTONIO
BANCO DE ARCHIVOS S.A.
BANCO DE BOGOTA S.A.

BANCO DE OCCIDENTE S.A.
BARBOSA, EDSON PEREIRA
BARROS, GIZELE BARBIER
BASTOS MAIA, ALANA DE CASSIA
BATISTA SANTOS, ALEXANDRE
BICHUETTI DE ARAUJO, RAFAEL
BIO BIO COMUNICACIONES S.A.
BLUE TREE TOWERS JOINVILLE
BOLDRINI SAIBERT, RHAÍRA
BOTELHO JUNIOR, JOAO EVERALDO GUIMARAES
BRADESCO CARTOES
BROWSERSTACK, INC.
BRUNO GASPARI, ELIANA PAIM GASPARI,
CAMILA CAVAGNOLI RODRIGUES DA FONSECA, JERONIMO GASPARI
BUSSOLLETTI CHIATTONE, ANGELO AUGUSTO
CANADA CUSTOMS AND REVENUE AGENCYSU
CARDOSO, GILCELIA BISPO
CARSON HOTEL LLC
CARVALHO NAZÁRIO, MARINA
CÉ MARTINS, PAULA
CELESTE INDUSTRIES CORPORATION
CENTERBRIDGE SPECIAL CREDIT PARTNERS III-FLEX, L.P.
CHEVRON PRODUCTS COMPANY
CIRICO, JAIR
CLIFF BERRY INCORPORATED
COLLINSON LATITUDE LIMITED
COMPASS LEXECON, LLC
COMPOSITE AERONAUTIC SPECIALISTS, LLC
CONCESSIONÁRIA DO AEROPORTO INTERNACIONAL DE FLORIANÓPOLIS SA
CORDEIRO, ANNA LÍRIA DE FÁTIMA
CORNEJO, GUILLERMO MARIANO GARCIA
COUCHBASE, INC.
CRG FINANCIAL LLC
CRUZ, NORMA
CTT SYSTEMS AB
CVC BRASIL OPERADORA E AGENCIA DE VIAGENS S.A.
DA LUZ COSTA, ALBAZINE
DA SILVA BARCELOS, GIOVANI
DA SILVA JUNIOR, JOEL CORREA
DA SILVA, ADILSON
DA SILVA, ELIANE
DA SILVA, MARCIO JOSE

*Confidential Settlement Discussions / Subject to FRE 408 & Rules of Similar Import / CGSH*
*Draft 02.16.22*

DA SILVA, MARIA NOGUEIRA
DAL RI, MARIA HELENA
DAMIAN & VALORI LLC
DAVIDKOCK LEGAL
DE CAMPOS JUNIOR, ADILTO BENTO
DE CARVALHO BARROS, GISELA
DE DEUS, KAMILLA ESTEVES
DE LIMA, ALINE
DE MENDONÇA ROCHA, CAROLINA
DE MOURA ALVES JÚNIOR, JOSE MAURO
DE OLIVEIRA E SILVA, MAURICIO
DE OLIVEIRA FARIA, LUCAS
DE OLIVEIRA SILVA, SEVERINA
DECIDERIO CARDOSO JUNIOR SOCIEDADE
INDIVIDUAL DE ADVOCACIA
DECOLAR.COM, INC.
DEL BARCO CAMARGO, ELVIS
DELTA INTERNATIONAL INC.
DENHARDT, BRUNNA ASSMANN
DESPEGAR COLOMBIA S.A.S
DESPEGAR ECUADOR S.A
DESPEGAR.COM PERU S.A.C.
DEUTSCHE BANK S.A. - ANCO ALEMÃ
DNATA LIMITED
DO AMARAL GURGEL FILHO, HUMBERTO
CARLOS
DOS SANTOS, MICHELE
DO NASCIMENTO, VALDEAN  CARLOS
PINHEIRO
DOMIRUTH TRAVEL SERVICE S.A.C
DONAT, MARGUIT ANDREA
DOS REIS, CLEUBIS  ALVES
DOS SANTOS, ANDRE RICARDO MESQUITA
DOS SANTOS, LAIS PERLA OLIVEIRA
DUARTE, VALESKA MARINHO
DUCTO PROYECTOS Y ASESORÍAS SPA
DUNAS BEACH RESORT, S.A.
EATON LIMITED
EATON POWER SOLUTIONS LTDA
EDGAR AGENTS LLC
EF EDUCATION FIRST INTERNATIONAL LTD
EGENCIA, LLC
ELASTIC PROJECTS, INC. DBA ABSTRACT
ELUS SERVICOS DE INSTRUMENTACAO EIR
ESET SERVICIOS AUXILIARES S.A
ESFERATUR PASSAGENS E TURISMO S.A.
ESPOLIO DE MARIA GUADALUPE ALVES
ALMEIDA
EUROP ASSISTANCE SA
FAIR HARBOR CAPITAL LLC

FARIA DE ALMEIDA, ANA JULIA
FECVA COMERCIO DE MATERIAIS
ELETRICOS LTDA.
FEINE, EDUARDO
FEINE, GILBERTO
FITCH RATINGS INC.
FLIGHT SPECIALTIES COMPONENTS CORP.
FOREST, RAEL
FRANCHISE TAX BOARD
FRANCO DA MOTA, MAIRA KATARINE
FROTA, ROGERIO LOPES AND ALINA
MARIA DE CARVALHO NEIVA
FULCRUM CREDIT PARTNERS LLC
FURLAN, MAURI
GA TELESIS COMPOSITE REPAIR GROUP,
LLC
GANDARILLAS, MONTT, DEL RIO DOS
LIMITADA
GATE GOURMET CATERING CHILE
LIMITADA
GATE GOURMET DEL ECUADOR CIA
LIMITADA
GATE GOURMET LTDA
GATE RETAIL BRASIL COMERCIO
VAREJISTA, IMPORTACAO E EXPORTACAO
DE ALIMENTOS LTDA
GATE RETAIL BRASIL COMERCIO
VAREJISTA, IMPORTACAO E EXPORTACAO
DE ALIMENTOS LTDA
GEN2 SYSTEMS LIMITED
GERAIGIRE ADVOGADOS, MALUF E.
GIORGIO, CERUTTI MASSIMO
GIS PREMIUM COLOMBIA S.A.S.
GLOBE EXPRESS SERVICES CHILE LIMITA
GOMES BARCELOS, JOÃO PEDRO
GOMES BARCELOS, MARIA ANTÔNIA
GOMES FAVACHO, MARIA DE LOURDES
GONGORA ESGUERRA, JAIME ANTONIO
GRUNEWALDT, TANIA
GTI TOURISM PTY LTD
GUIMARAES GONCALVES, MARCIO PAULO
HERNANDES ME, VALQUIRIA
HEWLETT PACKARD CHILE COMERCIAL
LIMITADA
HIDRAUSERV INDUSTRIA E COMERCIO DE
EQUIPAMENTOS INDUSTRIAIS LTDA
HIDRAUSERV INDUSTRIA E COMERCIO DE
EQUIPAMENTOS INDUSTRIAIS LTDA
HOTEL HSC LTDA.
IDS COM DE ALIMENTOS E BEBIDAS EIRELI

*Confidential Settlement Discussions / Subject to FRE 408 & Rules of Similar Import / CGSH
Draft 02.16.22*

IFS AEROSPACE & DEFENSE LTD.
I-GROUP COMUNICACION PUBLICITARIA LIMITADA
ILLVA SARONNO S.P.A.
IMM SERVICOS PUBLICITARIOS LTDA
INFRAERO AEROPORTOS
INITIATIVE MEDIA, LLC.
INNOVATIVE SCHEDULING, LLC
INSTITUTO ESTADUOL DE PROTEDO E DE FESA DO COUSUIDON
INTERNATIONAL AEROSPACE GROUP
INTERNATIONAL FOOTWEAR, INC.
INTERNATIONAL UNIFORMS, INC.
INTERPUBLIC COLOMBIA SA
INTERPUBLIC GROUP OF COMPANIES INC
INTERPUBLIC SA DE PUBLICIDAD
INTERTAX TREUHAND GMBH
INVICTUS GLOBAL MANAGEMENT, LLC
INVICTUS SPECIAL SITUATIONS MASTER I, L.P.
IPD AEROSAPCE, INC.
IPECO HOLDINGS INC
IPG MEDIA BRANDS S.A. (SUCURSAL URUGUAY)
IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
JACINTO, GIOVANNA VIEIRA
JANDRADES IND E COMERCIO GRAFICO LT
JET AVION CORPORATION
JG DUDA SOCIEDADE DE ADVOGADOS
JOTA PRINTER LTDA
JULIANE MARA XAVIER GIORDANI, MAE
KADOMOTO, THOMAZ
KIM, YUNA
KOEHLER, BRUNNI
KONIKLIJKE FABRIEK INVENTUM B.V.
KPMG ASESORIA FISCAL, S.A.
KPMG AUDITORES CONSULTORES SPA
KRUG, SAIONARA APARECIDA FERNANDES
L G X G, UM MENOR DE IDAD
LAFABY CORPORATION
LANDSCAPING BY FRANCISCO
LAURA PATRICIA SALINAS ORTEGA
LEANIX GMBH
LEGAL VIEW S.A.S.
LEMOS, ANDREIA FALQUETO
LENOVO MEXICO S, DE RL DE CV
LENZI DE OLIVEIRA, LUCAS
LIEVANO LASERNA, ALVAREZ
LIMA DOS SANTOS, LILIAN

LIMA POMPEU, BRUNO
LIMONGI INTERNATIONAL INC.
LM SERVICOS DE LAVANDERIA LTDA
LONG ISLAND MARRIOTT
LSM DANGEROUS GOODS CONSULTANT LLC
LUCCA MILLA PAPELARIA LTDA.
LURZ, MARKUS
M SHIMIZU ELETRICA E PNEUMATICA LTDA
M. & G. PACKAGING CORP
MACH 2 CORP
MACHADO DA PONTE, CARLOS SERGIO
MAFRA SARMENTO BESERRA, KAROLINE
MANFRINATO DE PAULA XAVIER, MARIA VIRGINIA FATIMA
MAPAERO SAS
MARCON, JOAO CARLOS
MARIA NASCIMENTO, JULIENE
MARINI, THIAGO CARLOS
MARLENE BENTIM VIANA E VALDIR ANTÔNIO BAGOLIN DA SILVA
MARQUES RIBEIRO, ANA PAULA
MARQUES, FERNANDA CORONADO FERREIRA
MARQUES, MARCOS AURELIO
MARTINA CIRICO, JANE GRACIELA
MASSACHUSETTS DEPARTMENT OF REVENUE
MATAFUEGOS DICAR S.R.L.
MATOS DE LIMA, ROSENNI
MCCANN - ERICKSON CORPORATION PUBLICIDAD S A
MCCANN ERICKSON CORPORATIO SA
MCCANN ERICKSON PUBLICIDADE LTDA
MCCANN RELATIONSHIP MARKETING LIMITADA
MED-CRAFT, INC.
MELLO & ACHITTI
MERCADO, JUAN NARRO
MERLOTT NELLY PAZ
MIAMI-DADE COUNTY
MIRACI BUCCO DE ALMEIDA E JOSÉ VALTER LINHARES DE ALMEIDA
MORAIS QUEIROZ, JONAS
MOREIRA BEZERRA, DERCIO
MORES, CLAUCIR
MULTIPACK COMERCIAL EMBALAGENS LTDA
MUNOZ GARCIA, FRANCISCA

*Confidential Settlement Discussions / Subject to FRE 408 & Rules of Similar Import / CGSH*
*Draft 02.16.22*

MXI TECHNOLOGIES LTD.
NAIDOO, ELIZABETH
NASCIMENTO, ADEMAR
NATIONAL DE L'AVIATION CIVILE
NCR CORPORATION
NEEDWIRE.COM LLC
NEOCOGNITRON PUBLICIDADE LTDA
NERI, MATHEUS LIMA
NETTO, LUIZ ARLINDO AFFONSO
NEW YORK STATE DEPARTMENT OF LABOR
NEWLINK COMMUNICATIONS GROUP LLC
NOGARA JUNIOR, JULES RIMET
NOGUEIRA SOUZA, ANA BEATRIZ
NORIEGA GUILLEN, ESDRAS
NORONHA, JOAO RICARDO KEPES
NYS CORPORATION TAX-PROCESSING UNIT
O B LOC E COM DE EMPILHADEIRAS LTDA
OFICINA DAS BOLSAS EIRELI
OFICINA DAS BOLSAS LTDA ME
OLA SOCIEDAD ANONIMA
OLIVEIRA PAIM, DANUBIA
OLYMPUS PEAK TRADE CLAIMS
OPPORTUNITIES FUND I NON-ECI MASTER LP
OMNIBEES SOLUÇÕES EM TECNOLOGIA E MARKETING HOTELEIRO, ATUAL RAZÃO SOCIAL DA WEBBUSINESS SERVIÇOS DE INFORMATICA LTDA
OPEAK LLC
ORBITALL ATENDIMENTO LTDA
ORION SOUTHERN EUROPE S.A.
ORLANDO BRITO
PACIFIC AERO TECH LLC
PAES DE BARROS, MARINA GUIMARAES
PAHOR, MAXIMILIANO SILVIO
PALA, THAIS FARABOLINI
PARASUCO FORTURELLA MARIELA
PARRODE PALMA, CARMEN LUCIA
PEDROZA SAVOIA, PAULO ALEXANDRE
PELAEZ MEDINA, JORGE LUIS
PELAEZ MIRANDA, JORGE JESUS
PENA, MARIANA DE MESQUITA
PEREIRA BARBOSA, EDSON
PEREIRA DA SILVA, ANA MAURA
PEREIRA DOS SANTOS, GUSTAVO HERINQUE
PEREIRA, JULIANA ARAGAO
PERFORM AIR INTERNATIONAL INC.
PILLSBURY WINTHROP SHAW PITTMAN LLP

PIRES DE LIMA, ADILSON
PIRES GADELHA, IVYNA
PLUSGRADE L.P.
POLSINELLI BEDIN MASCARIN DO VALE, RICCO
POLY-FIBER ENTERPRISES, INC.
PORTO MATERIAIS DE ESCRITÓRIO LTDA
PORTWAY, HANDLING DE PORTUGAL S.A.
POWER DEPOT INC.
PRC DESOTO INTERNATIONAL, INC.
PREFERRED COMPOSITE SERVICES, INC.
PREFERRED PARTNERS
PRIME AIR, LLC
PRIMUS TURISMO E VIAGENS LTDA
PRISCILLA VIEIRA (AKA BASTOS)
PRISM GROUP, INC.
PROCON PERNAMBUCO SECRETARIA DE JUSTICA E DIREIITOS HUMANOS
SOUTH AMERICAN DIVISION SPA
PROFESSIONAL OCEAN SERVICE CORP.
PROMOTORA DE CAFÉ COLOMBIA S.A.
PRUDEMPLAST QUIMICA INDL LTDA EPP
QUALITY AIRCRAFT PARTS, INC.
QUEENS CONVEYANCE, LLC
RAJON, LLC
RAMELLA, ANNA MARIA TEIXEIRA
RAMOS DA SILVA, LUCAS
RAMOS FIGUEIRA E OUTRO, WELLYNGTON
RC GLOBAL LOGISTICS SOLUTIONS LLC
REDICARE LLC
REZENDE SALLES, KIMBERLY
RIBEIRO DA SILVA, ANGELA MICHELLE
RIBEIRO, GILMAR FERNANDES
RIBEIRO, GYLÇARA LOUREIRO
RICARDO LUIZ SACHI
ROCHA ALEGRETTE, VINICIUS
ROCHA, CAROLINA DE MENDONÇA
ROCKET TRAVEL, INC.
ROCKWELL COLLINS, INC.
RODRIGO GARCIA, FEDERICO
RODRIGUEZ MARISA SOFIA
RODRIGUEZ MARISA SOFIA - MERLOTT NELLY PAZ - PARASUCO FORTURELLA MARIELA
RODRIGUEZ, ELAINE ZAPATA
ROMERO DE HAZ, EZEQUIEL
ROVIRA BOSCH, PABLO
ROYAL CARGO EXPRESS, INC.
RRPF ENGINE LEASING LIMITED
SABETI WAIN AEROSPACE LTD

*Confidential Settlement Discussions | Subject to FRE 408 & Rules of Similar Import | CGSH*
*Draft 02.16.22*

SAGE PARTS PLUS, INC
SAP CHILE LIMITADA
SASIND AVIATION INC
SAVOIA, TATIANA MANHANINI
SCHAIKOSKI SUTIR, LUDMILA
SCHAPER, HENRIQUE
SECRETARIA DA 6A VARA DE FAMILIA E SUCESSOES
SECURITAS COLOMBIA S.A.
SECURITAS S.A.C.
SEGURIDAD PRIVADA ACTIVE SECURITY C
SEGURO, LUZIA LIMA
SEGUROS GENERALES SUPERAMERICANA S.A.
SELAGINELLA HOTEL 1 GMBH
SELLER EDUCAÇÃO LTDA.
SEQUINEL, JUCILENE
SERGIO LUIZ AZEVEDO
SERVICIOS AEROPORTUARIOS SA
SERVICIOS DE VIAJES Y TURISMO BIBLOS S.A.
SILVA, SONIA APARECIDA CRUZ E
SILVEIRA, LETICIA
SILVEIRA, MITZY KEITH
SILVERBERG, GOLDMAN PLLC
SISTEMAS GRAFICOS QUILICURA SA
SITA INC COLOMBIA SA
SITA INC DO BRASIL LTDA.
SITA INFORMATION NETWORKING COMPUTING USA, INC.
SITA SUCURSAL CALLAO
SKYSCANNER LIMITED
SKYTECH AVIATION, INC
SOC. CONC. AUTOPISTA NUEVA VESPUCIO
SOCIEDAD DE RECAUDACION Y PAGOS DE SERVICIOS LTDA
SOF DABAR S.A. DE C.V.
SOL DEL NOA SA
SOLO GRAPHIX LLC
SOTO LAGOS, ANA MARYORIET
SOUTHERN CROSS AVIATION
SOUZA GOMES, MICHELE MARIA NAZARÉ
SOUZA, ANA JULIA NOGUEIRA
STAPAKIS, STEVEN WILLIAM
STAPLES
STERICYCLE, INC
STIVA GENERAL PARTNERSHIP
STROE, OLIMPIA LARISA
SUBATOURS SAS
SUCCESS DS INC. DBA PACKSTRAP USA

SUCCESSFACTORS, INC.
SV VIAGENS LTDA.
TEAC AEROSPACE TECHNOLOGIES
TEIXEIRA RAMELLA, ANNA MARIA
TERMINAL DE EXPORTACION INTERNACIONAL LIMITADA
THOUGHTWORKS BRASIL SOFTWARE LTDA.
THOUGHTWORKS SOFTWARE ECUADOR S.A.
THYSSENKRUPP ELEVATOR CORP.
TISSIANI HOTEIS E TURISMO BRASIL LTDA - ME
TLD AMERICA CORPORATION
TORRINGTON DISTRIBUTORS INC.
TRANSPORTES BESIMOR SAS
TREND VIAGENS OPERADORA DE TURISMO S.A
TRIPADVISOR.COM
TRUJILLO PARRA CARLOS, CARLOS HERNAN DE JESUS
TURISMO SEIS CONTINENTES LTDA
TYLLER PASSAGENS E TURISMO
U.S. EXPRESS INTERNATIONAL, INC.
U.S. SECURITY ASSOCIATES, INC.
U.S. TRAVEL NYC, CORP
UNITED AEROSPACE CORPORATION
VAS AERO SERVICES, LLC
VICTOR MUNHOZ CHINEZE
VILAVERDE, SAMUEL
VILMA MARIA DE JESUS
VIOLANDA SILVA BRIGIDO DE SA
VISA INTERNATIONAL SERVICE ASSOCIATION
VISUAL TURISMO LTDA
VIVERO LAS VERBENAS S.R.L.
VOETUR TURISMO E REPRESENTAÇÕES LTDA.
WENCOR GROUP AND CERTAIN AFFILIATES
WEWORK PERU SRL
WHITEBOX MULTI-STRATEGY PARTNERS, L.P.
WILHELM, HERBERT
WINSTON STRAWN
ZANCO PEREIRA, CARINA
ZENDESK INC
ZODIAC CABIN CONTROLS GMBH
ZUNI VEDACOES IMP EXP HIDRA LTDA ME

*Confidential Settlement Discussions / Subject to FRE 408 & Rules of Similar Import / CGSH
Draft 02.16.22*

**Restructuring Support Agreement and Backstop
Agreement Counterparties**

AURELIUS CAPITAL MASTER, LTD.
CROSS OCEAN AVIATION FUND I (INTL)
MASTER LP
CROSS OCEAN ESS III S.À.R.L
CROSS OCEAN GCDF I SARL
CROSS OCEAN GLOBAL SIF (A) S.À R.L.
CROSS OCEAN GLOBAL SIF (H) S.À R.L.
CROSS OCEAN GSS LUX HOLDINGS SARL
CROSS OCEAN SIF ESS (K) S.À.R.L
CROSS OCEAN USSS FUND I (A) LP
D. E. SHAW GALVANIC PORTFOLIOS, L.L.C.
DEUTSCHE BANK AG, LONDON BRANCH
GCM GROSVENOR SPECIAL
OPPORTUNITIES MASTER FUND, LTD.
GCM GROSVENOR STRATEGIC CREDIT L.P.
HBK INVESTMENTS
HBK MASTER FUND L.P.
LAUCA INVESTMENTS, LLC
LUMYNA SPECIALIST FUNDS - EVENT
ALTERNATIVE FUND
MCP HOLDINGS MASTER LP (SERIES IV-A)
MONARCH CAPITAL MASTER PARTNERS IV
LP
MONARCH CAPITAL MASTER PARTNERS V
LP
MONARCH DEBT RECOVERY MASTER
FUND LTD
MONARCH V SELECT OPPORTUNITIES
MASTER FUND LP
OLYMPUS PEAK CAV MASTER LP
OLYMPUS PEAK TRADE CLAIMS
OPPORTUNTIES FUND I NON-ECI LP
OPEAK LLC
PSAM WORLDARB MASTER FUND LTD
REBOUND PORTFOLILTD
RED PINES LLC
SAJAMA INVESTMENTS LLC
SCULPTOR CAPITAL INVESTMENTS, LLC
SILVER POINT FINANCE, LLC
SIXTH STREET PARTNERS, LLC
SPCP ACCESS HOLDINGS, LLC
SPCP INSTITUTIONAL GROUP, LLC
SPCP LUXEMBOURG STRATEGIES S.À R.L.
STAR V PARTNERS LLC
STRATEGIC VALUE DISLOCATION MASTER
FUND, L.P.
STRATEGIC VALUE MASTER FUND, LTD.
STRATEGIC VALUE NEW RISING FUND, L.P

STRATEGIC VALUE OPPORTUNITIES FUND,
L.P.
STRATEGIC VALUE SPECIAL SITUATIONS
MASTER FUND IV, L.P.
STRATEGIC VALUE SPECIAL SITUATIONS
MASTER FUND V, L.P.
THIRD POINT LOAN LLC
UBS O'CONNOR LLC
VARDE

**Other Parties in Interest**
ADMINISTRADORA DE FONDOS DE
PENSIONES CUPRUM S.A.
ALIXPARTNERS, LLP
ALSTON & BIRD LLP
ALVAREZ & MARSAL MEXICO, S.C.
APOLLO HYBRID VALUE MANAGEMENT,
L.P.
ASSET CHILE S.A.
AURELIUS CAPITAL MANAGEMENT, LP
BAIN & COMPANY, INC.
CANYON CAPITAL ADVISORS LLC
CASPIAN CAPITAL LP
CCP CREDIT ACQUISITION HOLDINGS,
L.L.C.
CERTARES OPPORTUNITIES LLC
CENTERVIEW PARTNERS LLC
CORRE PARTNERS MANAGEMENT, LLC
CROSS OCEAN PARTNERS MANAGEMENT
LP
DAVIS POLK & WARDWELL LLP
DEUTSCHE BANK SECURITIES INC.
DIAMETER CAPITAL PARTNERS LP
GIBSON, DUNN & CRUTCHER LLP
GREENHILL & CO., INC.
GROSVENOR CAPITAL MANAGEMENT, L.P.
GUGGENHEIM SECURITIES, LLC
INVICTUS GLOBAL MANAGEMENT LLC
J.P. MORGAN SECURITIES LLC
KING STREET CAPITAL MANAGEMENT, L.P.
KNIGHTHEAD CAPITAL MANAGEMENT,
LLC
KRAMER LEVIN NAFTALIS & FRANKEL LLP
MARATHON ASSET MANAGEMENT, LP
MOELIS & COMPANY LLC
MONARCH ALTERNATIVE CAPITAL LP
MOONVALLEY CAPITAL Y ASESORIAS
LTDA.
OLYMPUS PEAK ASSET MANAGEMENT LP

PALOMA PARTNERS MANAGEMENT
COMPANY
PAUL HASTINGS LLP
PENTWATER CAPITAL MANAGEMENT LP
P. SCHOENFELD ASSET MANAGEMENT LP
PERELLA WEINBERG PARTNERS LP
QUINN EMMANUEL URQUHART &
SULLIVAN, LLP
REDWOOD CAPITAL MANAGEMENT, LLC
SOCIEDAD ADMINISTRADORA DE FONDOS
DE CESANTÍA DE CHILE II S.A.
STRATEGIC VALUE PARTNERS, LLC
WHITE & CASE LLP
WACHTELL, LIPTON, ROSEN & KATZ

**Contract Counterparties**
ADMINISTRADORA DE CARTÕES SICREDI
LTDA.
BANCO INVESTCRED UNIBANCO S.A.
BANCO MERCANTIL DO BRASIL S/A
BANCO PANAMERICANO
BANCO SAFRA S/A
BANCO DO ESTADO DO PARÁ S.A.
BANCO COOPERATIVO DO BRASIL
BANCO DO NORDESTE DO BRASIL S.A.
C6 BANK
BANCO BV S/A
BANCO DO ESTADO DO RIO GRANDE DO
SUL
BANESTES
BOURBON ADMINISTRADORA DE CARTÕES
DE CRÉDITO,
CAIXA ECONOMICA FEDERAL
CARTÃO BRB S/A
COMÉRCIO E PARTICIPAÇÕES LTDA.
FINANCEIRA ITAÚ CBD S.A. - CRÉDITO,
FINANCIAMENTO E INVESTIMENTO
LIVELO
ONFEDERACAO NACIONAL DAS
COOPERATIVAS CENTRAIS
PORTOSEG S.A. CRÉDITO, FINANCIAMENTO
E INVESTIMENTO
UNICRED LTDA.

## **Schedule 2**

McKinsey' Connections to Interested Parties

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 1 | 3M CHILE S.A. | 3M | Client(s) in matters unrelated to the Debtors |
| 2 | AAF Spares LLC | Air France KLM Group | Client(s) in matters unrelated to the Debtors |
| 3 | ABM AVIATION, INC. | ABM Industries Incorporated | Client(s) in matters unrelated to the Debtors |
| 4 | ABN AMRO Bank N.V. | The Royal Bank of Scotland Plc | Client(s) in matters unrelated to the Debtors |
| 5 | ABSA Aerolinhas Brasileiras S.A. | LATAM Airlines Group SA | Client(s) in matters unrelated to the Debtors |
| 6 | Aegean Airlines S.A. | Aegean Airlines S.A. | Client(s) in matters unrelated to the Debtors |
| 7 | Aena Aeropuertos S.A. | Aena | Client(s) in matters unrelated to the Debtors |
| 8 | AENA Brasil | Aena | Client(s) in matters unrelated to the Debtors |
| 9 | AEROCALI | Aena | Client(s) in matters unrelated to the Debtors |
| 10 | Aerocali S.A. | Aena | Client(s) in matters unrelated to the Debtors |
| 11 | Air BP | FreeWire Technologies, Inc. | Client(s) in matters unrelated to the Debtors |
| 12 | Air BP Copec S.A. | FreeWire Technologies, Inc. | Client(s) in matters unrelated to the Debtors |
| 13 | Air BP PBF del Peru Sac | Atlantic LNG Member Companies BP BP p.l.c. FreeWire Technologies, Inc. Rosneft | Client(s) in matters unrelated to the Debtors |
| 14 | Airbridge Cargo Airlines Ltd. | Volga-Dnepr Logistics B.V. | Client(s) in matters unrelated to the Debtors |
| 15 | Aircastle Holding Corp. Ltd. | jamaica public service company Marubeni Corp | Client(s) in matters unrelated to the Debtors |
| 16 | AIRLINE TARIFF PUBLISHING COMPANY (ATPCO) | Airline Tariff Publishing Company | Client(s) in matters unrelated to the Debtors |
| 17 | Alsco Toalheiro Brasil Ltda. | Alsco Inc. | Client(s) in matters unrelated to the Debtors |
| 18 | American Express Travel Related Services Company, Inc. | American Express American Express Company Better Mortgage Bill.com Holdings, Inc. Instacart Kabbage Inc. Stripe, Inc. Turo Inc. | Client(s) in matters unrelated to the Debtors |
| 19 | ANA AEROPORTOS DO PORTUGAL SA | Vinci Concessions | Client(s) in matters unrelated to the Debtors |
| 20 | Aon Holdings Corretores de Seguros Ltda. | AON Corporation | Client(s) in matters unrelated to the Debtors |
| 21 | APOLLO HYBRID VALUE MANAGEMENT, L.P. | Apollo Global Management LLC | Client(s) in matters unrelated to the Debtors |
| 22 | Asesorías e Inversiones American Express Chile Limitada | Better Mortgage Bill.com Holdings, Inc. | Client(s) in matters unrelated to the Debtors |
| 23 | AT&T | AWS Cable News Network, Inc. Turner Broadcasting Systems | Client(s) in matters unrelated to the Debtors |
| 24 | Auckland International Airport Ltd. | Auckland International Airport Limited | Client(s) in matters unrelated to the Debtors |
| 25 | Aviation Capital Group | GrabTaxi Holdings Pte Ltd Tokyo Century Corporation Volocopter GmbH | Client(s) in matters unrelated to the Debtors |

| 26 | AWP SERVICE BRASIL LTDA | American Well Corporation<br>Antofagasta plc | Client(s) in matters unrelated to the Debtors |
|----|----|----|----|
| 27 | AXA XL | AXA Insurance UK plc<br>Lexmark International Inc. | Client(s) in matters unrelated to the Debtors |
| 28 | Banc of America Leasing Ireland Co. | Bill.com Holdings, Inc.<br>BIM Birlesik Magazalar A.S<br>First Data Corporation | Client(s) in matters unrelated to the Debtors |
| 29 | Banco Bilbao Vizcaya Argentaria S.A. | Acerinox, S.A.<br>Banco Bilbao Vizcaya Argentaria<br>BBVA<br>CASER<br>Garanti Bank<br>Grupo Lala S.A. De C.V.<br>Xerox Corp. | Client(s) in matters unrelated to the Debtors |
| 30 | Banco Bradesco S.A | IRB-Brasil Resseguros S.A. | Client(s) in matters unrelated to the Debtors |
| 31 | BANCO COOPERATIVO DO BRASIL | Banco Cooperativo do Brasil S.A. | Client(s) in matters unrelated to the Debtors |
| 32 | Banco de Costa Rica | Banco de Costa Rica | Client(s) in matters unrelated to the Debtors |
| 33 | Banco de Crédito e Inversiones | Banco de Chile<br>Banco de Credito e Inversiones<br>City National Bank of Miami Beach | Client(s) in matters unrelated to the Debtors |
| 34 | Banco de Sabadell, S.A. | Fluidra S.A. | Client(s) in matters unrelated to the Debtors |
| 35 | Banco do Brasil | IRB-Brasil Resseguros S.A.<br>Neon Pagamentos S.A. | Client(s) in matters unrelated to the Debtors |
| 36 | BANCO DO ESTADO DO RIO GRANDE DO SUL | Banrisul | Client(s) in matters unrelated to the Debtors |
| 37 | Banco IBM SA | ACI Worldwide Inc.<br>International Business Machines Corporation (IBM)<br>Viewpointe<br>Viewpointe Archive Services, L.L.C. | Client(s) in matters unrelated to the Debtors |
| 38 | Banco Itaú Unibanco S.A. | IRB-Brasil Resseguros S.A. | Client(s) in matters unrelated to the Debtors |
| 39 | Banco PichInc.ha | Banco del Pichincha | Client(s) in matters unrelated to the Debtors |
| 40 | Banco Safra | Banco Safra S.A. | Client(s) in matters unrelated to the Debtors |
| 41 | BanColombia | Banco Agromercantil de Guatemala, S. A.<br>Banco De Colombia | Client(s) in matters unrelated to the Debtors |
| 42 | Bank of America | Bill.com Holdings, Inc.<br>SH130 | Client(s) in matters unrelated to the Debtors |
| 43 | Bank of China | Industrial Bank Co., Ltd. | Client(s) in matters unrelated to the Debtors |
| 44 | Bank of Communications Limited | Bank of Communications Co., Ltd.<br>Industrial Bank Co., Ltd.<br>Schroder Investment Management | Client(s) in matters unrelated to the Debtors |
| 45 | Bank of Utah | Southwest Gas Holdings, Inc.<br>Suntrust (Truist now) | Client(s) in matters unrelated to the Debtors |
| 46 | Barclays | Agora<br>Pan American Silver Corp | Client(s) in matters unrelated to the Debtors |
| 47 | BCD TRAVEL SERVICES B.V. | InterContinental Hotels Group PLC | Client(s) in matters unrelated to the Debtors |
| 48 | Black Rock | Devon Energy Corporation<br>Neon Pagamentos S.A.<br>PsiQuantum, Corp<br>Repay Holdings Corporation | Client(s) in matters unrelated to the Debtors |
| 49 | Boeing Digital Solutions Inc. | Aerion Corporation<br>Boeing Company | Client(s) in matters unrelated to the Debtors |
| 50 | BOND SAFEGUARD INSURANCE COMPANY | Canopius Group Limited<br>Intuition Robotics Ltd. | Client(s) in matters unrelated to the Debtors |

| 51 | Bridgestone Aircraft Tire Inc. | Bridgestone Corporation | Client(s) in matters unrelated to the Debtors |
|----|---|---|---|
| 52 | C.I.T. Leasing Corp. | CIT Group Inc. (CIT)<br>First Citizens BancShares, Inc.<br>Suntrust (Truist now) | Client(s) in matters unrelated to the Debtors |
| 53 | CAE SOUTH AMERICA F T BRASIL LTDA | CAE, Inc. | Client(s) in matters unrelated to the Debtors |
| 54 | Caixa Econômica Federal | Banco Pan SA<br>Caixa Economica Federal<br>Cap Gemini SA<br>Petroleos Brasileiros S.A. (Petrobras) | Client(s) in matters unrelated to the Debtors |
| 55 | Casa Editorial El Tiempo S.A. | Casa Editorial EL Tiempo S.A. | Client(s) in matters unrelated to the Debtors |
| 56 | CBRE Brasil S.A. | CBRE Group Inc. | Client(s) in matters unrelated to the Debtors |
| 57 | Ceb Distribuicao S.A. | EDP-Energias de Portugal<br>Energias de Portugal<br>Iberdrola S.A.<br>Red Electrica Sa | Client(s) in matters unrelated to the Debtors |
| 58 | CELMAR COMERCIAL E IMPORTADORA LIMI | Celmar As | Client(s) in matters unrelated to the Debtors |
| 59 | Celmar Comercial E Importadora Ltda. | Celmar As | Client(s) in matters unrelated to the Debtors |
| 60 | CENTERBRIDGE SPECIAL CREDIT PARTNERS III-FLEX, L.P. | Centerbridge Capital Partners L.P. | Client(s) in matters unrelated to the Debtors |
| 61 | Chevron Texaco | Natron Energy, Inc. | Client(s) in matters unrelated to the Debtors |
| 62 | Chubb INA International Holdings Ltd. | ACE Limited/Chubb<br>Atlantia<br>Atlantia SpA<br>Autostrade S.P.A.<br>Chubb Corporation<br>Industrial Bank Co., Ltd.<br>Jiangsu Eastern Shenghong Co., Ltd.<br>Siam Piwat Co., Ltd.<br>Universal Scientific Industrial<br>Zhejiang Xianju Pharmaceutical Co.,Ltd. | Client(s) in matters unrelated to the Debtors |
| 63 | Chubb Limited | Industrial Bank Co., Ltd. | Client(s) in matters unrelated to the Debtors |
| 64 | Ciaxa | Bankia S.A<br>Caixa D'estalvis I Pensions De Barcelona (La Caixa)<br>CaixaBank | Client(s) in matters unrelated to the Debtors |
| 65 | Citibank Internationl PLC | Better Mortgage<br>Bill.com Holdings, Inc.<br>Check-Cap Ltd.<br>DocuSign, Inc.<br>Jubilant Life Sciences<br>Kelda Group | Client(s) in matters unrelated to the Debtors |
| 66 | Citibank N.A. | Affiliated Managers Group, Inc.<br>Ally Bank<br>Banco de Chile<br>Better Mortgage<br>BHP Group Ltd<br>Bill.com Holdings, Inc.<br>BSE Limited<br>Check-Cap Ltd.<br>Citicorp<br>Citigroup Inc.<br>DataRobot, Inc.<br>Digicel Group Ltd.<br>DocuSign, Inc. | Client(s) in matters unrelated to the Debtors |

|  |  | Dollar General<br>DP World (DPW)<br>El Puerto de Liverpool SAB de CV<br>Fidelity<br>Fifth Third Bancorp<br>GrabTaxi Holdings Pte Ltd<br>HCA<br>HDFC Group<br>IAC<br>Jubilant Life Sciences<br>Kelda Group<br>PostNL NV<br>Tanium Inc.<br>TMK<br>Vodafone Idea Limited |  |
|---|---|---|---|
| 67 | Citibank, S.A. | Better Mortgage<br>Bill.com Holdings, Inc.<br>Check-Cap Ltd.<br>DocuSign, Inc.<br>Jubilant Life Sciences<br>Kelda Group | **Client(s) in matters unrelated to the Debtors** |
| 68 | Claro S.A. | America Movil<br>America Movil S.A.B. de C.V.<br>Royal KPN<br>Telekom Austria | **Client(s) in matters unrelated to the Debtors** |
| 69 | Colibri LLC | Carmila S.A. | **Client(s) in matters unrelated to the Debtors** |
| 70 | COMPANHIA ENERGETICA DO CEARA | Open Fiber S.p.A.<br>TAE Technologies, Inc. | **Client(s) in matters unrelated to the Debtors** |
| 71 | COMPANHIA PAULISTA DE FORCA E LUZ | China Everbright Limited<br>Hua Xia Bank | **Client(s) in matters unrelated to the Debtors** |
| 72 | COMPANHIA PIRATININGA DE FORCA E LU | China Everbright Limited<br>Hua Xia Bank | **Client(s) in matters unrelated to the Debtors** |
| 73 | Companhia Ultragaz S.A. | Ultrapar Participacoes S.A. | **Client(s) in matters unrelated to the Debtors** |
| 74 | Credit Agricole Corporate and Investment Bank | Agricereales S.A.<br>Coca-Cola<br>Credit Du Maroc Capital S.A.<br>Galapagos NV<br>Hostess Brands, Inc.<br>illimity Bank S.p.A.<br>Invivo Group | **Client(s) in matters unrelated to the Debtors** |
| 75 | Credit Industriel ET Commercial | Bank of Africa<br>Galapagos NV | **Client(s) in matters unrelated to the Debtors** |
| 76 | Credit Suisse | Swissgrid Ag | **Client(s) in matters unrelated to the Debtors** |
| 77 | CVC BRASIL OPERADORA E AGENCIA DE VIAGENS S.A. | CVC Brasil Operadora e Agencia de Viagens S.A. | **Client(s) in matters unrelated to the Debtors** |
| 78 | Cybersource International, Inc. | DocuSign, Inc.<br>PT Go-Jek Indonesia<br>Stripe, Inc.<br>Visa Inc. | **Client(s) in matters unrelated to the Debtors** |
| 79 | DAVIS POLK & WARDWELL LLP | Davis Polk & Wardwell | **Client(s) in matters unrelated to the Debtors** |
| 80 | Deutsche Bank | 7-Eleven, Inc.<br>Aeroflot Russian Airlines<br>Arvind Fashions Limited<br>Charme Capital Partners SGR SPA<br>CRRC Yongji<br>Deutsche Post DHL<br>Industrial Bank Co., Ltd.<br>Infosys Technologies | **Client(s) in matters unrelated to the Debtors** |

| | | Kelda Group<br>Metso Outotec<br>Neles Oyj<br>NURNBERGER Beteiligungs-AG<br>Plenary Group USA Limited<br>Sankyo Tateyama<br>Seven & I Holdings<br>Seven & i Holdings Co., Ltd.<br>Shanghai Beta Information Technology Co., Ltd.<br>Shanghai United Imaging Healthcare Co., Ltd.<br>Sulzer AG<br>SvyazInvest (incl. Rostelecom) | |
|---|---|---|---|
| 81 | Deutsche Bank AG, New York Branch | Aeroflot Russian Airlines<br>Charme Capital Partners SGR SPA<br>Industrial Bank Co., Ltd.<br>Kelda Group<br>Metso Outotec<br>Sankyo Tateyama<br>Shanghai Beta Information Technology Co., Ltd.<br>Sulzer AG | Client(s) in matters unrelated to the Debtors |
| 82 | Deutsche Bank Trust Company Americas | Aeroflot Russian Airlines<br>Charme Capital Partners SGR SPA<br>Industrial Bank Co., Ltd.<br>Kelda Group<br>Metso Outotec<br>Sankyo Tateyama<br>Shanghai Beta Information Technology Co., Ltd.<br>Sulzer AG | Client(s) in matters unrelated to the Debtors |
| 83 | Deutsche Lufthansa A.G. | Deutsche Lufthansa AG<br>Onex Corporation | Client(s) in matters unrelated to the Debtors |
| 84 | Deutsche Telekom A.G. | DataRobot, Inc.<br>Deutsche Telekom<br>Deutsche Telekom AG<br>DocuSign, Inc.<br>e-fellows.net GmbH & Co. KG<br>OTE SA | Client(s) in matters unrelated to the Debtors |
| 85 | Development Bank of Japan | Development Bank of Japan Inc.<br>Mercari, Inc. | Client(s) in matters unrelated to the Debtors |
| 86 | DIETHELM KELLER AVIATION PTE LTD | Diethelm Keller Holding Ag | Client(s) in matters unrelated to the Debtors |
| 87 | EATON LIMITED | Eaton Corp. | Client(s) in matters unrelated to the Debtors |
| 88 | EATON POWER SOLUTIONS LTDA | Eaton | Client(s) in matters unrelated to the Debtors |
| 89 | ELETROPAULO METROPOLITANA ELETRICID | Open Fiber S.p.A.<br>TAE Technologies, Inc. | Client(s) in matters unrelated to the Debtors |
| 90 | Elo Serviços S.A. | Banco do Brasil<br>Banco Votorantim<br>Cielo SA<br>IRB-Brasil Resseguros S.A.<br>Neon Pagamentos S.A.<br>Tupy S.A. | Client(s) in matters unrelated to the Debtors |
| 91 | EMPRESA BAIANA DE AGUAS E SANEAMENT | Empresa Baiana de Aguas e Saneamento S.A. | Client(s) in matters unrelated to the Debtors |
| 92 | Engine Lease Finance Corp. | Gridserve Holdings Limited<br>Proterra Inc.<br>PT Go-Jek Indonesia | Client(s) in matters unrelated to the Debtors |
| 93 | Euler Hermes | Airbus Group NV<br>Allianz<br>American Well Corporation<br>Antofagasta plc<br>BANK POLSKA KASA OPIEKI SA | Client(s) in matters unrelated to the Debtors |

| | | California Resources Corporation<br>Commerzbank AG<br>ControlExpert GmbH<br>Euler Hermes Group SA<br>Galderma S.A.<br>GEA Group Aktiengesellschaft<br>HeidelbergCement AG<br>IAC<br>Ironwood Pharmaceuticals, Inc.<br>Janalakshmi Financial Services Private Limited<br>L3Harris Technologies, Inc<br>Liberty Media Corporation<br>Liverpool Victoria General Insurance Group LTD<br>Nestle<br>Nestle Foods<br>Nestle S.A.<br>PT Elang Mahkota Teknologi Tbk<br>PT Go-Jek Indonesia<br>Risikomanagement und Softwareentwicklung GmbH.<br>Stripe, Inc.<br>Taikang Life Insurance Co., Ltd<br>Triton<br>Universal Scientific Industrial<br>Valaris plc<br>W&W-Wustenrot<br>Xerox Corp. | |
| 94 | **Expeditors International of Washington, Inc** | Expeditors International of Washington, Inc. | **Client(s) in matters unrelated to the Debtors** |
| 95 | **FACEBOOK IRELAND LIMITED** | PT Go-Jek Indonesia<br>Facebook, Inc. | **Client(s) in matters unrelated to the Debtors** |
| 96 | **Fairfax Brasil Seguros Corp. S.A.** | Abitibi-Consolidated<br>ANI Technologies Pvt. Ltd.<br>Bank Of Ireland<br>Bundl Technologies Private Limited<br>India Infoline Ltd.<br>MatlinPatterson Global Advisers Llc<br>Mytilineos Holdings S.A.<br>Resolute Forest Products, Inc.<br>Sanmar Group | **Client(s) in matters unrelated to the Debtors** |
| 97 | **FEDERAL INSURANCE COMPANY ON ITS OWN BEHALF AND ON BEHALF OF ALL THE CHUBB COMPANIES** | ACE Limited/Chubb | **Client(s) in matters unrelated to the Debtors** |
| 98 | **Finnair** | Oy Finnair Ab | **Client(s) in matters unrelated to the Debtors** |
| 99 | **Fujitsu Technology Solutions GmbH** | Palantir Technologies Inc. | **Client(s) in matters unrelated to the Debtors** |
| 100 | **Garuda Indonesia** | Indonesia SOE Industrials | **Client(s) in matters unrelated to the Debtors** |
| 101 | **GE Celma Ltda.** | Check-Cap Ltd. | **Client(s) in matters unrelated to the Debtors** |
| 102 | **GE Commercial Aviation Services Limited** | Check-Cap Ltd.<br>China Eastern Airlines Corp Ltd | **Client(s) in matters unrelated to the Debtors** |
| 103 | **GE Engine Services, Inc.** | Check-Cap Ltd. | **Client(s) in matters unrelated to the Debtors** |
| 104 | **GE Engine Services, LLC** | Check-Cap Ltd. | **Client(s) in matters unrelated to the Debtors** |
| 105 | **GKN Aerospace Services Ltd.** | Fokker Technologies Group B.V.<br>Melrose<br>Melrose Industries Plc | **Client(s) in matters unrelated to the Debtors** |
| 106 | **GLOBAL VILLAGE TELECOM SA** | Monkey Exchange | **Client(s) in matters unrelated to the Debtors** |

| 107 | GOLDEN TOUCH TRANSPORTATION OF NY, INC. | Air Liquide<br>Aramex PJSC<br>Caisse des Depots et Consignations<br>CDC<br>CNP Assurances SA<br>Constellation Brands<br>European Investment Bank<br>Linedata Services SA<br>Transdev | Client(s) in matters unrelated to the Debtors |
|---|---|---|---|
| 108 | Goldman Sachs | Accel-KKR Company LLC<br>Benefitfocus, Inc.<br>Better Mortgage<br>Crowley Holdings Inc.<br>Drax<br>EcoOnline AS<br>Hongshi Group Co., Ltd<br>KAR Auction Services, Inc.<br>Pinterest, Inc.<br>TAE Technologies, Inc.<br>Zimmer Biomet Holdings, Inc. | Client(s) in matters unrelated to the Debtors |
| 109 | Goodrich Corp. | BAE Systems Pension Funds Trustees Ltd<br>Raytheon Technologies Corporation<br>United Technologies Corp. | Client(s) in matters unrelated to the Debtors |
| 110 | Grupo Sura | Banco Agromercantil de Guatemala, S. A.<br>Banco De Colombia | Client(s) in matters unrelated to the Debtors |
| 111 | GVENERGY CONSULTORIA GESTAO ENERGIA | Aigues de Barcelona S.A. | Client(s) in matters unrelated to the Debtors |
| 112 | Hitachi Vantara (Chile) Ltda. | Autoliv<br>GlobalLogic India<br>Hitachi<br>Hitachi Data Systems<br>Hitachi Ltd.<br>Renesas Electronics<br>SOPHiA GENETICS SA<br>Western Digital | Client(s) in matters unrelated to the Debtors |
| 113 | Hotelaria Accor Brasil S.A. | Accor | Client(s) in matters unrelated to the Debtors |
| 114 | HP Inc. | DataRobot, Inc. | Client(s) in matters unrelated to the Debtors |
| 115 | HSBC Bank Chile | Australia Pacific LNG Pty Ltd.<br>Boart Longyear<br>Global Payment<br>Midland Expressway Limited<br>SEEK Ltd. | Client(s) in matters unrelated to the Debtors |
| 116 | HSBC FRANCE, BRUSSELS BRANCH | HSBC Holdings plc | Client(s) in matters unrelated to the Debtors |
| 117 | HYPERCARD | IRB-Brasil Resseguros S.A. | Client(s) in matters unrelated to the Debtors |
| 118 | IMM SERVICOS PUBLICITARIOS LTDA | IMM | Client(s) in matters unrelated to the Debtors |
| 119 | Inversiones HS SpA | Falabella Sodimac<br>Schaltbau AG | Client(s) in matters unrelated to the Debtors |
| 120 | J. ARON & COMPANY LLC | ABM Industries Incorporated<br>Accel-KKR Company LLC<br>Acquia Inc.<br>Airbnb Inc.<br>Airbus Group NV<br>Amount, Inc.<br>Apollo<br>Apollo Global Capital, Inc.<br>Apollo Global Management LLC<br>Apollo Hospitals Enterprise Ltd | Client(s) in matters unrelated to the Debtors |

Apollo Investments Limited
Arlington Capital Group LLC
Benefitfocus, Inc.
Better Mortgage
Boats Group, LLC
Bundl Technologies Private Limited
Capula Investment Management Llp
Casino Guichard-Perrachon
China Huarong Asset Management Corporation
Clearlake Capital Group L.P.
Coupa Software Incorporated
Crowley Holdings Inc.
CyberArk Software Ltd.
DgPays
Dollar General
Drax
FireEye, Inc.
Francisco Partners
Fresenius Medical Care AG & Co. KGaA
GitLab Inc.
Global Atlantic Financial Company
Goldman Sachs
Goldman Sachs Group
GrabTaxi Holdings Pte Ltd
Hongshi Group Co., Ltd
Hyatt
Impilo AB
ISS
KAR Auction Services, Inc.
KION GROUP GmbH
Legrand SA
MAX India
McDermott International Inc.
Modanisa
Nordex SE
Northvolt AB
Permira
Ping An Insurance (Grp) Co of China Ltd.
Pinterest, Inc.
PNC Financial Services
Riverstone Holdings Llc
Rothesay
Rothy's, Inc.
Salesforce.com Inc
Semiconductor Manufacturing International Corporation
SIX Group AG
SpiceJet Limited
Spotify Technology S.A.
TAE Technologies, Inc.
TAV Havalimanlari Holding A.S.
Temenos AG
The Related Companies Inc
TraceLink, Inc.
Transunion
Univar Corp.
voestalpine AG
WeWork Companies Inc.
Wind Point Partners
Younited Credit
Zimmer Biomet Holdings, Inc.
Zimmer Holdings, Inc.
Zymergen Inc.

| 121 | J.P Morgan Europe Limited | Arcesium LLC<br>Bill.com Holdings, Inc.<br>Equifax<br>Plus500 | Client(s) in matters unrelated to the Debtors |
|---|---|---|---|
| 122 | J.P.Morgan | 10x Future Technologies Limited<br>Apollo Global Capital, Inc.<br>Apollo Hospitals Enterprise Ltd<br>Apollo Investments Limited<br>Aptiv PLC<br>Arcesium LLC<br>Bill.com Holdings, Inc.<br>BOE Technology Group Co. Ltd.<br>California Resources Corporation<br>Cedar Cares, Inc.<br>Clydesdale<br>Equifax<br>Goldman Sachs Group<br>IAC<br>Infosys Technologies<br>Infront ASA<br>Liberty Media Corporation<br>Mitsubishi Motors<br>ModivCare Inc.<br>Plus500<br>Renault-Nissan<br>RIB Software SE<br>Rocket Internet SE<br>Virgin Money Holdings UK PLC<br>Virgin Money UK PLC<br>Weichai Power Co., Ltd.<br>WestRock Company | Client(s) in matters unrelated to the Debtors |
| 123 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | Harbinger Capital Partners Gp L.L.C.<br>IAC<br>Jefferies Financial Group Inc<br>Jefferies Group LLC | Client(s) in matters unrelated to the Debtors |
| 124 | Jet Airways International, Inc. | Jet Airways | Client(s) in matters unrelated to the Debtors |
| 125 | Jets Transport Express | Qantas Airways Limited | Client(s) in matters unrelated to the Debtors |
| 126 | KfW IPEX-Bank | EMH Partners GmbH<br>Harbert Management Corporation | Client(s) in matters unrelated to the Debtors |
| 127 | Kid-Systeme GmbH | Airbus Group NV<br>Ariane Group<br>Arianespace SA<br>MBDA | Client(s) in matters unrelated to the Debtors |
| 128 | Knighthead Capital Management LLC | The Hertz Corp. | Client(s) in matters unrelated to the Debtors |
| 129 | Koninklijke Luchtvaart Maatschappij N.V. | Air France KLM Group | Client(s) in matters unrelated to the Debtors |
| 130 | Kuwait Petroleum International Aviation | Kuwait Petroleum Corporation | Client(s) in matters unrelated to the Debtors |
| 131 | Latina de Gestion Hotelera S.A. | Minor Food Group | Client(s) in matters unrelated to the Debtors |
| 132 | LENOVO MEXICO S, DE RL DE CV | Lenovo | Client(s) in matters unrelated to the Debtors |
| 133 | Macquarie Aerospace Financie 5125-2 Trust | MacQuarie Group | Client(s) in matters unrelated to the Debtors |
| 134 | Macquarie Aircraft Leasing | Boart Longyear<br>SEEK Ltd. | Client(s) in matters unrelated to the Debtors |
| 135 | Macquarie AirFinance Holdings Limited | MacQuarie Group | Client(s) in matters unrelated to the Debtors |
| 136 | Manchester Securities Corp. | Akzo Nobel | Client(s) in matters unrelated to |

| | | Akzo Nobel N.V.<br>Aptiv PLC<br>Arconic Corporation<br>Arkema<br>AT&T<br>Bayer<br>Bayer AG<br>Bezeq<br>BHP Group Ltd<br>Boyd Gaming Corp.<br>Canadian National<br>Citrix Systems Inc.<br>Crown Castle International Corp. (REIT)<br>Cubic Corporation<br>Dell Inc.<br>Duke Energy Corporation<br>EDP-Energias de Portugal<br>Energias de Portugal<br>Evergy, Inc.<br>FirstEnergy Corp.<br>Fortis Healthcare Limited<br>GlaxoSmithKline<br>Hammerson<br>Hammerson Group Management Limited<br>Hess Corp.<br>Howmet Aerospace Inc.<br>Hyundai Motor<br>Hyundai Motor Company<br>LogMeIn, Inc.<br>Marathon Petroleum<br>Marathon Petroleum Corporation<br>National Express Group PLC<br>NetApp, Inc.<br>Nokian Renkaat Oyj<br>Novartis<br>NXP Semiconductors<br>Organon Inc.<br>Peabody Energy<br>Peabody Energy Corporation<br>PG&E Corporation<br>Samsung Electronics<br>Samsung Group<br>SAP AG<br>SoftBank (incl. Sprint)<br>SoftBank Group Corp.<br>Telecom Italia S.p.A.<br>The Principal Financial Group<br>Toshiba Corp.<br>Uniper SE<br>Verizon Communications<br>Vodafone Group PLC<br>Welltower Inc.<br>Whitbread Plc | the Debtors |
| 137 | Marsh Corretora de Seguros Ltda. | 10x Future Technologies Limited<br>Bought By Many Ltd.<br>Marsh & McLennan Companies<br>Marsh & McLennan Cos., Inc. | Client(s) in matters unrelated to the Debtors |
| 138 | MASTERCARD | Bill.com Holdings, Inc. | Client(s) in matters unrelated to the Debtors |
| 139 | MBJ Airports Ltd. (Jamaica) | Aeroporti di Bologna<br>Aeroporto Guglielmo Marconi di Bologna S.p.A.<br>Atlantia | Client(s) in matters unrelated to the Debtors |

| | | Atlantia SpA<br>Autostrade S.P.A.<br>Red de Carreteras de Occidente, S.A.B. de C.V.<br>Volocopter GmbH<br>WeBuild S.p.A. | |
|---|---|---|---|
| 140 | McCann Erickson | FreeWire Technologies, Inc. | Client(s) in matters unrelated to the Debtors |
| 141 | Microsoft Chile S.A. | PsiQuantum, Corp<br>Webflow, Inc. | Client(s) in matters unrelated to the Debtors |
| 142 | MICROSOFT DO BRASIL IMPORTACAO E COMERCIO DE SOFTWARE E GAMES LTDA | Microsoft | Client(s) in matters unrelated to the Debtors |
| 143 | Microsoft Do Brasil Importacao e Comercio de Software e Games Ltda, | Microsoft | Client(s) in matters unrelated to the Debtors |
| 144 | Mitsubishi HC Capital Inc. | Gridserve Holdings Limited<br>Proterra Inc.<br>PT Go-Jek Indonesia<br>Mitsubishi | Client(s) in matters unrelated to the Debtors |
| 145 | Mizuho Leasing Company, Ltd. | Mizuho Financial | Client(s) in matters unrelated to the Debtors |
| 146 | Morgan Stanley | Visionary Integration Professionals<br>Workday | Client(s) in matters unrelated to the Debtors |
| 147 | Movida Locação De Veiculos | SIMPAR S.A. | Client(s) in matters unrelated to the Debtors |
| 148 | MTU Maintenance Hannover GmbH | MTU Aero Engines<br>Rolls Royce | Client(s) in matters unrelated to the Debtors |
| 149 | MUFG Bank, Ltd. | Dentsu Group Inc.<br>Recruit Co., Ltd.<br>Security Bank Corporation | Client(s) in matters unrelated to the Debtors |
| 150 | NEW YORK STATE DEPARTMENT OF LABOR | US. State of New York | Client(s) in matters unrelated to the Debtors |
| 151 | Nextel Communications Arg. S.R.L. | Telecom Argentina | Client(s) in matters unrelated to the Debtors |
| 152 | Nippon Cargo Airlines | Nippon Yusen KK | Client(s) in matters unrelated to the Debtors |
| 153 | NISSAN MOTOR ACCEPTANCE CORPORATION | Dongfeng Motor Co. Ltd.<br>HPE Automotores do Brasil Ltda<br>Mitsubishi Motors<br>Nissan Motor Co., Ltd.<br>Otonomo Technologies Ltd<br>PT Go-Jek Indonesia<br>Renault-Nissan | Client(s) in matters unrelated to the Debtors |
| 154 | NorInc.hukin | Benesse Corporation<br>JA Bank (The Norinchukin Bank)<br>Nisshin Seifun Group Inc.<br>Suzuken | Client(s) in matters unrelated to the Debtors |
| 155 | NTT DATA | DocuSign, Inc.<br>Otonomo Technologies Ltd<br>Recruit Co., Ltd. | Client(s) in matters unrelated to the Debtors |
| 156 | NYS CORPORATION TAX-PROCESSING UNIT | US. State of New York | Client(s) in matters unrelated to the Debtors |
| 157 | Oaktree Capital Management | Latchable, Inc. | Client(s) in matters unrelated to the Debtors |
| 158 | Odontoprev S.A. | CPFL Energia S.A.<br>Fleury S.A.<br>IRB-Brasil Resseguros S.A.<br>Valid Solucoes e Servicos de Seguranca em Meios de Pag | Client(s) in matters unrelated to the Debtors |
| 159 | Oi Movel S.A. | PT - OI | Client(s) in matters unrelated to the Debtors |

| 160 | Organizacion Terpel S.A. | AntarChile S.A. | Client(s) in matters unrelated to the Debtors |
|---|---|---|---|
| 161 | Orix Aviation Systems Limited | Teradata Corporation | Client(s) in matters unrelated to the Debtors |
| 162 | Pan American Energy LLC Sucursal Argentina | FreeWire Technologies, Inc. | Client(s) in matters unrelated to the Debtors |
| 163 | PJSC Aeroflot | Aeroflot Russian Airlines | Client(s) in matters unrelated to the Debtors |
| 164 | PJT Partners, Inc. | Blackstone | Client(s) in matters unrelated to the Debtors |
| 165 | PROMOTORA DE CAFÉ COLOMBIA S.A. | Procafecol SA | Client(s) in matters unrelated to the Debtors |
| 166 | PROSEGUR COMPANHIA DE SEGUR | Prosegur Compania de Seguridad SA | Client(s) in matters unrelated to the Debtors |
| 167 | Rainbow Trust | PT Go-Jek Indonesia | Client(s) in matters unrelated to the Debtors |
| 168 | Recaro | CRH | Client(s) in matters unrelated to the Debtors |
| 169 | Redecard S.A. | Banco Itau S.A. <br> Grupo Avenida S.A <br> IRB-Brasil Resseguros S.A. <br> M Dias Branco <br> Magazine Luiza SA <br> XP Investimentos | Client(s) in matters unrelated to the Debtors |
| 170 | Repsol Comercial de Productos Petroliferos S.A. | Repsol <br> Repsol SA <br> Talisman Energy Inc. | Client(s) in matters unrelated to the Debtors |
| 171 | Rocket Travel Inc. | Booking Holdings Inc. <br> DiDi <br> GrabTaxi Holdings Pte Ltd | Client(s) in matters unrelated to the Debtors |
| 172 | Rogers Communications Inc. | Cogeco Communications Inc. <br> Rogers Corporation | Client(s) in matters unrelated to the Debtors |
| 173 | Rohr Aero Services LLC | Raytheon Technologies Corporation <br> United Technologies Corp. | Client(s) in matters unrelated to the Debtors |
| 174 | Rolls-Royce PLC | Rolls-Royce Power Systems AG | Client(s) in matters unrelated to the Debtors |
| 175 | SAFRAN VENTILATION SYSTEMS SAS | Ariane Group <br> Arianespace SA <br> SAFRAN <br> Zodiac Aerospace SA | Client(s) in matters unrelated to the Debtors |
| 176 | Sap Brasil Ltda. | RIB Software SE <br> SAP AG | Client(s) in matters unrelated to the Debtors |
| 177 | Saudi Arabian Airlines | Saudi Arabian Airlines | Client(s) in matters unrelated to the Debtors |
| 178 | SBI Leasing Services Co., Ltd. | Aurinia Pharmaceuticals Inc. <br> E*Trade <br> National Grid Plc <br> Shinsei Bank | Client(s) in matters unrelated to the Debtors |
| 179 | Schenker AG | RideCell, Inc. <br> Volocopter GmbH | Client(s) in matters unrelated to the Debtors |
| 180 | SEGURIDAD ARGENTINA S.A. | Securitas AB | Client(s) in matters unrelated to the Debtors |
| 181 | Shenzhen Airlines | Cathay Pacific Airways Limited | Client(s) in matters unrelated to the Debtors |
| 182 | SIXTH STREET PARTNERS, LLC | Sixth Street Partners | Client(s) in matters unrelated to the Debtors |
| 183 | SKY CHEFS DE CHILE | Deutsche Lufthansa AG <br> Onex Corporation | Client(s) in matters unrelated to the Debtors |
| 184 | SOUTHERN CROSS AVIATION | Southern Cross Group | Client(s) in matters unrelated to the Debtors |
| 185 | Spafax Medios y Publicidad SpA | Prospera | Client(s) in matters unrelated to the Debtors |

| 186 | SQUIRE PATTON BOGGS (US) LLP | Squire Patton Boggs (US) LLP | Client(s) in matters unrelated to the Debtors |
|---|---|---|---|
| 187 | Starr International Brasil Seguradora S.A. | Starr International Company (Asia) Limited<br>STARR HOLDINGS | Client(s) in matters unrelated to the Debtors |
| 188 | STERICYCLE, INC | Stericycle Inc. | Client(s) in matters unrelated to the Debtors |
| 189 | STRATEGIC VALUE DISLOCATION MASTER FUND, L.P. | Strategic Value Partners LLC | Client(s) in matters unrelated to the Debtors |
| 190 | STRATEGIC VALUE MASTER FUND, LTD. | Strategic Value Partners LLC | Client(s) in matters unrelated to the Debtors |
| 191 | STRATEGIC VALUE NEW RISING FUND, L.P | Strategic Value Partners LLC | Client(s) in matters unrelated to the Debtors |
| 192 | STRATEGIC VALUE OPPORTUNITIES FUND, L.P. | Strategic Value Partners LLC | Client(s) in matters unrelated to the Debtors |
| 193 | STRATEGIC VALUE PARTNERS, LLC | Strategic Value Partners LLC | Client(s) in matters unrelated to the Debtors |
| 194 | STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND IV, L.P. | Strategic Value Partners LLC | Client(s) in matters unrelated to the Debtors |
| 195 | STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND V, L.P. | Strategic Value Partners LLC | Client(s) in matters unrelated to the Debtors |
| 196 | Sumitomo Mitsui Banking Corp. | Bank of China<br>Barclays<br>Barclays Plc<br>Casio Computer Co., Ltd.<br>ENEOS Holdings, Inc.<br>Hoa Binh Construction Group Joint Stock Company<br>NH Foods Ltd.<br>Recruit Co., Ltd.<br>Stripe, Inc.<br>TomTom N.V. | Client(s) in matters unrelated to the Debtors |
| 197 | Sydney Airport Corp. Ltd. (Australia) | Sydney Airport Corporation Limited | Client(s) in matters unrelated to the Debtors |
| 198 | TAAG Angola Airlines E.P. | TAAG Angola Airlines | Client(s) in matters unrelated to the Debtors |
| 199 | TATA CONSULTANCY SERVICES CHILE S.A. | Bank of Baroda<br>Harbinger Capital Partners Gp L.L.C.<br>Pearl Group Management Services Limited<br>SpiceJet Limited<br>Tata Communications Limited<br>Tata Sons<br>Uber International C.V. | Client(s) in matters unrelated to the Debtors |
| 200 | TC Skyward Aviation U.S., Inc. | GrabTaxi Holdings Pte Ltd<br>Tokyo Century Corporation<br>Volocopter GmbH | Client(s) in matters unrelated to the Debtors |
| 201 | Telefonica | Monkey Exchange | Client(s) in matters unrelated to the Debtors |
| 202 | TELEFONICA BRASIL SA | Monkey Exchange | Client(s) in matters unrelated to the Debtors |
| 203 | TELEFONICA DE ARGENTINA S.A. | Monkey Exchange | Client(s) in matters unrelated to the Debtors |
| 204 | Telefonica Moviles Argentina S.A. | Box<br>Climate Blockchain Initiatives, S.L.<br>Monkey Exchange<br>PT - OI<br>Telecom Italia S.p.A.<br>Telefonica | Client(s) in matters unrelated to the Debtors |
| 205 | Telenor Sverige Ab. | Telenor<br>VEON | Client(s) in matters unrelated to the Debtors |
| 206 | Teradata Chile Tecnologias De Informacion Ltda. | Teradata Corporation | Client(s) in matters unrelated to the Debtors |

| 207 | Thompson Aero Seating Ltd. | Changan Automobile Co., Ltd | Client(s) in matters unrelated to the Debtors |
|---|---|---|---|
| 208 | THYSSENKRUPP ELEVATOR CORP. | ThyssenKrupp AG | Client(s) in matters unrelated to the Debtors |
| 209 | TOKIO MARINE & NICHIDO FIRE INSURANCE CO, LTD | Marubeni Corp<br>Mitsubishi Corp<br>Mitsubishi Corp.<br>Tokio Marine Holdings Inc. | Client(s) in matters unrelated to the Debtors |
| 210 | TRIPADVISOR.COM | TripAdvisor, Inc. | Client(s) in matters unrelated to the Debtors |
| 211 | U.S. Bank National Association | Southwest Gas Holdings, Inc.<br>Suntrust (Truist now) | Client(s) in matters unrelated to the Debtors |
| 212 | UBS O'CONNOR LLC | UBS | Client(s) in matters unrelated to the Debtors |
| 213 | UMB Bank, National Association | UMB Financial Corporation | Client(s) in matters unrelated to the Debtors |
| 214 | UNICRED LTDA. | UniCredit SpA | Client(s) in matters unrelated to the Debtors |
| 215 | Unitedhealthcare Insurance Company | Mindstrong Inc.<br>UnitedHealth Group Inc | Client(s) in matters unrelated to the Debtors |
| 216 | United Technologies International Corp. , Pratt & Whitney Division | United Technologies Corp. | Client(s) in matters unrelated to the Debtors |
| 217 | VARDE | Varde Partners Inc | Client(s) in matters unrelated to the Debtors |
| 218 | Vietnam Airlines | Techcombank (Vietnam Technological and Commercial Joint Stock Bank) | Client(s) in matters unrelated to the Debtors |
| 219 | Virgin Atlantic Airways Limited | Virgin Group Ltd. | Client(s) in matters unrelated to the Debtors |
| 220 | VISA | Visa/Mastercard | Client(s) in matters unrelated to the Debtors |
| 221 | Vitol Aviation BV | Vitol Group | Client(s) in matters unrelated to the Debtors |
| 222 | VIVO S.A. | Monkey Exchange | Client(s) in matters unrelated to the Debtors |
| 223 | VODAFONE LIBERTEL B.V. | TPG Telecom Limited | Client(s) in matters unrelated to the Debtors |
| 224 | VODAFONE PORTUGAL - COMUNICAÇÕES PE | TPG Telecom Limited | Client(s) in matters unrelated to the Debtors |
| 225 | WACHTELL, LIPTON, ROSEN & KATZ | Wachtell, Lipton, Rosen & Katz LLP | Client(s) in matters unrelated to the Debtors |
| 226 | Wells Fargo Bank Northwest, N.A. | Appriss Inc.<br>Bundl Technologies Private Limited<br>Commerce Bank<br>DataRobot, Inc.<br>Enovix Corporation<br>Kotak Mahindra Group<br>Suntrust (Truist now)<br>Univest | Client(s) in matters unrelated to the Debtors |
| 227 | West Jet Airlines Ltd. | WestJet Airlines Ltd. | Client(s) in matters unrelated to the Debtors |
| 228 | WeWork Companies, Inc. | WeWork Companies Inc. | Client(s) in matters unrelated to the Debtors |
| 229 | WEWORK PERU SRL | WeWork Companies Inc. | Client(s) in matters unrelated to the Debtors |
| 230 | WHITE & CASE LLP | White & Case LLP | Client(s) in matters unrelated to the Debtors |
| 231 | Wilmington Trust Company | KBANK | Client(s) in matters unrelated to the Debtors |
| 232 | WINPACK S.A. | Wipak Walsrode GmbH & Co. KG | Client(s) in matters unrelated to the Debtors |
| 233 | Wipro Ltd. | Wipro Limited | Client(s) in matters unrelated to the Debtors |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 1 | A J Walter Aviation Limited | AJW TECHNIQUE | Vendor |
| 2 | AAF Spares LLC | AIR CORSICA<br>Air France<br>AIR FRANCE KLM SA<br>ALITALIA COMPAGNIA AEREA ITALIANA SPA<br>KLM<br>KLM ROYAL DUTCH AIRLINES<br>MARTINAIR HOLLAND NV<br>TRANSAVIA AIRLINES<br>TRANSAVIA FRANCE | Vendor |
| 3 | ABSA – Aerolinhas Brasileiras S.A. | AEROLANE LINEAS AEREAS NACIONALES DEL ECUADOR SA<br>LAN AIRLINES SA<br>LAN ARGENTINA<br>LAN PERU SA<br>LATAM Airlines<br>TAM LINHAS AEREAS SA<br>TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 4 | Aegean Airlines S.A. | Aegean Airlines<br>AEGEAN AIRLINES S A | Vendor |
| 5 | Aerocali S.A. | AENA SME SA | Vendor |
| 6 | Aerovías de Integración Regional S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 7 | AIG Inc. | AMERICAN INTERNATIONAL GROUP UK LTD | Vendor |
| 8 | AIG Seguros Brasil S.A. | AIG<br>American International Group (AIG) | Vendor |
| 9 | AIG Seguros Brasil S.A. and Starr International Brasil Seguradora S.A. | AMERICAN INTERNATIONAL GROUP UK LTD | Vendor |
| 10 | Air BP PBF del Peru Sac | ARAL AKTIENGESELLSCHAFT<br>B2MOBILITY GMBH<br>BP<br>BP Castrol<br>BP p.l.c.<br>SOUTH POLE CARBON ASSET MANAGEMENT LTD | Vendor |
| 11 | Air China Ltd. | KUNMING AIRLINES | Vendor |
| 12 | Air France Industries | AIR CORSICA | Vendor |
| 13 | Airbus | AIRBUS DS GEO INC | Vendor |
| 14 | Airbus Bank Gmbh | AIRBUS DS GEO INC | Vendor |
| 15 | Airbus Financial Services Unlimited Company | AIRBUS DS GEO INC | Vendor |
| 16 | Aircastle Holding Corp. Ltd. | SMARTESTENERGY LTD | Vendor |
| 17 | AIRLINE TARIFF PUBLISHING COMPANY (ATPCO) | AIRLINE TARIFF PUBLISHING COMPANY | Vendor |
| 18 | All Nippon Airways | EUGLENA CO LTD | Vendor |
| 19 | ALSTON & BIRD LLP | ALSTON AND BIRD LLP | Vendor |
| 20 | American Express Travel Related Services Company, Inc. | AMERICAN EXPRESS<br>AMERICAN EXPRESS (THAI) CO. LTD.<br>AMERICAN EXPRESS ARGENTINA SA<br>AMERICAN EXPRESS AUSTRALIA<br>AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK LIMITED<br>AMERICAN EXPRESS BANK LTD.<br>AMERICAN EXPRESS BANKING CORP<br>AMERICAN EXPRESS BTA<br>AMERICAN EXPRESS CARDS<br>AMERICAN EXPRESS CHILE<br>AMERICAN EXPRESS COMPANY MEXICO SA DE CV | Vendor |

|    |    | AMERICAN EXPRESS CORP.SERV |    |
|----|----|----|----|
|    |    | AMERICAN EXPRESS CORPORATE TRAVEL |    |
|    |    | AMERICAN EXPRESS DK |    |
|    |    | AMERICAN EXPRESS EADS |    |
|    |    | AMERICAN EXPRESS EUROPE LIMITED |    |
|    |    | AMERICAN EXPRESS INTERNATIONAL INC |    |
|    |    | AMERICAN EXPRESS INT'L INC |    |
|    |    | AMERICAN EXPRESS NALEDI |    |
|    |    | AMERICAN EXPRESS NZ |    |
|    |    | AMERICAN EXPRESS POLAND S.A. |    |
|    |    | AMERICAN EXPRESS SAUDI ARABIA LTD |    |
|    |    | AMERICAN EXPRESS SERVICES EUROPE LIMITED |    |
|    |    |    |    |
|    |    | AMERICAN EXPRESS SERVICES EUROPE LTD |    |
|    |    | AMERICAN EXPRESS SRO |    |
|    |    | AMERICAN EXPRESS TRAVEL |    |
|    |    | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC |    |
|    |    | AMERICAN EXPRESS TRS CO |    |
|    |    | AMERICAN EXPRESS VIAJES S.A. |    |
|    |    | AMERICAN EXPRESS VOYAGES |    |
|    |    | American Express1 |    |
|    |    | AMEX BANK OF CANADA |    |
|    |    | AMEX CARD |    |
|    |    | AMEX MIDDLE EAST B S C |    |
|    |    | INSTACART |    |
|    |    | KYRIBA CORP |    |
|    |    | RETAILNEXT INC |    |
|    |    | SWISSCARD AECS AG |    |
| 21 | AMIL ASSIST MED INTERN S.A | UNITEDHEALTHCARE CHILDRENS FOUNDATION INC | Vendor |
| 22 | Amsafe Bridport | SKANDIA | Vendor |
| 23 | Aon Holdings Corretores de Seguros Ltda. | AON ASSESSMENT UK LTD | Vendor |
|    |    | AON BELGIUM |    |
|    |    | AON BERMUDA LTD |    |
|    |    | AON COFCO INSURANCE BROKERS CO LTD |    |
|    |    | AON CONSULTING |    |
|    |    | AON CONSULTING PVT LTD |    |
|    |    | Aon Corporation |    |
|    |    | AON GLOBAL OPERATIONS PLC |    |
|    |    | Aon Hewitt Consulting Deutschland GmbH |    |
|    |    | AON HEWITT INVESTMENT CONSULTING INC |    |
|    |    | AON HEWITT JAPAN |    |
|    |    | AON HEWITT ME LIMITED |    |
|    |    | AON HEWITT SA |    |
|    |    | AON INSURANCE BROKERS PVT LIMITED |    |
|    |    | AON MEXICO BUSINESS SUPPORT SA DE CV |    |
|    |    | AON MIDDLE EAST LLC |    |
|    |    | AON NORWAY AS |    |
|    |    | AON PENSIONS INSURANCE BROKER GMBH |    |
|    |    | AON QATAR LLC |    |
|    |    | AON REED STENHOUSE INC |    |
|    |    | AON RISK INSURANCE SERVICES WEST INC |    |
|    |    | AON RISK SERVICES AUSTRALIA LIMITED |    |
|    |    | AON RISK SERVICES CENTRAL INC |    |
|    |    | AON RISK SERVICES NORTHEAST INC |    |
|    |    | AON SAUDI ARABIA LLC |    |
|    |    | AON SERVICES INDIA PRIVATE LIMITED |    |
|    |    | FINACCORD LTD |    |
|    |    | HAT TRICK EVENTOS SLU |    |
|    |    | HEWITT ASSOCIATES |    |
|    |    | STROZ FRIEDBERG ASIA LIMITED |    |

| | | STROZ FRIEDBERG LLC<br>STROZ FRIEDBERG LTD | |
|---|---|---|---|
| 24 | AON Risk Services (Chile S.A.) Corredores de Seguros Limitada | AON ASSESSMENT UK LTD<br>AON PENSIONS INSURANCE BROKER GMBH | Vendor |
| 25 | APOLLO HYBRID VALUE MANAGEMENT, L.P. | Apollo Management | Vendor |
| 26 | Asesorías e Inversiones American Express Chile Limitada | AMERICAN EXPRESS EUROPE LIMITED<br>RETAILNEXT INC | Vendor |
| 27 | AT&T | DD PRODUKCIJA | Vendor |
| 28 | Atlantic Security Bank | Banco de Credito del Peru<br>PACIFICO COMPANIA DE SEGUROS Y REASEGUROS<br><br>PRIMA AFP | Vendor |
| 29 | Atlantica Hotels International Brasil Ltda. | ATLANTICA HOTELS INTERNATIONAL BRASIL LTDA | Vendor |
| 30 | Auckland International Airport Ltd. | AIA CORPORATION | Vendor |
| 31 | AVIACIÓN CENTAURUS A.I.E. | SANTANDER DIGITAL ASSETS SL<br>SANTANDER GLOBAL SPORT SA | Vendor |
| 32 | Aviación Real A.I.E | SANTANDER DIGITAL ASSETS SL<br>SANTANDER GLOBAL SPORT SA | Vendor |
| 33 | Aviación Tritón A.I.E. | SANTANDER DIGITAL ASSETS SL<br>SANTANDER GLOBAL SPORT SA | Vendor |
| 34 | Aviation Capital Group | EUGLENA CO LTD | Vendor |
| 35 | AWP SERVICE BRASIL LTDA | ALLIANZ GENERAL INSURANCE COMPANY MALAYSIA BERHAD<br>ALLIANZ IARD SA<br>EULER HERMES GROUP SA | Vendor |
| 36 | AXA XL | AKUR8<br>AXA France<br>AXA GREEN CRESCENT INSURANCE PJSC<br>MARKEL INSURANCE SE<br>PROSERVICE | Vendor |
| 37 | BAIN & COMPANY, INC. | BAIN AND COMPANY INC | Vendor |
| 38 | Banc of America Leasing Ireland Co. | Bank of America Corp.<br>BANK OF THE WEST<br>HIGHLAND AVENUE SPRL<br>MasterCard | Vendor |
| 39 | Banco Bilbao Vizcaya Argentaria S.A. | ADQUIRA ESPANA SA<br>ADQUIRA MEXICO SA DE CV<br>BANCO DE OCCIDENTE S A<br>BBVA LEASING MEXICO SA DE CV<br>CREAPOLIS PARC DE LA CREATIVITAT SA<br>FACILEASING SA DE CV<br>GARANTI KULTUR A.S.<br>XEROX<br>XEROX CORPORATION<br>Xerox GmbH | Vendor |
| 40 | Banco Bradesco S.A | BANCO BRADESCO CARTOES SA TAX ID 60746948000112 | Vendor |
| 41 | Banco BTG Pactual Chile S.A. | PRADAR | Vendor |
| 42 | Banco de Crédito e Inversiones | BCI SEGUROS | Vendor |
| 43 | BANCO DO ESTADO DO RIO GRANDE DO SUL | BANCO DO ESTADO DO RIO GRANDE DO SUL SA TAX ID 92702067000196 | Vendor |
| 44 | Banco General de Panama | PROFUTURO ADMINISTRADORA DE FONDOS DE PENSIONES Y CESANTIAS SA | Vendor |
| 45 | Banco IBM SA | ACI WORLDWIDE<br>IBM<br>IBM CORPORATION<br>IBM Deutschland GmbH<br>IBM INDIA PRIVATE LIMITED | Vendor |

| | | IBM INDIA PVT LTD | |
| | | IBM SCHWEIZ AG | |
| | | IBM SINGAPORE PTE LTD | |
| | | IBM UNITED KINGDOM LIMITED | |
| | | INTERNATIONAL BUSINESS COMPANY | |
| | | International Business Machines Corporation (IBM) | |
| | | INTERNET SECURITIES INC | |
| | | LIFE CLINIC | |
| | | MONGODB INC | |
| | | RED HAT INC | |
| | | SOFTLAYER TECHNOLOGIES INC | |
| | | TRUVEN HEALTH ANALYTICS INC | |
| 46 | Banco Internacional | CAMARA CHILENA AMERICANA DE COMERCIO AG | Vendor |
| 47 | Banco Santander S.A. | SANTANDER DIGITAL ASSETS SL | Vendor |
| | | SANTANDER GLOBAL SPORT SA | |
| 48 | Bank of China | Bank of China Group Investment Limited | Vendor |
| 49 | BCD TRAVEL SERVICES B.V. | BCD MEETINGS AND EVENTS LLC | Vendor |
| | | INTERCONTINENTAL HOTELS GROUP PLC | |
| 50 | Be Aerospace | MICHAEL PAGE INTERNACIONAL CHILE LIMITADA | Vendor |
| | | MICHAEL PAGE INTERNATIONAL SP ZOO | |
| 51 | Black Rock | VENARI | Vendor |
| | | Black Rock, Inc | |
| 52 | Boeing Digital Solutions Inc. | Boeing | Vendor |
| | | Boeing Company | |
| | | EXOSTAR LLC | |
| | | SINGULARITY EDUCATION GROUP | |
| | | SINGULARITY UNIVERSITY | |
| 53 | BOND SAFEGUARD INSURANCE COMPANY | EUGLENA CO LTD | Vendor |
| | | SOMPO AMERICA INSURANCE COMPANY | |
| 54 | BROWSERSTACK, INC. | BROWSERSTACK INC | Vendor |
| 55 | BTG Pactual Chile | PRADAR | Vendor |
| 56 | Caixa Econômica Federal | CAIXA SEGURIDADE PARTICIPACOES SA | Vendor |
| | | Cap Gemini SA | |
| 57 | Casa Editorial El Tiempo S.A. | CASA EDITORIAL El TIEMPO SA | Vendor |
| 58 | CASINO DE ROSARIO S.A. | CASINO DE ROSARIO SA | Vendor |
| | | MERLIN PROPERTIES SOCIMI SA | |
| 59 | CBRE Brasil S.A. | CBRE INC AAF HEALTH CARE SERVICE CORPORATION | Vendor |
| 60 | Ceb Distribuicao S.A. | EDP - Electricidade de Portugal S.A. | Vendor |
| | | EDP - Energias de Portugal S.A. | |
| | | Iberdrola | |
| 61 | CHAMP CARGOSYSTEMS (UK) LIMITED | Sita | Vendor |
| 62 | Chevron Texaco | GS CALTEX | Vendor |
| 63 | China Southern Airlines | CHENGDU AIRLINES | Vendor |
| 64 | Chubb INA International Holdings Ltd. | ABA SEGUROS SA DE CV | Vendor |
| | | ACE FIANZAS MONTERREY SA | |
| | | CHUBB ARABIA COOPERATIVE INSURANCE COMPANY | |
| | | CHUBB ARGENTINA DE SEGUROS SA | |
| | | CHUBB DE CHILE COMPAÑIA DE SEGUROS | |
| | | CHUBB EUROPEAN GROUP LIMITED | |
| | | CHUBB INSURANCE COMPANY OF EUROPE SE | |
| | | CHUBB INSURANCE PAKISTAN LIMITED | |
| | | CHUBB SEGUROS COLOMBIA SA | |
| | | CHUBB SEGUROS MEXICO SA | |
| | | CHUBB SEGUROS PANAMA SA | |
| | | CHUBB VERSICHERUNGEN SCHWEIZ AG | |
| 65 | Chubb Limited | CHUBB SEGUROS PANAMA SA | Vendor |

| 66 | Ciaxa | BANKIA SA<br>BARCLAYS BANK PLC<br>BIP AND DRIVE SA<br>BPI RENT<br>CAIXABANK FACILITIES MANAGEMENT SA<br>CREAPOLIS PARC DE LA CREATIVITAT SA<br>SegurCaixa<br>VISTA ALEGRE ATLANTIS | Vendor |
| 67 | Citibank Internationl PLC | CITIBANK MAGHREB<br>CITIBANK NA LONDON<br>CITIBANK NIGERIA COMMERCIAL CARDS<br>REONOMY<br>UJE | Vendor |
| 68 | Citibank, N.A | BHP Billiton<br>Citi<br>CITIBANK MAGHREB<br>CITIBANK N.A.<br>CITIBANK NA LONDON<br>CITIBANK NIGERIA COMMERCIAL CARDS<br>Citicorp<br>Citigroup<br>Dollar General<br>EIGHTFOLD AI INC<br>REONOMY<br>SNYK LTD<br>TESSIAN INC<br>UJE | Vendor |
| 69 | Citibank, S.A. | CITIBANK MAGHREB<br>CITIBANK NA LONDON<br>CITIBANK NIGERIA COMMERCIAL CARDS<br>REONOMY<br>UJE | Vendor |
| 70 | City and County of San Francisco | CITY AND COUNTY OF SAN FRANCISCO | Vendor |
| 71 | Claro & Cia | CLARO Y CIA | Vendor |
| 72 | CLARO CHILE S.A. | COMPANIA DOMINICANA DE TELEFONOS SA | Vendor |
| 73 | Claro S.A. | A1 TELEKOM AUSTRIA AG<br>America Movil<br>AMERICA MOVIL PERU SAC<br>AMX ARGENTINA S A<br>COMCEL SA<br>COMPANIA DOMINICANA DE TELEFONOS SA<br>KPN<br>KPN BV<br>MOBILKOM AUSTRIA<br>RADIOMOVIL DIPSA S A DE C V<br>TELEKOM AUSTRIA TA AG<br>VERIZON<br>Verizon Communications | Vendor |
| 74 | CLARO SERVICIOS EMPRESARIALES S.A. | COMPANIA DOMINICANA DE TELEFONOS SA | Vendor |
| 75 | Colibri LLC | BILLA AKTIENGESELLSCHAFT<br>Carrefour Spain<br>JERONIMO MARTINS SA | Vendor |
| 76 | Collins Aerospace | MICHAEL PAGE INTERNACIONAL CHILE LIMITADA<br><br>MICHAEL PAGE INTERNATIONAL SP ZOO | Vendor |
| 77 | Commerzbank | CIRCULA GMBH<br>DORINT HOTEL AN DER MESSE KÖLN GMBH<br>DOUBLE TREE BY HILTON WARSAW | Vendor |
| 78 | COMPANHIA ENERGETICA DO CEARA | AMEC FOSTER WHEELER USA CORPORATION | Vendor |

| 79 | Compania de Servicios Conexos Express | SEGUROS SURA SA TAX ID 33065699000127 | Vendor |
|---|---|---|---|
| 80 | Costa Verde Aeronáutica S.A. | LATAM Airlines<br>TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 81 | Credit Agricole Corporate and Investment Bank | AIR CORSICA<br>Credit Agricole Consumer Finance<br>CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK<br>UMA | Vendor |
| 82 | Credit Industriel ET Commercial | ARTEFACT SA<br>CUSHMAN AND WAKEFIELD INTERNATIONAL PROPERTY ADVISERS SHANGHAI CO LTD | Vendor |
| 83 | Credit Suisse | ENERGY FITNESS PROFESSIONALS LTD<br>LOCALIZA RENT A CAR SA TAX ID 16670085001631<br><br>LOCALIZA RENT A CAR SA TAX ID 16670085002441<br><br>LOCALIZA RENT A CAR SA TAX ID 16670085003928<br><br>LOCALIZA RENT A CAR SA TAX ID 16670085004304<br><br>LOCALIZA RENT A CAR SA TAX ID 16670085006277<br><br>LOCALIZA RENT A CAR SA TAX ID 16670085009292<br><br>LOCALIZA RENT A CAR SA TAX ID 16670085010380<br><br>LOCALIZA RENT A CAR SA TAX ID 16670085011190<br><br>LOCALIZA RENT A CAR SA TAX ID 16670085039019<br><br>LOGITECH INC<br>NEST TEMPORARY AG | Vendor |
| 84 | CRG FINANCIAL LLC | CRG SOLUTIONS PVT. LTD | Vendor |
| 85 | Cybersource International, Inc. | DOCUSIGN INC<br>Visa Europe | Vendor |
| 86 | Dallas County | DALLAS COUNTY TAX COLLECTOR | Vendor |
| 87 | DAVIS POLK & WARDWELL LLP | DAVIS POLK AND WARDWELL LLP | Vendor |
| 88 | Dekabank Deutsche Girozentrale | HOTEL NH COLLECTION MEDELLIN ROYAL<br>NEW YORK MARRIOTT DOWNTOWN | Vendor |
| 89 | DELOITTE | DELOITTE ANJIN LLC<br>DELOITTE AUDIT<br>DELOITTE LEGAL | Vendor |
| 90 | Delta Air Lines, Inc. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 91 | Deutsche Bank | Airbus Group NV<br>ALLIANZ GENERAL INSURANCE COMPANY MALAYSIA BERHAD<br>Ares Management<br>Deutsche Bank AG London Branch<br>DEUTSCHE BANK MCK SAS<br>DEUTSCHE BANK MEF<br>DEUTSCHE BANK PRAG<br>DEUTSCHE BANK RTF<br>DEUTSCHE BANK-LEGAL<br>DEUTSCHE BANK-LLN<br>Dr. Reddy's Laboratories<br>HOTEL MAJESTIC CANNES<br>Infosys Technologies Ltd<br>KARO FILM MANAGEMENT LLC<br>MEDIGEN GMBH<br>NEWAGE MEDIA | Vendor |

| | | POSTBANK<br>QSR BRANDS M HOLDING<br>Rostelecom<br>Shinsei Bank, Ltd.<br>STANDARD CHARTERED  BANK ANGOLA<br>Sun Pharma<br>TUI AG | |
|---|---|---|---|
| 92 | Deutsche Bank AG, New York Branch | ALLIANZ GENERAL INSURANCE COMPANY MALAYSIA BERHAD<br>KARO FILM MANAGEMENT LLC<br>MEDIGEN GMBH<br>POSTBANK<br>QSR BRANDS M HOLDING<br>STANDARD CHARTERED  BANK ANGOLA | Vendor |
| 93 | Deutsche Bank Trust Company Americas | ALLIANZ GENERAL INSURANCE COMPANY MALAYSIA BERHAD<br>KARO FILM MANAGEMENT LLC<br>MEDIGEN GMBH<br>POSTBANK<br>QSR BRANDS M HOLDING<br>STANDARD CHARTERED  BANK ANGOLA | Vendor |
| 94 | Deutsche Lufthansa A.G. | AIR DOLOMITI<br>AIRPLUS<br>AIRPLUS INTERNATIONAL INC<br>AIRPLUS INTERNATIONAL LIMITED<br>AIRPLUS PAYMENT MANAGEMENT CO LTD<br>AUSTRIAN AIRLINES AG<br>BRUSSELS AIRLINES SA<br>Deutsche Lufthansa AG<br>EUROWINGS GMBH<br>GERMANWINGS GMBH<br>LUFTHANSA AIRPLUS GMBH<br>LUFTHANSA AIRPLUS SERVICEKARTEN GMBH<br>LUFTHANSA AVIATION TRAINING GERMANY GMBH<br><br>LUFTHANSA ENGINEERING AND OPERATIONAL SERVICES GMBH<br>LUFTHANSA INNOVATION HUB GMBH<br>SUNEXPRESS<br>SWISS INTERNATIONAL AIR LINES AG<br>time:matters GmbH | Vendor |
| 95 | Deutsche Telekom A.G. | CLEAR<br>COSMOTE SA<br>DETECON INTERNATIONAL GMBH<br>Deutsche Telekom AG<br>DIAL TELECOM A.S.<br>DOCUSIGN INC<br>e-fellows.net GmbH & Co. KG<br>ELECTROCYCLING GMBH<br>HEAP INC<br>Hrvatski Telekom<br>HRVATSKI TELEKOM D D<br>NEO4J INC<br>Slovak Telekom<br>SLOVAK TELEKOM A.S.<br>T MOBILE<br>T MOBILE POLSKA S A<br>T MOBILE USA<br>T SYSTEMS NORTH AMERICA INC<br>Telekom Deutschland GmbH<br>TELEKOM ROMANIA COMMUNICATIONS SA | Vendor |

| | | TELEKOM ROMANIA MOBILE COMMUNICATIONS SA | |
|---|---|---|---|
| | | T-MOBILE AUSTRIA<br>T-MOBILE CZECH REPUBLIC<br>T-MOBILE HRVATSKA D.O.O.<br>T-MOBILE US<br>T-SYSTEMS INTERNATIONAL GMBH<br>UPC Austria GmbH | |
| 96 | Dhl International Gmbh | DHL EXPRESS NEW ZEALAND LIMITED<br>DHL GLOBAL FORWARDING SP Z OO | Vendor |
| 97 | DIETHELM KELLER AVIATION PTE LTD | DIETHELM TRAVEL THAILAND LIMITED<br>DKSH Management Ltd<br>TRANSA BACKPACKING AG | Vendor |
| 98 | Dnata Pty Ltd. | EMIRATES AIRLINES<br>J W MARRIOTT MARQUIS HOTEL<br>PREMIER INN HOTELS LLC | Vendor |
| 99 | DRAKE AIR | ABACO SPA<br>ALPHASENSE INC | Vendor |
| 100 | DVB Bank SE | COURTYARD BY MARRIOT ZURICH NORTH | Vendor |
| 101 | EATON LIMITED | EATON ELECTRIC S<br>EATON MANUFACTURING LP<br>EATON POWER QUALITY OY | Vendor |
| 102 | EATON POWER SOLUTIONS LTDA | EATON ELECTRIC S<br>EATON MANUFACTURING LP<br>EATON POWER QUALITY OY | Vendor |
| 103 | Edenred Chile S.A. | BENEFIT SYSTEMS D O O | Vendor |
| 104 | Edenred Peru S.A. | BENEFIT SYSTEMS D O O | Vendor |
| 105 | ELETROPAULO METROPOLITANA ELETRICID | AMEC FOSTER WHEELER USA CORPORATION | Vendor |
| 106 | Elo Serviços S.A. | Banco do Brasil<br>BANCO DO BRASIL SA | Vendor |
| 107 | Emirates | JW MARRIOTT MARQUIS HOTEL SHANGHAI PUDONG | Vendor |
| 108 | EMPRESA BRASILEIRA DE TELECOMUNICAC | COMPANIA DOMINICANA DE TELEFONOS SA | Vendor |
| 109 | Engine Lease Finance Corp. | DIAMONDLEASE LLC<br>HITACHI CAPITAL (THAILAND) CO LTD<br>HITACHI CAPITAL INVOICE FINANCE | Vendor |
| 110 | Ensign Peak Advisors | MONITRONICS INTERNATIONAL | Vendor |
| 111 | Euler Hermes | AGA INTERNATIONAL SA<br>Airbus Group NV<br>Allianz<br>Allianz 24<br>ALLIANZ AUSTRALIA INSURANCE LIMITED<br>Allianz Deutschland AG<br>ALLIANZ ELEMENTAR VERSICHERUNGS-AG<br>Allianz Esa cargo & logistics GmbH<br>Allianz France<br>ALLIANZ GENERAL INSURANCE COMPANY MALAYSIA BERHAD<br>Allianz Greece<br>ALLIANZ HRVATSKA<br>ALLIANZ HUNGARIA KFT<br>ALLIANZ IARD SA<br>Allianz Lebensversicherungs-AG<br>Allianz Life Insurance<br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA<br>Allianz Real Estate Germany GmbH<br>Allianz SE<br>ALLIANZ SIGORTA A.S. | Vendor |

| | | ALLIANZ SUISSE VERSICHERUNGS GESELLSCHAFT AG | |
| | | Allianz Versicherungs AG | |
| | | ALLIANZ YASAM VE EMEKLILIK AS | |
| | | Autostrade S.P.A. | |
| | | BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | |
| | | DOMA AB | |
| | | EULER HERMES GROUP SA | |
| | | EXTRA SPACE STORAGE | |
| | | INNER MONGOLIA YILI INDUSTRIAL GROUP CO LTD | |
| | | JANALAKSHMI FINANCIAL SERVICES LIMITED | |
| | | MY FINANCE COACH STIFTUNG GMBH | |
| | | NATIONAL ALUMINIUM COMPANY LIMITED | |
| | | NEST | |
| | | PACIFIC INVESTMENT MANAGEMENT CO LLC | |
| | | PIMCO JAPAN LTD | |
| | | SELECTA AG | |
| | | TUIR ALLIANZ POLSKA SA | |
| | | URGENT | |
| | | Volkswagen Autoversicherung AG | |
| | | XEROX | |
| | | XEROX CORPORATION | |
| | | Xerox GmbH | |
| 112 | **Europ Assistance Chile S.A.** | EUROP | Vendor |
| 113 | **EUROP ASSISTANCE CHILE SA** | EUROP | Vendor |
| 114 | **Expeditors International of Washington, Inc** | EXPEDITORS INTERNATIONAL GMBH | Vendor |
| 115 | **FACEBOOK IRELAND LIMITED** | FACEBOOK<br>FACEBOOK IRELAND LIMITED<br>LOCAL MEDIA FOUNDATION | Vendor |
| 116 | **Fairfax Brasil Seguros Corp. S.A.** | ANI TECHNOLOGIES PRIVATE LIMITED<br>GMP<br>GO DIGIT INFOWORKS SERVICES PRIVATE LIMITED<br><br>GULF DUNES LLC<br>HORIZON TRAVEL SA<br>INTERNATIONAL INSURANCE SOCIETY<br>PRAKTIKER HELLAS EAE<br>QUESS CORP LIMITED<br>QUESS CORP LTD<br>SA CREATIVE LABS LTD<br>SBS SEGUROS COLOMBIA SA<br>TATA CAPITAL FOREX LTD<br>TC FOREX SERVICES LTD<br>THE RECIPE<br>ZOMATO PVT LTD | Vendor |
| 117 | **Fast Air Almacenes de Carga S.A.** | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 118 | **Fedex Corp.** | ANC GROUP LLC<br>FEDEX EXPRESS ROMANIA TRANSPORTATION SRL<br><br>TNT INDIA PVT LTD | Vendor |
| 119 | **FRANCHISE TAX BOARD** | FRANCHISE TAX BOARD | Vendor |
| 120 | **FTI Consulting Inc.** | PRICEWATERHOUSECOOPERS ADVISORY SERVICES PTE LTD<br>PRICEWATERHOUSECOOPERS BELASTINGADVISEURS NV<br>PRICEWATERHOUSECOOPERS REPUBLICA DOMINICANA SRL | Vendor |

| 121 | Fujitsu Technology Solutions GmbH | ABBYY SOLUTIONS LTD<br>TECHNOPOLIS OYJ | Vendor |
| 122 | Fuyo General Lease Co., Ltd | HILTON TOKYO ODAIBA | Vendor |
| 123 | GE Celma Ltda. | ENHANCED VISION<br>HYUNDAI CARD<br>TAMR INC | Vendor |
| 124 | GE Commercial Aviation Services Limited | ENHANCED VISION<br>HYUNDAI CARD<br>TAMR INC | Vendor |
| 125 | GE Engine Services, Inc. | ENHANCED VISION<br>HYUNDAI CARD<br>TAMR INC | Vendor |
| 126 | GE Engine Services, LLC | ENHANCED VISION<br>HYUNDAI CARD<br>TAMR INC | Vendor |
| 127 | GKN Aerospace Services Ltd. | FORECAST 3D<br>GKN, PLC<br>MULTIPLEX | Vendor |
| 128 | GLOBAL VILLAGE TELECOM SA | TELEFONICA BRASIL SA TAX ID 02558157017642<br>TELEFONICA GERMANY GMBH & CO. OHG<br>TELEFONICA GLOBAL SOLUTIONS USA INC<br>Telefonica Mexico | Vendor |
| 129 | GOLDEN TOUCH TRANSPORTATION OF NY, INC. | AIR CORSICA<br>AIRPORT LIMOUSINE SERVICES LTD<br>ARAMEX INTERNATIONAL EGYPT<br>CAISSE DES DEPOTS<br>CITYSPRINT UK LIMITED<br>CITYSPRINT UK LTD<br>DPD SCHWEIZ AG<br>EDF<br>EPEX SPOT SE<br>FOLLOW THE SUN LLC<br>GENESIS<br>GREEN TOMATO CARS<br>LA BANQUE POSTALE<br>LA POSTE<br>Linedata<br>SOCIETE NOUVELLE<br>TRANSDEV<br>YURTICI KARGO SERVISI AS | Vendor |
| 130 | Goldman Sachs | AUDIO VISUAL SERVICES CORPORATION SARL PSAV<br><br>DOCKER<br>FIRST<br>GOLDMAN SACHS ASIA LLC<br>KNOWBE4<br>MEI CAN<br>PINTEREST INC | Vendor |
| 131 | Goodrich Corp. | CHUBB EDWARDS<br>CHUBB SECURITY S<br>HAWKEYE CO LTD<br>JOHNSON CONTROLS SECURITY SOLUTIONS<br>MICHAEL PAGE INTERNACIONAL CHILE LIMITADA<br><br>MICHAEL PAGE INTERNATIONAL SP ZOO<br>PREDIKTO INC.<br>Raytheon<br>United Technologies Corp.<br>UTC FIRE AND SECURITY CANADA | Vendor |
| 132 | GOODYEAR | GOODYEAR DUNLOP TIRES GERMANY GMBH | Vendor |
| 133 | Google | JD COM INC<br>PENCIL INC | Vendor |

| | | SWEETLAB KFT<br>TAMR INC<br>UJE | |
|---|---|---|---|
| 134 | **Grupo Sura** | AFORE SURA SA DE CV<br>EPS Y MEDICINA PREPAGADA SURAMERICANA SA | **Vendor** |
| 135 | **Guanay Finance Limited** | TAM LINHAS AEREAS SA TAX ID 02012862000160 | **Vendor** |
| 136 | **GVENERGY CONSULTORIA GESTAO ENERGIA** | GESTION Y SERVICIOS EMPRESARIALES SRL | **Vendor** |
| 137 | **Hainan Airlines** | CHANGAN AIRLINES LIMITED COMPANY<br>LUCKY AIR CO LTD | **Vendor** |
| 138 | **Hamilton Sundstrand** | MICHAEL PAGE INTERNACIONAL CHILE LIMITADA<br><br>MICHAEL PAGE INTERNATIONAL SP ZOO | **Vendor** |
| 139 | **Hitachi Vantara (Chile) Ltda.** | EUGLENA CO LTD<br>RESCALE INC | **Vendor** |
| 140 | **Holdco Ecuador S.A.** | TAM LINHAS AEREAS SA TAX ID 02012862000160 | **Vendor** |
| 141 | **Hotelaria Accor Brasil S.A.** | 25hours Hotel<br>ACCORHOTELS DEUTSCHLAND GMBH<br>ACCORINVEST GERMANY GMBH<br>BARQUE HOTELS PVT LTD<br>EDENRED BELGIUM SA<br>FAIRMONT DUBAI<br>HOTELARIA ACCOR PDB LTDA TAX ID 02419765000609<br><br>JOHN PAUL USA<br>KATERINSKA HOTEL<br>MORGANS HOTEL GROUP LONDON LTD<br>ONE FINE STAY<br>ONEFINESTAY<br>ONEPARK AS<br>ORBIS SA<br>POTEL AND CHABOT<br>PULLMAN HOTEL<br>PULLMAN HOTELS AND RESORTS<br>SLS HOTEL SOUTH BEACH<br>SOFITEL ABIDJAN<br>SOFITEL LUXURY HOTELS<br>THE FAIRMONT DALLAS<br>THE FAIRMONT HOTELS | **Vendor** |
| 142 | **Hotelbeds USA, INC.** | TUCHINA | **Vendor** |
| 143 | **HP Inc.** | AUTONOMY BV<br>TAMR INC | **Vendor** |
| 144 | **HSBC Bank Chile** | CARGILL INCORPORATED<br>FOUR SEASONS RESORT CHIANG MAI<br>HSBC GROUP MANAGEMENT SERVICES LTD<br>INA GMBH & CO. KG<br>REPUBLIC BANK OF CHICAGO | **Vendor** |
| 145 | **Hudson Structure Capital Management** | DOMA AB | **Vendor** |
| 146 | **IAE International Aero Engines AG** | MICHAEL PAGE INTERNACIONAL CHILE LIMITADA<br><br>MICHAEL PAGE INTERNATIONAL SP ZOO | **Vendor** |
| 147 | **INFARE SOLUTIONS A/S** | INFARE SOLUTIONS AS | **Vendor** |
| 148 | **Innerworkings, Inc.** | CARPE DATA | **Vendor** |
| 149 | **Interbank Perú** | SEGUROS SURA SA TAX ID 33065699000127 | **Vendor** |
| 150 | **Inversiones HS SpA** | FALABELLA<br>FALABELLA S A | **Vendor** |
| 151 | **Inversiones Lan S.A.** | TAM LINHAS AEREAS SA TAX ID 02012862000160 | **Vendor** |
| 152 | **Iron Mountain** | IRON MOUNTAIN (INDIA) PVT LTD<br>MARTINSPEED LIMITED | **Vendor** |

| | | MEDIA SERVICES AVEE | |
|---|---|---|---|
| 153 | J. ARON & COMPANY LLC | AIRBNB INC | Vendor |
| | | Airbus Group NV | |
| | | ARAMARK | |
| | | ARAMARK CORPORATION | |
| | | ARAMARK GmbH | |
| | | ARLINGTON MANAGEMENT LIMITED | |
| | | AVEPOINT INC | |
| | | BENE | |
| | | CABLEVISION | |
| | | COUPA SOFTWARE INC | |
| | | DATAMINR INC | |
| | | DOCKER | |
| | | Dollar General | |
| | | DOT DATA LIMITED | |
| | | DROPBOX INC | |
| | | EGNYTE INC | |
| | | EIGEN TECHNOLOGIES LTD | |
| | | EXOSTAR LLC | |
| | | FACEBOOK | |
| | | FEVER LABS INC | |
| | | FIREEYE INC | |
| | | FIRST | |
| | | FOLIO | |
| | | FUELCOMM INC | |
| | | GITLAB INC | |
| | | GOEURO TRAVEL GMBH | |
| | | Goldman Sachs | |
| | | GOLDMAN SACHS AND CO LLC | |
| | | GOLDMAN SACHS ASIA LLC | |
| | | GOLDMAN SACHS AUSTRALIA PTY LTD | |
| | | GOLDMAN SACHS AUSTRALIA SERVICES PTY LTD | |
| | | | |
| | | Goldman Sachs Group | |
| | | Groupe Casino | |
| | | GS COMPANY | |
| | | H2O AI INC | |
| | | HARVEST | |
| | | HEADHUNTER | |
| | | HEAP INC | |
| | | HYATT CORPORATION | |
| | | ICAP SA | |
| | | INNER MONGOLIA YILI INDUSTRIAL GROUP CO LTD | |
| | | | |
| | | INVISIONAPP INC | |
| | | INVISIONAPP INC. | |
| | | ISS | |
| | | KNOWBE4 | |
| | | KUKA AG | |
| | | LEGENDS HOSPITALITY MANAGEMENT LLC | |
| | | LIMELIGHT | |
| | | MEI CAN | |
| | | METRICSTREAM INC | |
| | | MIR | |
| | | MONGODB INC | |
| | | NORTHVOLT AB | |
| | | ON24 INC | |
| | | ORBITAL INSIGHTS INC | |
| | | OUTSYSTEMS SOFTWARE EM REDE SA | |
| | | PALM TRADING SARL | |
| | | Permira | |
| | | Permira Advisers SAS | |

| | | Ping An | |
| | | Ping An Insurance | |
| | | PINTEREST INC | |
| | | RESEARCHGATE GMBH | |
| | | SALESFORCE | |
| | | SALESFORCE COM INC | |
| | | SAMHI HOTELS PRIVATE LIMITED | |
| | | SECURE CODE WARRIOR INC | |
| | | SEMI | |
| | | SIX Group AG | |
| | | SKYTAP INC | |
| | | SONATYPE INC | |
| | | SPICEJET | |
| | | SPIRIT AIRLINES INC | |
| | | SPROUT SOCIAL INC | |
| | | STACKLINE | |
| | | STERLING TALENT SOLUTIONS | |
| | | TFI TAB GIDA YATIRIMLARI A.S. | |
| | | THE WESTIN PLAYA BONITA | |
| | | TRACKUNIT A/S | |
| | | TRANS | |
| | | TRANSUNION LLC | |
| | | USEN | |
| | | VATIKA LIMITED | |
| | | WEWORK | |
| | | WEWORK NYC | |
| | | WINE.COM | |
| | | WOLT ENTERPRISES OY | |
| | | ZENDESK INC | |
| | | ZYMERGEN INC | |
| 154 | J.P Morgan Europe Limited | THE PROVIDENCE SERVICE CORPORATION | Vendor |
| | | ZALANDO SE | |
| 155 | J.P.Morgan | DOMA AB | Vendor |
| | | FTI CONSULTING GULF | |
| | | Hana Financial Group | |
| | | ICONS | |
| | | Infosys Technologies Ltd | |
| | | INNER MONGOLIA YILI INDUSTRIAL GROUP CO LTD | |
| | | | |
| | | J.P. Morgan & Co. Inc. | |
| | | JP Morgan | |
| | | JPMC | |
| | | JPMORGAN CHASE | |
| | | JPMorgan Chase & Co. | |
| | | TESLA MOTORS | |
| | | THE PROVIDENCE SERVICE CORPORATION | |
| | | WEWORK NYC | |
| | | ZALANDO SE | |
| 156 | Japan Transocean Air | ISPA | Vendor |
| | | JAPAN AIRLINES CO LTD | |
| 157 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | JEFFERIES LLC | Vendor |
| | | M SCIENCE LLC | |
| | | RDW | |
| 158 | Jets Transport Express | JETSTAR AIRWAYS PTY LIMITED | Vendor |
| | | QA LIMITED | |
| | | QANTAS AIRWAYS LTD | |
| 159 | JMALUCELLI TRAVELERS SEGUROS S.A. | JMALUCELLI TRAVELERS SEGUROS SA | Vendor |
| | | PARANA BANCO SA | |
| 160 | KfW IPEX-Bank | DHL EXPRESS NEW ZEALAND LIMITED | Vendor |
| | | DHL EXPRESS PHILIPPINES CORPORATION | |
| | | DHL GLOBAL FORWARDING SP Z OO | |
| | | GOVECS AG | |

| 161 | Kid-Systeme GmbH | AIRBUS DEFENCE AND SPACE LTD<br>AIRBUS DS GEO INC<br>Airbus Group NV<br>HAWKEYE CO LTD<br>ISPA<br>Panavia Aircraft GmbH | Vendor |
|-----|------------------|-----------------------------------------------------------------------------------------------------------------------|--------|
| 162 | KLM Royal Dutch Airlines | AIR CORSICA | Vendor |
| 163 | Knighthead Capital Management LLC | HERTZ<br>HERTZ CORPORATION<br>PG&E Corporation | Vendor |
| 164 | Koninklijke Luchtvaart Maatschappij N.V. | AIR CORSICA<br>Air France<br>AIR FRANCE KLM SA<br>ALITALIA COMPAGNIA AEREA ITALIANA SPA<br>KLM<br>KLM ROYAL DUTCH AIRLINES<br>MARTINAIR HOLLAND NV<br>TRANSAVIA AIRLINES<br>TRANSAVIA FRANCE | Vendor |
| 165 | Korea Dev. | KOREA EXPRESSWAY CORPORATION | Vendor |
| 166 | KPMG ASESORIA FISCAL, S.A. | KPMG | Vendor |
| 167 | KPMG ASSESSORES LTDA. | KPMG TAX SRL | Vendor |
| 168 | KPMG AUDITORES CONSULTORES SPA | KPMG AUDITORES CONSULTORES LTDA<br>KPMG | Vendor |
| 169 | Kroll | DUFF AND PHELPS LLC<br>IT GROUP SA<br>KROLL ASSOCIATES ASIA LIMITED<br>KROLL ASSOCIATES INC | Vendor |
| 170 | Kuehne Nagel Inc. | KÜHNE + NAGEL AG & CO. KG | Vendor |
| 171 | Kuwait Petroleum International Aviation | KUWAIT INTEGRATED PETROLEUM INDUSTRIES COMPANY<br>KUWAIT OIL COMPANY<br>KUWAIT PETROLEUM CORPORATION | Vendor |
| 172 | La Banque Postale | GOURMET DELIVERY BY DEKHALU | Vendor |
| 173 | Lan Argentina SA | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 174 | Lan Cargo S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 175 | Lan Pax Group S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 176 | Laser Cargo SRL | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 177 | LATAM Airlines Group S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 178 | Latam Airlines Perú S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 179 | LATAM Finance Ltd. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 180 | LATAM Travel Chile II S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 181 | LATAM Travel SA | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 182 | Latina de Gestion Hotelera S.A. | CHAO PHAYA RESORT LTD<br>GRAN CIRCULO DE MADRID<br>HOLIDAY INN<br>HOTEL EXPLOITATIEMAATSCHAPPIJ DIEGEM NV<br><br>HOTEL LANCASTER SAS<br>LATINA DE GESTION HOTELERA SA<br>MINOR INTERNATIONAL PUBLIC CO LTD<br>NH Hotel<br>NH HOTELES<br>NH HOTELES ESPANA SL<br>NH Italia SPA<br>OAKS ELAN DARWIN<br>OAKS RESORT PORT DOUGLAS<br>PANORAMA HOTEL<br>POJUCA SA TAX ID 13250998000558<br>RAJDAMRI LODGING LIMITED | Vendor |

| 183 | **Leaf Capital Funding, LLC** | Peoples United Bank | **Vendor** |
|---|---|---|---|
| 184 | **LENOVO MEXICO S, DE RL DE CV** | LENOVO MEXICO S. DE R.L. DE C.V. | **Vendor** |
| 185 | **LEXIS NEXIS** | LESSON NINE GMBH<br>LEXIS NEXIS UK<br>REED ELECTRONICS RESEARCH<br>RELX INDIA PVT LTD<br>WOLTERS KLUWER CR A.S.<br>WOLTERS KLUWER NORGE AS | **Vendor** |
| 186 | **Liberty Mutual Group** | LIBERTY INTERNATIONAL DEUTSCHLAND GMBH | **Vendor** |
| 187 | **Línea Aérea Carguera de Colombia S.A.** | TAM LINHAS AEREAS SA TAX ID 02012862000160 | **Vendor** |
| 188 | **LONG ISLAND MARRIOTT** | HOTEL MARRIOTT | **Vendor** |
| 189 | **Macquarie Aircraft Leasing** | CARGILL INCORPORATED | **Vendor** |
| 190 | **Manchester Securities Corp.** | Akzo Nobel<br>Akzo Nobel N.V.<br>AT AND T<br>AT&T<br>Bayer AG<br>BEZEQ<br>BHP Billiton<br>CITRIX SYSTEMS INC<br>DELL SOFTWARE INC<br>EDP - Electricidade de Portugal S.A.<br>EDP - Energias de Portugal S.A.<br>GSK<br>HESS GMBH & CO KG<br>National Express Group PLC<br>NETAPP INC<br>Noble Energy Inc.<br>PG&E Corporation<br>PRINCIPAL FINANCIAL GROUP INC<br>QUEST SOFTWARE INC<br>SAMSUNG ELECTRONIC<br>SAMSUNG FIRE<br>SAP SE<br>Toshiba Corp.<br>TOSHIBA CORPORATION<br>TWITTER INC<br>Vodafone<br>VODAFONE A.S.<br>VODAFONE LTD<br>WATERSTONES BOOKSELLERS LTD<br>VODAFONE LTD<br>WATERSTONES BOOKSELLERS LTD | **Vendor** |
| 191 | **Mapfre Argentina S.A.** | MERCEDES-BENZ GRAND PRIX LIMITED<br>MAPFRE | **Vendor** |
| 192 | **Mapfre Brasil** | MERCEDES-BENZ GRAND PRIX LIMITED<br>MAPFRE | **Vendor** |
| 193 | **Mapfre Chile** | MERCEDES-BENZ GRAND PRIX LIMITED<br>MAPFRE | **Vendor** |
| 194 | **Mapfre Colombia** | MERCEDES-BENZ GRAND PRIX LIMITED<br>MAPFRE | **Vendor** |
| 195 | **Mapfre Ecuador** | MERCEDES-BENZ GRAND PRIX LIMITED<br>MAPFRE | **Vendor** |
| 196 | **Mapfre Peru** | MERCEDES-BENZ GRAND PRIX LIMITED<br>MAPFRE | **Vendor** |
| 197 | **Marsh Corretora de Seguros Ltda.** | ALEXANDER FORBES<br>INDIA LIFE CAPITAL PVT LTD<br>INDUSLYNK TRAINING SERVICES PVT LTD<br>INSURANCE BROKERS OF NIGERIA LIMITED | **Vendor** |

| | | MARSH (HONG KONG) LIMITED | |
| | | MARSH AB | |
| | | MARSH AND MCLENNAN COMPANIES | |
| | | MARSH BEIJING INSURANCE BROKERS CO LTD | |
| | | MARSH BROCKMAN Y SCHUH AGENTE DE SEGUROS Y DE FIANZAS SA DE CV | |
| | | MARSH CANADA LIMITED | |
| | | MARSH EMIRATES INSURANCE BROKERAGE AND CONSULTANCY LLC | |
| | | MARSH GMBH | |
| | | MARSH IRELAND LTD | |
| | | MARSH JAPAN | |
| | | MARSH KOREA | |
| | | MARSH LDA CORRECTORES DE SEGUROS | |
| | | MARSH LTD | |
| | | MARSH PB CO LTD | |
| | | MARSH PHILIPPINES INC | |
| | | MARSH PTY LTD | |
| | | MARSH QATAR LLC | |
| | | MARSH S.A. | |
| | | MARSH S.R.O. | |
| | | MARSH SA FR | |
| | | MARSH USA INC | |
| | | MERCER (SHANGHAI) LIMITED | |
| | | MERCER CONSULTING INDIA PRIVATE LIMITED | |
| | | MERCER CONSULTING LTD | |
| | | MERCER CONSULTING SLU | |
| | | Mercer Deutschland GmbH | |
| | | MERCER FINANCIAL SERVICES MIDDLE EAST LIMITED | |
| | | MERCER LIMITED | |
| | | MERCER PHILIPPINES INC | |
| | | MERCER POLSKA SP Z OO | |
| | | MERCER US INC | |
| | | PREMIUM SERVICE SP ZOO | |
| | | PT MARSH INDONESIA | |
| | | TALENT TECH LABS | |
| 198 | Mas Investment Ltd. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 199 | MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPT OF REVENUE | Vendor |
| 200 | MASTERCARD | MASTERCARD PAYMENT SERVICES DENMARK AS | Vendor |
| 201 | MBJ Airports Limited (Jamaica) | Autostrade S.P.A.<br>BRISA Auto-estradas de Portugal S.A.<br>Eutelsat SA<br>TELEFONICA DE ARGENTINA SA | Vendor |
| 202 | McCann Erickson | MCCANN-ERICKSON PRAGUE<br>PRIME PUBLIC RELATIONS I SVERIGE AB | Vendor |
| 203 | Mds - Corretor de Seguros S.A. | ATLANTIC FERRIES | Vendor |
| 204 | Menzies Aviation (USA) Inc. | JONES YARRELL & CO LTD<br>JONES YARRELL LEADENHALL<br>MENZIES | Vendor |
| 205 | Metlife Chile Seguros de Vida S.A. | METLIFE EMEKLILIK | Vendor |
| 206 | Microsoft Chile S.A. | AQUA SECURITY SOFTWARE INC<br>CONFLUENT INC<br>KAHOOT AS<br>MICROSOFT IRELAND OPERATIONS | Vendor |
| 207 | Ministry of Finance, Inc.ome Tax Department (India) | STATE BANK OF INDIA | Vendor |
| 208 | Mitsubishi HC Capital Inc. | DIAMONDLEASE LLC<br>HITACHI CAPITAL (THAILAND) CO LTD | Vendor |

| | | HITACHI CAPITAL INVOICE FINANCE | |
|---|---|---|---|
| 209 | Mizuho Leasing Company, Ltd. | RICOH LEASE | Vendor |
| 210 | Morgan Stanley | GRANT THORNTON AUDIT PANAMA SA<br>GRANT THORNTON AUSTRIA GMBH<br>GRANT THORNTON NIGERIA<br>GRANT THORNTON POLSKA SPOLKA Z OGRANICZONA<br>ODPOWIEDZIALNOSCIA SP K<br>INTERCONTINENTAL DOHA THE CITY<br>WORKDAY INC<br>Morgan Stanley | Vendor |
| 211 | Movida Locação De Veiculos | MOVIDA LOCACAO DE VEICULOS LTDA | Vendor |
| 212 | MUFG Bank, Ltd. | MUFG UNION BANK NA | Vendor |
| 213 | MUNICIPIO DE BELO HORIZONTE (Brazil) | MUNICIPIO DE BELLO | Vendor |
| 214 | Natixis | Natixis Global Asset Management | Vendor |
| 215 | NISSAN MOTOR ACCEPTANCE CORPORATION | Nissan Motor Co., Ltd.<br>Renault-Nissan<br>Renault-Nissan Alliance<br>THE MOBILITY HOUSE GMBH | Vendor |
| 216 | NorInc.hukin | BROADMINDED<br>BUSINESS BRAIN<br>ELEPHANTECH<br>NORIN CHUKIN FACILITIES<br>ROUND ONE | Vendor |
| 217 | Norton Rose Fulbright LLP | NORTON ROSE FULLBRIGHT LLP | Vendor |
| 218 | NTT DATA | DIMENSIONS DATA SOLUTIONS LTD<br>LEGION TECHNOLOGIES<br>NTT AMERICA INC<br>OTTER AI | Vendor |
| 219 | Oaktree Capital Management | BAM<br>MERIDIAN ENERGY LIMITED<br>NORBORD INC<br>THE RITZ CARLTON AMELIA ISLAND<br>THE RITZ CARLTON BAHRAIN<br>THE RITZ CARLTON HOTEL COMPANY BERLIN GMBH<br><br>THE RITZ CARLTON JEDDAH<br>THE RITZ CARLTON PERTH<br>Oaktree Capital Management LLC | Vendor |
| 220 | ODONTOPREV S.A | BANCO BRADESCO CARTOES SA TAX ID 60746948000112 | Vendor |
| 221 | Onedirect Comunicaciones S.L. | ONEDIRECT | Vendor |
| 222 | OneWorld Management Co. | ONE WORLD CORP | Vendor |
| 223 | Orix Aviation Systems Limited | HYATT REGENCY CAIRO WEST<br>INRIX INC<br>RETAILNEXT INC | Vendor |
| 224 | PAUL HASTINGS LLP | PAUL HASTINGS LLP | Vendor |
| 225 | PJSC Aeroflot | AEROFLOT<br>AEROFLOT OAO<br>ORENAIR | Vendor |
| 226 | Polar Air Cargo Inc. | ATLAS AI | Vendor |
| 227 | Pratt & Whitney Engine Leasing LLC | MICHAEL PAGE INTERNACIONAL CHILE LIMITADA<br><br>MICHAEL PAGE INTERNATIONAL SP ZOO | Vendor |
| 228 | PricewaterhouseCoopers | GRANT THORNTON BHARAT LLP<br>GRANT THORNTON FINANCIAL AND TAXATION<br>CONSULTANTS LIMITED<br>PRICEWATERHOUSECOOPERS BELASTINGADVISEURS NV | Vendor |
| 229 | Prime Airport Services Inc. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |

| 230 | **PROMOTORA DE CAFÉ COLOMBIA S.A.** | PROMOTORA DE CAFE COLOMBIA SA | **Vendor** |
|---|---|---|---|
| 231 | **PROSEGUR COMPANHIA DE SEGUR** | ESC SERVICIOS GENERALES S L<br>EUROFORUM EL ESCORIAL SA<br>PROSEGUR SOLUCIONES INTEGRALES DE SEGURIDAD ESPANA SL<br>XIDEN SACI | **Vendor** |
| 232 | **QUINN EMMANUEL URQUHART & SULLIVAN, LLP** | QUINN EMANUEL URQUHART AND SULLIVAN LLP | **Vendor** |
| 233 | Raizen Combustiveis S.A. | SHELL AUSTRIA GMBH<br>Woodside Energy Ltd. | **Vendor** |
| 234 | Recall | MEDIA SERVICES AVEE<br>RECALL A/S | **Vendor** |
| 235 | Recaro | RETAILNEXT INC | **Vendor** |
| 236 | Redecard S.A. | Banco Itaú<br>BANCO ITAU SA<br>ITAU CORPBANCA COLOMBIA SA<br>Itaú Unibanco<br>UNIBANCO | **Vendor** |
| 237 | **Repsol Comercial de Productos Petroliferos S.A.** | Repsol Butano<br>SOLRED S A<br>TALISMAN<br>TALISMAN LIMITED | **Vendor** |
| 238 | Rocket Travel Inc. | DIDI CHUXING TECHNOLOGY CO LTD | **Vendor** |
| 239 | Rohr Aero Services LLC | CHUBB EDWARDS<br>CHUBB SECURITY S<br>HAWKEYE CO LTD<br>JOHNSON CONTROLS SECURITY SOLUTIONS<br>PREDIKTO INC.<br>Raytheon<br>United Technologies Corp.<br>UTC FIRE AND SECURITY CANADA | **Vendor** |
| 240 | Sap Brasil Ltda. | ABAKUS<br>ARIBA INC<br>BUSINESS OBJECTS SOFTWARE LTD.<br>CLARABRIDGE INC<br>CONCUR TECHNOLOGIES INC<br>QUADREM NETHERLANDS BV<br>QUALTRICS LLC<br>RIB LIMITED<br>SAP AMERICA INC<br>SAP Deutschland SE and Co. KG<br>SAP SE<br>SAYARI LABS | **Vendor** |
| 241 | SB Hotels Spain, S.L. | SB HOTELS SPAIN SL | **Vendor** |
| 242 | SBI Leasing Services Co., Ltd. | DIGISURF INC<br>EUGLENA CO LTD<br>ISPA<br>PING AN HEALTH INSURANCE COMPANY OF CHINA LTD<br>Shinsei Bank, Ltd.<br>SK Networks<br>SOUCO CO LTD<br>TAMR INC<br>UZABASE | **Vendor** |
| 243 | Schenker AG | DBS<br>Schenker AG<br>SCHENKER NZ LIMITED | **Vendor** |
| 244 | Scotiabank Chile | SCOTIABANK INVERLAT S A | **Vendor** |
| 245 | SEGURIDAD ARGENTINA S.A. | FREDON SECURITY PTY LTD<br>NV SECURITAS | **Vendor** |

|  |  | PROTECTAS S A<br>SEC<br>SEC AB<br>SECURITAS ACCUEIL<br>SECURITAS ALERT SERVICES<br>SECURITAS Alert Services GmbH<br>SECURITAS ALERT SERVICES NV<br>SECURITAS ARGENTINA SA<br>SECURITAS BEVEILIGING BV<br>SECURITAS CANADA LIMITED<br>SECURITAS ELECTRONIC SECURITY DEUTSCHLAND<br>GMBH<br>SECURITAS FRANCE SARL<br>SECURITAS NV<br>SECURITAS OY<br>STANLEY SECURITY DEUTSCHLAND GMBH |  |
|---|---|---|---|
| 246 | SERVISAIR | BEIJING CAPITAL AIRLINES<br>CHANGAN AIRLINES LIMITED COMPANY<br>LUCKY AIR CO LTD<br>SUPARNA AIRLINES CO LTD | Vendor |
| 247 | Shell | SHELL AUSTRIA GMBH<br>Woodside Energy Ltd. | Vendor |
| 248 | Shenzhen Airlines | AIR CHINA LIMITED<br>AIR MACAU COMPANY LIMITED<br>Cathay Pacific Airways Limited<br>HONG KONG DRAGON AIRLINES LIMITED<br>HONG KONG EXPRESS AIRWAYS<br>KUNMING AIRLINES<br>SHANDONG AIRLINES<br>SHENZHEN AIRLINES | Vendor |
| 249 | SHL US LLC f/k/a SHL US, INC | SHL US INC | Vendor |
| 250 | Showa Leasing Co., Ltd. | UZABASE | Vendor |
| 251 | Singapore Airlines Cargo Pte Ltd. | VIRGIN ATLANTIC AIRWAYS LIMITED | Vendor |
| 252 | SKY Aero Management Limited | SKY DEUTSCHLAND FERNSEHEN GMBH & CO. KG | Vendor |
| 253 | SKY CHEFS DE CHILE | AIR DOLOMITI<br>AIRPLUS<br>AIRPLUS INTERNATIONAL INC<br>AIRPLUS INTERNATIONAL LIMITED<br>AIRPLUS PAYMENT MANAGEMENT CO LTD<br>AUSTRIAN AIRLINES AG<br>BRUSSELS AIRLINES SA<br>Deutsche Lufthansa AG<br>EUROWINGS GMBH<br>GERMANWINGS GMBH<br>LUFTHANSA AIRPLUS GMBH<br>LUFTHANSA AIRPLUS SERVICEKARTEN GMBH<br>LUFTHANSA AVIATION TRAINING GERMANY GMBH<br><br>LUFTHANSA ENGINEERING AND OPERATIONAL<br>SERVICES GMBH<br>LUFTHANSA INNOVATION HUB GMBH<br>SUNEXPRESS<br>SWISS INTERNATIONAL AIR LINES AG<br>time:matters GmbH | Vendor |
| 254 | Smbc Aviation Capital | SUMISHO INTERIOR INTERNATIONAL | Vendor |
| 255 | Società Aerea Italiana S.P.A | ALITALIA COMPAGNIA AEREA ITALIANA SPA | Vendor |
| 256 | Societe Generale Milan | MEDIGEN GMBH<br>NORDEA FINANCE EQUIPMENT AS | Vendor |
| 257 | SODEXO | MEI CAN<br>SODEXO PASS FRANCE | Vendor |

| 258 | **Spafax Medios y Publicidad SpA** | ESSENCE GLOBAL LLC<br>HERING SCHUPPENER CONSULTING<br>LIGHTSPEED RESEARCH BV<br>TAM MEDIA RESEARCH PVT LTD<br>TAYLOR NELSON SOFRES IRELAND LTD | Vendor |
|---|---|---|---|
| 259 | **SPRINT** | SUPER CHANNEL KFT | Vendor |
| 260 | **SQUIRE PATTON BOGGS (US) LLP** | SQUIRE PATTON BOGGS  UK LLP<br>SQUIRE PATTON BOGGS US LLP | Vendor |
| 261 | **Starr International Brasil Seguradora S.A.** | ASSIST CARD DO BRASIL LTDA<br>INTER OFFICE | Vendor |
| 262 | **Sumitomo Mitsui Banking Corporation** | Ares Management<br>Barclays<br>BTPN<br>EUGLENA CO LTD<br>FICTIV INC<br>PAYROLL<br>Ping An Bank | Vendor |
| 263 | **SWISS RE CORPORATE SOLUTIONS BRASIL SEGUROS S.A.** | Swiss Re Corporate Solutions Ltd. | Vendor |
| 264 | **Swissport** | BEIJING CAPITAL AIRLINES<br>CHANGAN AIRLINES LIMITED COMPANY<br>LUCKY AIR CO LTD<br>SUPARNA AIRLINES CO LTD | Vendor |
| 265 | **TAM Linhas Aereas S.A.** | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 266 | **TAM S.A.** | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 267 | **TATA CONSULTANCY SERVICES CHILE S.A.** | AIR INDIA LIMITED<br>BANK OF BARODA<br>BENARES HOTELS LTD<br>INFINITI RETAIL LTD<br>MJUNCTION SERVICES LTD<br>PIEM HOTELS LIMITED<br>ROOTS CORPORATION LIMITED<br>SPICEJET<br>SUPER MARKET GROCERY SUPPLIES PVT LTD<br>SUPERMARKET GROCERY SUPPLIES PVT LTD<br>T S GLOBAL PROCUREMENT COMPANY PTE LTD<br><br>TAJ GVK HOTELS AND RESORTS LTD<br>TAJ SATS AIR CATERING LTD<br>TATA AIG GENERAL INSURANCE COMPANY LTD<br><br>TATA COMMUNICATIONS INTERNATIONAL PTE LTD<br><br>TATA COMMUNICATIONS LIMITED<br>Tata Communications Limited (TCL)<br>TATA COMMUNICATIONS LTD<br>TATA COMMUNICATIONS SERVICES (AMERICA) INC<br><br>TATA COMMUNICATIONS UK LIMITED<br>TATA CONSULTANCY SERVICES DEUTSCHLAND GMBH<br>TATA CONSULTANCY SERVICES LTD<br>TATA CONSULTANCY SERVICES THAILAND LIMITED<br><br>TATA CONSULTING ENGINEERS LIMITED<br>Tata Motors Ltd.<br>Tata Steel<br>Tata Steel Europe<br>TATA Teleservices  Limited<br>TATA TELESERVICES LIMITED<br>TCS AMERICA | Vendor |

|  |  | TCS PVT LTD<br>THE INDIAN HOTELS CO LTD<br>THE INDIAN HOTELS CO. LTD.<br>THE INDIAN HOTELS CO.LTD.<br>THE INDIAN HOTELS COMPANY LIMITED<br>UBER BV<br>UBER TECHNOLOGIES INC<br>UNITED HOTELS LTD<br>URGENT<br>VISTARA |  |
|---|---|---|---|
| 268 | TC Skyward Aviation U.S., Inc. | EUGLENA CO LTD | Vendor |
| 269 | TD Bank | HYPERSCIENCE | Vendor |
| 270 | Technical Training LATAM S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 271 | Telefonica | TELEFONICA BRASIL SA TAX ID 02558157017642<br>TELEFONICA GERMANY GMBH & CO. OHG<br>TELEFONICA GLOBAL SOLUTIONS USA INC<br>Telefonica Mexico | Vendor |
| 272 | Telefonica Brasil S.A. | Telefonica Brasil<br>TELEFONICA BRASIL SA TAX ID 02558157017642<br>TELEFONICA GERMANY GMBH & CO. OHG<br>TELEFONICA GLOBAL SOLUTIONS USA INC<br>Telefonica Mexico | Vendor |
| 273 | TELEFONICA DE ARGENTINA S.A. | TELEFONICA BRASIL SA TAX ID 02558157017642<br>TELEFONICA GERMANY GMBH & CO. OHG<br>TELEFONICA GLOBAL SOLUTIONS USA INC<br>Telefonica Mexico | Vendor |
| 274 | Telefonica Moviles Argentina S.A. | ADQUIRA ESPANA SA<br>BOX INC<br>CLEAR<br>COLOMBIA TELECOMUNICACIONES S.A.<br>PEGASO PCS S A DE C V<br>PRISA S.A.<br>ProRail<br>ROCKETPIN SPA<br>Telefonica Brasil<br>TELEFONICA BRASIL SA TAX ID 02558157017642<br>TELEFONICA CHILE SA<br>TELEFONICA COMPRAS ELECTRONICAS S.L.<br>TELEFONICA DE ARGENTINA SA<br>TELEFONICA DE ESPANA SA<br>TELEFONICA GERMANY GMBH & CO. OHG<br>TELEFONICA GLOBAL SERVICES GMBH<br>TELEFONICA GLOBAL SOLUTIONS USA INC<br>Telefonica Mexico<br>TELEFONICA MOVIL DE CHILE S.A.<br>TELEFONICA MOVILES<br>TELEFONICA MOVILES ARGENTINA S A<br>TELEFONICA USA INC | Vendor |
| 275 | TELEFONOS DE MEXICO SAB DE C.V | COMPANIA DOMINICANA DE TELEFONOS SA | Vendor |
| 276 | Telenor Sverige Ab. | QUEST SA<br>Telenor<br>TELENOR AS<br>Telenor ASA<br>TELENOR DOO<br>TELENOR MOBIL A/S<br>TELENOR MYANMAR<br>TELENOR NORGE AS<br>TELENOR PAKISTAN PVT LTD<br>TELENOR SVERIGE AB<br>VYMPELCOM | Vendor |
| 277 | TEP Chile S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |

| 278 | The Bank of New York Mellon | RETAILNEXT INC<br>SEGUROS SURA SA TAX ID 33065699000127 | Vendor |
|---|---|---|---|
| 279 | The Korea Development Bank | KOREA EXPRESSWAY CORPORATION | Vendor |
| 280 | The Walt Disney Company | NATIONAL GEOGRAPHIC PARTNERS LLC | Vendor |
| 281 | THYSSENKRUPP ELEVATOR CORP. | THYSSENKRUPP STEEL EUROPE AG | Vendor |
| 282 | TIBCO SOFTWARE INC. | TIBCO SOFTWARE INC | Vendor |
| 283 | TOKIO MARINE & NICHIDO FIRE INSURANCE CO, LTD | IFFCO TOKIO GENERAL INSURANCE COMPANY LTD<br><br>JAPAN AIRLINES CO LTD<br>Mitsubishi Corporation | Vendor |
| 284 | Tokyo Century | EUGLENA CO LTD | Vendor |
| 285 | Transporte Aéreo S.A. | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 286 | Transportes Aereos del Mercosur SA | TAM LINHAS AEREAS SA TAX ID 02012862000160 | Vendor |
| 287 | UBS O'CONNOR LLC | UBS | Vendor |
| 288 | UMB Bank, National Association | FAMOUS DAVES | Vendor |
| 289 | United Technologies International Corporation | MICHAEL PAGE INTERNACIONAL CHILE LIMITADA<br><br>MICHAEL PAGE INTERNATIONAL SP ZOO | Vendor |
| 290 | UnitedHealthcare | HELP SA<br>LANDMARK<br>LANDMARK PLC<br>OPTUM360<br>PACIFICO SA ENT PRESTADORA DE SALUD<br>UNITED HEALTHCARE INDIA PRIVATE LIMITED<br>UNITED HEALTHCARE INDIA PVT LTD<br>UNITEDHEALTHCARE CHILDRENS FOUNDATION INC | Vendor |
| 291 | Vietnam Airlines | Techcombank<br>VIETNAM AIRLINES COMPANY LIMITED | Vendor |
| 292 | Virgin Atlantic | VIRGIN ATLANTIC AIRWAYS LIMITED | Vendor |
| 293 | VIVO S.A. | TELEFONICA BRASIL SA TAX ID 02558157017642<br>TELEFONICA GERMANY GMBH & CO. OHG<br>TELEFONICA GLOBAL SOLUTIONS USA INC<br>Telefonica Mexico | Vendor |
| 294 | VODAFONE LIBERTEL B.V. | TPGI<br>VODAFONE BW GmbH | Vendor |
| 295 | VODAFONE PORTUGAL - COMUNICAÇÕES PE | TPGI<br>VODAFONE BW GmbH | Vendor |
| 296 | Wells Fargo Bank Northwest, N.A. | COMMERCE BANK<br>ICAP SA<br>INFLUX<br>LEGION TECHNOLOGIES<br>PENCIL INC<br>PRINCIPAL FINANCIAL GROUP INC<br>REONOMY<br>SALARY COM<br>SUPPLIER IO<br>UPLEVEL<br>Wells Fargo | Vendor |
| 297 | WeWork Companies, Inc. | WEWORK<br>WEWORK NYC | Vendor |
| 298 | WEWORK PERU SRL | WEWORK PERU SRL | Vendor |
| 299 | WHITE & CASE LLP | WHITE AND CASE LLC<br>WHITE AND CASE LLP<br>WHITE AND CASE SC | Vendor |
| 300 | Wipro Ltd. | APPIRIO INC<br>CAST SA<br>WIPRO LIMITED<br>WIPRO TECHNOLOGIES SA DE CV | Vendor |

| 301 | WORLD OMNI FINANCIAL CORP. | JM SERVICE CO LLC<br>JMF SA | Vendor |
|---|---|---|---|

| # | Interested Party Name | Proposed Professional Connection Name | Connecton Type |
|---|---|---|---|
| 1 | Atlantic Security Bank | Banco De Credito Del Peru | Ordinary Course Banking Relationship |
| 2 | Banc of America Leasing Ireland Co. | Bank Of America, N.A. | Ordinary Course Banking Relationship |
| 3 | Banco de Crédito e Inversiones | Banco de Chile | Ordinary Course Banking Relationship |
| 4 | Caixa Econômica Federal | Caixa Economica Federal | Ordinary Course Banking Relationship |
| 5 | Citibank N.A. | Citibank Berhad<br>Citibank Espana S.A. | Ordinary Course Banking Relationship |
| 6 | Elo Serviços S.A. | Banco Do Brasil S.A. | Ordinary Course Banking Relationship |
| 7 | Sumitomo Mitsui Banking Corp. | Sumitomo Mitsui Banking Corporation | Ordinary Course Banking Relationship |

## **Schedule 3**

MIO's Connections to Interested Parties

| | Interested Party Name | MIO Connection Name[1] | Connection Type |
|---|---|---|---|
| 1. | Accenture | Kogentix, Inc. | Vendor |
| 2. | AIG Inc. | AIG | Counterparty |
| | | American General Life Insurance Company | Counterparty |
| 3. | AIG Seguros Brasil S.A. | AIG | Counterparty |
| | | American General Life Insurance Company | Counterparty |
| | | American International Group | Counterparty |
| | | Illinois National Insurance Company | Vendor |
| | | Titan | Vendor |
| | | United States Life Insurance Company in the City of New York | Vendor |
| 4. | AIG Seguros Brasil S.A. and Starr International Brasil Seguradora S.A. | American General Life Insurance Company | Counterparty |
| 5. | AON Holdings Corretores de Seguros LTDA Aon Holdings Corretores de Seguros Ltda. AON Risk Services (Chile S.A.) Corredores de Seguros Limitada | Aon (Bermuda) Ltd | Vendor |
| | | Aon Hewitt | Vendor |
| | | Aon Risk Services Northeast, Inc. | Vendor |
| 6. | AT&T | AT&T | Vendor |
| | | AT&T Mobility | Vendor |
| | | CME Group Inc. | Counterparty |
| 7. | AWP SERVICE BRASIL LTDA | Pacific Investment Management Company, LLC | Investment |
| 8. | AXA XL | ACA Group | Vendor |
| | | AXA | Counterparty |
| | | AXA Equitable Life Insurance Company | Counterparty |
| | | Highfields Capital | Investment |
| 9. | Banc of America Leasing Ireland Co. | Bank of America | Counterparty |
| | | Bank of America Merrill Lynch | Counterparty |
| | | Bank of America National Association Charlotte | Counterparty |
| | | BofA Securities, Inc. | Counterparty |

[1] Where MIO was not able to confirm whether an entity on the Expanded Interested Party List was, in fact, the same entity to which MIO has a connection, MIO included such possible connections in its report to the Proposed Professionals.

|  | Interested Party Name | MIO  Connection Name[1] | Connection Type |
|---|---|---|---|
|  |  | BRV Capital Management | Investment |
|  |  | FIS | Vendor |
|  |  | Merrill Lynch & Co., Inc. | Counterparty |
|  |  | Merrill Lynch Capital Services, Inc. | Counterparty |
|  |  | Merrill Lynch Financial Markets, Inc. | Counterparty |
|  |  | Merrill Lynch Government Securities Inc. | Counterparty |
|  |  | Merrill Lynch International | Counterparty |
|  |  | Merrill Lynch Pierce, Fenner & Smith Inc. | Counterparty |
|  |  | Merrill Lynch Professional Clearing Corp. | Counterparty |
|  |  | State Street Bank and Trust Company | Counterparty |
|  |  |  | Vendor |
|  |  | The Toronto-Dominion Bank | Counterparty |
| 10. | Banco BTG Pactual Chile S.A. | Marble Bar Asset Management | Investment |
| 11. | Banco de Crédito e Inversiones | Banco de Chile | Counterparty |
| 12. | Banco IBM SA | Diligent Corporation | Vendor |
|  |  | Level 3 Communications, LLC | Vendor |
|  |  | MongoDB-related Securities | Investment |
|  |  | Red Hat | Vendor |
|  |  | SEI Investment Solutions | Counterparty |
| 13. | Bank of America | Bank of America | Counterparty |
|  |  | BofA Securities, Inc. | Counterparty |
|  |  | FIS | Vendor |
|  |  | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Counterparty |
| 14. | Barclays | Barclays | Counterparty |
|  |  | TradeWeb | Vendor |
| 15. | Black Rock | Open Text Inc. | Vendor |
| 16. | Blue Rock Ideas Ltd. | Blue Rocket | Vendor |
| 17. | BNP Paribas | BNP Paribas | Counterparty |

|  | **Interested Party Name** | **MIO  Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| 18. | BTG Pactual Chile | Marble Bar Asset Management | Investment |
| 19. | Chubb INA International Holdings Ltd. | Chubb Bermuda Insurance Ltd | Vendor |
| 20. | Citibank Internationl PLC<br>Citibank N.A.<br>Citibank, S.A. | Banco de Chile | Counterparty |
|  |  | Citibank | Counterparty |
|  |  | Citibank Distribuidora De Titulos E Valores Mobiliarios S.A. | Counterparty |
|  |  | Citigroup Global Markets Inc. | Counterparty |
|  |  | Citigroup Global Markets Korea Securities Limited | Counterparty |
|  |  | Citigroup Global Markets Limited | Counterparty |
|  |  | First Republic Bank | Counterparty |
|  |  | State Street Bank and Trust Company | Counterparty |
|  |  | State Street Bank and Trust Company | Vendor |
|  |  | Tessian Inc | Vendor |
|  |  | Traiana, Inc. | Counterparty |
|  |  | DocuSign Inc. | Vendor |
| 21. | Claro S.A. | Verizon | Vendor |
| 22. | Credit Agricole Corp. orate and Investment Bank | Credit Agricole Corporate and Investment Bank | Counterparty |
| 23. | Credit Industriel ET Commercial | MetLife | Counterparty |
| 24. | Credit Suisse | AcadiaSoft, Inc. | Vendor |
|  |  | Canopy Group Asia | Investment |
|  |  | Credit Suisse | Counterparty |
|  |  | Credit Suisse (Luxembourg) S.A. | Vendor |
|  |  | EZOPS, Inc. | Vendor |
|  |  | NorthPoint Fintech LLC | Vendor |
|  |  | Ospraie Group | Investment |
| 25. | Cybersource International, Inc. | DocuSign Inc. | Vendor |
| 26. | Deutsche Bank<br>Deutsche Bank AG, New York Branch<br>Deutsche Bank Trust Company Americas | Deutsche Bank | Counterparty |
|  |  | Deutsche Bank S.A.-Banco Alemao | Counterparty |
|  |  | Deutsche Bank Securities Inc. | Counterparty |

| | Interested Party Name | MIO  Connection Name[1] | Connection Type |
|---|---|---|---|
| | | Deutsche Bank Securities Inc. Global Prime Finance | Counterparty |
| | | Deutsche Bank Trust Company Americas | Counterparty |
| | | Deutsche Securities Asia Limited | Counterparty |
| | | Deutsche Securities Korea Co. | Counterparty |
| | | Deutshce Bank AG, London | Counterparty |
| | | Infosys Limited | Vendor |
| | | Traiana, Inc. | Counterparty |
| 27. | Deutsche Telekom A.G. DEUTSCHE TELEKOM AG | DocuSign Inc. | Vendor |
| 28. | Dhl International Gmbh | DHL Express | Vendor |
| 29. | Euler Hermes | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| 30. | GLOBAL VILLAGE TELECOM SA | Box, Inc. | Vendor |
| 31. | GOLDEN TOUCH TRANSPORTATION OF NY, INC. | Genesis Capital | Investment |
| 32. | Goldman Sachs | AvePoint, Inc. | Vendor |
| | | Capula Management Limited | Investment |
| | | GitLab Inc | Vendor |
| | | Goldman Sachs | Counterparty |
| | | Impilo AB | Investment |
| | | KnowBe4, Inc. | Vendor |
| | | SEI Investment Solutions | Counterparty |
| | | TradeWeb | Vendor |
| 33. | Google | Abacus Group LLC | Vendor |
| | | Cloudera, Inc. | Vendor |
| | | GitLab Inc | Vendor |
| 34. | HP Inc. | HP INC. | Vendor |
| 35. | HSBC Bank Chile | HSBC | Counterparty |
| | | HSBC Bank Middle East Limited | Counterparty |
| | | Polar Securities Inc. | Investment |
| | | Pricewaterhouse Coopers LLP | Vendor |

|    | **Interested Party Name** | **MIO  Connection Name**[1] | **Connection Type** |
|----|---------------------------|-----------------------------|---------------------|
|    |                           | Selby Jennings              | Vendor              |
| 36. | IBM                      | SEI Investment Solutions    | Counterparty        |
| 37. | ING Capital LLC          | SHI                         | Vendor              |
| 38. | Iron Mountain            | Iron Mountain               | Vendor              |
| 39. | J. ARON & COMPANY LLC    | AvePoint, Inc.              | Vendor              |
|    |                           | Capula Investment Management LLP | Investment     |
|    |                           | Capula Management Limited   | Investment          |
|    |                           | GitLab Inc                  | Vendor              |
|    |                           | Goldman Sachs               | Counterparty        |
|    |                           | Goldman Sachs & Co.         | Counterparty        |
|    |                           | Goldman Sachs Bank USA      | Counterparty        |
|    |                           | Goldman Sachs Capital Markets L.P. | Counterparty  |
|    |                           | Goldman Sachs International  | Counterparty        |
|    |                           | Impilo AB                   | Investment          |
|    |                           | KnowBe4, Inc.               | Vendor              |
|    |                           | MongoDB-related Securities  | Investment          |
|    |                           | SEI Investment Solutions    | Counterparty        |
|    |                           | Sungard Investment Systems  | Vendor              |
|    |                           | The Goldman Sachs Group, Inc. | Counterparty      |
|    |                           | TradeWeb                    | Vendor              |
| 40. | J.P.Morgan<br>J.P Morgan Europe Limited | Arcesium    | Vendor              |
|    |                           | Fresh Direct, LLC           | Vendor              |
|    |                           | Infosys Limited             | Vendor              |
|    |                           | J.P. Morgan Chase           | Counterparty        |
|    |                           | ECI                         | Vendor              |
|    |                           | J.P. Morgan Affiliates      | Counterparty        |
|    |                           | J.P. Morgan AG              | Counterparty        |
|    |                           | J.P. Morgan Futures Inc.    | Counterparty        |
|    |                           | J.P. Morgan Markets Australia Pty Ltd. | Counterparty |
|    |                           | J.P. Morgan Markets Limited | Counterparty        |

| | **Interested Party Name** | **MIO  Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| | | J.P. Morgan Prime Inc. | Counterparty |
| | | J.P. Morgan Securities Asia Private Limited | Counterparty |
| | | J.P. Morgan Securities Inc. | Counterparty |
| | | J.P. Morgan Securities LLC | Counterparty |
| | | J.P. Morgan Securities PLC | Counterparty |
| | | J.P. Morgan Ventures Energy Corporation | Counterparty |
| | | Surnrun-related Securities | Investment |
| | | TradeWeb | Vendor |
| | | Traiana, Inc. | Counterparty |
| | | Zayo | Vendor |
| 41. | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | Jefferies Group, Inc. | Counterparty |
| | | Jefferies LLC | Counterparty |
| 42. | KfW IPEX-Bank | BNP Paribas | Counterparty |
| | | DHL Express | Vendor |
| | | Forbion Capital Fund | Investment |
| 43. | Kroll | Duff & Phelps | Vendor |
| 44. | Latina de Gestion Hotelera S.A. | S&P Global | Vendor |
| 45. | LEXIS NEXIS | Lexis Nexis | Vendor |
| | | RiskMetrics Group, Inc. | Counterparty |
| 46. | MANCHESTER SECURITIES CORP Manchester Securities Corp. | AT&T | Vendor |
| | | Citrix Systems, Inc. | Vendor |
| | | Crown Castle | Vendor |
| | | Dell Software Inc. | Vendor |
| | | SAP | Vendor |
| 47. | Marsh Corretora de Seguros Ltda. | Mercer (US) Inc | Vendor |
| 48. | Metlife Chile Seguros de Vida S.A. | MetLife | Counterparty |
| 49. | Microsoft Chile S.A. | Insight (Microsoft Corporation) | Vendor |
| | | Linkein Corporation | Vendor |
| 50. | Morgan Stanley | TradeWeb | Vendor |
| 51. | NorInc.hukin | Apex | Vendor |
| | | Nomura | Vendor |

| | **Interested Party Name** | **MIO  Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| 52. | NTT DATA | DocuSign Inc. | Vendor |
| 53. | PricewaterhouseCoopers | Colligo Networks Inc. | Vendor |
| | | Pricewaterhouse Coopers LLP | Vendor |
| 54. | Prime Clerk LLC | Duff & Phelps | Vendor |
| 55. | Rainbow Trust | Titan | Vendor |
| 56. | Sap Brasil Ltda. | SAP | Vendor |
| | | SAP America Inc | Vendor |
| 57. | Schenker AG | Deutsche Bank AG | Counterparty |
| | | | Vendor |
| | | European Energy Exchange AG | Vendor |
| 58. | Scotiabank Chile | Scotia Capital Inc. | Counterparty |
| | | TMX | Vendor |
| 59. | Société Générale<br>Societe Generale Milan | SG Americas Securities | Counterparty |
| | | Société Générale | Counterparty |
| | | Societe Generale Corporate & Investment Banking | Counterparty |
| 60. | SODEXO | Sodexo Operations | Vendor |
| 61. | STRATEGIC VALUE OPPORTUNITIES FUND, L.P. | Strategic Value Global Opportunities Fund I-A | Investment |
| 62. | STRATEGIC VALUE PARTNERS, LLC | Strategic Value Partners, LLC | Investment |
| 63. | Sumitomo Mitsui Banking Corp. | Barclays Bank PLC | Counterparty |
| 64. | SWISS RE CORPORATE SOLUTIONS BRASIL SEGUROS S.A. | Lincoln National Life Insurance Company | Counterparty |
| 65. | TATA CONSULTANCY SERVICES CHILE S.A. | Titan | Vendor |
| 66. | Telefonica<br>TELEFONICA BRASIL SA<br>TELEFONICA DE ARGENTINA S.A.<br>Telefonica Moviles Argentina S.A.<br>TELEFONICA MOVILES ARGENTINA SA | Box, Inc. | Vendor |
| 67. | The Bank of New York Mellon | RBS | Counterparty |
| | | SEI Investment Solutions | Counterparty |
| 68. | VEIRANO E ADVOGADOS ASSOCIADOS | Veirano Advogados | Vendor |
| 69. | VIVO S.A. | Box, Inc. | Vendor |

|  | Interested Party Name | MIO  Connection Name[1] | Connection Type |
|---|---|---|---|
| 70. | Wells Fargo Bank Northwest N.A. Wells Fargo Bank Northwest, N.A. | ACA Group | Vendor |
|  |  | Citadel Securities | Counterparty |
|  |  | Delaware Trust Company | Vendor |
|  |  | Wachovia Bank | Counterparty |
|  |  | Wells Fargo | Counterparty |
|  |  | Wells Fargo Securities | Counterparty |
| 71. | WHITE & CASE LLP | White & Case LLP | Vendor |
| 72. | WHITEBOX MULTI-STRATEGY PARTNERS, L.P. | Whitebox Advisors, LLC | Investment |
|  |  | Whitebox Multi-Strategy Fund | Investment |