UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LATAM Airlines Group S.A., *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No.:  20-11254 (JLG)<br><br>Jointly Administered<br><br>**Related Docket: 5835** |

**ORDER APPROVING STIPULATION BY AND BETWEEN**
**DEBTORS AND CERTAIN ENGINE COUNTERPARTIES**

Upon the application (the "Application")[2] of LATAM Airlines Group S.A.

("LATAM Parent") and certain of its affiliated debtors and debtors-in-possession

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are:  LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts  LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); LATAM Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); ABSA Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33122.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Application except where indicated otherwise.

(collectively, the "Debtors"), for entry of an order (this "Order") approving the Stipulation annexed hereto as **Exhibit 1** (the "Stipulation") entered into by and between the Debtors and International Aero Engines, LLC ("IAE"), IAE International Aero Engines AG ("IAE AG"), Pratt & Whitney, a division of Raytheon Technologies Corporation ("Pratt"), PW1100G-JM Engine Leasing, LLC ("PW1100G-JM Leasing" and, together with IAE, IAE AG, and Pratt, the "Claimants" and, the Claimants together with the Debtors, the "Parties"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure Rules (the "Bankruptcy Rules");  and it appearing that the Court has jurisdiction to consider the Motion and relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates;  and this Court having reviewed the Application and the Stipulation;  and good and sufficient notice of the Application having been given to all parties entitled thereto;  and a hearing to consider the Application having been held before the Court (the "Hearing");  and upon the record made during the Hearing;  and after due deliberation and sufficient cause appearing therefor, and upon all of prior pleadings and proceedings had herein;  it is hereby:

**ORDERED**, that the Application is GRANTED and the Stipulation, the terms of which are incorporated herein, is approved; and it is further

**ORDERED**, that all objections, if any, to the Application and the relief requested that have not been withdrawn, waived, or settled, and all reservations of rights included in such objections, are hereby overruled on the merits with prejudice; and it is further

**ORDERED**, that the failure specifically to include any particular provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such provision, it being the intent of this Court that the Stipulation be authorized and approved in its entirety; and it is further

**ORDERED,** that the Court shall retain exclusive jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Stipulation and Order or any other actions to implement, interpret or enforce the terms and provisions of this Stipulation and Order.

**ORDERED**, that the Debtors' claims agent, Kroll Restructuring Administration, and the Clerk of this Court are authorized to take any and all actions necessary and appropriate to give effect to this Stipulation and Order.

DATED:  New York, New York
           July 25, 2022

/s/ *James L. Garrity, Jr.*
_____
HONORABLE JAMES L GARRITY, JR
UNITED STATES BANKRUPTCY JUDGE