**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.: 20-11254 (JLG) |
| Reorganized Debtors.[1] | Jointly Administered |
|  | **Related Docket Nos. 1588, 1592, 3341 & 6761** |

**THIRD SUPPLEMENTAL DECLARATION OF DMITRY KRIVIN IN SUPPORT OF
THE DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR
AUTHORITY TO PERFORM UNDER AND MAKE PAYMENTS UNDER
ORDINARY COURSE CONSULTING CONTRACTS WITH MCKINSEY & COMPANY
CHILE LTDA.**

I, Dmitry Krivin, declare as follows:

1.    I am employed as a partner at McKinsey & Company, Inc. United States

("McKinsey US") with an office at 175 Greenwich Street, New York City, NY, 10007.

McKinsey & Company, Inc. ("McKinsey & Co.") is the ultimate parent company of McKinsey

US, McKinsey & Company Chile Ltda. ("McKinsey Chile") and its affiliates (collectively,

---

[1]    The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are:  LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM-Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services LLC (30-1133972); Maintenance Service Experts  LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services, Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); LATAM Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); ABSA Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corretora de Seguros Ltda. (N/A).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33122.

"McKinsey").[2]    I am duly authorized to make this supplemental declaration (this "Third Supplemental Declaration"), which is being submitted to supplement my initial declaration filed on January 6, 2021 [Docket No. 1588-2] (the "Initial Declaration"),[3] my supplemental declaration filed on March 11, 2021 [Docket No. 1979] (the "First Supplemental Declaration"), my supplemental declaration filed on  June 30, 2022 [Docket No. 5853] (the "Second Supplemental Declaration" and, together with the Initial Declaration and the First Supplemental Declaration, the "Prior Declarations") on behalf of the Proposed Professionals (as defined below)[4] in support of the Debtors' *Application for an Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Perform and Make Payments Under Two Ordinary Course Consulting Contracts with McKinsey & Company Chile Ltda.* [Docket No. 1588] (as supplemented, the "Application").

2.    On January 6, 2021, the Debtors filed the Application. On April 15, 2021, the Court entered the *Order Authorizing the Debtors to Perform and Make Payments Under Two Ordinary Course Consulting Contracts with McKinsey & Company Chile Ltda.* [Docket No. 2177].

3.    On October 7, 2021, the Debtors filed a supplemental application for approval of McKinsey's retention regarding a separate ordinary course contract with the Debtors [Docket No. 3341], which was approved by the Court on November 2, 2021 [Docket No. 3484].  In addition, on  September 16, 2022, the Debtors filed a second supplemental application for

---

[2]    The term "McKinsey" does not include investment affiliate MIO Partners, Inc. and its affiliated investment and advisory services related entities or their employees.

[3]    The motion to which the Initial Declaration was attached as an exhibit was withdrawn for docketing purposes only [Docket No. 1591] and refiled on January 7, 2021 [Docket No. 1592-2].

[4]    All capitalized terms used but not defined herein shall have the meanings set forth in the Application and the Initial Declaration.

approval of McKinsey's retention regarding another ordinary course contract with the Debtors [Docket No. 6761], which was approved by the Court on October 21, 2022 [Docket No. 6948].

4.      Except as otherwise noted, the statements set forth herein are based on knowledge I have from my employment position and diligence undertaken by me or professionals working with me and, if called and sworn as a witness, I would testify competently thereto.

### Disclosure Regarding Connections of McKinsey

#### Client Connections

5.      As described in more detail in the Initial Declaration, the Proposed Professionals[5] undertook a comprehensive process to determine whether they had any connections or other relationships that might cause them to hold or represent an interest adverse to the Debtors. Specifically, the Proposed Professionals obtained from the Debtors or their representatives the names of individuals and entities that may be parties in interest in the Debtors' chapter 11 cases (as updated from time to time, the "Potential Parties in Interest"), and such parties were listed on Schedule 1 to the Initial Declaration.  This process was repeated in connection with the Second Supplemental Declaration, and the then-current Potential Parties in Interest list was attached as Schedule 1 to my Second Supplemental Declaration as filed with the Court on June 30, 2022 [Docket No. 5853].

6.      Subsequent to the preparation of the Second Supplemental Declaration, the Debtors and/or their representatives provided the Proposed Professionals with an updated list of Potential Parties in Interest (the "Consolidated Interested Parties List"), which is attached hereto

---

[5]      The Proposed Professionals are McKinsey Chile, McKinsey US, McKinsey UK, McKinsey Prague, McKinsey Africa, McKinsey Brazil, McKinsey Switzerland, McKinsey Argentina, McKinsey Luxembourg, McKinsey India and McKinsey Italy.

as **<u>Schedule 1</u>**.  The Working Group[6] used the same process described in the Initial Declaration

and Second Supplemental Declaration to expand the new parties listed on the Consolidated

Interested Parties List to include all corporate affiliates[7] that shared a common parent with each

new corporate party listed on the Consolidated Interested Parties List (the "<u>Further Supplemental</u>

<u>Interested Parties</u>").    The Further Supplemental Interested Parties were then added to the

Updated Expanded IPL to create the "<u>Further Updated Expanded IPL</u>."[8]    In sum, the Further

Updated Expanded IPL included 49,128 new unique parties (i.e., the Further Supplemental

Interested Parties and their affiliates).[9]

7.    The Working Group also used the same process described in the Initial

Declaration and Second Supplemental Declaration to compile an updated Client List, using a

"<u>Further Updated Look-Back Period</u>" starting on May 26, 2017 and ending on August 31, 2022

(the "<u>Further Updated Client List</u>").

---

[6]    The Working Group that assisted with preparing the disclosures contained in this Third Supplemental Declaration consisted of a core team of myself, Igor Budnyk, Holly Cai, Anubhav Jha and Brandon Suber.

[7]    As noted in the Initial Declaration, affiliate relationships were deemed to exist where a parent company owned 20% or more of the equity of a subsidiary, analogous to the definition of a debtor affiliate in section 101(2) of the Bankruptcy Code.  The Bankruptcy Code states that the term "affiliate" means "(A) entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities— (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote; (B) corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—(i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote . . . ." 11 U.S.C. § 101(2).

Where Capital IQ's data indicated a corporate parent or subsidiary relationship existed but did not provide information sufficient to determine whether the applicable parent company owned 20% or more of the equity of a subsidiary, the entity was assumed to be above the ownership threshold and was included as an affiliate on the Further Updated Expanded IPL out of an abundance of caution.

[8]    Because of the voluminous nature of the Further Updated Expanded IPL, it is not attached to this Third Supplemental Declaration.  Copies are available upon request to the Proposed Professionals' counsel.

[9]    As described in the Initial Declaration, the Protocol does not require such an expansion of the Updated Interested Parties List.  The Proposed Professionals undertook this analysis out of an abundance of caution, in part to account for the lack of a computerized conflict-checking database.

8.      The Working Group then used the same process described in the Initial Declaration and Second Supplemental Declaration to check the names `on the Further Updated Client List against the Further Updated Expanded IPL, and the scope of the check was intentionally broad and inclusive.  This search captured not only connections to the Further Supplemental Interested Parties, but also any new connections to the original Expanded IPL and Updated Expanded IPL since the filing of the Prior Declarations. The resulting matches, other than the Debtors, not previously included in the Prior Declarations are set forth on **Schedule 2** hereto.  Based upon the results of the questionnaire process described in the Prior Declarations and herein, to the best of my knowledge, subject to the disclosures set forth herein, (i) none of these client connections constitute interests adverse to the Debtors, and (ii) all of these client connections involved consulting matters unrelated to the Debtors.

Vendor Connections and Banking Connections

9.      The Working Group also compared McKinsey's records of ordinary-course vendor and banking connections during the Further Updated Look-Back Period against the Further Updated Expanded IPL, and the resulting matches not previously included in the Prior Declarations are set forth on **Schedule 2** hereto. To the best of my knowledge, as ordinary-course vendor and banking connections and relationships, none of these connections constitute interests adverse to the Debtors.

Questionnaires

10.      In addition, the Working Group sent supplemental surveys relating to the parties added to the Consolidated Interested Parties List and the Further Updated Expanded IPL and connections thereto, to supplement the results of the surveys described in paragraphs 17-20 of the Initial Declaration, paragraph 5 of the First Supplemental Declaration, and paragraph 9 of the

Second Supplemental Declaration. The results of these supplemental surveys, to the extent not previously disclosed in the Prior Declarations, are reflected in the disclosures set forth herein.

Engagement Team

11.    The Working Group also used the same process described in the Initial Declaration and Second Supplemental Declaration to determine whether any McKinsey employees had been added to the Engagement Team since the preparation of my Second Supplemental Declaration and to further determine whether any such additional employees resulted in any new Retained Affiliates.  Any additional Engagement Team members identified were employees of one of the Proposed Professionals previously identified in my Prior Declarations.  Such additional Engagement Team members were included in the connection checking process described herein.

MIO Disclosures

12.    In addition, consistent with the Protocol, counsel for the Proposed Professionals sent the Further Updated Expanded IPL to counsel for MIO to facilitate MIO's search for new connections to Interested Parties listed on the Consolidated Interested Parties List.  MIO then compared the Further Updated Expanded IPL to a list, compiled to the best of its knowledge, of its third-party investment managers, direct investments, financial counterparties and service providers (such as vendors) for the Further Updated Look-Back Period.  Counsel for MIO then delivered the results of this comparison to counsel for the Proposed Professionals, and the resulting matches not previously included in the Prior Declarations are set forth on **Schedule 3** hereto.  Based on the results provided by MIO, to the best of my knowledge, none of these connections result in any Proposed Professional holding or representing an interest adverse to the Debtors.

13.     MIO's current board of directors is comprised entirely of retired McKinsey partners and independent members who are not current or former McKinsey partners.[10]  To the best of my knowledge, based on the results of the surveys, no member of the Engagement Team served on the MIO board of directors, or worked with any members of that board in their capacities as board members, during the Further Updated Look-Back Period.

Other Disclosures

14.     Other than the Debtors and as otherwise disclosed below, no client listed on **Schedule 2** hereto accounted for more than 1.00% of the gross revenue of McKinsey or any of the Proposed Professionals during the period from September 1, 2021 through August 31, 2022 (the "Further Updated Revenue Period").[11]

15.     To the best of my knowledge, other than the Debtors, the following clients accounted for more than 1.00% of McKinsey Chile's gross revenue during the Further Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

  a.     Banco de Chile, Banco del Pichincha,  BHP Group Ltd, Claro (AMX) VTR (LLA), Ecopetrol, Grupo de Inversiones Suramericana SA, and Grupo W-VRIO accounted for 1.01–3.00% of McKinsey Chile's gross revenue during the Further Updated Revenue Period.

---

[10]     MIO's CEO, Basil Williams, also serves on the MIO Board.  Mr. Williams has never been a McKinsey partner.

[11]     In certain jurisdictions, McKinsey maintains two separate legal entities that operate jointly with the same employees, with the only distinction being that they bill their clients in different currencies.  For the purpose of the revenue analysis, I have included both of those legal entities' revenue for the sake of additional transparency.

      b.      AT&T, CMPC, and Empresas Copec S.A. accounted for 3.01–5.00% of McKinsey Chile's gross revenue during the Further Updated Revenue Period.

      c.      Banco Itau S.A., Banco de Credito e Inversiones, and Grupo Security SA accounted for 5.01–9.00% of McKinsey Chile's gross revenue during the Further Updated Revenue Period.

16.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey UK's gross revenue during the Further Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.      AON Corporation, Bayer AG, BP p.l.c., HMRC, HSBC Holdings plc, Lloyds Banking Group, Shell plc, and Tata Sons each accounted for 1.01–3.00% of McKinsey UK's gross revenue during the Further Updated Revenue Period.

      b.      Banco Santander SA accounted for 3.01–5.00% of McKinsey UK's gross revenue during the Further Updated Revenue Period.

17.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Prague's gross revenue during the Further Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.      BP p.l.c. accounted for 1.01–3.00% of McKinsey Prague's gross revenue during the Further Updated Revenue Period.

    b.    Deutsche Telekom AG accounted for 3.01–5.00% of McKinsey Prague's gross revenue during the Further Updated Revenue Period.

    c.    Allianz accounted for 11.01–14.00% of McKinsey Prague's gross revenue during the Further Updated Revenue Period.

18.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Africa's gross revenue during the Further Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

    a.    Access Bank Plc, Anglo American plc, the Coca-Cola Company, the Government of Egypt, Old Mutual Limited, and Safaricom PLC each accounted for 1.01–3.00% of McKinsey Africa's gross revenue during the Further Updated Revenue Period.

    b.    Absa Group Limited accounted for 3.01–5.00% of McKinsey Africa's gross revenue during the Further Updated Revenue Period.

    c.    MasterCard Inc. accounted for 13.01–16.00% of McKinsey Africa's gross revenue during the Further Updated Revenue Period.

19.    To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey US's gross revenue during the Further Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

    a.    Boeing Company, Citigroup Inc., and Verizon Communications each accounted for 1.01–3.00% of McKinsey US's gross revenue during the Further Updated Revenue Period.

20.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Brazil's gross revenue during the Further Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.    America Movil/Claro Brasil, AT&T, Ecopetrol, Johnson Controls Inc., Telecom Italia S.p.A., Telefónica, and Vale SA each accounted for 1.01–3.00% of McKinsey Brazil's gross revenue during the Further Updated Revenue Period.

      b.    Banco Itau S.A. and Braskem S.A. each accounted for 5.01–9.00% of McKinsey Brazil's gross revenue during the Further Updated Revenue Period.

21.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Switzerland's gross revenue during the Further Updated Revenue Period. To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.    Allianz, Credit Suisse Group, Galderma S.A., Novartis, Roche Holding AG, Shell plc, and SIX Group AG each accounted for 1.01–3.00% of McKinsey Switzerland's gross revenue during the Further Updated Revenue Period.

      b.    AON Corporation accounted for 3.01–5.00% of McKinsey Switzerland's gross revenue during the Further Updated Revenue Period.

22.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Argentina's gross revenue during the Further Updated Revenue Period.  To

the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.      Grupo Aval Acciones y Valores S.A., Freeport-McMoRan Inc., Mineros S.A., Promerica Financial Corporation, and Suez each accounted for 1.01–3.00% of McKinsey Argentina's gross revenue during the Further Updated Revenue Period.

      b.      Banco Itau S.A., Banco Santander, S.A., and Grupo W-VRIO each accounted for 3.01–5.00% of McKinsey Argentina's gross revenue during the Further Updated Revenue Period.

      c.      Grupo Galicia accounted for 5.01–7.00% of McKinsey Argentina's gross revenue during the Further Updated Revenue Period.

      d.      AT&T and Banco de Credito e Inversiones each accounted for 12.01–16.00% of McKinsey Argentina's gross revenue during the Further Updated Revenue Period.

23.      To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Luxembourg's gross revenue during the Further Updated Revenue Period. To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.      ABB Ltd, Dfs Group Ltd., Euroclear, and Solvay each accounted for 1.01–3.00% of McKinsey Luxembourg's gross revenue during the Further Updated Revenue Period.

      b.      Saudi Aramco accounted for 3.01–5.00% of McKinsey Luxembourg's gross revenue during the Further Updated Revenue Period.

  c.  Tata Sons accounted for 9.01–12.00% of McKinsey Luxembourg's gross revenue during the Further Updated Revenue Period.

24.  To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Italy's gross revenue during the Further Updated Revenue Period. To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

  a.  Atlantia SpA, Banca Fideuram SPA, Enel SpA, General Electric Company, Italgas, Lenovo, Nexi, Open Fiber S.p.A., Telecom Italia S.p.A., and WindTre each accounted for 1.01–3.00% of McKinsey Italy's gross revenue during the Further Updated Revenue Period.

  b.  Allianz and ENI S.p.A. each accounted for 3.01–5.00% of McKinsey Italy's gross revenue during the Further Updated Revenue Period.

  c.  Intesa Sanpaolo SpA accounted for 20.01–25.00% of McKinsey Italy's gross revenue during the Further Updated Revenue Period.

25.  To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey India's gross revenue during the Further Updated Revenue Period. To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

  a.  Cognizant Technology Solutions Corporation, HDFC Group, Infosys Technologies Ltd, Reliance Industries Ltd., and TVS Group each accounted for 1.01–3.00% of McKinsey India's gross revenue during the Further Updated Revenue Period.

b.    Tata Sons accounted for 3.01–5.00% of McKinsey India's gross revenue during the Further Updated Revenue Period.

c.    IDFC First Bank Limited accounted for 5.01–7.00% of McKinsey India's gross revenue during the Further Updated Revenue Period.

26.    As described in more detail in the Initial Declaration, McKinsey's consulting affiliates provide services to an array of clients in restructuring and turnaround engagements. They also serve clients across a broad range of industries, functions and geographies, and, within industries, serve competitors, in each case in a manner and through use of means, including information barriers between client service teams (as described in the Initial Declaration), that protect the confidentiality of each client's information (including the confidentiality of the engagement itself, unless otherwise public). As a result, McKinsey may have served or have been served by, and may in the future serve or may be served by, certain parties listed on the Consolidated Interested Parties List in matters unrelated to the Debtors either individually or as part of an engagement for an ad hoc group or official committee of creditors or interest holders. To the best of my knowledge, (i) all such connections during the Further Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto, and (ii) based on the review process conducted to date, except as otherwise disclosed in the Prior Declarations or herein, (a) none of these connections constitute interests adverse to the Debtors and (b) all of these connections involved consulting matters unrelated to the Debtors.

27.    As described in more detail in the Initial Declaration, from time to time McKinsey provides overall strategic analysis and advice to companies that operate in the airline industry in which the Debtors operate, which analysis and advice could include review of and comment on strategic considerations with respect to the Debtors, among others, based on publicly available

information.    To the best of my knowledge, (i) all such connections with Interested Parties during the Further Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto, and (ii) based on the review process conducted, as described in more detail in the Prior Declarations, except as otherwise set forth in the Prior Declarations and herein, (a) none of these connections constitute interests adverse to the Debtors and (b) all of these connections involved consulting matters unrelated to the Debtors.

28.    As described in more detail in the Initial Declaration, as part of its practice, McKinsey provides support to clients on purchasing and supply management relating to direct and indirect materials and services, including in the airline industry and travel sector.    Generally, the services consist of fact-based analysis to understand the client's costs and who other potential vendors are, support in developing requests for proposals, and analysis of and advice relating to the responses from vendors.    McKinsey generally does not directly contact or negotiate with vendors for its clients.    For instance, among other representations, certain McKinsey professionals have provided services to Pratt & Whitney regarding various outstanding contracts, and Pratt & Whitney is a contract counterparty with LATAM.    To the best of my knowledge, because of their generalized nature and based on the results of the surveys, except as otherwise set forth in the Prior Declarations and herein, (i) none of these connections constitute interests adverse to the Debtors, and (ii) all such McKinsey client connections with any Interested Party during the Further Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto.

29.    As described in more detail in the Initial Declaration, McKinsey & Co. owns a Program Management Tool used by McKinsey clients, including the Debtors.    During the Further Updated Look-Back Period, no member of the Engagement Team served on the Program

Management Tool Team and, as such, no member of the Engagement Team had access to Program Management Confidential Information during that time.

30.    As described in more detail in the Initial Declaration, certain McKinsey consulting affiliates, from time to time, have received non-cash compensation (such as equity securities or equity-like interests in a client) pursuant to alternative fee arrangements or other similar engagements.  To the best of my knowledge, McKinsey has no such connection with the Debtors or any other entity on the Consolidated Interested Parties List, but nonetheless note that McKinsey may have such connections with the following entities on the Further Updated Expanded IPL (or entities affiliated with such entities on the Further Updated Expanded IPL, as indicated below): AMG Comercial Ltda., Evelo Biosciences, Inc., General Fusion Inc., Catterton Management Company, L.L.C., National Resilience, Inc. and Volta Trucks AB.[12]

31.    As disclosed in the Prior Declarations, certain McKinsey employees, including members of the Engagement Team, may have been formerly employed by or otherwise affiliated with, the Debtors, Interested Parties or parties on the Further Updated Expanded IPL, or other financial or professional services firms that may have served the Interested Parties or parties on the Further Updated Expanded IPL.  I note that, in addition to the McKinsey professionals listed in the Prior Declarations, Alejandra Álvarez, Ana Blain Campos, Pámela Olivas Daneri, María Michelin Salomon Gossweiler, Camilo Guida, Angel Nuñez and Natalia Quigua previously worked for LATAM (or its affiliates or predecessors). Such employees are not on the Engagement Team.

---

[12] McKinsey's connection is to Volta Trucks which may be affiliated with Volta Trucks AB.

32.    In the ordinary course of providing services to LATAM, members of the Engagement Team have developed social and professional connections and relationships with current and former employees of LATAM.

33.    Similarly, former McKinsey employees may have been or may be currently employed by, or otherwise affiliated with, parties that may be among the Debtors, the Interested Parties or other financial or professional services firms that serve or served such parties. McKinsey has inquired of the Debtors and has been informed that the Debtors have done a review and can confirm that, to the best of their knowledge, no executive level employee has been employed by McKinsey in the past 3 years.

34.    As disclosed in my Prior Declarations, certain professionals employed by McKinsey (or their immediate family members) may have certain refunds, credits or miles issued by the Debtors that were acquired in the ordinary course.    Relatedly, certain professionals employed by McKinsey may have ongoing disputes, disagreements or litigation with LATAM relating to such refunds or credits.    The results of the surveys established that no such professional holds an interest adverse to the Debtors.

35.    Based on the results of the surveys, in addition to the McKinsey professionals listed in the Prior Declarations, four professionals employed by McKinsey do or did hold interests in securities issued by the Debtors while McKinsey has been engaged to do work for the Debtors (including prepetition).    None of them is on the Engagement Team,[13] and therefore all of them are subject to the information barriers and other protections safeguarding McKinsey's non-public information about the Debtors.    Pursuant to McKinsey's personal trading policy (the

---

[13]    Out of an abundance of caution I note that one of these professionals that held interests in securities issued by the Debtors prior to his employment by McKinsey provided services to LATAM in 2017 (several years prior to LATAM's bankruptcy), but is not part of the Engagement Team and had sold the securities prior to joining McKinsey and serving LATAM.

"Personal Trading Policy"), employees have been, absent an approved exception, strictly prohibited from buying or selling single-name publicly traded securities of any McKinsey client. Employees are permitted to own single-name publicly traded securities of a McKinsey client if the securities were acquired prior to the employee joining McKinsey or prior to the period during which the issuer was a McKinsey client. The Personal Trading Policy is distributed annually for employees' review and certification of compliance, and new employees are asked to review and certify their compliance within a month of their start date. The results of the surveys, and subsequent follow up, accordingly established that no such professional holds a material interest adverse to the Debtors.[14]

36.    In addition, effective as of August 1, 2022, a revised Personal Trading Policy prohibits all McKinsey employees from purchasing the single-name publicly traded securities of any company, including clients.

37.    As disclosed in the Prior Declarations, in the ordinary course of business, McKinsey is at times engaged to serve as a subcontractor, or engages another service provider as a subcontractor, on a larger service contract for a client. For completeness, (i) the ultimate end clients for services during the Further Updated Look-Back Period are set forth in the Prior Declarations or on **Schedule 2** hereto and (ii) the entities with which McKinsey had subcontracting connections during the Further Updated Look-Back Period that are on the Further Updated Expanded IPL and were not previously included in the Prior Declarations are identified here: Steel Point and United Healthcare Services, Inc.

---

[14]    Consistent with Protocol Exhibit B, the surveys did not seek responses regarding ownership or beneficial interests in such securities constituting investments (including through mutual funds and other investment vehicles) that are managed by third parties with delegated investment authority and discretion.

38.     McKinsey & Company, Inc. is party to a joint venture with Carl Zeiss Smart Optics Inc, which is identified on the Further Updated Expanded IPL as affiliated with Deutsche Telekom A.G., an Interested Party.  The joint venture, MakerVerse GmBH, offers on-demand 3D printing for a variety of metal and polymer materials.

39.     As disclosed in the Prior Declarations, I am not related or connected to and, to the best of my knowledge based on the review process conducted to date, no other professional of McKinsey is related or connected to, any United States Bankruptcy Judge for the Southern District of New York or the United States Trustee, or any employee in the Office of the United States Trustee for Region 2, except in each case as described in this paragraph.  Out of an abundance of caution, and in accordance with the Protocol, based on the results of the surveys or as otherwise known to me, I note that several McKinsey personnel have met or worked with employees in the Office of the U.S. Trustee for Region 2 in the limited contexts of McKinsey's roles in other bankruptcy cases or have otherwise met or appeared before certain bankruptcy judges in the Southern District of New York in connection with such bankruptcy cases (including related mediations with such judges).

40.     Accordingly, except as otherwise set forth in the Prior Declarations and herein, insofar as I have been able to determine after reasonable inquiry and to the best of my knowledge, I believe that neither the Proposed Professionals, nor their affiliates, nor any member of the Engagement Team holds or represents any interest adverse to the Debtors or their estates with respect to the services being provided.

41.     The Proposed Professionals will endeavor to further supplement this Third Supplemental Declaration in the event they become aware of any connection or other information that requires disclosure.

[*Remainder of page left intentionally blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge.

Dated:    December 30,  2022
           New York, NY

By:    */s/ Dmitry Krivin* _____
           Dmitry Krivin
           Partner
           McKinsey & Company, Inc. United States

## **Schedule 1**

Consolidated Interested Parties List

*Privileged & Confidential*
*Attorney Work Product*
*CGSH Draft 07.27.22*

## Potential Parties-in-Interest

### Debtor Entities

ABSA Aerolinhas Brasileiras S.A.
Aerovías de Integración Regional S.A.
Cargo Handling Airport Services, LLC
Connecta Corp.
Fast Air Almacenes de Carga S.A.
Fidelidade Viagens e Turismo S.A.
Holdco Colombia I SpA
Holdco Colombia II SpA
Holdco Ecuador S.A.
Holdco I S.A
Inversiones Aéreas S.A.
Inversiones Lan S.A.
Lan Cargo Inversiones S.A.
Lan Cargo Overseas Ltd.
Lan Cargo Repair Station LLC
Lan Cargo S.A.
Lan Pax Group S.A.
LATAM-Airlines Ecuador S.A.
LATAM Airlines Group S.A.
LATAM Airlines Perú S.A.
LATAM Finance Ltd.
LATAM Travel Chile II S.A.
Línea Aérea Carguera de Colombia S.A.
Maintenance Service Experts, LLC
Mas Investment Ltd.
Multiplus Corretora de Seguros Ltda.
Peuco Finance Ltd.
Piquero Leasing Limited
Prime Airport Services Inc.
Prismah Fidelidade Ltda.
Professional Airline Cargo Services, LLC
Professional Airline Maintenance Services LLC
Professional Airlines Services Inc.
TAM Linhas Aéreas S.A.
TAM S.A.
Technical Training LATAM S.A.
TP Franchising Ltda.
Transporte Aéreo S.A.

### Non-Debtor Affiliates

Alma Leasing Limited
Amarillys Leasing Limited
Amendoeira Leasing Limited
Americonsult de Costa Rica S.A.
Americonsult de Guatemala S.A.
Americonsult S.A. de C.V.
Angelim Leasing Limited
Araucaria Leasing Limited
Atlantic Aviation Investments Ltd. LLC
Aviación Real A.I.E
Aviación Tritón A.I.E.
Banduria Leasing Limited
Becacina Leasing LLC
Brasilia Lease LLC
Caiquen Leasing LLC
Canastero Leasing Limited
Chercan Leasing Ltd.
Chirihue Leasing Trust
Chucao Leasing Limited
Cisne Leasing LLC
Colibri LLC
Condor Leasing Co Ltd.
Consorcio Fast Air Laser Cargo UTE
Consultoria Administrativa Profesional S.A. de C.V.
Corsair Participacoes S.A.
Cruiser
Cucillo Leasing Limited
Dia Iguazu Ltd.
FI Timothy Leasing Ltd.
Figueira Leasing Limited
Flamenco Leasing LLC
FLYAFI 1 S.R.L.
FLYAFI 2 S.R.L.
FLYAFI 3 S.R.L.
Fragata Leasing LLC
Gallo Finance Limited
Gaviota Leasing Limited
Golondrina Leasing LLC
Guabiroba Leasing Limited
Guanay Finance Limited
Inversiones Heron I Limitada
Inversora Cordillera SA
Jacana Leasing Limited
Jacaranda Leasing Limited
Jarletul SA

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Jatoba Leasing Limited
Jilguero Leasing LLC
Lan Argentina SA
Lan Tours de Mexico S.A. de C.V.
Laser Cargo SRL
LATAM Travel S.R.L. (LTBO)
LATAM Travel SA
Locia Leasing Limited
Mirlo Leasing LLC
Mogno Leasing Limited
NBB Rio de Janeiro Lease Co.
NBB São Paulo Lease Co. Limited
Parina Leasing Limited
Patagon Leasing Limited
Pau Brasil Leasing Limited
Picaflor Leasing Limited
Pilar I Leasing Limited
Pilar II Leasing Limited
Platero Leasing LLC
Quetro Aircraft Leasing Trust
Rayador Leasing Limited
Sapucaia Leasing Limited
Sequoya Leasing Limited
SG Infraestructure Italia S.R.L.
SL Alcyone Ltd. (Showa)
Tagua Leasing LLC
Tarumarana Leasing Limited
Tenca Leasing Limited
Thunderbolt
Tiuque Leasing Limited
Torcaza Leasing Limited
Tordo Aircraft Leasing Trust
Transportes Aereos del Mercosur SA
Tricahue Leasing LLC
Valentine Finance Limited
Vari Leasing limited
Yeco Leasing Limited
Ype Leasing Limited
Zarapito Leasing LLC

### Current Directors & Officers
Carlos Heller Solari
Eduardo Novoa Castellón
Emilio del Real
Enrique Cueto Plaza
Giles Agutter

Henri Philippe Reichstul
Hernán Pasman
Ignacio Cueto Plaza
Juan Carlos Menció
Juan José Cueto Plaza
Nicolás Eblen Hirmas
Patrick Horn
Paulo Miranda
Ramiro Alfonsín Balza
Roberto Alvo
Sonia Villalobos

### Former Directors & Officers (Last 6 Years)
Andrés Osorio Hermansen
Antonio Pizarro
Armando Valdivieso Montes
Claudia Sender
Cristián Ureta Larraín
Damian Scokin
Emilio del Real Sota
Enrique Elsaca Hirmas
Francisco Luzón López
Georges de Bourguignon Arndt
Gerardo Jofré Miranda
Jerome Cadier
José María Eyzaguirre Baeza
Marco Antonio Bologna
Maria Claudia Amaro
Mauricio Rolim Amaro
Ramón Eblen Kadis
Ricardo Caballero
Roberto Alvo Milosawlewitsch

### Major Equity Holders
Axxion S.A.
Comercial las Vertientes SpA
Costa Verde Aeronautica S.A.
Costa Verde Aeronautica SpA
Costa Verde Aeronautica Tres SpA
Delta Air Lines, Inc.
Inversiones Andes II SpA
Inversiones Andes SpA.
Inversiones Caravia Dos y Cía. Ltda.
Inversiones El Fano Dos y Cía. Ltda.
Inversiones HS SpA

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Inversiones La Espasa Dos S.A.
Inversiones La Espasa Dos y Cía. Ltda.
Inversiones Nueva Costa Verde Aeronautica
Ltda.
Inversiones PIA SpA
Inversiones Priesca Dos y Cía. Ltda.
Qatar Airways Investments (UK) Ltd.
TEP Chile S.A.

**Debtors' Restructuring Professionals**
Claro & Cia
Brigard Urrutia Abogados S.A.S.
Demarest Advogados
FTI Consulting Canada ULC
FTI Consulting Inc.
PJT Partners, Inc.
PricewaterhouseCoopers
Prime Clerk LLC
Togut, Segal & Segal LLP
Willis Towers Watson

**Significant Contract Counterparties**
5 Estrelas Special Service
Administradora De Cartões Sicredi Ltda.
ADP GSI España S.A.
Aena S.A.
Aena S.M.E., S.A.
Aeris Holding Costa Rica, S.A.
Aero Cocina S.A De C.V
Aeroport De Tahiti
Aeroporti Di Roma S.P.A
Aeropuertos Del Sureste
Aerorio Servicios Comerciais Ltda
Aerosan
Aeroservicios Cia Ltda
Aerotransporte Mas De Carga S.A De C.V
Aerovip Servicos Comerciais Ltda
Afonso Oliveira Mamede Me.
AG Outsourcing S.A.C
AGI
Air Ground Xpress Inc
Air Logistics Australia Pty Ltd.
Air Total International
Airbus
Aircastle Advisor LLC
Aircastle Holding Corp. Ltd.

Aircross S.A.
Airline Ground Service C.A
Ajover S.A
Al Naboodah Travel & Tourism Agencies
Llc
Albatrozlimo Tour, Incorporated
ALD Development Corp
Allied Irish Bank PLC
Alyzia
Amadeus Global Travel Distribution, S.A.
Ambulancia Jardim Paulista
Anavitoria Artes Ltda
Andes Airport Services S.A
Andrade & Santos Locacao De Modulos
Importaco Ltda.
Anglo-American Ecuador S.A
Artecola Industrias Quimicas Ltda.
Asesorías Jurídicas Y Previsionales
Limitada
Asia Force Japan Company Limited
Atención De Aerolíneas S.A
Atlas Air, Inc.
Atlas Copco Brasil Ltda
Avolon Aerospace (Ireland) AOE 102 Ltd.
Avolon Aerospace Leasing Ltd.
Bahia Catering Ltda.
Banco Bv S/A
Banco Cooperativo Do Brasil
Banco De Colombia S.A.
Banco Do Estado Do Pará S.A.
Banco Do Estado Do Rio Grande Do Sul
Banco Do Nordeste Do Brasil S.A.
Banco Investcred Unibanco S.A.
Banco Mercantil Do Brasil S/A
Banco Panamericano
Banco Ripley S.A., Tiendas Por
Departamento Ripley S.A.
Banco Safra S/A
Banestes
Bank of Utah
BCD Travel Brasil
Belém Servico de Bordo Ltda.
Bidvest Premier Lounge
Bilden Tecnolog Procesos Construtivos
Boeing Aircraft Holding Company
Booking.Com B.V.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Bosfuel Corp.
Bourbon Administradora De Cartões De Crédito,
Bumeran.Com Chile S.A
Bynd Servicos De Tecnologia Ltda. Me
C&A Modas S.A
C6 Bank
Caixa Economica Federal
Cargonaut Nederland B.V.
Carlos Andres Saenz Viera
Carril Group Inc
Cartão Brb S/A
Caterair Servicos de Bordo e Hotelaria Ltda.
Cateringpor De Portugal S.A
Cencosud Administradora De Tarjetas S.A.
Center Norte S.A Constr.Empree.Adm. E Participacao
CFM International Inc.
Charter America Holdings Inc.
Chase Paymentech Solutions
Cia Aerotransportes Mas De Carga S.A.
CNEL
Comercializadora Y Distribuidora María José Niño De Zepeda Valenzuela E.I.R.L.
Comércio E Participações Ltda.
Comissaria Aerea Capixaba Ltda Epp.
Concesionaria Aeropuerto Del Sur S.A
Cooperatieve Vereniging Smart2Pay Global Services U.A
Coriolis Telecom S.A.S
Corporacion Nacional De Electricidad Cnel
Corporativo De Apoyo Empresarial Guzzai S.A. De C.V.
Cortez, Massa & Bello Abogados S. Civil De R.L
Cosan Lubrific Especialidades S.A.
CPAT Global LLC
Cristian Carbales & Cia S.A.S
David Paul Maguiña Zamora
Desacol S.A.
Detroit S.A.
Deutsche Lufthansa Aktiengesellschaft
Diamond Air Freight Inc
Dicom International AG
DK Management Services S.A - Urbanizadora Naciones Unidas S.A

Dnata Airport Services Pty Ltd
Do Brasil-Comercio, Servicos E Mineracao Ltda
Dreamlab Technologies Chile SpA
Dux Trucking Transportes E Logica Ltda
DVB Bank SE
Eagle Aviation Services S.A
Ecatrans S.A
Ecolab Inc.
Efco Usa, Inc.
Ekspert
El Banco Internacional Del Peru. (Interbank)
Electrolux Do Brasil S.A
Empresa De Servicios Transitorio De Personal Limitada
Empresa Eléctrica De Quito
Entorno Digital S.A.
Ernst Y Young SAS
Esmax Distribuidora S.A.
Espinoza Y Heskia Abogados Ltda.
Estilo Express Transportes E Servicios De Malotes Ltda
Estudio Grau S.C.R.L
Estudio Juridico Garcia Castellano & Arroyo
Excavaciones Y Proyectos De Chile S.A
Expeditors International of Washington, Inc.
Explorama Tours Close Corporation
Extra Space Managment, Inc
FBP Engenharia Pericias Assessoria E Consultoria Ltda.
Financeira Itaú Cbd S.A. - Crédito, Financiamento E Investimento
First Class Services, Inc
Flytour Agência De Viagens E Turismo Ltda.
Fortaleza Servico de Bordo Ltda.
Fraport Brasil S.A Aeroporto De Porto Alegre
Fresia Eliana Carrizo Suarez
Frío Aereo
Full Turbos Com E Serv De Pecas Automotivas Ltda
Gartner Ireland Limited
Gasoleo Combustiveis Ltda.
Gate Gorumet Peru S.R.L.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Gate Gourmet Services Pty. Limited
GCG Ground Services (Jamaica)
GE Celma Ltda.
GE Commercial Aviation Services Ltd.
GE Engine Services, Inc.
GE Engine Services, LLC
Global Charte De Mexico Sa De Cv.
Global-Bms Lc
Gol Linhas Aereas Inteligen
GPBR Participacoes Ltda
Grupo De Apoio Ao Adolescente E A
Criança Com Cancer - Graacc
Guterres Comercio de Combustiveis L
Hajin Data Communications Ltda
Herco Combustibles S.A.
Highland Wireless Services, Llc
Hipercard Banco Multiplo S.A.
Holiday Inn Express
IAE International Aero Engines AG
Iata
Icatu Seguros S.A., Icatu Capitalização S.A.
Impacto Pintura Conservacao De Aeronaves
E Servicos Auxiliares Ltda
Improvement Management Consulting
Group , Llc
Industrial Aeronaútica; Indaer
Ingenieria De Mantencion, Proyectos Y
Servicios Ltda
Ingeniería Y Asesorías En Computación Y
Comunicación  Neosecure S.A
Inmobiliaria Del Sol S.A
Inmobiliaria Del Sol S.A Mobisol
Inmobiliaria Fumisa S.A. De C.V.
Instituto Brasileiro De Peritos Em Comércio
Eletrbnico E Telemática Ltda.
Instituto Costarricense De Electricidad
International Card Acquiring Agreement
Inversiones Maitaki Limitada
Israel Aircraft Industries Ltd.
ISS Biosystem Saneamento Ambiental Ltda
ISS Facility Services, S.A. De C.V.
ITA Software Llc
J.M.W. Transportes Solucoes Logisticas
Ltda
Jetex Flight Support Phisical
JF Aviation Structural Repair

Jorge Eduardo Guiñez Fuentealba
JSA Aircraft 7126, LLC
JSA Aircraft 7128, LLC
JSA Aircraft 7239, LLC
JSA Aircraft 7298, LLC
Juniper Technologies Corporation
Kion South America Fab. Equipamentos
Para Armazenagem Ltda
Limpieza Empresarial Del Caribe, S.A
Linkser S.A.
Livelo
Loja Electrolux Comercio Virtual De
Electrodomesticos Ltda
Lufthansa Systems Ag
Lug Aircargo Handling Gmbh
Luis Segundo Noriega Valderrama
Mair Russel Grant Thornton
Manpower Industrial S.A
Manpower Industrial. S. De R.L De C.V.
Maresias Partners Eirelli
Mecánica Y Maestranza En Equipos
Aeroportuarios Viman Limitada
Meebang Air Ahencies Co, Ltd
Mercaper S.A
Mesh Planning Tools Limited, Mesh
Planning Brazil Pesquisa E
Desenvolvimento Ltda.
Messier-Bugatti-Dowty
Miami- Dade County
Milan, Spaces Porta Nuova
Minimum Wage Ordinance
Moodys Investors Services
MTU Motoren-und Turbinen-Union
München GmbH
Multiservicios Aeroportuarios, S.A
Nastec SpA
Natal Catering Ltda.
Nationwide Hospitality Pty Ltd
Nayak Aircraft Service Netherlands BV
Newcastle Systems Inc
Newrest France S.A
Newrest Servair Belgium
Newrest_Servair Chile Ltda
Nobreak.Net Comercio E Serviços Eltro
Eletronicos Ltda. Epp
Novacargo S.A.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Octavio Mestre
Onfederacao Nacional Das Cooperativas Centrais
Orbital WFS
PAAL Aquila Company Ltd.
PAAL Gemini Company Ltd.
Pacific Aviation LLC
Passaredo Tranportes Aéreos S/A
Patroll S.A., Lan Chile S.A.
Paypal (Europe) Sarl Y Cie, Sca.
Pedro Margozzini M
Pertraly S.A.
Petrobras Distribuidora S.A.
Petroleos de Portugal S.A.
Petroleos del Peru Petroperu S.A.
Pinhero Neto Advogados
Plus- Servicos Auxiliares De Transporte Aereo Eireli
Poli Filtro E Comercio De Pecas Para Autos Ltda
Portoseg S.A. Crédito, Financiamento E Investimento
Portway
Pratt & Whitney Engine Leasing LLC
Promotora CMR Falabella S.A.
Puma Energy Paraguay S.A.
Puntonet S.A
Pure Biofuels del Peru S.A.C.
Qantas Airways Limited
R.A. Catering Ltda
Ramon Antonio Levicoy Mansilla
Repremulti S.A.
Representaciones H De C.S.A.C.
Revisa Servicos Aeronauticos Ltda
Rocatel Ltd Epp.
Rolls-Royce PLC
Rolls-Royce Totalcare Services Limited
RS Telecomunicacoes E Vending Ltda
Rudipel Rudnick Petroleo Ltda.
Rumberger Kirk & Caldwell
S.D Shepherd Systems Inc.
Sabre Global Inc.
Sagem Avionics
Sao Luizde Armazens Gerais Ltda.
Sea SpA
Secretaria Nacional De Aviacao Civil

Servcater International Ltda.
Servecom Catering Refeicoes Ltda
Servicios Aereos Pudahuel S.A
Servicios Etaa Victor M. Frías V. E.I.R.L.
Servicos Aeroportuario Ltda Me
Servisair
Sievo Inc
Sistemas Globales Chile Asesorías Ltda
Sita Information Networking Computing Uk Limited
Sita Information Networking Computing Usa
Sky High Leasing Company Ltda.
SLC Servicios Aroportuario Ltda Me
Smart Destinations, Inc.
Sociedad De Recaudación Y Pagos De Servicios Limitada
Societe Air France
Société Internationale De Télécomunications Aéronautiques
South Clean Corporation
SS Narcoossee Road, Llc
STD Inform Consultoria Ltda.
Strategic Air Services Inc.
Swissport Cargo Services
T.A.M. Miranda - Epp
Telconet S.A.
Telefonica Empresas Ctc Chile S.A.
Tempest Servicios De Informática Ltda
Tennant Sales And Service Company
Teradata Chile Industrial Y Comercial Limitada., Teradata.
Terminal De Exportación Internacional Limitada
The Commonwealth Of Australia
The Gourmet Coffe Co.
The Vat Consultancy
The Walshe Group Limited
Third Avenue Tower Owner LLC
Topas Co., Ltda
Total Aviazione Italia S.R.L.
Transportadora Turistica Nahu, S.A De C.V
Travelport LP
Triangle Service, Inc.
Triangle Services Of Florida, Inc
Truyts & Faria Transportes Ltda-Me

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

TTT Moneycorp Limited
Two Datran Center
Unicred Ltda.
United Air Lines, Inc. (UA)
United Technologies International Corp. ,
Pratt & Whitney Division
Uscher W. Furman Gelfenstein
Usinagem WZ Ltda
Valero
Vanguard Marketing
Vermillion Aviation (Two) Limited
Via 56 S.A.
Viajes Falabella S.A.
VMI Sistemas De Seguranca Ltda
Voiped Telecom SLU
Wipro Technology SpA
Worldwide Flight Services Holding S.A
Worldwide Livestock Services Inc
Young & Rubicam Ltda
Zanox Hispanila S.L.U.

**<u>Insurance & Benefits Providers</u>**
10ª Vara de Execuções Fiscais Federais de
São Paulo/SP.
17a Vara Cível da Comarca da Capital de
João Pessoa/PB.
AIG Inc.
AIG Seguros Brasil S.A.
American Life Companhia de Seguros
Amil Assist Med Intern S.A.
Aon Holdings Corretores de Seguros Ltda.
Aon Risk Services (Chile S.A.) Corredores
de Seguros Ltda.
AXA XL
BMI Company Inc.
Chubb Limited
El Pacífico- Compañía de Seguros y
Reaseguros S.A.
Ezze Seguros S.A.
Fairfax Brasil Seguros Corp. S.A.
Grupo Sura
Kaiser Insurance
Liberty Mutual Group
Mapfre Argentina S.A.
Mapfre Brasil
Mapfre Chile

Mapfre Colombia
Mapfre Ecuador
Mapfre Peru
Marsh Corretora de Seguros Ltda.
Mds - Corretor de Seguros S.A.
Meridional Insurance Broker SRL
Metlife Chile Seguros de Vida S.A.
Notre Dame Intermedica Saude as
Odontoprev S.A.
Orion Insurance Group
Procon
Southbridge Compañía de Seguros
Generales S.A.
Starr Companies
Starr International Brasil Seguradora S.A.
Swiss Re Corporate Solutions Brasil
Seguros S.A.
Tokio Marine Holdings, Inc.
Tribunal de Justiço de São Paulo
União Federal
Unimed Sao Carlos Coop Trab Med
UnitedHealthcare
Vara Civel Campinas
Vara da Fazenda Pública da Comarca do Rio
de Janeiro - RJ
Vara das Execuções Fiscais Estaduais
Vara Federal da Subseção de Campinas SP

**<u>Unions</u>**
Asociación Colombiana de Auxiliares de
Vuelo
Asociación Colombiana de Aviadores
Civiles
Asociación Colombiana de Mecánicos de
Aviación
Asociación de Pilotos de Líneas Aéreas
Labor Union of Workers of Easter Island
Pilots' LATAM Colombia Union
(ADALAC)
Simarj Sindicato Aereas Mun RJ
Sindicato Administrativo de Transporte
Aéreo S.A.
Sindicato Administrativo LATAM
Sindicato Aeropuerto
Sindicato Aeroviarios Alagoas
Sindicato Aeroviarios Bahia

Sindicato Aeroviarios Belo Horizonte
Sindicato Aeroviarios Est SP
Sindicato Aeroviarios Guarulhos
Sindicato Aeroviarios Pernambuco
Sindicato Aeroviarios Porto Alegre
Sindicato Aeroviarios RGN - Saern
Sindicato de Empresa de Pilotos de LAN Airlines S.A.
Sindicato de Empresa de Pilotos de LATAM Airlines Group S.A.
Sindicato de Empresa de Pilotos de Transporte Aéreo S.A.
Sindicato de los Trabajadores del Transporte Aéreo Colombiano
Sindicato de Pilotos de LAN Perú S.A.
Sindicato de Pilotos LATAM Airlines Chile
Sindicato de Trabajadores de la Aviación de la Empresa LAN Chile S.A.
Sindicato de Trabajadores de LANExpress S.A.
Sindicato de Trabajadores N°1 de Empresa Transporte Aéreo S.A. Lanexpress
Sindicato de Trabajadores N°1 de Transporte Aéreo S.A.
Sindicato de Tripulantes de Cabina de la Empresa Lanexpress
Sindicato de Tripulantes de Cabina de Lan Perú S.A.
Sindicato de Tripulantes de Cabina de LATAM Airlines Group S.A.
Sindicato de Tripulantes de Cabina de Transporte Aéreo S.A.
Sindicato Historico de Mantenimiento Aeronautico de Chile
Sindicato Interempresa LATAM
Sindicato Interempresa Trabajadores Mantenimiento LATAM
Sindicato Mantenimiento LACL
Sindicato Nacional das Empresas Aeroviárias
Sindicato Nacional das Empresas de Aviação Agrícola
Sindicato Nacional das Empresas de Taxi-Aéreo
Sindicato Nacional de Tripulantes de Cabina de la Empresa LATAM Airlines Group S.A.

Sindicato Nacional dos Aeronautas
Sindicato Nacional dos Aeroviários
Sindicato Nacional Interempresa de Trabajadores Aeronáuticos
Sindicato Pilotos LATAM Airlines
Sindicato Único de Técnicos Aeronáuticos de Lan Perú S.A.
Sindicato Uno de Pilotos de LAN Cargo
Unión de Pilotos Aviadores de LATAM
Workers Union of LATAM Travel

**Bankruptcy Court for the Southern District of New York**
Aileen Ramia
Aldel Brown
Annie Wells
Arturo Tavarez
Brenda Robie
Chantel Barrett
Christine Azzaro
Colin Davidson
Deanna Anderson
Dorothy Li
Frances Fredericks
Frances Ha
Gilana Keller
Greg White
Hon. Cecilia G. Morris
Hon. James Garrity Jr.
Hon. Martin Glenn
Hon. Michael Wiles
Hon. Robert Drain
Hon. Robert Grossman
Hon. Sean H. Lane
Hon. Shelley Chapman
Hon. Stuart Bernstein
Jacqueline DePierola
Jamie Eisen
Jeremiah Ledwidge
Justin Imperato
Kasey Wang
Katrina Pape
Kristin Corbett
Liza Ebanks
Lorraine Echevarria
Lynda Calderon

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Marc Veilleux
Matthew Bentley
Melanie Miller
Mike Paek
Nicole Herther-Spiro
Ronald Howard
Rosemary DiSalvo
Tina Milburn
Vanessa Ashmeade
Willie Rodriguez

**U.S. Trustee Office, Region 2, Southern District of New York, Manhattan Division**
Alaba Ogunleye
Andrea B. Schwartz
Andy Velez-Rivera
Benjamin J. Higgins
Brian S. Masumoto
Cheuk M. Ng
Danny A. Choy
Ercilia A. Mendoza
Greg M. Zipes
Ilusion Rodriguez
Linda A. Riffkin
Madeleine Vescovacci
Maria Catapano
Mary V. Moroney
Nadkarni Joseph
Paul K. Schwartzberg
Richard C. Morrissey
Shannon Scott
Susan Arbeit
Sylvester Sharp
Victor Abriano

**Taxing Authorities**
Administración Federal de Ingresos Públicos
Administración Gubernamental de Ingresos Públicos
Agencia de Recaudación de La ProvInc.ia de Buenos Aires
Agencia Estatal de Administración Tributaria (Spain)
Australian Taxation Office
Bundesministerium Der Finanzen (Germany)

Dipartimento Delle Finanze (Italy)
Dirección de Impuestos y Aduanas Nacionales (Chile)
Dirección General Impositiva (Uruguay)
Dirección Metropolitana Tributaria (Ecuador)
Direction Générale des Impôts (France)
Distrito Metropolitano de Quito (Ecuador)
HM Revenue & Customs (England)
Inland Revenue Department (New Zealand)
Internal Revenue Service
Miami-Dade County Tax
Ministerie Van Financiën (Netherlands)
Ministerio de Hacienda y Crédito Público
Municipalidad (Chile)
Secretaría Distrital de Hacienda - Bogotá
Servicio de Impuestos Internos
Servicio de Impuestos Nacionales (Bolivia)
Servicio de Rentas Internas (Ecudaor)
Servicios de Rentas Internas del Ecuador
Subsecretaria de Estado de Tributación (Paraguay)
Superintendencia de Compañias (Ecudaor)
Superintendencia Nacional de Administración Tributaria (Peru)
Tesoreria General de La Republica (Chile)
Federal Aviation Administration
Florida Department of Revenue
Greater Orlando Aviation Authority
JFK International Air Terminal
Massachusetts Port Authority
New York State
The Port Authority of NY and NJ
U.S. Department of Agriculture
Administración de Aeropuertos y Servicios de Auxilio a la Navegación Aérea (Bolivia)
ADP-Aeroports de Paris (France)
Aena Brasil
Aeroeste (Brasil)
Aéroport de Tahiti
Aeroportos Brasil Viracopos S.A.
Aeroportos do Sudeste do Brasil, Costa do Sol (Brazil)
Aeropuerto Ecológico de Galápagos Ecogal (Ecuador)

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Aeropuerto Internacional Rosario
(Argentina)
Aeropuerto Matecaña (Colombia)
Aeropuertos del Neuquen A.S. (Argentina)
Aeropuertos del Oriente (Colombia)
Aeropuertos del Peru S.A.
Aerotel (Jamaica)
Agencia Estatal de Seguridad Aerea (Spain)
Agunsa (Chile)
Airplan (Colombia)
Airports Company South Africa
Airservices Australia Avcharges Center
Airways Corp. of New Zealand
Ana Aeroportos do Portugal S.A.
Aport (Chile)
Aruba Airport Authority N.V.
Asecna (Agence Pour la Securité de la
Navegatión Aerienne en Afrique et À
Madagascar)
Atns Air Traffic and Navigation Sys, South
African Weather Service
Auckland International Airport Ltd.
Aviapartner Belgium N.V. (Belgium)
Brussels Airport Company N.V. (Belgium)
Bundespolizeidirektion Flughafen
(Germany)
Caribbean Air Navigation & Advisory
(Trinidad and Tobago)
Cavok Aviation Services Ltd. (Nigeria)
Civil Aviation Suriname
Cocesna (Honduras)
Concesion Barranquilla, P.A. (Colombia)
Concess do Aeroporto Inter Confins (Brazil)
Concessionaria Aeroporto Rio de Janeiro
A.S. (Brazil)
Concessionaria do Aerop Salvador (Brazil)
Consecion Terminales Aeroportu
(Colombia)
Consejo Técnico de Aviación Civil –
CETAC (Costa Rica)
Consorcio Aeroportuario de Calama (Chile)
Consorcio Aeroportuario de Magallanes
(Chile)
Corp. oracion Aeroportuaria de Cuenca
(Ecuador)

Corp. oracion Aeroportuaria el Este
(Dominican Republic)
Cubana (Cubana)
Departamento Aeroviario Do Estado de Sao
Paulo (DAESP) (Brazil)
Department of Immigration and Border
(Australia)
Direccao General da Aviacao Civil Portugal
Direccion de Impuestos y Aduanas
Nacionales (Colombia)
Dirección General de Aeronáutica Civil
(Chile)
Direccion General de Infraestructura
(Uruguay)
Direction de la Securite de la Avia (France)
Direction Generale de l'aviation Civile
(France)
Dutch Caribbean Air Navigation (Aruba)
E.T. Heinsen (Dominican Republic)
Emp. Brasileira de Infraestructura (Brazil)
Empresa Publica Metropolitana de Servicios
Aeroportuarios (Ecuador)
Enana Empresa Nacional de Exploraca
(Angola)
Fid-cta. Ing.fid Aijs 3045 (Costa Rica)
Floripa Airport (Brazil)
Fontur Colombia (Colombia)
Fraport AG (Germany)
Guyana Civil Authority (Guyana)
Heathrow Airport Ltd. Veolia (UK)
H.R. Revenue & Customs (UK)
IATA Montreal, IATA Clearing House
(Canada)
Inframerica (Brazil)
Instituto Costarricense de Turismo (Costa
Rica)
Jamaica Civil Aviation Authority (Jamaica)
London Supply Group (Argentina)
MBJ Airports Ltd. (Jamaica)
Ministerio de Turismo (Argentina)
Ministry of Finance, Inc.ome Tax
Department (India)
Municipio de Aracaju (Brazil)
Municipio de Bauru (Brazil)
Municipio de Bayeux (Brazil)
Municipio de Belem (Brazil)

Municipio de Belo Horizonte (Brazil)
Municipio de Blumenau (Brazil)
Municipio de Boa Vista (Brazil)
Municipio de Caldas Novas (Brazil)
Municipio de Campinas (Brazil)
Municipio de Campo Grande (Brazil)
Municipio de Caxias do Sul (Brazil)
Municipio de Chapecó (Brazil)
Municipio de Confins (Brazil)
Municipio de Corumba (Brazil)
Municipio de Criciuma (Brazil)
Municipio de Cuiaba (Brazil)
Municipio de Florianopolis (Brazil)
Municipio de Fortaleza (Brazil)
Municipio de Foz do Iguacu (Brazil)
Municipio de Goiania (Brazil)
Municipio de Guarulhos (Brazil)
Municipio de Ilheus (Brazil)
Municipio de Imperatriz (Brazil)
Municipio de Jaguaruna (Brazil)
Municipio de Joinville (Brazil)
Municipio de Lagoa Santa (Brazil)
Municipio de Londrina (Brazil)
Municipio de Macapa (Brazil)
Municipio de Maceio (Brazil)
Municipio de Manaus (Brazil)
Municipio de Maraba (Brazil)
Municipio de Maringa (Brazil)
Municipio de Natal (Brazil)
Municipio de Osasco (Brazil)
Municipio de Porto Alegre (Brazil)
Municipio de Porto Seguro (Brazil)
Municipio de Porto Velho (Brazil)
Municipio de Ribeirao Preto (Brazil)
Municipio de Rio Branco (Brazil)
Municipio de Rio Largo (Brazil)
Municipio de Santarem (Brazil)
Municipio de Sao Carlos (Brazil)
Municipio de Sao Goncalo do Amarante (Brazil)
Municipio de Sao Jose do Rio Preto (Brazil)
Municipio de Sao Jose Dos Campos (Brazil)
Municipio de Sao Jose Dos Pinhais (Brazil)
Municipio de Sao Luis (Brazil)
Municipio de Sorocaba (Brazil)
Municipio de Teresina (Brazil)

Municipio de Uberlandia (Brazil)
Municipio de Varzea Grande (Brazil)
Municipio de Vitoria (Brazil)
Municipio do Recife (Brazil)
Namibia Atns (Namibia)
National Air Traffic Servi (Nats) (UK)
Nats en Route Plc Nats London (UK)
Nav Canada (Canada)
New Zealand Customs (New Zealand)
Office National de L'aviation Civile (Haiti)
Overflight Ltd. (UK)
Prefeitura Municipal de Palmas (Brazil)
Prefeitura Municipal Do Salvador (Brazil)
Prefeitura Municipal Do Salvador (Brazil)
Puertas Del Sur (Uruguay)
SACSA (Colombia)
Secretaria da Fazenda (Brazil)
Secretaria da Fazenda da Bahia (Brazil)
Secretaria da Fazenda de Minas Gerais (Brazil)
Secretaria da Fazenda de Roraima (Brazil)
Secretaria da Fazenda de Santa Catarina (Brazil)
Secretaria da Fazenda do Distrito Federal (Brazil)
Secretaria da Fazenda do Espirito Santo (Brazil)
Secretaria da Fazenda do Mato Grosso (Brazil)
Secretaria da Fazenda do Mato Grosso do Sul (Brazil)
Secretaria da Fazenda do Rio de Janeiro (Brazil)
Secretaria de Comunicacion y Transportacion (Mexico)
Secretaria de Estado de Economia do Distrito Federal (Brazil)
Secretaria de Estado de Fazenda do D.F. (Brazil)
Secretaria do Municio de São Paulo (Brazil)
Secretaria Municipal de Fazenda - Prefeitura Rio de Janeiro (Brazil)
Secretaria Municipal de Fazenda (Brazil)
Servicios de Aeropuertos Bolivianos AS (Bolivia)
Sinart (Brazil)

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Socicam (Brazil)
Sociedad Concesionaria Aeropuerto
Antofagasta (Chile)
Sociedad Concesionaria Aeropuerto
Araucanía (Chile)
Sociedad Concesionaria Aeropuerto Carriel
Sur (Chile)
Sociedad Concesionaria Aeropuerto de
Arica (Chile)
Sociedad Concesionaria Aeropuerto del Sur
(Chile)
Sociedad Concesionaria Aeropuerto Diego
Aracena, Sociedad Operadora de
Aeropuertos (Colombia)
Societa Esercizi Aeroportuali S.P.A. (Italy)
Storadio Aero (Senegal)
Subdireccion de Aviacion Civil (Ecuador)
Sydney Airport Corp.  Ltd. (Australia)
Terminais Maringa (Brazil)
Terminal Aeroportuaria de Guayaquil
(Ecuador)
Unidad Administrativa Especial (Colombia)
Zambia Aviation Authority (Zambia)

**Debtors' Banks &Financial Service
Providers**
Adyen do Brasil Ltda.
Alelo S.A.
Asesorías e Inversiones American
Express Chile Limitada
Banco Alfa
Banco Bilbao Vizcaya Argentaria S.A.
Banco Bisa
Banco Colpatria
Banco Davivienda S.A.
Banco de Bogotá
Banco de Chile
Banco de Costa Rica
Banco de Crédito del Perú
Banco de Crédito e Inversiones
Banco de la Nacion Argentina
Banco de la Nacion Perú
Banco de la Producción S.A. (Produbanco)
Banco de la República Oriental del Uruguay
Banco de Occidente
Banco de Polinesya

Banco do Brasil
Banco Estado
Banco General de Panama
Banco Guayaquil
Banco Internacional
Banco Intesa Sanpaolo
Banco la Caixa
Banco Pacifico
Banco PichInc.ha
Banco Rendimento
Banco Safra
BanColombia
Bank of America
Bank of China
Black Rock
BNP Paribas
BraSpAg
Caixa Econômica Federal
Cielo S.A.
Commerzbank
Corredores Asociado
Deutsche Bank
Diners Club Do Brasil Cartões de Crédito
Ltda.
Elo Serviços S.A.
Hypercard
Interbank Perú
J.P.Morgan
Redecard S.A.
Sondrio
U.S. Bank National Association
Uol Diveo S.A.
Visa
Westpac

**Fuel Suppliers**
Air BP Copec S.A.
Asecna
Chevron Texaco
EP Petroecuador
Exxon
PBF Energy Inc.
Petrobras Distribuidora S.A.
Raizen Combustiveis S.A.
Shell
Tesoro Nacional Aerocivil

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Vitol Aviation BV
World Fuel International S.R.L.
World Fuel Services Chile Ltda.

**<u>Ordinary Course Professionals</u>**
Advocacia Lunardelli
Behavior Intelligence Consultoria e
Comando G8
Consultax Auditores Independentes
Deloitte
HRBC FZE
Kroll
Lee Brock Camargo Advogados Assoc.
Lexis Nexis
Machado Meyer Sendacz e Opice
Advogados
Mantris Mia Serv Geren Adm Ltda.
Mckinsey & Company Chile Ltda.
Mckinsey & Company do Brasil Consultoria
Ltda.
Mckinsey & Company
Norton Rose Fulbright LLP
Norton Rose Fulbright US LLP
Sodexo
Souto C C Lummertz e Amaral Advogados
Veirano e Advogados Associados

**<u>Significant Vendors</u>**
21 Air
4 Vara Federal Secao Jud Distrit Fe
Accelya
Accenture
Acciona Airports Americas SpA
Administracion Nacional de Aviacion
Aena Aeropuertos S.A.
Aero Miami
Aerocali S.A.
Aeropuerto de Cancun
Aeropuerto Internacional de La Ciudad de
México
Aeropuertos Andinos Del Peru S.A.
Aeropuertos Argentina 2000
Aerotransportes Mas de Carga S.A. de C.V.
Aerovias Del Continente Americanos
Air France Industries
Air New Zealand Limited

Air Total International
AJ Walter Aviation Ltd.
Alliance Ground International
Allus Spain S.l Sucursal Del Peru
Almacontact S.A.S.
Almaviva do Br Telemarketing e Info
Aloia Aerospace
Amadeus ESpAña
Amadeus IT Group S.A.
American Airlines, Inc.
Amsterdam Airport Schiphol
Australia Pacific Airports
Aviam Ltd. Aero International
AWAS Aviation Trading Limited
Ciaxa
Be Aerospace
Bridgestone Aircraft Tire Inc.
Celtago Funding Limited
Cencosud Retail Peru S.A.
Cepsa
Comando da Aeronautica
Compania de Servicios Conexos Express
Compañía ESpAñola de Petróleos, S.A.U.
Compañia Peruana de Medios de Pago
Concessionária do Aeroporto Internacional
de Guarulhos S.A
Coopesa Office
Corpac
Corp. Gacela S.A.C.
CPD Remuneraciones U.S.A.
DCV Registros
Dester
Digecor Inc.
Direccion Aeronautica Civil Pty
Dirección General de Aeronáutica Civil
Direccion Gral de Aviacion Civil
Dnata B.V. Aviapartner Cargo B.V.
ECAF I 2838 DAC
Edenred Chile S.A.
Edenred Peru S.A.
Empresa Brasileira de Infra Estrutu
Empresa Constructora Precon S.A.
Empresa Cubana de Navegación Aérea
ENAP Refinerias S.A.
Engine Lease Finance Corp.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Enterprise Services Brasil Serviços de Tecnologia Ltda.
Enterprise Services Chile
EUROCONTROL
Everfit
Expedia
Facebook
Falabella S.A.
Fideicomiso
Fideicomiso Mercantil Quiport
Fideicomiso Mercantil Tagsa
Fideicomiso Pa Opain S.A.
Fraport
Global Airtech
Global Aviation Co.
Globant
Gobernacion de San Andres Providencia
Gogo LLC
Goodrich
Goodyear
Google
Graphene
Hamilton Sundstrand
Hansair Logistics
Heico
Honeywell
Hotelbeds USA, Inc.
IATA Clearing House
Iata Geneva
Iberia Lineas Aereas de Espana S.A.
IBM
Icebridge Ltd.
Ingesmart S.A.
Innerworkings Servicios Ltda.
Instituto Nacional de Aviacion Civil
Int Meal Company
Intercargo S.A.C.
International Air Transport Association
Israel Aerospace
Jamco
Jeppesen
Johannesburg Limited
Jsa Aircraft
Kirkhill Aircraft Parts Co.
KLM Royal Dutch Airlines
Kuehne Nagel Inc.

Lasa Sociedad de Apoyo Aeronautico
Liebherr Aerospace
Lima Airport Partners
Liq Corp.  S.A.
Los Angeles World Airports
LSG Sky Chefs
Deutsche Lufthansa A.G.
Macquarie Aircraft Leasing
Manchester Securities Corp.
Mccann Erickson
Menzies Aviation Colombia S.A.S.
Mexicana Mro S.A. de C.V.
Microsoft Chile S.A.
Ministerio da Fazenda
Ministerio de Turismo (Ecuador)
NBB
NTT Data
Oceanair
Oracle
Orbital Servicos Auxiliares de Transport Aereo Ltda.
Orix Aviation Systems Limited
Pan American Energy LLC Sucursal Argentina
Panasonic
Professional Aviation Marketing
Puertas del Sur S.A.
Qantas Airways Ltd.
Recaro
Retail In Motion Latin America SpA
Rocket Travel Inc.
Safran Group
Secretaría de Comunicaciones y Transportes, México
Secretaria Fazenda Planejamento
Sita Information Networking Computing
Smbc Aviation Capital
Sociedad Aeroportuaria de la Costa S.A.
Sociedad Concesionaria Nuevo Pudahu
Sociedad Operadora de Aeropuertos Centro Norte S A S.
SpAfax Medios y Publicidad SpA
Sts Aviation Group
Swissport
Telefonica

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Teradata Chile Tecnologias de Informacion Ltda.
Tesoreria General de La Republica
Thales Avionics Inc.
The Nordam Group Inc.
Thompson Aero Seating Ltd.
Thoughtworks
Tianda Chile SpA
Total Aviazione Italia S.R.L.
Transaereo S.A.S.
Transbank S.A.
Transoceanica Cia Ltda.
Travel Security S.A.
Turismo Cocha S.A.
U.S. Custom and Border Protection
U.S. Department of Homeland Security
Unilode Aviation Solutions
United Aerospace Corp.
Wamos Air
Western Global Airlines
Wing Control LLC
YPF S.A.

### Top Unsecured Creditors

Aercap Holdings N.V.
Aerospace Turbine Services and Solutions
Air BP
American Express Travel Related Services Company, Inc.
Avolon Holdings Limited
Banco BTG Pactual Chile S.A.
Banco de Credito del Perú
Banco del Estado de Chile
Banco Itaú BBA S.A.
Banco Itaú Unibanco S.A.
Banco Santander Chile
Banco Santander S.A.
Banco Securities
BBAM Aircraft Leasing & Management
CAE Inc.
CFM International, Inc.
Collins Aerospace
Comando da Aeronautica
Corp. oración Peruana de Aeropuertos y Aviación Comercial S.A.
Direccion General de Aeronautica Civil

Empresa Argentina de Navegació
Etihad Airways Engineering
Everis Chile S.A.
Gate Gourmet U.S., Inc.
General Directorate for Competition of the European Commission
HSBC Bank Chile
Itaú Corp. Banca
OneWorld
Organizacion Terpel S.A.
Petróleo Brasileiro S.A.
Petróleos del Perú S.A.
Regional One Inc., Dash 24 LLC
Repsol S.A.
Scotiabank Chile
Sistemas Globales Chile Asesorias Ltda.
Talma Servicios Aeroportuarios S.A.
The Bank of New York Mellon
The Boeing Company
World Fuel Services Corp.

### Top Secured Creditors

Wilmington Trust Company
Airlines Reporting Corp.
Aviación Centaurus A.I.E.
Bayerische Landesbank
Bond Safeguard Insurance Company
Citibank N.A.
Credit Agricole Corp. orate and Investment Bank
Dia Patagonia Limited
FC Initial Leasing Limited
International Lease Finance Corp.
Merlin Aviation Leasing (Ireland) 18 Limited
MUFG Bank, Ltd.
Natixis
Société Générale
Sumitomo Mitsui Banking Corp.
Wells Fargo Bank Northwest N.A.

### Utilities

Aguas de Teresina Saneamento Spe S.A.
Aguas del Altiplano S.A.
Amazonas Distribuidora de Energia S
AT&T

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Awp Service Brasil Ltda.
Boa Vista Energia S.A.
Brasil Comercializadora de Energias
Brokmake Telecom, S.C.
Ceb Distribuicao S.A.
Cemig Distribuicao S.A.
Claro Chile S.A.
Claro S.A.
Claro Servicios Empresariales S.A.
Cliff Berry, Inc.
Companhia Aguas de Joinville
Companhia Catarinense de Aguas e S.A.
Companhia de Agua e Esgotos da Para
Companhia de Eletricidade do Acre
Companhia de Eletricidade do Amapa
Companhia de Eletricidade do Estado
Companhia de Saneamento Ambiental D
Companhia de Saneamento de Minas Ge
Companhia de Saneamento do Parana S
Companhia Energetica de Alagoas Cea
Companhia Energetica de Pernambuco
Companhia Energetica do Ceara
Companhia Energetica do Maranhao Ce
Companhia Estadual de Aguas E Esgot
Companhia Estadual de Distribuicao
Companhia Paulista de Forca e Luz
Companhia Piratininga de Forca e Lu
Companhia Ultragaz S.A.
Concourse Telecomun Brasil Ltda.
Deutsche Telekom A.G.
Eletropaulo Metropolitana Eletricid
Empresa Baiana de Aguas e Saneament
Empresa Brasileira de Telecomunicac
Empresa Electrica de Aysen S.A.
Empresa Energetica de Mato Grosso D
Empresa Publica Municipal de Teleco
Energisa Paraiba Distribuidora de E
Entel Peru S.A.
Envision Servicos e Solucoes Em
Espirito Santo Centrais Eletricas S
Florida Power & Light Company
Global Village Telecom SaGvenergy
Consultoria Gestao Energia
Mabex Engenharia e Construcoes Eire
Miami-Dade Aviation Department
Movile Internet Movel S.A.

Nextel Communications Arg. S.R.L.
Oi Movel S.A.
Oi S.A.
Onedirect Comunicaciones S.L.
Pacific Mobile Telecom
Peu Eletricidade Ltda.
Rogers Communications Inc.
Sercomtel S.A. Telecomunicacoes
Servico Autonomo Municipal de Agua
Sprint
Summit Broadband Inc.
Telebucaramanga S.A. Esp.
Telecel
Telefonica Brasil S.A.
Telefonica de Argentina S.A.
Telefonica Moviles Argentina S.A.
Telefonos de Mexico Sab de C.V.
Telemar Norte Leste S.A.
Telenor Sverige Ab.
Teliasonera Sverige Ab.
Tim Celular S.A.
Vivo S.A.
Vodafone Libertel B.V.
Vodafone Portugal - Comunicações Pe
Voopter Internet do Brasil S.A.
Waste Management Inc. of Florida
Waste Management Reduction

**<u>Other Parties in Interest</u>**
2e Systems GmbH
Adam Gui
Administradora De Fondos De Pensiones
Cuprum S.A.
Airis Miami LLC
Alixpartners, LLP
Alston & Bird LLP
Alvarez & Marsal Mexico, S.C.
Andrés Antonio Altamirano Medina
Apollo Hybrid Value Management, L.P.
Apple Bank
Asset Chile S.A.
Aurelius Capital Management, Lp
AVLA
Bain & Company, Inc.
Banco ABC Brasil SA
Banco Bice

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Banco Bradesco S.A
Banco Consorcio
Banco Daycoval S.A.
Banco de Sabadell, S.A.
Banco Internacional
Banco Latinoamericano de Comercio
Exterior, S.A.
Banco Pine
Bank NTT
Bank of Communications Limited
Barclays
Beijing Hiwing Travel Ltd.
Bladex or Banco Latinoamericano de
Comercio Exterior, S.A
British Airways plc
BTG Pactual Chile
Canyon Capital Advisors LLC
Cargolux Airlines International S.A .
Caspian Capital Lp
Cathay Pacific Airways Limited
CCB Brasil or China Construction Bank
(Brasil)
Ccp Credit Acquisition Holdings, L.L.C.
Centerview Partners LLC
Certares Opportunities LLC
Chugoku Bank Ltd.
Cigna Investments Inc.
Citibank, S.A.
Continental AG
Corre Partners Management, LLC
Credit Industriel ET Commercial
Credit Suisse
Cross Ocean Partners Management Lp
Davis Polk & Wardwell LLP
Deutsche Bank Securities Inc.
Development Bank of Japan
Diameter Capital Partners Lp
E.SUN Commercial Bank
Ensign Peak Advisors
Export Credit Agency Bank (Cayman)
F. Mutuos Lan
FIP TAM
Francisco Selman Kerestedjian
Fujitsu Technology Solutions GmbH
GA Telesis LLC
Gibson, Dunn & Crutcher LLP

Goldman Sachs
Greenhill & Co., Inc.
Grosvenor Capital Management, L.P.
Guggenheim Securities, LLC
Helaba
Hellmann Worldwide Logistics GmbH & C
o. KG
HP Inc.
Hudson Structure Capital Management
Hugo Andrés Toledo Gonzáles
Ian Ross Bezek
Industrial Bank of Japan
Invictus Global Management LLC
Iron Mountain
Iyo Bank
J.P. Morgan Securities LLC
Jaime Durán López
Kevin Barnes
KfW IPEX-Bank
King Street Capital Management, L.P.
Knighthead Capital Management, LLC
Korea Dev.
Kramer Levin Naftalis & Frankel LLP
Kühne + Nagel Management AG
La Banque Postale
Marathon Asset Management, Lp
Moelis & Company LLC
Monarch Alternative Capital Lp
Moonvalley Capital Y Asesorias Ltda.
Morgan Stanley
NCM (PT-LAK)
NorInc.hukin
Novus
Olympus Peak Asset Management Lp
P. Schoenfeld Asset Management Lp
Paloma Partners Management Company
Paul Hastings LLP
Pentwater Capital Management Lp
Perella Weinberg Partners Lp
PK AirFinance
Quinn Emmanuel Urquhart & Sullivan, LLP
RB Capital Companhia de Securitizacao
RB Commercial Properties 49
Empreendimentos Imobiliarios Ltda.
Recall
Redwood Capital Management, LLC

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Renta Inmobiliaria III
Safra National Bank of New York
Senator International Spedition GmbH
Shinsei Bank
Sociedad Administradora De Fondos De
Cesantía De Chile Ii S.A.
Societe Generale Milan
Strategic Value Partners, LLC
TD Bank
Telemetrix S.A.
The Bank of Fukuoka, Ltd.
The Bank of Yokohama, Ltd.
The Iyo Bank, Ltd.
The Korea Development Bank
The NorInc.hukin Bank
The Tokyo Star Bank, Ltd.
The Walt Disney Company
Tokyo Century
Wacapou Leasing S.A
Wachtell, Lipton, Rosen & Katz
WeWork Companies, Inc.
White & Case LLP
Yen Peng

**<u>Aircraft Leases</u>**
ABN AMRO Bank N.V.
Airbus Bank GmbH
Airbus Financial Services Unlimited
Company
Aircraft 76B-26239 Inc.
Aircraft 76B-28206 Inc.
Avolon Aerospace (Ireland) AOE 100
Limited
Avolon Aerospace (Ireland) AOE 101
Limited
Avolon Aerospace (Ireland) AOE 103
Limited
Avolon Aerospace (Ireland) AOE 99
Limited
Avolon Aerospace AOE 130 Limited
Avolon Aerospace AOE 134 Limited
Avolon Aerospace AOE 62 Limited
AWAS (Ireland) Limited
AWAS 5178 Limited
AWAS 5234 Trust
AWAS Aviation Services, Inc.

Bailarin Leasing Trust
Banc of America Leasing Ireland Co.
Bandurria Leasing Ltd.
Becacina Leasing Trust
Bijlmerplein 888
BOT Leasing Co. Ltd.
C.I.T. Leasing Corp.
Calyon
Cit Aerospace International
Citibank Internationl PLC
Colibri LLC
Commonwealth Bank of Australia, New
York Branch
Dekabank Deutsche Girozentrale
Deutsche Bank AG, New York Branch
Deutsche Bank Trust Company Americas
ECAF I 40589 DAC
Element Financial Corp.
Export-Import Bank of the United States
Govco LLC
Greylag Goose Leasing 38887 Designated
Activity Company
IBJ Leasing Co. Ltd.
ING Capital LLC
International Lease Finance Corp.
Intertrust Trust Corp. Ltd.
Investec Bank plc
J.P Morgan Europe Limited
Jackson Square Aviation, LLC
JMA Aircraft 6632 LP
JMA Aircraft 6670 LP
JSA International US Holdings LLC
Landesbank Hessen-thüringen Girozentrale
Lico Leasing, S.A., E.F.C.
Loica Leasing Limited
LS-Aviation No. 17 Co., Ltd.
LS-Aviation No. 18 Co., Ltd.
LS-Aviation No. 19 Co., Ltd.
LS-Aviation No. 20 Co., Ltd.
LS-Aviation No. 21 Co., Ltd.
LS-Aviation No. 22 Co., Ltd.
LS-Aviation No. 23 Co., Ltd.
LS-Aviation No. 24 Co., Ltd.
Macquarie Aerospace Financie 5125-2 Trust
Macquarie AirFinance Holdings Limited
MAF Aviation 1 Designated Activity Co.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Magix Airlease Limited
Miguel Angel 23
Mitsubishi UFJ Lease & Finance Co., Ltd.
MSN 5213 Limited
NBB Crow Co., Ltd.
NBB Cuckoo Co., Ltd.
NBB Grosbeak Co., Ltd.
NBB-6658 Lease Partnership
NBB-6670 Lease Partnership
NTT Leasing Singapore
PAFS Ireland Limited
Private Export Funding Corp.
Sapphire Leasing I (AOE 7) Ltd.
SBI Leasing Services Co., Ltd.
SG Infrastructure Italia S.R.L.
Shenton Aircraft Leasing 3 (Ireland)
Limited
Showa Leasing Co., Ltd.
Sky High XXIV Leasing Company Limited
Sky High XXV Leasing Company Limited
SL Alcyone Ltd.
TMF lnterlease Aviation 111 B.V.
Volito Aviation August 2006 SA
Volito Aviation August 2007 SA
Volito Aviation Services AB
Wells Fargo Trust Ltd. Corp.
Wilmington Trust SP Services (Dublin)
Limited
Yamasa Sangyo Co., Ltd.
Yamasa Sangyo LA1
Yamasa Sangyo LA2
Mitsubishi HC Capital Inc.
Mizuho Leasing Company, Ltd.
Fuyo General Lease Co., Ltd.

**Litigation**
Koninklijke Luchtvaart Maatschappij N.V.
Martinair Holland N.V.
Swiss International Airlines
DB Barnsdale AG
SAS Cargo Group A/S
SAS Cargo Norway AS
Singapore Airlines Cargo Pte Ltd.
Singapore Airlines Limited
Schenker AG

**DIP Lenders**
QA Investments Limited
QA Investments 2 Limited
Costa Verde Aeronáutica S.A.
Lozuy S.A.
Knighthead Capital Management LLC
Jefferies Capital Management LLC

**Codeshare and Interline Agreement
Counterparties**
Aegean Airlines S.A.
Aer Lingus
Aerotransportes Mas de Carga, S.A. de C.V.
Aerovías De México, S.A. De C.V.
Air Botswana Corp.
Air Canada
Air China Ltd.
Air Europa Líneas Aéreas, S.A.U.
Air India Ltd.
Air Malta Plc
Air Mauritius Ltd.
Air Namibia (Pty) Ltd.
Air Seychelles
Air Tahiti
Air Tahiti Nui
Airbridge Cargo Airlines Ltd.
Aircargo Transport GmbH
Alaska Airlines
All Nippon Airways
Aloha Air Cargo
Amerijet International Inc.
ANAM Transport Inc.
AS Air Baltic Corp.
Asiana Airlines
Atlantis Transport Services Inc.
Austral Lineas Aereas
Austrian Airlines
Avianca S.A.
Azul Linhas Aereas Brasileiras
Brussels Airlines
Catalina Cold Transfer
Cayman Airways
China Airlines
China Cargo Airlines /China Eastern
China Eastern Airlines
China Southern Airlines

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Comair Ltd.
Connex Aircargo Network GmbH
Copa Airlines
Croatia Airlines
Cubana de Aviación S.A.
Czech Airlines CSA
DHL International GmbH
Egyptair
El Al Israel Airlines
Emirates
Estafeta Mexicana S.A. de C.V.
Ethiopian Airlines
Eurowings GmbH
Eva Airways Corp.
Falcon International Carriers LLC
Fedex Corp.
Fiji Airways
Finnair
Forward Air International Airlines Inc.
Garuda Indonesia
Gol Transportes Aereos
Grand Slam Tranportation, Inc.
H.Essers Air Cargo Logistics
Hahn Air
Hainan Airlines
Hawaiian Airlines
Interjet Airlines
Jan de Rijk Logistcis
Japan Airlines
Japan Transocean Air
Jet Airways (India) Ltd.
Jet Airways International, Inc.
Jetblue Airways
Jets Transport Express
Jetstar Airways Pty Ltd.
Kales Airline Services
Kenya Airlines
Kenya Airways
Korean Air
Land Air Express
LIAT Ltd.
Líneas Aéreas Suramericanas S.A.
Luxair S.A., Société Luxembourgeoise de
Navigation Aérienne
Malaysia Airlines
Marshall Transport

Merpati Nusantara Airlines
Mng Airlines
Nippon Cargo Airlines
Olympic Air S.A.
Paranair
Passaredo Linhas Aéreas
Philadelphia Truck Lines
PJSC Aeroflot
Polar Air Cargo Inc.
Polskie Linie Lotnicze Lot S.A.
PTS Logistics
Roadsprint Inc.
Royal Air Maroc
Royal Brunei Airlines
Royal Jordanian
RTW Air Services S.A.
Saudi Arabian Airlines
Scandinavian Airlines
SFS Servicios Aeroportuarios
Shanghai Airlines
Shenzhen Airlines
Siberia Airlines
Società Aerea Italiana S.P.A
Sotracom Air Transit GmbH
South African Airways
Srilankan Airlines
Sterling Transportation Inc.
TAAG Angola Airlines E.P.
TAP Portugal
Terminal Logistics Transporte Fiscalizado
Thai Airways International
THOR Xpress Transport LLC
Trans Pro Logistics
Transcarga International Airways C. A.
Transport Mc Gill Air Inc.
Transportes Aereos Bolivianos
Transportes Aeromar, S.A. de C.V.
Truck Belgica Zygene
Truck Italia Air Logistics
Turkish Airlines
United Airlines
Vietnam Airlines
Virgin America
Virgin Atlantic
Vueling Airlines
Wallenborn Transports S.A.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

West Jet Airlines Ltd.
Wideroe'S Flyveselskap A.S.
Xiamen Airlines

**Claimants**
123 Viagens E Turismo Ltda.
1st Choice Aerospace Inc.
21 Air LLC
3M Chile S.A.
3M Do Brasil Ltda.
3º Termo Aditivo Tokio Marine
3Sixty Duty Free & More
4DL Ingeniería Ltda.
5 Tabeliao De Notas De Sao Paulo
5I Comércio de Ar Condicionado
A J Walter Aviation Limited
A M Da Silva Oliveira
A Professional Aviation Services
A. B. B. Menor de Idade
A.J. Levin Company Inc.
AAF Spares LLC
AAR Landing Gear LLC
Aba Air Group LLC
Abanto Chui, Diana Carolina
Abbc - Azevedo Neves, Benjamim Mendes,
Carvalho Associados Sp Rl
Abdalla Shaaban, Yasmin
Abm Aviation, Inc.
Abogado Pablo de La Llera
Abril Comunicacoes S.A.
Abud de Carvalho, Carmen Sylvia
Accelya America, S.A. De C.V.
Accelya Solutions Americas Inc.
Accelya World S.L.U.
Acciona Airport Americas S.p.A.
Actis, Nicolas
Adams Rite Aerospace
Adsmundo Turismo Receptivo Spa
Advanced Ground Systems Engineering LLC
Advocacia Mariz De Oliveira
Aeko Kula LLC d/b/a Aloha Air Cargo
Aeritas LLC
Aero Accessories
Aero Miami I, LLC
Aerodirect Inc.
Aeronautical Telecommunications, Ltd.

Aerosim Technologies
Aerospace Turbine Services And Solutions
LLC
Aerospares 2000 Ltd.
Aerospheres Uk Ltd.
Aerotools Connection LLC
Aerovías De Mexico S.A. De C.V.
Aerovías del Continente Americano S.A.
Avianca
Agostinelli Malaga, Karol Grecia
Aguirre, Martin
Aim Altidude UK Ltd.
Air BP PBF del Peru Sac
Air Cost Control Usa Llc
Air Tahiti Nui
Airline Tariff Publishing Company (Atpco)
Airways Corporation of New Zealand
Akamai Technologies, Inc.
Akerman Llp
Akitne
Alatrista Muñiz, German Ramiro
Albert, Stacey
Alflen Marques, Alisson
Alfredo Domingo Gutierrez
Ali, Majde E
Alianza Fiduciaria S.A. - Fideicomisos
Alicia, Pasten Aranda
Alimen, Glenda Julia
Alj Engines Supply Inc
Allied Hospitality Group Inc
Almeida, Artur Karan Miranda
Almundo Brasil- Viagens E Turismo Ltda
Almundo.Com S.R.L
Aloia Aerospace Inc.
Alpha Brokers Corp.
Alprint S.A.
Alsco Toalheiro Brasil Ltda.
Alves de Oliveira, Quemia Caroline
Alves Padilha, Jodeci
Alves Prates, Magvone
Alves, Manoel Carlos
Alvim Machado, Beatriz Moreira
Amade Com De Prod De Limpeza Eireli

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Amaral Silva, Romualdo
Amarante, Barbara Vitoria
Amaril Silva, Romualdo
Ambros, Francesca Rosa
American Engines Support LLC
American Sales & Management
Americo Bovo, Ricardo
Ametek Aerospace And Defense Service
Ami Industries, Inc.
Amsafe Bridport (Pvt) Ltd.
Ancra International LLC
Angela Maria Scaraficci Mastriner
Anhanguera Comercio De Ferramentas
Antonio Mestriner
Antonio, Mario
Aob Travel Ab
Aonia Holdings S.A. de C.V.
Aparecida David, Nalva Aguiar
Apb Winglets Company LLC
Aqia AeroSpace
Aragao Pereira, Juliana
Araujo De Azevedo, Valeria
Araujo Ventura Moreno, Anna Cristina
Araújo, Jacob Mesquita
ARG LLC
Argo Partners
Armani Calcina, Beatriz
Arone, Monica
Arrendadora De Vehiculos Limitada
Arrendamiento De Maquinas Royal Ren
Asociacion Colombiana De Editoras De
Musica
Asociación del Personal Aeronáutico
Assis Oliveira Barbosa, Silvia Helena
Assis, Marcia De Jesus Campos
Associação Dos Cotistas de Radio Taxi Sereia
Associated Energy Group LLC
Asterride, LLC
At&P Sociedad De Hecho D/b/a "Arguelles,
Tiscornia & Pezzuti"
Atacadista São Paulo Com. Imp. Ltda.
Ataliba Caldas, Flavio Augusto
Atlantic Security Bank
Atlantica Hotels International Brasil Ltda.
Atlantica Hotels International Ltda.
Atlas Aerospace Accessories

Atradius Dutch State Business Nv (As Lender,
Short Term Debt)
Atton El Bosque S.p.A.
Augusto Silva, Carlos
Auth0 Inc
Auto Pecas Monte Sinai - Eireli
Automatic Data Processing Inc.
Auxitrol Weston Usa Inc
Avelino Santana, Reginaldo
Aviacion Real A I E
Aviall Services Inc
Aviation Capital Group
Aviation Industry Consultants, LLC
Aviation Main Services Inc
Avid Products, Inc.
Avila, Abril
Aviocraft
Aviotrade Inc
Axess International Network, Inc.
B/E Aerospace, Inc.
B29493008 Jasmin Investments Ltd.
Baldim, Oswaldo Antonio
Banco Citibank S.A.
Banco De Archivos S.A.
Banco De Bogota S.A.
Banco De Credito E Inversiones, S.A.
Banco De Occidente S.A.
Banco IBM S.A.
Bank of America, N.A.
Bannister, Nicole
Baptista, Adriana Emilia
Baptista, Luiz Augusto
Barbosa de Meneses, Rosa Maria
Barbosa Moura, Hugo
Barbosa Paniago, Ana Laura
Barbosa, Antônio Marcos
Barbosa, Edson Pereira
Barfield, Inc.
Barragan, Emma B
Barros de Moura, Maria Augusta
Barros de Pinho Vasconcelos, Maria Cristina
Barros Fernandes, Bruno
Barros, Gizele Barbier
Barros, Nicolas Marcelo
Bastos Maia, Alana De Cassia
Batista Santos, Alexandre

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

BCD Travel Services B.V.
Be Aerospace Netherlands
Beautech Power Systems
Becas Funcionarios Rio
Belem Hoteis E Turismo S.A.
BelInchon, Cristina
Bella Costa Investments Ltd.
Bendhack, Marcelo Luiz
Bermudes Massone, Marlene
Bertolo, Cezar Augusto
Bertona, Mauricio Arnaldo
Bertrán, Javier Ignacio
Bichuetti De Araujo, Rafael
Bif, Elizabeth Conceição
Bio Bio Comunicaciones S.A.
Birbojm, Cleide Bela Vinograd
Birbojm, Luiz Bernardo
Bispo Dos Santos, Eraldo
Blue Rock Ideas Ltd.
Blue Tree Towers Joinville
Blumenstein, Rodney
Blumenthal, Emily Suzanne
Boeing Digital Solutions Inc.
Boeing Distribution Services, Inc.
Boeing International Logistics Spares, Inc.
Boeing Us Training And Flight Services LLC
Boldrini Saibert, Rhaíra
Bonsenso Advogados
Bortolaz Neto, Adelar Julio
Bortoncello, Julhiano
Bosfuel Corporation
Botelho de Araujo, Renata Cristina
Botelho Junior, Joao Everaldo Guimaraes
Boxtop Do Brasil Elevadores Ltda.
Brabec, Martin
Bradesco Cartoes
Bradford Capital Holdings, L.P.
Brascoelma Construcao Brasileira De
Aquecedores Indutivoas Ltda
Brasil Sul Linhas Rodoviárias Ltda.
Bravonext S.A.
Bridgestone Aircraft Tire (Usa), Inc.
Bright Diamond, Corp.
British Internatinal Industries Ltd
Broward Aviation Serives Inc
Brown, Sandra

Browserstack, Inc.
Brubaker, Christine Conant
Bruno Gaspari, Eliana Paim Gaspari, Camila
Cavagnoli Rodrigues Da Fonseca, Jeronimo
Gaspari
Brunt, Sweeney, Matz, P.A., CPAs
Bueno Crepaldi, Tomaz
Bundespolizeidirektion Flughafen
Burgos, Carolina Fernanda
Burrana, Inc.
Bussolletti Chiattone, Angelo Augusto
Byrne, Jake
CAE South America F T Brasil Ltda.
Caiado, Jessy
Caiafa, Maira Oliveira
Caja de Auxilios y Prestaciones de la
Asociación Colombiana de Aviadores Civiles
ACDAC
Caminada de Almeida Camargo, Maria Zelia
Campo Mora, Ignacio Alfonso
Canada Customs And Revenue Agencysu
Candido, Juliana Aparecida
Can-Pack Brasil Industria De Embala
Cantagallo, Marcia
Cardim Alvares, Luciano Otavio
Cardoso, Gilcelia Bispo
Cargo Essence Inc.
Cargo Screening K9 Alliance LLC
Caribbean Catering Services, S.R.L.
Caroc Corp.
Carrasco Maia, Gabriel Antonio
Carson Hotel LLC
Cartasso Naveyra, Eduardo A.
Cartir Peru S.R.L.
Cartolano, Giuliana Moutran
Carvalho Nazário, Marina
Casa Editorial El Tiempo S.A.
Casas Correa, Carlos Andres
Casino De Rosario S.A.
Castro, Larissa
Castro, Mario
Catalan, Cesar
Catalunha, Bianca
Catherinne Irene Riffo Perez
Caughron, Jill
CBRE Brasil S.A.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Cé Martins, Paula
Celeste Industries Corporation
Celmar Comercial E Importadora Ltda.
Center Norte Sa Construções e
Empreendimentos
Centerbridge Special Credit Partners Iii-Flex,
L.P.
Cerrt Investments Ltd.
Ceva Freight, Llc
CGE Investment Company Ltd.
Champ Cargosystems (UK) Ltd.
Charter America Holdings, Inc.
Chaves Crawford, Izabela Calixto
Chaves, Fernanda Ferreira
Cherokee Debt Acquisition, LLC
Chevron Products Company
Chi We Wei, Johnny
Chishima Real Estate Company Ltd.
Chubb INA International Holdings Ltd.
Cicala Bretas, Jacques
Ciola De Silvio, Mariane Grecco
Cirico, Jair
City And County Of San Francisco
City Tours USA, Inc.
Claudio Marcos De Oliveira
Clausi, Claudia
Clayton Fraga Vasques
Clazer, Drielly Frizzo Bressan
Clemente de Oliveira Fontenelle, Maria
Daniele
Cliff Berry Incorporated
Collinson Latitude Limited
Colmena Golden Cross S.A.
Colque Granda, Rony Aurelio
Colquehuanca, Cesar Caceres
Comando Da Aeronautica
Comercial Take Off S.A.
Comercializadora Identifik S.p.A.
Compass Lexecon, LLC
Complexo Santo Andre
Composite Aeronautic Specialists, LLC
Comtech Aviation Services Pty Ltd.
Conceição Sena, Genival
Concessionária Do Aeroporto Internacional De
Florianópolis Sa
Content Trip Solutions S.L.

Cooperativa Autogestionaria de Servicios
Aeroindustriales R.I. (Coopesa R.L.)
Cordeiro, Anna Líria De Fátima
Core, Inc.
Cornejo, Guillermo Mariano Garcia
Correa Family Trust
Corrêa, Morgana de Sousa Melo
Cosemper Master Fund Ltd.
Costa, Carolina Marques
Cotação Distribuidora De Titulos E Valores
Mobiliarios S.A.
Cottle, William
Couchbase, Inc.
Cpd Devoluciones
Cpe Rio Equipamentos Topograficos L
Craveiro E Silva Eletro E Eletronic
Cremaschi, Maria Ines
Crestwood Technology Group
Crg Financial LLC
Criado, Lucas Alberto
Crowe Fidelio
Crown Equipment Corp.
Cruz, Florencia
Cruz, Norma
Ctt Systems Ab
Cueva, Aurea L
Culmina Project, S.L.
Currea Gama, Augusto
Cusi Torocahua, Nestor Paul
Cvc Brasil Operadora E Agencia De Viagens
S.A.
Cybersource International, Inc.
Da Cruz Sant'anna, Igor Pinheiro
Da Luz Costa, Albazine
Da Silva Barcelos, Giovani
Da Silva Junior, Joel Correa
Da Silva Moreira, Luciene
Da Silva, Adilson
Da Silva, Eliane
Da Silva, Marcio Jose
Da Silva, Maria Nogueira
Da Silva, Roberto Antonio
Dabgor Group Corp.
Daian, Carlos Rodrigues
Dal Ri, Maria Helena
Dal Silva Jota, Bárbara

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Dallas County
Damian & Valori LLC
Dane Business Ltd.
Dasgon Group Corp.
Dash 224, LLC
Davidkock Legal
Davies, Robert
Davis Wright Tremaine Llp
De Almeida, Carmen Silvia
De Almeida, Maria Cristina Souza Faria
De Almeida, Rodrigo Faria
De Barros Nunes, Aurino Cesar
De Barros Toledo, Jose Ricardo
De Campos Junior, Adilto Bento
De Carvalho Barros, Gisela
De Castro Feteira Do Vale, Felipe
De Deus, Kamilla Esteves
De Dominicis, Pablo
De Freitas Cruz, Malu
De Giuda, Stefano
De Jesus Souza, Maria De Fatima
De La Cruz Cardenas, Jose Luis
De Leão Esteves, Felipe Eugênio
De Lima, Aline
De Liz, Júlia Stalbaum
De Liz, Júlio Cesar
De Liz, Lucas Stalbaum
De Matos Filho, Oderço Francisco
De Mello De Espindola, Gabriel
De Mendonça Rocha, Carolina
De Moura Alves Júnior, Jose Mauro
De Oliveira Azevedo, Luiz Alberto
De Oliveira Baptista, Julia
De Oliveira E Silva, Mauricio
De Oliveira Faria, Lucas
De Oliveira Martins, Oscar
De Oliveira Pereira, Raquel
De Oliveira Silva, Severina
De Oliveira Souza, Osorio Rodrigo
De Oliveira Veloso, Tiago Almeida
De Oliveira, Laudice Royer
De Oliveira, William Batista
De Palm Corporation N.V.
De Pasqual Hoteis e Turismo Ltda.
De Paula Cabral, João Victor
De Sousa Roble Crepaldi, Susana Bueno

Deciderio Cardoso Junior Sociedade Individual De Advocacia
Decolar.Com, Inc.
Del Barco Camargo, Elvis
Delta International Inc.
Delta Material Services, Llc
Denhardt, Brunna Assmann
Despegar Colombia S.A.S
Despegar Ecuador S.A
Despegar.Com Peru S.A.C.
Dester Corporation
Deutsche Bank AG New York Branch
Deutsche Bank S.A.
Deutsche Bank S.A. - Anco Alemã
DFASS Group and its Affiliates
Diameter Dislocation Master Fund, Lp As Transferee Of Jefferies Leveraged Credit Products, Llc
Dias Ceglias, Pamela
Diaz Arenas, Erick Andre
Diaz Clavijo, Estefania
Diehl Aerospace Inc
Diehl Aviation Gilching Gmbh
Diethelm Keller Aviation Pte., Ltd.
Diplomat Embajada
Direction De L'Aviation Civile ACS-AG
Directv, Llc By American Infosource As Agent
Distribuidora Safari Ltda.
Dittert, Isadora
Dnata Limited
Dnata Pty Ltd.
Dnata Us Inflight Catering Llc
Do Amaral Gurgel Filho, Humberto Carlos
Do Bonfim Quintino, Hocelia Oliveira
Do Bonfim Quintino, Josue
Do Nascimento, Valdean  Carlos Pinheiro
Domingos Filho, Cesar Augusto
Domiruth Travel Service S.A.C
Donat, Marguit Andrea
Dornan Ltd.
DOS Reis Villela, Enzo  Cesar
Dos Reis, Cleubis  Alves
Dos Santos, Andre Ricardo Mesquita
Dos Santos, Lais Perla Oliveira
Dos Santos, Michele

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Doubletree Miami Airport and Convention Center
DRA Investment Ltd.
Drake Air
Duarte, Valeska Marinho
Ducto Proyectos Y Asesorías Spa
Dumas, Rebecca
Dunas Beach Resort, S.A.
Dutra Da Silva, Daniela
E T Heinsen.
Eagle Security Services, Inc.
East Coast Tank Sealing, Inc.
Eastman Chemical Company
Eaton Limited
Eaton Power Solutions Ltda
Ecija Legal Slu
Eckert Seamans Cherin & Mellott, Llc
EDG Hospitality Miami Airport LLC
Edgar Agents LLC
Ef Education First International Ltd
Egencia, LLC
Elastic Projects, Inc. Dba Abstract
Electronica De Aviacion S.A.S.
Elgin Printing
Eline Tavares Rocha Dos Santos E Anselmo Almeida Dos Santos
Elisa Coutinho Cardoso E Daniel Augusto Dos Santos Soares
Elite Airline Linen Of New York, Inc.
Elite Laundry Services Of Florida Inc.
Elus Servicos De Instrumentacao Eir
Embassy Suites Management Llc
Empresa de Transportes Pullman San Luis Limitada
Empresa Nacional De Aeronáutica De Chile
Empresa Nacional De Energia Enex S.
Engevap Engenharia e Equipamentos Ltda.
Engine Leasing Finance Corp.
Enterprise Services Chile Comercial Limitada
Envirotainer A.B.
Erik Vinicius Almeida Montenegro
Ersatz-pilot GmbH & Co. KG
Eset Servicios Auxiliares S.A
Esferatur Passagens E Turismo S.A.
Esmax Distribucion S.p.A.
Esperanza Capital Corp.

Espinosa, Carlos
Espolio De Maria Guadalupe Alves Almeida
Essa S.A. Esp
Estrela Fund
Etablissement National de La Navega
Eulen America
Euler Hermes
Europ Assistance Chile S.A.
Europ Assistance Sa
European Organisation For The Safety In Air Navigation
Everfit Chile S.p.A.
Everfit S.A.
Everis Brasil Consultoria de Negócios E Tecnologia Da Informação Ltda.
Everis Chile S.A.
Ezequiel Corti. Soy Abogado y Acreedor.
F2GX Serviços E Turismo Ltda.
Fabio Transport S.A.
Fabre, Colon
Facebook Ireland Ltd.
Facebook Servicos Online Do Brasil Ltda
Facebook Spain S.L.
Fair Harbor Capital LLC
Famit Comercial Ltda Epp
Faria De Almeida, Ana Julia
Farias de Fraga, Diego
Fazio, Beatriz Susana
Fecva Comercio De Materiais Eletricos Ltda.
Federal Insurance Company on its Own Behalf and on Behalf of All the Chubb Companies
Feine, Eduardo
Feine, Gilberto
Feitosa, Diogo Fernando Oliveira
Fernanda Otero Alvarado, Isabel M.
Fernandes de Sousa, Ana Alice
Fernandes, Enzzo Surrage Pires Paris
Fernandes, Maria  Eduarda Surrage Pires Paris
Fernandez Porcelo, María Emilia
Fernandez, Ramiro Pereyra
Ferraz, Luciano Gomes
Ferreira Nunes, Jankellyton
Ferreira Pedrosa, Frederico
Ferreira, Rodrigo Figueiredo
Ferreira, Sandro Leite
Ferrucci Sa

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Fick, Andre
Figueira, Aline Patricia
Figueiredo de Oliveira, Lorena Ataide
Figueroa Alcorta LP
Fine Light Management, Inc.
Firenze Investments Ltd.
Fitch Ratings Inc.
Flight Specialties Components Corp.
Florida Polo Ice, Ins.
Fly Airport Services S.p.A.
Fondo De Inversión Privado Deudas Y
Facturas 1
Fontenelle, Maria Elisa Monteiro
Fontes, Ricardo
Forest, Rael
Forward Air Inc.
Four Leaf Trust
Fox Comercio De Peças E Equipamentos
Industriais Ltda-Epp
Fpl
Franchise Tax Board
Francisquetti, Guilherme Bartelli
Franco Da Mota, Maira Katarine
Freitas Cancherini, Deborah
Freitas, Gabriela Leonardo Ventapane
Frota, Rogerio Lopes And Alina Maria De
Carvalho Neiva
Fulcrum Credit Partners LLC
Fullstep Ventures Ltd.
Furlan, Mauri
FX Express Publications, Inc.
Ga Telesis Composite Repair Group, LLC
Gaiser, Johannes Bruno
Gaitamar Ltd.
Galaz, Yamazaki, Ruiz Urquiza, S.C.
Galcia Sena De Lemos, Gustavo
Gandarillas, Montt, Del Rio Dos Limitada
Garcia Calderon Valdivieso, Maria Ines
Garcia Leão, Raquel Moraes
Garcia Loyola, Silvia Luisa
Gate Gourmet Catering Chile Limitada
Gate Gourmet Del Ecuador Cia Limitada
Gate Gourmet London Ltd
Gate Gourmet Ltda
Gate Gourmet Services Ltda.
Gate Gourmet Spain S.L.

Gate Retail Brasil Comercio Varejista,
Importacao E Exportacao De Alimentos Ltda
GE Aviation
Gecas Asset Management
Gen2 Systems Limited
Geraigire Advogados, Maluf E.
Gerflor
Giampaolo, Hernan
Gibson, John Bradley
Giorgio, Cerutti Massimo
Giraudo, Mauricio
Gis Premium Colombia S.A.S.
GIS Premium Mexico, S.A. de C.V.
Giupponi, Patrizia
GKN Aerospace Services Ltd.
Global Airtech International
Global Inflight Products
Global Organização Farmacêutica Ltda
Globe Express Services Chile Limita
Goddard Catering Group Uruguay, S.A.
Godoy Dos Santos, Tais
Golden Seahorse Corp.
Golden State Capital Corp.
Golden Touch Transportation of NY, Inc.
Goldstein, Michael  Harris
Gomes Barcelos, João Pedro
Gomes Barcelos, Maria Antônia
Gomes Da Silva, Rildo
Gomes Favacho, Maria De Lourdes
Gonçalves Da Silva, Francisnaldo
Gonçalves Ferreira, Paula Viola
Gongora Esguerra, Jaime Antonio
Gontijo Leão, Celina
Gonzalez, Carlos Daniel
Gonzalez, Juan Carlos
Gonzalez, Marianela Marra
Goodrich Corp.
Greylag Goose Leasing 3887 Designated
Activity Company
GRG Investment Fund Ltd.
Grisante, Livia Bember
Gross, Christiane Gobbo Da Cunha
Ground Handling International.
Grunewaldt, Tania
Grupo Inmobiliario del Pacifico S.A.C.
Grupo Posadas SAB de C.V.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Gti Tourism Pty Ltd
Guaman, Jacqueline
Guardman Limited
Guerrero Simauchi, Jorge Julio
Guilboa Investments Ltd.
Guimaraes Goncalves, Marcio Paulo
Gustavo, Rene
Guyana Civil Aviation Authority
Guzman, Symonne
H. B. C. D. J.
Hahn, Rodolfo Alfredo Gerardo
Hain Capital Investors Master Fund, Ltd.
Halac, Fernando Aldo
Hamilton Sundstrand Corp.
Hampton by Hilton Frankfurt Airport
Hansa Flex do Brasil Ltda.
Hawk Aviation La, Llc
Hbk Master Fund L.P. As Transferee Of
Jefferies Leveraged Credit Products, Llc
Hegarty Legal
HEICO Component Repair Group
Heinen, Volker
Helvoort, Gerard Van
Hermoso, Nicolas Marx
Hernandes Me, Valquiria
Herrera Caceres, Silvia Karina
Hertz International Limited
Hewlett Packard Chile Comercial Limitada
Hidrauserv Industria E Comercio De
Equipamentos Industriais Ltda
HIHCL HP Amsterdam Airport B.V.
Hine Brasil Ind Com Hidra Pneuma Ltda.
Hitachi Vantara (Chile) Ltda.
Hoober, Thomas Richard
Hop Town Internacional Corp.
Hotel Dom Otto Ltda
Hotel Hsc Ltda.
Hotel Parque Royal S.A.S.
Hotelaria Accor Brasil S.A.
Hotelera Cordillera Luz S.p.A.
Hotelera Diego De Almagro Ltda.
Hoteles Colonos del Sur S.A.
Hoteles Gold Sa
Hotels By Hr Kelsterbach Mercure (T
HSBC France, Brussels Branch
Hugo De Lima Toregiani, Vitor

Hydro Systems USA Inc.
I & G Power Inc
Ibama Mma
IBM Brasil - Industria, Maquinas E Servicos
Ltda
IBM De Chile S.A.C.
IBM De Colombia & Cia S.C.A.
IBM Del Ecuador C.A.
IBM Del Perú S.A.C.
IDP Aerosapce, Inc.
IDS Com De Alimentos E Bebidas Eireli
IDS Comercio de Alimentos E Bebidas Eireli
IFS Aerospace & Defense Ltd.
I-Group Comunicacion Publicitaria Limitada
Iguama Inc.
Illva Saronno S.P.A.
Imm Servicos Publicitarios Ltda
Imobiliarios - Eireli
Indigo Capital Services Ltd.
Indra Sistemas Chile S.A.
Infare Solutions a/s
Infraero
Infraero Aeroportos
Inframerica Concessionária Do Aeroporto De
Brasília
Inframerica Concessionaria Do Aeroporto De
Sao Goncalo Do Amarante S.A.
Ingenieria Alpa Ltda.
Ingenieria MCI Ltda.
Initiative Media, LLC.
Initiative Miami
Inmobiliaria Nueva Apoquindo S.p.A.
Innerworkings, Inc.
Innovative Scheduling, LLC
Inovent Brasil Equipamentos Industriais Ltda
Instalaciones Hidraulicas Y Sanitarias Wc
S.A.S.
Instituto Estaduol De Protedo E De Fesa Do
Cousuidon
Instituto Nacional de Defensa de La
Competencia y de La Protección de La
Propiedad Intelectual - INDECOPI
Interbrand Brazil Ltda.
Interlux Investment Corp.
International Aero Engines, LLC
International Aerospace Group

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

International Footwear, Inc.
International Uniforms, Inc.
Interpublic Colombia Sa
Interpublic Group Of Companies Inc
Interpublic Sa De Publicidad
Intertax Treuhand Gmbh
Inversiones Castel S.A.
Inversiones Nacimiento Limitada
Inversiones Pacifico S.p.A.
Inversiones Turisticas P&M S.A.
Invictus Global Management, LLC
Invictus Special Situations Master I, L.P.
IPE Center Hotel Ltda
Ipeco Holdings Inc
IPG Media Brands S.A. (Sucursal Uruguay)
Irmaos Pinheiro Hoteis E Turismo Ltda.
Iron Mountain Information Management, LLC
Isdin Peru S.A.C.
Itau Unibanco S.A.
Izabella Scalabrini Saraiva
J Francisco De Oliveira Neto Me
J. Aron & Company LLC
J.p.v.g.f.f, Um Menor de Idade Representado
Por Sua Genitora Paula Viola Gonçalves
Jacinto, Giovanna Vieira
Jacobi, Daniel Felipe
Jamaica Civil Aviation Authority
Jandrades Ind E Comercio Grafico Lt
Jcdecaux Midia Aeroportos Ltda.
Jefferies Leveraged Credit Products, LLC
Jeppesen Systems AB
Jet Avion Corporation
Jet International Company, Llc
Jetran, LLC
JG Duda Sociedade De Advogados
JMalucelli Travelers Seguros S.A.
Joaquim Da Silva Alves
Joaquín Fanjul
Jomar Vilar De Carvalho Filho
Jorge Miguel Otero Lathrop
José de Sousa, Maria
Josue Alejandro Ramirez Garcini-
Jota Printer Ltda
Joyce Mara Rodrigues Campos
JPS 2004 LP
Juan Luciano Scatolini

Juan, Jacqueline
Juliane Mara Xavier Giordani, Mae
Kadomoto, Thomaz
Kaelis on Board Services S.L.
Kallankas, S.A./Globalsupport Servi
Kanay Sac
Kaneku, Vanessa
Katarina, Melanie
Kauduinski Cardoso, Beatriz
Ki Teknology S.p.A.
Kidde Technologies Inc
Kid-Systeme GmbH
Kilian, Frederico Eduardo
Kim, Yuna
Kippin Sa, Lussemburgo, Cadempino Branch.
Koehler, Brunni
Koniklijke Fabriek Inventum B.V.
KPMG Asesoria Fiscal, S.A.
KPMG Assessores Ltda.
KPMG Auditores Consultores Spa
Krachinski, Rafael
Krug, Saionara Aparecida Fernandes
Kuwait Petroleum International Aviation
Kuziac Capital Ltd.
L G X G, Um Menor De Idad
Lafaby Corporation
Landscaping By Francisco
Latina de Gestion Hotelera S.A.
Laura Patricia Salinas Ortega
Lavender Osprey, Llc As Transferee Of Cowen
Special Investments Llc
LAXFuel Corporation
Lazaro Delivery Corporation
Leaf Capital Funding, LLC
Leanix Gmbh
Lebspe Empreendimentos E Participações Ltda
Legal View S.A.S.
Leiva, Diana
Leki Aviation Usa, Inc.
Lemos, Andreia Falqueto
Lenovo Agencia En Chile
Lenovo Mexico S, De Rl De Cv
Lenzi de Oliveira, Bianca Raquel
Lenzi De Oliveira, Lucas
Leónidas Angeletti, Javier
Level Up! Interactive Ltda

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Lievano Laserna, Alvarez
Liliana Noemi Araoz
Lim, Jemmifer
Lima de Souza, Ana Cristina
Lima Dos Santos, Lilian
Lima Pompeu, Bruno
Limco Airepair, Inc.
Limo Fly LLC
Limongi International Inc.
Lisboa Paixao, Rogerio
Lisiak, Alejandro
Lm Servicos De Lavanderia Ltda
Lodging Solutions LLC, d/b/a
Accommodations Plus International
Long Island Marriott
Loop Entertainment S.A.S.
Lopes Salomão, Marcelo
Los Angeles County Treasurer And Tax
Collector
Los Angeles West Terminal Fuel Corp.
Lotufo, Simone Navarro
Loyola Gutiérrez, María Francisca
LSG Sky Chefs New Zealand Ltd.
LSG Sky Chefs South Africa (PTY) Ltd.
Lsm Dangerous Goods Consultant LLC
Lucca Milla Papelaria Ltda.
Lucca Milla Papelaria Ltda. Me
Lucena de Lima Flores, Maria Das Graças
Luciano e Sant Anna, Max Henry
Lucomsa Ltd.
Luftfahrt-Bundesamt
Lufthansa Cargo A.G.
Lufthansa Technik Aktiengesellschaft
Lugira Ltd.
Luis Manuel Bello Uguet
Luiz Carlos Rosa E Cia Ltda.
Luiz Da Silva, Davi Wesley
Luiz Do Nazareno Martins
Luiz Flores, Antonio
Lurz, Markus
Luz Maria Paraud Gutierrez
M Shimizu Eletrica E Pneumatica Ltda
M. & G. Packaging Corp
M58474004 Ravensworth Inv Ltd.
Maca International LLC
Mach 2 Corp

Machado Da Ponte, Carlos Sergio
Machado Rocha, Diego
Machado, Meyer, Sendacz E Opice Advogados
Maclean de Oliveira Silva, Deyvy
Mafra Sarmento Beserra, Karoline
Magalhães Dos Santos, Magna
Magalhaes Lula, Anderson
Manfrinato De Paula Xavier, Maria Virginia
Fatima
Mankiewicz Coating, Llc
Manu E Nina Peanut Ltda.
Many Investments Management Ltd.
Mapaero Sas
Marcano Hurtado, Ines Mercedes
Marcela Del Carmen Pérez Baltra
Marcelle Cirne Coqueiro Barzellay
Marchesini Silva, Isabella
Marco Marchetti S.A. Hoteis
Marcon, Joao Carlos
Marcos, Lee
Marfim Beaga Ltda-Me
Maria de Las Nieves Lopez Vicente
Maria Fernanda De Souza Lemos Francisco
Alves
Maria Nascimento, Juliene
Mariana Mosquera Ponce, Carla
Marilei Arnoldi Silveira e Reinoldo Edilson
Amaral Silveira
Marina Hoteles Ltda.
Marinha Cunha Souza, Nelsa
Marini, Thiago Carlos
Marita Caliri, Mirna
Marlene Bentim Viana E Valdir Antônio
Bagolin Da Silva
Marques Ribeiro, Ana Paula
Marques, Fernanda Coronado Ferreira
Marques, Marcos Aurelio
Martina Cirico, Jane Graciela
Martinez, Fernando
Marui, Alini Guimarães
Masaveu Rodriguez, Susana Teresa
Massachusetts Department Of Revenue
Master Trust For Certain Tax-Qualified
Bechtel Retirement Plans
Matafuegos Dicar S.R.L.
Mateus Rena, Reinaldo Jose

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Matos De Lima, Rosenni
Matos, Lygia Silva E
Maurokefalidis, Demetrio Gustavo
Maxepoxi Industrial E Comercial Ltd
Mayflower Investment Ltd.
Mazzeo, Carina Viviana
Mccann - Erickson Corporation Publicidad S A
Mccann Erickson Corporatio SA
Mccann Erickson Publicidade Ltda
Mccann Relationship Marketing Limitada
Mcdermott Will & Emery Llp
McKinsey & Co. Chile Ltda.
MCSS, Menor de Idade (Jacqueline de Araújo Soares, Mae)
Med-Air, Inc.
Medaire, Inc.
Med-Craft, Inc.
Medina, María Juliana
MegaIncentivos S.A.S.
Meggitt Control Systems
Meggitt Customer Services Support
Meir, Nir Ben
Mello & Achitti
Melo, Paula
Melo, Ricardo
Menezes Coser, Felipe
Menezes, Tatiana
Mengarelli, Martín Hérnan
Menzies Aviation (Freighter Handling) Bv
Menzies Aviation (South Africa)(Pty) Ltd.
Menzies Aviation (USA) Inc.
Meplan GmbH
Mercado, Juan Narro
Mercure Maceió Pajuçara
Mercury Air Cargo Inc.
Merino, Maria Noelia Giménez
Merlott Nelly Paz
Merlott Nelly Paz
Merono, Nicolas
Merx Aviation Servicing Ltd.
Messier Goodrich S.A.
Meza Eguizabal, Cesar Augusto
Miami Airport Lodging LLC
Miami-Dade County
Michelli, Yanina
Michiels, Pedro Daniel

Microsoft Corporation And Microsoft Online, A Subsidiary Of Microsoft Corporation
Microsoft Do Brasil Importacao e Comercio de Software e Games Ltda,
Miguel Angel Y Asociados S.A.
Mil-Aero Solutions, Inc.
Ministerio Da Justica
Minsait Payments Systems, S.L.U.
Mintz, Josef W.
Miraci Bucco De Almeida E José Valter Linhares De Almeida
Miranda, Mauricio
Mitchell Aircraft Expendables, Llc
Mitchell Aircraft Spares, Inc
Molon, Archeli
Montejano Ants Textil Sa De Cv
Montenegro, Andre
Moog Inc
Moraes de Carvalho, Gladys
Moraes Dos Santos, José Mauricio
Morais Dos Santos, Milto
Morais Queiroz, Jonas
Morales, Kathia
Moreira Bezerra, Dercio
Moreno Berti, Viviana Elizabeth
Mores, Claucir
Morixe, Gaston
Moura, Davi Leal
Movida Locação de Veiculos
MRM E/OU Publicidade Ltda.
MTA - Mobile Travel Agents Pty Ltd.
MTU Maintenance Hannover GmbH
MTU Maintenance Lease Services B.V.
Multipack Comercial Embalagens Ltda
Mund & Fester GmbH Co. KG
Mundel, Marcos And Isabela Grado Turcato
Muner Capital, S.A.
Município de Belo Horizonte, Brasil
Municipio de Campinas
Município de Guarulhos
Municipio de Macaé
Munita Y Olavarria Abogados Spa
Munoz Garcia, Francisca
Muñoz Gutiérrez, Valeska Alejandra
Mxi Technologies Ltd.
Nacala International Inc.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Nahuelpan Lopez, Fabio Bastian
Naidoo, Elizabeth
Nascimento, Ademar
National Air Cargo Group, Inc.
National Air Traffic Servi (Nats)
National De L'Aviation Civile
Naveda Ruiz , Damaso  Enzo
Naveda Ruiz, Damaso Enzo
NBB Redstart Co., Ltd.
NCR Corporation
Needwire.Com LLC
Neiva Das Graças Machado Longhi E João
Batista Longhi
Neocognitron Publicidade Ltda
Neri, Matheus Lima
Netto, Luiz Arlindo Affonso
Neves Frizzo, João Feliciano
New Generation Aerospace, Inc.
New York State Department Of Labor
Newlink Communications Group LLC
Next Mro, Llc
NF LI Miami South Op Co LLC
Nh Hoteles Espana Sa
Niga Group Corp.
Nishimura & Asahi
Nissan Motor Acceptance Corp.
Nissan-Infiniti Lt
Nobile Gestão de Empreedimentos Ltda. Scp
Nogara Junior, Jules Rimet
Nogueira Souza, Ana Beatriz
Noki Okada, Flavio
Nolasco Ayasta, Maximina Emilia
Noriega Guillen, Esdras
Noriega, Vilma Coelho
Noronha, Joao Ricardo Kepes
Nuace Aero Parts, Llc
Nunes Louback, Caiene
Nys Corporation Tax-Processing Unit
NYSE Listings
O B Loc E Com De Empilhadeiras Ltda
Oakberry Invest Ltd.
Obenario, Lexter
Oda Montecinos, Camila Marta
Odyssey Hotel Breda Bv
Office National de L Aviation Civil
Oficina Das Bolsas Eireli

Oficina Das Bolsas Ltda Me
Ola Sociedad Anonima
Oliveira Paim, Danubia
Oliveira Santos, Simone
Olívia Cadori Da Silva E João Sérgio Soares
Da Silva
Olivio de Jesus Barreto Neto
Olympus Peak Trade Claims Opportunities
Fund I Non-Eci Master Lp
Omnibees Soluções Em Tecnologia E
Marketing Hoteleiro, Atual Razão Social Da
Webbusiness Serviços De Informatica Ltda
On-Board Media In
Opeak LLC
Openlink Financial Llc
Opice Blum, Bruno, Abrusio E Vainzof
Advogados Associados
Optym
Orbitall Atendimento Ltda
Orion Southern Europe S.A.
Orlando Brito
Oshige, Betty Elena Shiga
Otero Alvarado, Jorge Miguel
Oviedo, Victor Miguel Rafael
Owl Aerospace, Inc.
P.1 Administração Em Complexos
P.1 Administracao Em Complexos Imobiliarios
- Eireli
Pacheco Caldeira Rini, Luciana
Pacheco de Farias, Rafaela Bristot
Pacific Aero Tech LLC
Pacific Scientific Company
Paes De Barros, Marina Guimaraes
Pahor, Maximiliano Silvio
Paiva Matos, Marcos
Paixão, Beatriz Araújo
Pala, Thais Farabolini
Paladino, Ricardo
Panduro Rodriguez, Valeria Alexandra
Pangea Investments Corp.
Parasuco Forturella Mariela
Parasuco Forturella Mariela
Pardee, Vicki Ann
Paredes, Maira
Parker-Hannifin Corporation
Parrode Palma, Carmen Lucia

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Pataro Luchi, Soraya Bergamim
Patricia Alvarado Moore
Patrimonio Autonomo Aeropuerto Ernesto Cortissoz
PAX Assist Inc.
Pazello Skripnik, Cesar Francisco
Pedroza Savoia, Paulo Alexandre
Pedroza, Alessandra Leão
Pelaez Medina, Jorge Luis
Pelaez Miranda, Jorge Jesus
Pena, Mariana De Mesquita
Perales Cornejo, Jose Luis
Pereira Barbosa, Edson
Pereira Da Silva, Ana Maura
Pereira de Aquino Do Nascimento, Rejane
Pereira Dos Santos Preiss, Maristela
Pereira Dos Santos, Gustavo Herinque
Pereira Dos Santos, Viviane Magnus
Pereira, Juliana Aragao
Perez de Rosas, Rafael
Perform Air International Inc.
Perol Comercial e Industrial Ltda.
Petrus Holdings Group Ltd.
Phriscilla Moreyra
Pillsbury Winthrop Shaw Pittman LLP
Pinto, Júlio César Silva
Pinto, Ronaldo Ribeito
Pires De Lima, Adilson
Pires Gadelha, Ivyna
Pires Hoteis E Turismo Ltda.
PLATAMon Participacoes E Empreendimentos Ltda.
Platini, Christian Ignacio
Plusgrade L.P.
Pokes, Carlos Eduardo
Polsinelli Bedin Mascarin Do Vale, Ricco
Poly-Fiber Enterprises, Inc.
Ponte Vedra Corp.
Pontes Correia Neves, Antonio Manuel
Portela Santos Vidal, Henderson Havinner
Porto Materiais De Escritório Ltda
Portway, Handling De Portugal S.A.
Posnet.S.A
Power Depot Inc.
Pratt & Whitney Canada Corp.

Pratt & Whitney, a Division of Raytheon Technologies Corp.
Prc Desoto International, Inc.
Precisão Maxi Transportes Terrestres Ltda.
Preferred Composite Services, Inc.
Preferred Partners
Preiss, Marcelo
Prieto Poklepovic, Olga
Prime Air, LLC
Primus Turismo E Viagens Ltda
Priscilla Vieira (Aka Bastos)
Prism Group, Inc.
Proanort Srl
Procon Pernambuco Secretaria De Justica E Direiitos Humanos
Professional Ocean Service Corp.
Progressive Transportation Services, Inc.
Promotora De Café Colombia S.A.
Proponent
Pros, Inc.
Prosegur Companhia de Segur
Provin, Camila
Prudemplast Quimica Indl Ltda Epp
Puga Villegas, Jose Antonio
Pun, Yolanda
Pw 1100G-Jm Engine Leasing, Llc
Quadrem Chile Limitada
Quality Aircraft Parts, Inc.
Quality Hotel Pampulha & Convention Center
Queen Tamar Investment S.A.
Queens Conveyance, LLC
Quiares Da Silva, Jaqueline
Quintino, Isaulino Mauricio
R F de Melo Cia Ltda Epp
Rabelo Rocha, Lucas Sena
Radar Ppp Ltda - Me
Radisson Rio de Janeiro Barra
Rainbow Trust
Rajon, LLC
Ralph Porter Enterprises Inc.
Ramaldes Batista, Gildasio
Ramella, Anna Maria Teixeira
Ramos Da Silva, Lucas
Ramos Figueira E Outro, Wellyngton
Ramos, Cristiane Bueno
RC Global Logistics Solutions LLC

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Real Worldwide Inc.
Redicare LLC
Regional One, Inc.
Rei Das Malas Eireli Epp
Rentas SURA 3 S.p.A.
Repsol Comercial de Productos Petroliferos S.A.
Repsol Lubricantes y Especialidades S.A.
Repsol Marketing S.A.C.
Restaurante Santa Salada Ltda. Epp
Rezende Salles, Kimberly
Rezende, Marcela Costa
Ribeiro Alves, Marisa Marta
Ribeiro Da Silva, Angela Michelle
Ribeiro Da Silva, Pedro Henrique
Ribeiro Francelino, Diego Alfonso
Ribeiro, Gilmar Fernandes
Ribeiro, Gylçara Loureiro
Ricardo Luiz Sachi
Richards, Johnathan
Richardson, Joanne
Richmond Associates Ltd.
Rini, Massimo
Rios Lecca, Alonso
Rivera Orams, Carlos Enrique
Roberto Casari E Ligia Gueler
Rocha Alegrette, Vinicius
Rocha, Carolina De Mendonça
Rocket Travel, Inc.
Rockwell Collins, Inc.
Rodolfo Alfonso Castillo
Rodrigo Alfonso Ode Pérez
Rodrigo Da Motta Neves
Rodrigo Garcia, Federico
Rodrigo Gonzalez Holmes Abogados y Consultores S.p.A.
Rodrigues, Registrado Civilmente Como Marcia Assis Lisboa
Rodriguez Delgado, Sebastian Alejandro
Rodriguez Marisa Sofia
Rodriguez, Elaine Zapata
Rodsamp Inc.
Rohi Stoffe GmbH
ROHR Aero Services LLC
ROHR, Inc.
Rokadoz Ltd.

Rolim, Lara
Romero De Haz, Ezequiel
Romito, Ernesto
Ronaldo Geroto
Routing Sociedad Por Acciones
Rovira Bosch, Pablo
Royal Bank Of Canada
Royal Cargo Express, Inc.
Rrpf Engine Leasing Limited
RTF Brasil Servicos Administrativos Ltda.
S.H.L. Menor de Idade Filho de Silvia Bastos
Sabeti Wain Aerospace Ltd
Sabre GLBL Inc.
Sabre Global Technologies Ltd.
Sac Be Ventures Colombia S.A.S.
Saceem S.A.
Safran Landing Systems
Safran Seats U.S.A. LLC
Safran Ventilation Systems S.A.S.
Sage Parts Plus, Inc
San Francisco Airport Commission..
San Raphael Hoteis S.A.
Sanchez Cavagnaro, Renzo
Saneamento De Goiás S/A
Santos Menezes, Edleide
Santos, Dennis de Campos Melo
Sap Brasil Ltda.
Sap Chile Limitada
Saraiva, Izabella Scalabrini
Sarquis, Eduardo
Sasind Aviation Inc
Sassi, Ionara
Satair Usa, Inc.
Savoia, Tatiana Manhanini
SB Hotels Spain, S.L.
SB Industria Comercio E Servicos De Rotomoldagem Eireli
Scansource Brasil Distribuidora De Tecnologias Ltda
Scaramuzzi, Daleth Rodrigues
Schaikoski Sutir, Ludmila
Schaper, Henrique
Schroth Safety Products GmbH
Seagrapes Investments Corp.
Seal Dynamics LLC

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Seaport Loan Products Llc As Transferee Of Wing Control Llc
Seaworld Parks Entertainment
Secchim de Britto, Beatriz
Secretaria Da 6A Vara De Familia E Sucessoes
Securaplane Technolgies, Inc.
Securitas Colombia S.A.
Securitas S.A.C.
Seguridad Argentina S.A.
Seguridad Privada Active Security C
Seguro, Luzia Lima
Seguros Generales Superamericana S.A.
Sekir Pousada Ltda.
Selaginella Hotel 1 Gmbh
Seller Educação Ltda.
Sequinel, Jucilene
Sergio Luiz Azevedo
Servicio De Aviacion Allied Ecuatoriana Cl
Servicio Nacional De Sanidad Inocui
Servicio Nacional Del Consumidor (SERNAC)
Servicios Aeroportuarios Sa
Servicios De Viajes Y Turismo Biblos S.A.
Servicios Interactivos Moviles Ltda.
Shannon Engine Support Limited
SHL U.S. LLC f/k/a SHL U.S., Inc.
Shrazy, Ben  Zyon Mizrachy
Silva do Amarante, Adriana Reani
Silva, Sonia Aparecida Cruz E
Silveira, Leticia
Silveira, Mitzy Keith
Silverberg, Goldman PLLC
Simões Sociedade De Advogados
Simone Cristina Seguro
Sindicato de Empresa de Pilotos LATAM Airlines
Sindicato de Trabajadores de Lan Chile S.A.
Sindicato de Trabajadores Lan Express S.A
Sindicato de Tripulantes de Cabina Transporte Aereo
Sindicato Histórico de Mantenimiento Aeronáutico de Chile
Sindicato Historico Mantenimiento Aeronautico
Sirlei Maria Machado
Sistemas Graficos Quilicura Sa
Sita B.V.

Sita Inc Colombia Sa
Sita Inc Do Brasil Ltda.
Sita Inc. UK Ltd.
Sita Information Networking Computing Colombia S.A.
Sita Information Networking Computing Usa, Inc.
Sita S.C.R.L.
Sita Sucursal Callao
Sita Switzerland Sarl
Sky Aero Management Ltd.
Sky Chefs de Chile
Sky Chefs de Mexico, S.A. de C.V.
Sky Mart Sales Corp.
Sky Source, Inc.
Skyscanner Limited
Skytech Aviation, Inc
Skyway Executive Services, Inc.
Soares, Ivan Luiz Mendes
Soc de Transportes Y Comercial Inter American Cargo Ltda.
Soc. Conc. Autopista Nueva Vespucio
Sociedad Concesionaria Aeropuerto Carriel Sur S.A.
Sociedad De Recaudacion Y Pagos De Servicios Ltda
Sociedad Hotelera Bidasoa S.p.A.
Sociedade Hoteleira de Sete Rios, S.A.
Société Air France S.A.
Sof Dabar S.A. De C.V.
Sol Del Noa Sa
Solo Graphix LLC
Sonda S.A.
Soto Lagos, Ana Maryoriet
Sousa Rocha, Adriane
South African Airways Soc Ltd
South American Division Spa
Southeastern Freight Lines
Southern Cross Aviation
Southern Travel International Corp
Souza Gomes, Michele Maria Nazaré
Souza, Ana Julia Nogueira
Spafax Medios y Publicidad SpA
Spain Tax Agency
Spanset Do Brasil Ltda.
Spiriant Gmbh

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Spokane Enterprisis Ltd.
Squire Patton Boggs (Us) LLP
ST Engineering Aerospace Services Co PTE Ltd.
ST Engineering Aerospace Solutions A/S
ST Engineering Aerospace Supplies Pte. Ltd.
STA Travel Limited
Stacco Morera, Joan Manuel
Stalbaum de Liz, Cristiane
Stapakis, Steven William
Staples
Stericycle, Inc
Sterling Courier Systems
Stites, Lynn B
Stiva General Partnership
Stroe, Olimpia Larisa
Structural Evaluation Technologies Inc. d/b/a Setaero
STS Component Solutions
STS Engineering Solutions
Subatours Sas
Subramanyan, Ram Kumar
Success Ds Inc. Dba Packstrap Usa
Successfactors, Inc.
Summit Security Services, Inc.
Superintendencia de Transporte
Supreme Tours Inc.
Sv Viagens Ltda.
Swissport Aviation Services
Swissport Cargo Services Belgium Nv
Switchfly LLC
SYSBRAC Despachos Cons Transp Ltda.
Systems And Software Enterprises
Talca Corp.
Talita Da Silva Oliveira
Tamviusa Inc
Tapia Robles, Maria Cristina
Tapis Corp.
Tata Consultancy Services Chile S.A.
TC Skyward Aviation U.S., Inc.
Teac Aerospace Technologies
Techpro Invest Ltd.
Teide Holdings Inc.
Teixeira Ramella, Anna Maria
Telecom Italia Spa
Telles Martins Da Rocha, Charis

Teofilo Eduardo Bianchi & Maria Noelia Gimenez Merino
Teresina Empreendimentos Hoteleiros Ltda
Terminal de Cargas Aereas S.A.
Terminal De Exportacion Internacional Limitada
Teste Sa
Thales Avionics Inc.
The Avsource Group Inc
The Cargo Security Company
The Carlota Pina Trust
The Davidoff Center
The Jesus P. Hernandez 2008 Delaware Trust
The Nordam Group LLC
Thomas, Jacqueline Joyce
Thomas, Justin Paul
Thompson Aero Seating Ltd.
Thoughtworks Brasil Software Ltda.
Thoughtworks Chile S.p.A.
Thoughtworks Software Ecuador S.A.
Three Kinder Holdings Ltd.
Thyssenkrupp Elevator Corp.
Tibco Software Inc.
Tissiani Hoteis E Turismo Brasil Ltda - Me
TLD America Corporation
Toche, Jimena Angelica Meza
Tokio Marine & Nichido Fire Insurance Co., Ltd.
Tokyo Century Corporation
Tomas Federico, Saavedra
Topcast Aviation USA Inc.
Topsports Venture Ltda.
Torriani, Silvia Cristina
Torrington Distributors Inc.
Tortoriello, Perola Cristiane
Touch Inflight Solutions Inc.
Tozzi Ferraz, Silvia Andrea Peixoto
Transfer CSM Transportes E.I.R.L.
Transportacion y Servicios Turisticos Graillet, S.A. de CV
Transportes Besimor Sas
Transportes Futuro Limitada
Transportes Inca S.p.A.
Transtur S.p.A
Traya, Rached Hajar
TRC Master Fund LLC

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Tree Top Company Ltd.
Trend Viagens Operadora De Turismo S.A
Triangle Aviation Services, Inc.
Tri-County Aerospace, Inc.
Tripadvisor.Com
Tripulantes LATAM Argentina
Trueaero
Trujillo Parra Carlos, Carlos Hernan De Jesus
Tsi Aviation Inc
Turismo Seis Continentes Ltda
Twitter Brasil Rede de Informações Ltda
Tyller Passagens E Turismo
U.A.E. Direccion de Impuestos y Aduanas Nacionales
U.S. Customs and Border Protection
U.S. Express International, Inc.
U.S. Security Associates, Inc.
U.S. Travel Nyc, Corp
UMB Bank, National Association
Unibag SpA
Unilode Aviation Solutions Switzerland AG
Unión del Personal Superior y Professional De Empresas Aerocomerciales
United Aerospace Corporation
Unitedhealthcare Insurance Company
Universal Towers Construction, Inc. D/B/A Crown Plaza Orlando Universal
Universo Online Sa -2
Urrunaga, German
Urrutia Arestizabal, Patricia Alejandro
V&M International Forwarders, Inc.
Valle Pereira, João Augusto Freyesleben
Vandenbossche, Filip
Vanguard Logistic Services Chile S.
Vargas Torres, Edgar Alfonso
Vas Aero Services, LLC
Vaz Sisilio, Bianca
VDG Investments LLC
Vega Inostroza, Hernan Claudi
Velasquez Silva, Rosa Teresa
Veloso Queiroz, Livia Fernanda
Ventapane Freitas, Danilo Ricardo
Vera Alarcon, Fanny Alessandra
Via Turismo E Locacoes De Veiculos Ltda.
Victor Munhoz Chineze
Vicuna, Cecilia I

Video Plane Therapy Inc.
Vieira Klettenberg, Tatiana Cristine
Vieira Pacheco, Cristiana Manhanini
Vieira Vasconcellos, Raphael
Vilaverde, Samuel
Vilma Maria De Jesus
Violanda Silva Brigido De Sa
Visa International Service Association
Vision Aero
Visual Turismo Ltda
Vivero Las Verbenas S.R.L.
Vodanet Systems LLC
Voetur Turismo E Representações Ltda.
Vonwin Capital Management, LP
Warner, Carole Anne
Webber Wentzel
Wencor Group And Certain Affiliates
Westgate Marketing, LLC
WeWork Companies, Inc.
Wework Peru Srl
Whitebox Multi-Strategy Partners, L.P.
Wiginton Corporation - d/b/a Wiginton Fire Systems
Wilhelm, Herbert
Wilmington Trust SP Services (Dublin) Ltd.
Wilson, Rebecca
Winlock Holdings Corp.
Winpack S.A.
Winston Strawn
Wipro Ltd.
Wllana Maria Alves Dos Reis Nogueir
World Omni Financial Corp.
WorldACD Market Data B.V.
WT cargo LLC
Ybarra, Daniela Soledad
YH Property Pty Ltd.
Zanco Pereira, Carina
Zein Ortence Incorporacoes Ltda.
Zendesk Inc
Zirtec Industria e Comercio Ltda.
Zodiac Cabin Controls Gmbh
Zuni Vedacoes Imp Exp Hidra Ltda Me

**Vendors**
Servcater International Ltda.
Bahia Catering Ltda.

*Privileged & Confidential | Attorney Work Product | CGSH Draft 07.27.22*

Belém Servico de Bordo Ltda.
Caterair Servicos de Bordo e Hotelaria Ltda.
Fortaleza Servico de Bordo Ltda.
Natal Catering Ltda.
Expeditors International of Washington, Inc.

**Aircraft Counterparties**
Mitsubishi HC Capital Inc.
Mizuho Leasing Company, Ltd.
Fuyo General Lease Co., Ltd.

**Restructuring Support Agreement and
Backstop Agreement Counterparties**
Aurelius Capital Master, Ltd.
Cross Ocean Aviation Fund I (Intl) Master Lp
Cross Ocean Ess Iii S.À.R.L
Cross Ocean Gcdf I Sarl
Cross Ocean Global Sif (A) S.À R.L.
Cross Ocean Global Sif (H) S.À R.L.
Cross Ocean Gss Lux Holdings Sarl
Cross Ocean Sif Ess (K) S.À.R.L
Cross Ocean Usss Fund I (A) LP
D. E. Shaw Galvanic Portfolios, L.L.C.
Deutsche Bank Ag, London Branch
Gcm Grosvenor Special Opportunities Master
Fund, Ltd.
Gcm Grosvenor Strategic Credit L.P.
Hbk Investments
Hbk Master Fund L.P.
Lauca Investments, LLC
Lumyna Specialist Funds - Event Alternative
Fund
Mcp Holdings Master Lp (Series Iv-A)
Monarch Capital Master Partners Iv LP
Monarch Capital Master Partners V LP
Monarch Debt Recovery Master Fund Ltd
Monarch V Select Opportunities Master Fund
LP
Olympus Peak Cav Master LP
Olympus Peak Trade Claims Opportunties
Fund I Non-Eci LP
Opeak LLC
Psam Worldarb Master Fund Ltd
Rebound Portfoliltd
Red Pines LLC
Sajama Investments LLC

Sculptor Capital Investments, LLC
Silver Point Finance, LLC
Sixth Street Partners, LLC
Spcp Access Holdings, LLC
Spcp Institutional Group, LLC
Spcp Luxembourg Strategies S.À R.L.
Star V Partners LLC
Strategic Value Dislocation Master Fund, L.P.
Strategic Value Master Fund, Ltd.
Strategic Value New Rising Fund, L.P
Strategic Value Opportunities Fund, L.P.
Strategic Value Special Situations Master Fund
Iv, L.P.
Strategic Value Special Situations Master Fund
V, L.P.
Third Point Loan LLC
Ubs O'Connor LLC
Varde

**<u>Schedule 2</u>**

McKinsey' Connections to Interested Parties

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 1 | 3M Do Brasil Ltda. | 3M Company | Clients in matters unrelated to the Debtors |
| | | 3M Deutschland GmbH | |
| | | 3M EMEA, GmbH | |
| | | 3M Svenska AB | |
| | | Acelity L.P. Inc. | |
| | | KCI KK | |
| | | Kinetic Concepts, Inc. | |
| 2 | Abril Comunicacoes S.A. | Abril S.A. | Clients in matters unrelated to the Debtors |
| 3 | ADP GSI España S.A. | Automatic Data Processing, Inc. | Clients in matters unrelated to the Debtors |
| 4 | Adyen do Brasil Ltda. | Adyen N.V. | Clients in matters unrelated to the Debtors |
| 5 | Aena Aeropuertos S.A. | Aena S.M.E., S.A. | Clients in matters unrelated to the Debtors |
| 6 | AENA Brasil | Aena S.M.E., S.A. | Clients in matters unrelated to the Debtors |
| 7 | Aena S.A. | Aena S.M.E., S.A. | Clients in matters unrelated to the Debtors |
| 8 | Aena S.M.E., S.A. | Aena S.M.E., S.A. | Clients in matters unrelated to the Debtors |
| | | Autostrade per l'Italia SpA | |
| | | Brisa - Auto-Estradas de Portugal SA | |
| | | Eutelsat Communications S.A. | |
| | | Pavimental S.p.A. | |
| | | Red de Carreteras de Occidente, S.A.B. de C.V. | |
| | | Telepass S.p.A. | |
| | | Volocopter GmbH | |
| | | Yunex AG | |
| 9 | Aeroporti di Roma S.p.A | Aeroporti di Roma S.p.A | Clients in matters unrelated to the Debtors |
| 10 | Aerosan | Compañía Sud Americana de Vapores S.A. | Clients in matters unrelated to the Debtors |
| | | SAAM | |
| | | SAAM (SST) | |
| | | Sociedad Matriz SAAM S.A. | |
| 11 | Air BP | Calysta, Inc. | Clients in matters unrelated to the Debtors |
| 12 | Air BP Copec S.A. | BP Exploration Operating Company Limited | Clients in matters unrelated to the Debtors |
| | | Calysta, Inc. | |
| 13 | Air BP PBF del Peru Sac | BP Exploration Operating Company Limited | Clients in matters unrelated to the Debtors |
| | | Everstone Capital Asia Pte Ltd | |
| 14 | Air New Zealand Limited | Air New Zealand Limited | Clients in matters unrelated to the Debtors |
| 15 | AIR TOTAL INTERNATIONAL | SunFire GmbH | Clients in matters unrelated to the Debtors |
| | | TotalEnergies SE | |
| 16 | Aircastle Advisor LLC | Udelv, Inc. | Clients in matters unrelated to the Debtors |
| 17 | Aircastle Limited | Udelv, Inc. | Clients in matters unrelated to the Debtors |
| 18 | Allied Irish Bank Plc | AIB Group plc | Clients in matters unrelated to the Debtors |
| | | Allied Irish Banks, p.l.c. | |
| 19 | American Express Travel Related Services Company, Inc. | Boxed, Inc. | Clients in matters unrelated to the Debtors |
| | | Next Insurance, Inc. | |
| 20 | Amsafe Bridport | TransDigm Group Incorporated | Clients in matters unrelated to the Debtors |
| 21 | ANA AEROPORTOS DO PORTUGAL SA | VINCI Concessions SA | Clients in matters unrelated to the Debtors |
| | | Vinci SA | |
| | | XtreeE SAS France | |
| 22 | Anglo-American Ecuador S.A | Anglo American Chile Limitada | Clients in matters unrelated to the Debtors |
| | | Anglo American Foundation | |
| | | Anglo American Platinum Limited | |
| | | Anglo American plc | |
| | | Anglo American Services (UK) Ltd. | |
| | | De Beers Société Anonyme | |
| | | Debswana Diamond Company (Proprietary) Limited | |
| | | Hydrogenious LOHC Technologies GmbH | |
| | | Plug Power Inc. | |
| 23 | Asesorías e Inversiones American Express Chile Limitada | Next Insurance, Inc. | Clients in matters unrelated to the Debtors |
| 24 | AT&T | AT&T Inc. | Clients in matters unrelated to the Debtors |
| 25 | Atlantic Security Bank | CORPORACION ROMERO GROUP S.A.C. | Clients in matters unrelated to the Debtors |
| | | Credicorp Capital Chile S.A. | |
| | | Credicorp Capital Colombia S.A. | |
| 26 | Atlas Copco Brasil Ltda | Atlas Copco AB | Clients in matters unrelated to the Debtors |
| | | Atlas Copco Drilling Solutions, LLC | |
| 27 | Atradius Dutch State Business NV | Grupo Catalana Occidente, S.A. | Clients in matters unrelated to the Debtors |
| | | Seguros Catalana Occidente, S.A. de Seguros y Reaseguros | |
| 28 | Automatic Data Processing Inc. | Automatic Data Processing, Inc. | Clients in matters unrelated to the Debtors |
| 29 | Aviación Real A.I.E | Aegon Santander Generales Seguros y Reaseguros S.A | Clients in matters unrelated to the Debtors |
| | | Aegon Santander Portugal Não Vida – Companhia de Seguros, S.A. | |
| | | Attijariwafa bank SA | |
| | | Banco do Brasil S.A. | |
| | | Banco Popular Español, S.A. | |
| | | Banco Santander (Brasil) S.A. | |
| | | Banco Santander México, S.A., Institución de Banca Múltiple, Grupo Financiero Santander México | |
| | | Banco Santander Portugal SA | |
| | | Banco Santander Río S.A. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | Banco Santander Totta, S.A. | |
| | | Banco Santander, S.A. | |
| | | Banco Santander-Chile | |
| | | CACEIS S.A. | |
| | | CÂmara InterbancÁria De Pagamentos - Cip | |
| | | Federal Reserve Bank of Boston | |
| | | Grifols, S.A. | |
| | | Mastercard Asia/Pacific Pte. Ltd. | |
| | | Mastercard Europe sprl | |
| | | Mastercard Incorporated | |
| | | MasterCard International Incorporated | |
| | | Ripple Labs Inc. | |
| | | Sampol Energía | |
| | | Santander Bank Polska S.A. | |
| | | Santander Bank, National Association | |
| | | Santander Consumer Bank AG | |
| | | Santander Consumer Finance, S.A. | |
| | | Santander Holdings USA, Inc. | |
| | | Santander UK plc | |
| | | Tecnologia Bancária S.A. | |
| | | Zurich Santander Brasil Seguros S.A. | |
| 30 | Aviall Services Inc. | Aerion Corporation | Clients in matters unrelated to the Debtors |
| | | Boeing Defense, Space & Security | |
| | | Boeing North America, Inc. | |
| | | Coop Adriatica scarl | |
| | | Mr. Cooper Group Inc. | |
| | | The Boeing Company | |
| | | United Launch Alliance, LLC | |
| | | Virgin Orbit, LLC | |
| 31 | Awp Service Brasil Ltda. | Allianz Australia Limited | Clients in matters unrelated to the Debtors |
| | | Allianz Nederland Groep N.V. | |
| | | Allianz SE | |
| | | Nestlé S.A. | |
| 32 | AXA XL | Architas Multi-Manager Limited | Clients in matters unrelated to the Debtors |
| | | AXA SA | |
| | | AXA Seguros, S.A. de C.V. | |
| | | Oxbotica Limited | |
| | | TIER Mobility AG | |
| | | XL Bermuda Ltd | |
| 33 | Banco BTG Pactual Chile S.A. | Auto Adesivos Paraná S.A. | Clients in matters unrelated to the Debtors |
| | | EFG Bank AG | |
| | | EFG International AG | |
| 34 | BANCO CEF | Banco do Brasil S.A. | Clients in matters unrelated to the Debtors |
| | | Capgemini SE | |
| | | Tecnologia Bancária S.A. | |
| 35 | Banco De Colombia S.A. | Banco Agrícola S.A. | Clients in matters unrelated to the Debtors |
| | | Banco Agromercantil de Guatemala, S. A. | |
| | | Banco de Colombia S.A. | |
| | | Bancolombia S.A. | |
| | | Banistmo S.A. | |
| | | Compañía de Financiamiento TUYA S.A. | |
| | | Grupo de Inversiones Suramericana S.A. | |
| | | Parque Arauco S.A. | |
| | | Puntos Colombia S.A.S. | |
| 36 | Banco de Crédito del Perú | CORPORACION ROMERO GROUP S.A.C. | Clients in matters unrelated to the Debtors |
| | | Credicorp Capital Chile S.A. | |
| 37 | Banco de Crédito e Inversiones | Banco de Crédito e Inversiones | Clients in matters unrelated to the Debtors |
| | | BCI Securitizadora S.A. | |
| 38 | Banco de la Producción S.A. (Produbanco) | Banco de la Producción S.A. Produbanco | Clients in matters unrelated to the Debtors |
| | | Promerica Financial Corporation | |
| | | St. Georges Bank & Company Inc. | |
| 39 | Banco de Sabadell, S.A. | Delta Tecnic S.A. | Clients in matters unrelated to the Debtors |
| 40 | Banco do Brasil | Casa dos Ventos Energias Renováveis S.A. | Clients in matters unrelated to the Debtors |
| 41 | Banco Itaú Unibanco S.A. | Kinea Private Equity Investimentos S.A. | Clients in matters unrelated to the Debtors |
| | | Prumo Logística S.A. | |
| 42 | Banco Ripley S.A., Tiendas Por Departamento Ripley S.A. | Banco Ripley | Clients in matters unrelated to the Debtors |
| | | Ripley Corp S.A. | |
| 43 | Bank of America | Akoya Biosciences, Inc. | Clients in matters unrelated to the Debtors |
| | | Cury Construtora e Incoporadora S.A. | |
| 44 | Bank of China | So-Young International Inc. | Clients in matters unrelated to the Debtors |
| 45 | Barclays | St Pierre Groupe Limited | Clients in matters unrelated to the Debtors |
| | | Six Continents Hotels, Inc. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 46 | Black Rock | AstraZeneca PLC | Clients in matters unrelated to the Debtors |
| | | BHP Corporate HR | |
| | | BHP Group Limited | |
| | | BlackRock, Inc. | |
| 47 | Booking.Com B.V. | Beijing Didi Chuxing Technology Co., Ltd. | Clients in matters unrelated to the Debtors |
| | | Booking Holdings Inc. | |
| | | GrabTaxi Holdings Pte. Ltd. | |
| 48 | British Airways plc | British Airways Plc | Clients in matters unrelated to the Debtors |
| 49 | Brussels Airport Company N.V. (Belgium) | Brussels Airport Company NV/SA | Clients in matters unrelated to the Debtors |
| 50 | BTG Pactual Chile | EFG Bank AG | Clients in matters unrelated to the Debtors |
| 51 | Bumeran.Com Chile S.A | Box, Inc. | Clients in matters unrelated to the Debtors |
| | | ClimateTrade S.L. | |
| | | Colombia Telecomunicaciones S.A. ESP | |
| | | Telecom Italia Mobile S.p.A. | |
| | | Telecom Italia S.p.A. | |
| | | Telefônica Brasil S.A. | |
| | | Telefónica Chile S.A. | |
| | | Telefónica de España, S.A.U. | |
| | | Telefónica Deutschland Holding AG | |
| | | Telefónica Germany GmbH & Co. OHG | |
| | | TelefONica Germany Retail Gmbh | |
| | | Telefónica México, S.A. de C.V. | |
| | | Telefónica Móviles Colombia, S.A. | |
| | | Telefónica UK Limited | |
| | | Telefónica, S.A. | |
| | | Telsy Elettronica E Telecomunicazioni S.p.A. | |
| | | TIM Brasil Serviços e Participações S.A. | |
| | | TIM S.A. | |
| | | Vivo Participações S.A. | |
| 52 | C&A Modas S.A | Bregal Capital LLP | Clients in matters unrelated to the Debtors |
| | | Bregal Investments Inc. | |
| | | Bregal Unternehmerkapital GmbH | |
| | | C&A Mode GmbH & Co. KG | |
| | | CEA | |
| | | COFRA Holding AG | |
| | | General Fusion Inc. | |
| 53 | C.I.T. Leasing Corp. | AT&T Inc. | Clients in matters unrelated to the Debtors |
| | | BHP Corporate HR | |
| | | BHP Group Limited | |
| | | Citrix Systems, Inc. | |
| | | SAM, LLC | |
| | | Samsung Fire & Marine Insurance Co., Ltd. | |
| 54 | Caixa Econômica Federal | Banco do Brasil S.A. | Clients in matters unrelated to the Debtors |
| | | Capgemini SE | |
| | | Tecnologia Bancária S.A. | |
| 55 | Can-Pack Brasil Industria De Embala | Canpack S.A. | Clients in matters unrelated to the Debtors |
| 56 | Cargonaut Nederland B.V. | Royal Schiphol Group N.V. | Clients in matters unrelated to the Debtors |
| | | Schiphol International B.V. | |
| | | Schiphol Nederland B.V. | |
| | | SkyTeam Airline Alliance Management Coöperatie U.A. | |
| 57 | Cencosud Administradora De Tarjetas S.A. | Axalta Coating Systems Ltd. | Clients in matters unrelated to the Debtors |
| | | BCE Inc. | |
| | | Digicel Group Limited | |
| | | French Mutuelles | |
| | | Hollis Wealth | |
| | | M&G plc | |
| | | Magna International Inc. | |
| | | Manulife | |
| | | Manulife Financial | |
| | | Manulife Financial Corporation | |
| | | Mercantil Colpatria S.A. | |
| | | Mineros S.A. | |
| | | Scotia McLeod, Inc. | |
| | | Shift Technologies, Inc. | |
| | | Tangerine Bank | |
| | | The Bank of Nova Scotia | |
| | | TMX Group Limited | |
| 58 | CEPSA | Cepsa Comercial Petróleo, S.A. | Clients in matters unrelated to the Debtors |
| | | Compañia Española de Petróleos, S.A. | |
| 59 | Ceva Freight, LLC | Ceva Logistics AG | Clients in matters unrelated to the Debtors |
| | | Ceva Logistics Headoffice B.V. | |
| | | CMA CGM S.A. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 60 | Chase Paymentech Solutions | 10x Future Technologies Limited | Clients in matters unrelated to the Debtors |
| | | Advaxis Immunotherapies | |
| | | AgroFresh Solutions, Inc. | |
| | | AngloGold Ashanti Limited | |
| | | Apollo Capital Management, L.P. | |
| | | Apollo Epf Management III, Llc | |
| | | Apollo Global Capital, Inc. | |
| | | Apollo Global Management, Inc. | |
| | | Apollo Management VIII, L.P. | |
| | | Aptiv PLC | |
| | | Arcesium LLC | |
| | | AspenTech Corporation | |
| | | Aveng Management Company (Pty) Ltd. | |
| | | Avenga Holding AB | |
| | | Axiom Global, Inc. | |
| | | Bank One, National Association (Columbus,OH) | |
| | | Bill.com Holdings, Inc. | |
| | | BOE Technology Group Company Limited | |
| | | Boehringer Ingelheim Pharmaceuticals, Inc. | |
| | | California Resources Corporation | |
| | | Cedar Cares, Inc. | |
| | | Chaparral Energy, Inc. | |
| | | Contemporary Amperex Technology Co., Limited | |
| | | Coop Adriatica scarl | |
| | | CWT US, LLC | |
| | | CyberArk Software Ltd. | |
| | | Datamars SA | |
| | | Delphi Technologies PLC | |
| | | Doma Holdings Inc. | |
| | | Dyno Nobel Holdings USA Inc. | |
| | | Dyno Nobel Inc. | |
| | | Early Warning Services, LLC | |
| | | Formula One Management Limited | |
| | | Hana Financial Group Inc. | |
| | | Infosys Limited | |
| | | Intrado Inc. | |
| | | J.P. Morgan Asset Management, Inc. | |
| | | Janus Henderson Group plc | |
| | | Janus Henderson Investors | |
| | | JPMorgan Chase & Co. | |
| | | JPMorgan Chase Bank, National Association | |
| | | LCH Limited | |
| | | Lumileds Holding B.V. | |
| | | Mitsubishi Motors Corporation | |
| | | ModivCare Inc. | |
| | | Momentive Global Inc. | |
| | | Mood Media Corporation | |
| | | Mr. Cooper Group Inc. | |
| | | New World Development Company Limited | |
| | | Orica Limited | |
| | | Plus500 Ltd. | |
| | | PNC Bank | |
| | | Privpath Diagnostic Inc | |
| | | Public Joint-Stock Company Moscow Exchange MICEX-RTS | |
| | | RTI Surgical Holdings, Inc. | |
| | | SunEdison, Inc. | |
| | | Sunrun Inc. | |
| | | Swissport International AG | |
| | | TBC Bank Group PLC | |
| | | TCS Group Holding PLC | |
| | | Tesla, Inc. | |
| | | The PNC Financial Services Group, Inc. | |
| | | Thunder Software Technology Co.,Ltd. | |
| | | Viewpointe Archive Services, L.L.C. | |
| | | Virgin Money UK PLC | |
| | | Weichai Power Co., Ltd. | |
| | | Welspun India Limited | |
| | | WestRock Company | |
| | | WeWork Inc. | |
| | | WuXi PharmaTech (Cayman) Inc. | |
| | | Zalando SE | |
| 61 | Chevron Texaco | Chevron Argentina S.R.L. | Clients in matters unrelated to the Debtors |
| | | Chevron Asia Pacific Exploration and Production Co. | |
| | | Chevron Thailand Exploration and Production, Ltd. | |
| | | Chevron U.S.A. Inc. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 62 | China Eastern Airlines | Air France-KLM Cargo | Clients in matters unrelated to the Debtors |
| | | Chubb Group Holdings Inc. | |
| | | Chubb Limited | |
| | | Pavimental S.p.A. | |
| 63 | Chubb Limited | Chubb Group Holdings Inc. | Clients in matters unrelated to the Debtors |
| | | Chubb Limited | |
| 64 | CLARO CHILE S.A. | América Móvil, S.A.B. de C.V. | Clients in matters unrelated to the Debtors |
| | | Comunicacion Celular S.A. | |
| 65 | Claro S.A. | América Móvil, S.A.B. de C.V. | Clients in matters unrelated to the Debtors |
| | | Comunicacion Celular S.A. | |
| 66 | CLARO SERVICIOS EMPRESARIALES S.A. | América Móvil, S.A.B. de C.V. | Clients in matters unrelated to the Debtors |
| | | Comunicacion Celular S.A. | |
| 67 | Colmena Golden Cross S.A. | Colmena Golden Cross S.A. | Clients in matters unrelated to the Debtors |
| 68 | Compañía Española De Petróleos, S.A.U. | Cepsa Comercial Petróleo, S.A. | Clients in matters unrelated to the Debtors |
| | | Compañía Española de Petróleos, S.A. | |
| 69 | Credit Agricole Corporate and Investment Bank | Remedee Labs SAS | Clients in matters unrelated to the Debtors |
| | | Verra Mobility Corporation | |
| 70 | Credit Industriel ET Commercial | bioMérieux S.A. | Clients in matters unrelated to the Debtors |
| | | Marianne Formation, SAS | |
| | | Younited SA | |
| 71 | Credit Suisse | Credit Suisse Group AG | Clients in matters unrelated to the Debtors |
| | | Logitech International S.A. | |
| | | MAHLE Automotive Technologies (China) Co., Ltd. | |
| | | WeLab Holdings Limited | |
| 72 | Delta Material Services, LLC | Air France-KLM Cargo | Clients in matters unrelated to the Debtors |
| | | Air France-KLM SA | |
| | | Delta Air Lines, Inc. | |
| 73 | Desacol S.A. | easyJet plc | Clients in matters unrelated to the Debtors |
| | | Hyliion Holdings Corp. | |
| | | Volta Trucks AB | |
| 74 | Deutsche Bank | Beijing Yanjing Brewery Co.,Ltd. | Clients in matters unrelated to the Debtors |
| | | Plenary Group Pty Ltd | |
| | | Plenary Group USA | |
| 75 | Deutsche Bank Trust Company Americas | The Manchester Ship Canal Company Limited | Clients in matters unrelated to the Debtors |
| | | Lufthansa AirPlus Servicekarten GmbH | |
| | | Lufthansa Cargo AG | |
| | | Lufthansa Technik AG | |
| | | Lufthansa Technik Logistik Services Gmbh | |
| | | time:matters GmbH | |
| 76 | Deutsche Telekom A.G. | LeanIX GmbH | Clients in matters unrelated to the Debtors |
| 77 | Development Bank of Japan | ClipLine, Inc. | Clients in matters unrelated to the Debtors |
| | | ITOCHU Corporation | |
| 78 | Diehl Aerospace Inc | Diehl AKO Stiftung & Co. KG | Clients in matters unrelated to the Debtors |
| 79 | Diehl Aviation Gilching GMBH | Diehl AKO Stiftung & Co. KG | Clients in matters unrelated to the Debtors |
| 80 | Directv, LLC | AT&T Business Solutions | Clients in matters unrelated to the Debtors |
| | | AT&T Communications Inc | |
| | | AT&T Comunicaciones Digitales, S. de R.L. de C.V. | |
| | | AT&T Entertainment Group | |
| | | AT&T Inc. | |
| | | AT&T/SKY | |
| | | Cable News Network, Inc. | |
| | | DIRECTV, LLC | |
| | | Lions Gate Entertainment Corp. | |
| | | NextEra Energy, Inc. | |
| | | Starz | |
| | | Warner Media, LLC | |
| 81 | Dnata Airport Services Pty Ltd | The Emirates Group | Clients in matters unrelated to the Debtors |
| 82 | Dnata Us Inflight Catering LLC | The Emirates Group | Clients in matters unrelated to the Debtors |
| 83 | DVB Bank SE | Union Asset Management Holding AG | Clients in matters unrelated to the Debtors |
| 84 | Eagle Aviation Services S.A | American Airlines Group Inc. | Clients in matters unrelated to the Debtors |
| | | Coop Adriatica scarl | |
| | | Gol Linhas Aéreas Inteligentes S.A. | |
| | | Mr. Cooper Group Inc. | |
| 85 | Eastman Chemical Company | Eastman Chemical Company | Clients in matters unrelated to the Debtors |
| 86 | Ecolab Inc. | Ecolab Inc. | Clients in matters unrelated to the Debtors |
| 87 | El Banco Internacional Del Peru. (Interbank) | Financiera Oh! S.A. | Clients in matters unrelated to the Debtors |
| | | InRetail Perú Corp. | |
| | | Intercorp Management Solutions Inc | |
| | | Intercorp Perú Ltd. | |
| | | Interseguro Compañía de Seguros SA | |
| | | Viasat, Inc. | |
| 88 | El Pacífico- Compañía de Seguros y Reaseguros S.A. | CORPORACION ROMERO GROUP S.A.C. | Clients in matters unrelated to the Debtors |
| | | Credicorp Capital Colombia S.A. | |
| 89 | Electrolux Do Brasil S.A | AB Electrolux (publ) | Clients in matters unrelated to the Debtors |
| 90 | Embassy Suites Management LLC | Hilton Worldwide Holdings Inc. | Clients in matters unrelated to the Debtors |
| 91 | EMPRESA ENERGETICA DE MATO GROSSO D | Energisa S.A. | Clients in matters unrelated to the Debtors |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 92 | Empresa Nacional De Energia Enex S. | Banco de Chile | Clients in matters unrelated to the Debtors |
| | | Compañia Cervecerías Unidas S.A. | |
| | | Compañia Sud Americana de Vapores S.A. | |
| | | Enex S.A. | |
| | | Hapag-Lloyd Aktiengesellschaft | |
| | | Nexans S.A. | |
| | | SAAM | |
| | | SAAM (SST) | |
| | | Sociedad Matriz SAAM S.A. | |
| | | Viña San Pedro Tarapacá S.A. | |
| 93 | ENAP Refinerías S.A. | Empresa Nacional del Petróleo | Clients in matters unrelated to the Debtors |
| | | ENAP Refinerías S.A. | |
| 94 | Engine Lease Finance Corporation | PT GoTo Gojek Tokopedia Tbk | Clients in matters unrelated to the Debtors |
| 95 | Ernst Y Young SAS | Ernst & Young GmbH WPG | Clients in matters unrelated to the Debtors |
| 96 | ESPIRITO SANTO CENTRAIS ELETRICAS S | EDP Renewables Europe, S.L. | Clients in matters unrelated to the Debtors |
| | | EDP Renewables North America LLC | |
| 97 | Euler Hermes | Allianz Australia Limited | Clients in matters unrelated to the Debtors |
| | | Allianz Nederland Groep N.V. | |
| | | Allianz SE | |
| | | Bank Polska Kasa Opieki S.A. | |
| | | Nestlé S.A. | |
| 98 | EXPEDIA | Expedia Group, Inc. | Clients in matters unrelated to the Debtors |
| | | trivago N.V. | |
| 99 | Facebook | Meta Platforms, Inc. | Clients in matters unrelated to the Debtors |
| 100 | Facebook Spain S.L. | Facebook Ireland Limited | Clients in matters unrelated to the Debtors |
| | | FCL Tech, Inc. | |
| | | Meta Platforms, Inc. | |
| | | PT GoTo Gojek Tokopedia Tbk | |
| 101 | First Class Services, Inc | Coop Adriatica scarl | Clients in matters unrelated to the Debtors |
| | | DraftKings Inc. | |
| | | Fox Sports Networks, Inc. | |
| | | Hulu, LLC | |
| | | Middle East Broadcast Corporation | |
| | | Mr. Cooper Group Inc. | |
| | | Star India Private Limited | |
| | | Tata Communications Limited | |
| | | Tata Sky Ltd. | |
| | | The Walt Disney Company | |
| | | Walt Disney Parks and Resorts U.S., Inc. | |
| 102 | Florida Power & Light Company | Florida Power & Light Company | Clients in matters unrelated to the Debtors |
| | | NextEra Energy, Inc. | |
| 103 | Fondo De Inversión Privado Deudas Y Facturas 1 | Banco de Chile | Clients in matters unrelated to the Debtors |
| 104 | Fraport Brasil S.A Aeroporto De Porto Alegre | Northern Capital Gateway LLC | Clients in matters unrelated to the Debtors |
| 105 | Gartner Ireland Limited | Gartner, Inc. | Clients in matters unrelated to the Debtors |
| 106 | Gate Gourmet Peru S.R.L. | gategroup Holding AG | Clients in matters unrelated to the Debtors |
| 107 | Gate Gourmet London Ltd | gategroup Holding AG | Clients in matters unrelated to the Debtors |
| 108 | Gate Gourmet Services Ltda. | gategroup Holding AG | Clients in matters unrelated to the Debtors |
| 109 | Gate Gourmet Services Pty. Limited | gategroup Holding AG | Clients in matters unrelated to the Debtors |
| 110 | GE Engine Services, Inc. | SHINSEGAE Inc. | Clients in matters unrelated to the Debtors |
| 111 | Gol Linhas Aereas Inteligen | Gol Linhas Aéreas Inteligentes S.A. | Clients in matters unrelated to the Debtors |
| 112 | GOLDEN TOUCH TRANSPORTATION OF NY, INC. | GeoPost SA | Clients in matters unrelated to the Debtors |
| 113 | Goldman Sachs | Anhui Kouzi Distillery Co., Ltd. | Clients in matters unrelated to the Debtors |
| | | Clearlake Capital Group, L.P. | |
| | | Elion Partners, LLC | |
| | | Fresenius Medical Care AG & Co. KGaA | |
| | | Goldman Sachs Asset Management, L.P. | |
| | | Human Security, Inc. | |
| | | Ping An Insurance (Group) Company of China, Ltd. | |
| | | Shift Technologies, Inc. | |
| | | Suja Life, LLC | |
| | | WH Group Limited | |
| | | Zendesk, Inc. | |
| 114 | Google | Udacity, Inc. | Clients in matters unrelated to the Debtors |
| | | Waymo LLC | |
| 115 | Grupo Sura | Colmena Golden Cross S.A. | Clients in matters unrelated to the Debtors |
| | | Grupo Argos S.A. | |
| 116 | Hamilton Sundstrand | Pratt & Whitney Company, Inc. | Clients in matters unrelated to the Debtors |
| | | Raytheon Technologies Corporation | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 117 | Hbk Master Fund L.P. | Carasent ASA | Clients in matters unrelated to the Debtors |
| | | Hyliion Holdings Corp. | |
| | | ModivCare Inc. | |
| | | NextEra Energy, Inc. | |
| | | NXP Semiconductors Cabuyao, Inc | |
| | | NXP Semiconductors N.V. | |
| | | Turkiye Garanti Bankasi A.S. | |
| 118 | Hertz International Limited | Hertz Global Holdings, Inc. | Clients in matters unrelated to the Debtors |
| | | Hertz International Ltd. | |
| 119 | Hipercard Banco Multiplo S.A. | Alpargatas S.A. | Clients in matters unrelated to the Debtors |
| | | Banco Itaú BBA S.A. | |
| | | Cobasi Comércio de Prod. Básicos e Industrializados Ltda. | |
| | | Cury Construtora e Incorporadora S.A. | |
| | | Dexco S.A. | |
| | | ESA - Itaúsa | |
| | | Fundação José Luiz Egydio Setúbal | |
| | | IRB-Brasil Resseguros S.A. | |
| | | Itaú Corpbanca | |
| | | Itaú CorpBanca Colombia S. A. | |
| | | Itaú Unibanco Holding S.A. | |
| | | Itaú Unibanco S.A. | |
| | | Itaúsa S.A. | |
| | | Kinea Private Equity Investimentos S.A. | |
| | | M. Dias Branco S.A. Indústria e Comércio de Alimentos | |
| | | Magazine Luiza S.A. | |
| | | Matera Systems Informática S.A. | |
| | | Prumo Logística S.A. | |
| | | Rothy's, Inc. | |
| | | Tecnologia Bancária S.A. | |
| | | XP Inc. | |
| | | XPAC Acquisition Corp. | |
| 120 | Holiday Inn Express | Holiday Inn Club Vacations | Clients in matters unrelated to the Debtors |
| | | Six Continents Hotels, Inc. | |
| | | Summit Hotel Properties, Inc. | |
| | | ams-OSRAM AG | |
| | | Midland Expressway Limited | |
| | | Octopus Energy Limited | |
| 121 | HYPERCARD | Banco do Brasil S.A. | Clients in matters unrelated to the Debtors |
| | | Banco Itaú BBA S.A. | |
| | | Tecnologia Bancária S.A. | |
| 122 | IAE International Aero Engines AG | Pratt & Whitney Company, Inc. | Clients in matters unrelated to the Debtors |
| | | Raytheon Technologies Corporation | |
| 123 | Iata | The International Air Transport Association | Clients in matters unrelated to the Debtors |
| 124 | IATA Clearing House | The International Air Transport Association | Clients in matters unrelated to the Debtors |
| 125 | Iata Geneva | The International Air Transport Association | Clients in matters unrelated to the Debtors |
| 126 | IATA MONTREAL, IATA CLEARING HOUSE (Canada) | The International Air Transport Association | Clients in matters unrelated to the Debtors |
| 127 | Iberia Lineas Aereas De Espana S.A. | Brit Limited | Clients in matters unrelated to the Debtors |
| | | British Airways Plc | |
| 128 | Ibm Brasil - Industria, Maquinas E Servicos Ltda | ACI Worldwide, Inc. | Clients in matters unrelated to the Debtors |
| | | Coop Adriatica scarl | |
| | | IBM India Research Laboratory | |
| | | IBM Watson Health, Inc. | |
| | | IBM World Trade Corporation | |
| | | International Business Machines Corporation | |
| | | Mr. Cooper Group Inc. | |
| | | Viewpointe Archive Services, L.L.C. | |
| 129 | IBM De Chile S.A.C. | ACI Worldwide, Inc. | Clients in matters unrelated to the Debtors |
| | | Coop Adriatica scarl | |
| | | IBM India Research Laboratory | |
| | | IBM Watson Health, Inc. | |
| | | IBM World Trade Corporation | |
| | | International Business Machines Corporation | |
| | | Mr. Cooper Group Inc. | |
| | | Viewpointe Archive Services, L.L.C. | |
| 130 | IBM De Colombia & Cia S.C.A. | ACI Worldwide, Inc. | Clients in matters unrelated to the Debtors |
| | | Coop Adriatica scarl | |
| | | IBM India Research Laboratory | |
| | | IBM Watson Health, Inc. | |
| | | IBM World Trade Corporation | |
| | | International Business Machines Corporation | |
| | | Mr. Cooper Group Inc. | |
| | | Viewpointe Archive Services, L.L.C. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 131 | IBM Del Ecuador C.A. | ACI Worldwide, Inc. | Clients in matters unrelated to the Debtors |
| | | Coop Adriatica scarl | |
| | | IBM India Research Laboratory | |
| | | IBM Watson Health, Inc. | |
| | | IBM World Trade Corporation | |
| | | International Business Machines Corporation | |
| | | Mr. Cooper Group Inc. | |
| | | Viewpointe Archive Services, L.L.C. | |
| 132 | IBM Del Perú S.A.C. | ACI Worldwide, Inc. | Clients in matters unrelated to the Debtors |
| | | Coop Adriatica scarl | |
| | | IBM India Research Laboratory | |
| | | IBM Watson Health, Inc. | |
| | | IBM World Trade Corporation | |
| | | International Business Machines Corporation | |
| | | Mr. Cooper Group Inc. | |
| | | Viewpointe Archive Services, L.L.C. | |
| 133 | INDRA SISTEMAS CHILE S.A. | Indra Sistemas, S.A. | Clients in matters unrelated to the Debtors |
| 134 | Inframerica (Brazil) | Corporación América Airports S.A. | Clients in matters unrelated to the Debtors |
| 135 | Inframerica Concessionária Do Aeroporto De Brasília | Corporación América Airports S.A. | Clients in matters unrelated to the Debtors |
| 136 | Inframerica Concessionaria Do Aeroporto De Sao Goncalo Do Amarante S.A. | Corporación América Airports S.A. | Clients in matters unrelated to the Debtors |
| 137 | ING Capital LLC | ING Belgium NV/SA | Clients in matters unrelated to the Debtors |
| 138 | Interbank Perú | Financiera Oh! S.A. | Clients in matters unrelated to the Debtors |
| | | InRetail Perú Corp. | |
| | | Intercorp Management Solutions Inc | |
| | | Intercorp Perú Ltd. | |
| | | Interseguro Compañía de Seguros SA | |
| | | Viasat, Inc. | |
| 139 | International Air Transport Association | The International Air Transport Association | Clients in matters unrelated to the Debtors |
| 140 | International Card Acquiring Agreement | Bill.com Holdings, Inc. | Clients in matters unrelated to the Debtors |
| | | Boehringer Ingelheim Pharmaceuticals, Inc. | |
| | | Dynamic Yield Ltd. | |
| | | Ekata, Inc. | |
| | | Finicity Corporation | |
| | | Mastercard Asia/Pacific Pte. Ltd. | |
| | | Mastercard Europe sprl | |
| | | Mastercard Incorporated | |
| | | MasterCard International Incorporated | |
| 141 | Inversiones HS SpA | Falabella S.A. | Clients in matters unrelated to the Debtors |
| 142 | Iron Mountain | Pollen, Inc. | Clients in matters unrelated to the Debtors |
| 143 | ISS Biosystem Saneamento Ambiental Ltda | Salesforce, Inc. | Clients in matters unrelated to the Debtors |
| | | Salesforce.com Germany GmbH | |
| 144 | ISS Facility Services, S.A. De C.V. | ISS A/S | Clients in matters unrelated to the Debtors |
| | | ISS Global A/S | |
| | | ISS World Services A/S | |
| 145 | ITA Software Llc | Airbnb, Inc. | Clients in matters unrelated to the Debtors |
| | | Alphabet Inc. | |
| | | Apollo Global Management, Inc. | |
| | | Capital G | |
| | | CapitalG Management Company, LLC | |
| | | Clover Health Investments, Corp. | |
| | | CME Group Inc. | |
| | | DeepMind Technologies Limited | |
| | | Denali Therapeutics Inc. | |
| | | Domo, Inc. | |
| | | Evelo Biosciences, Inc. | |
| | | Fractyl Health, Inc. | |
| | | Freshworks Inc. | |
| | | GitLab Inc. | |
| | | Google (Hong Kong) Limited | |
| | | Google Asia Pacific Pte. Ltd. | |
| | | Google Belgium NV | |
| | | Google Brasil Internet Ltda. | |
| | | Google Finland OY | |
| | | Google Germany GmbH | |
| | | Google Ireland Limited | |
| | | Google Japan G.K. | |
| | | Google Poland Sp. z o.o. | |
| | | Google South Africa (Proprietary) Limited | |
| | | Google UK Limited | |
| | | Invitae Corporation | |
| | | JD.com, Inc. | |
| | | LEM | |
| | | LendingClub Corporation | |
| | | Lyft, Inc. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | Mandiant, Inc. | |
| | | Momentive Global Inc. | |
| | | MultiPlan Corporation | |
| | | National Resilience, Inc. | |
| | | Next Insurance, Inc. | |
| | | PT GoTo Gojek Tokopedia Tbk | |
| | | Ripple Labs Inc. | |
| | | Sidewalk Labs LLC | |
| | | Stripe, Inc. | |
| | | SugarCRM Inc. | |
| | | TAE Technologies, Inc. | |
| | | Turo Inc. | |
| | | Uber Technologies, Inc. | |
| | | Udacity, Inc. | |
| | | UJET, Inc. | |
| | | Valo Health, Inc. | |
| | | Waymo LLC | |
| | | Webflow, Inc. | |
| | | X Development LLC | |
| 146 | J. ARON & COMPANY LLC | Acronis International GmbH | Clients in matters unrelated to the Debtors |
| | | Apollo Global Management, Inc. | |
| | | Clearlake Capital Group, L.P. | |
| | | Elion Partners, LLC | |
| | | Goldman Sachs Asset Management, L.P. | |
| | | Human Security, Inc. | |
| | | Meta Platforms, Inc. | |
| | | The Goldman Sachs Group, Inc. | |
| | | Zendesk, Inc. | |
| 147 | J.P Morgan Europe Limited | Kraton Corporation | Clients in matters unrelated to the Debtors |
| 148 | J.P.Morgan | CWT US, LLC | Clients in matters unrelated to the Debtors |
| | | Akoya Biosciences, Inc. | |
| | | Bank One, National Association (Columbus,OH) | |
| | | Contemporary Amperex Technology Co., Limited | |
| 149 | Kidde Technologies Inc | Carrier Global Corporation | Clients in matters unrelated to the Debtors |
| | | Coop Adriatica scarl | |
| | | Mr. Cooper Group Inc. | |
| | | Otis Worldwide Corporation | |
| | | Pratt & Whitney Canada Corp. | |
| | | Pratt & Whitney Company, Inc. | |
| | | Raytheon Missile Systems Company | |
| | | Raytheon Technologies Corporation | |
| | | Raytheon UK | |
| | | United Technologies Corp | |
| | | UTAS APS | |
| 150 | Kid-Systeme GmbH | Elbe Flugzeugwerke GmbH | Clients in matters unrelated to the Debtors |
| | | ispace, inc. | |
| 151 | Kion South America Fab. Equipamentos Para Armazenagem Ltda | Dematic Corp. | Clients in matters unrelated to the Debtors |
| | | KION GROUP AG | |
| | | Linde Material Handling GmbH | |
| 152 | Knighthead Capital Management LLC | Hertz Global Holdings, Inc. | Clients in matters unrelated to the Debtors |
| 153 | Korea Dev. | MEDIPOST Co., Ltd. | Clients in matters unrelated to the Debtors |
| 154 | Kuwait Petroleum International Aviation | Carshare Ventures B.V. | Clients in matters unrelated to the Debtors |
| 155 | La Banque Postale | GeoPost SA | Clients in matters unrelated to the Debtors |
| 156 | Lenovo Agencia En Chile | LCFC (Hefei) Electronics Technology Co., Ltd. | Clients in matters unrelated to the Debtors |
| | | Lenovo (Beijing) Limited | |
| | | Lenovo Group Limited | |
| | | NIO Inc. | |
| | | Otonomo Technologies Ltd. | |
| 157 | Loja Electrolux Comercio Virtual De Electrodomesticos Ltda | AB Electrolux (publ) | Clients in matters unrelated to the Debtors |
| | | Lufthansa AirPlus Servicekarten GmbH | |
| | | Lufthansa Cargo AG | |
| | | Lufthansa Technik AG | |
| | | Lufthansa Technik Logistik Services Gmbh | |
| | | time:matters GmbH | |
| | | Lufthansa AirPlus Servicekarten GmbH | |
| | | Lufthansa Cargo AG | |
| | | Lufthansa Technik AG | |
| | | Lufthansa Technik Logistik Services Gmbh | |
| | | time:matters GmbH | |
| 158 | Macquarie Aircraft Leasing | AirTrunk Pte Ltd. | Clients in matters unrelated to the Debtors |
| | | Atlas Technologies B.V. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 159 | Manchester Securities Corp. | AT&T Inc. | Clients in matters unrelated to the Debtors |
| | | BHP Corporate HR | |
| | | BHP Group Limited | |
| | | Pernod Ricard SA | |
| | | SAM, LLC | |
| | | Samsung Fire & Marine Insurance Co., Ltd. | |
| 160 | MASSACHUSETTS PORT AUTHORITY | Massachusetts Port Authority | Clients in matters unrelated to the Debtors |
| | | Bill.com Holdings, Inc. | |
| | | Boehringer Ingelheim Pharmaceuticals, Inc. | |
| | | Dynamic Yield Ltd. | |
| 161 | MASTERCARD | Ekata, Inc. | Clients in matters unrelated to the Debtors |
| | | Finicity Corporation | |
| | | Mastercard Asia/Pacific Pte. Ltd. | |
| | | Mastercard Europe sprl | |
| | | Mastercard Incorporated | |
| | | MasterCard International Incorporated | |
| | | Pavimental S.p.A. | |
| 162 | McCann Erickson | IPG Mediabrands S.A. | Clients in matters unrelated to the Debtors |
| | | The Interpublic Group of Companies, Inc. | |
| 163 | Meggitt Control Systems | Parker-Hannifin Corporation | Clients in matters unrelated to the Debtors |
| 164 | Meggitt Customer Services Support | Parker-Hannifin Corporation | Clients in matters unrelated to the Debtors |
| 165 | Messier-Bugatti-Dowty | ArianeGroup | Clients in matters unrelated to the Debtors |
| | | Arianespace S.A. | |
| | | Safran SA | |
| | | Zodiac Aerospace | |
| 166 | Miami- Dade County | Miami-Dade County, Florida | Clients in matters unrelated to the Debtors |
| 167 | Microsoft Chile S.A. | Nokia Oyj | Clients in matters unrelated to the Debtors |
| | | Nokia Solutions and Networks Singapore Pte. Ltd. | |
| 168 | Microsoft Corporation And Microsoft Online, A Subsidiary Of Microsoft Corporation | GrabTaxi Holdings Pte. Ltd. | Clients in matters unrelated to the Debtors |
| | | Hopin Ltd. | |
| | | Informatica LLC | |
| | | InfoSum | |
| | | LinkedIn Corporation | |
| | | Linkedin Singapore Pte. Ltd. | |
| | | Microsoft Corporation | |
| | | Microsoft Danmark ApS | |
| | | Microsoft Japan Co., Ltd | |
| | | Nokia Networks, Inc. | |
| | | Nokia Oyj | |
| | | Nokia Solutions and Networks Singapore Pte. Ltd. | |
| | | Nuance Communications Ireland Limited | |
| | | Nuance Communications, Inc. | |
| | | Oravel Stays Limited | |
| | | OYO Rooms | |
| | | P.T. Microsoft Indonesia | |
| | | PsiQuantum, Corp. | |
| | | Rogers Communications Inc. | |
| | | Sequoia Capital Operations LLC | |
| | | Uber Technologies, Inc. | |
| 169 | Minsait Payments Systems, S.L.U. | Indra Sistemas, S.A. | Clients in matters unrelated to the Debtors |
| 170 | Moodys Investors Services | Moody's Corporation | Clients in matters unrelated to the Debtors |
| | | Morgan Stanley Infrastructure Inc. | |
| | | Sinopharm Holding (China)Finance Leasing Co.,Ltd | |
| 171 | MUFG Bank, Ltd. | EIS, Inc. | Clients in matters unrelated to the Debtors |
| | | Morgan Stanley Infrastructure Inc. | |
| | | Aurelis Real Estate Service Gmbh | |
| | | Autostrade per l'Italia SpA | |
| | | Brisa - Auto-Estradas de Portugal SA | |
| | | CIMIC Group Limited | |
| | | Eutelsat Communications S.A. | |
| | | HOCHTIEF PPP Solutions North America Inc. | |
| | | Pavimental S.p.A. | |
| | | Red de Carreteras de Occidente, S.A.B. de C.V. | |
| | | Webuild S.p.A. | |
| 172 | Nationwide Hospitality Pty Ltd | Bill.com Holdings, Inc. | Clients in matters unrelated to the Debtors |
| | | Boehringer Ingelheim Pharmaceuticals, Inc. | |
| | | Ctf Technologies Do Brasil Ltda | |
| | | FLEETCOR Technologies, Inc. | |
| 173 | Newrest France S.A | Saudi Airlines Catering Company | Clients in matters unrelated to the Debtors |
| 174 | Newrest_Servair Chile Ltda | Saudi Airlines Catering Company | Clients in matters unrelated to the Debtors |
| 175 | Nh Hoteles Espana SA | Minor Food Group Plc | Clients in matters unrelated to the Debtors |
| 176 | NISSAN MOTOR ACCEPTANCE CORPORATION | DongFeng Automobile Co. LTD | Clients in matters unrelated to the Debtors |
| | | Dongfeng Motor Group Company Limited | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 177 | Oaktree Capital Management | Atlas Holdings LLC | Clients in matters unrelated to the Debtors |
| | | Brookfield Infrastructure Partners L.P. | |
| | | Brookfield Private Capital (DIFC) Limited | |
| | | International Wire Group Holdings, Inc. | |
| | | Ports America, Inc. | |
| | | TruckPro, LLC | |
| 178 | On-Board Media In | SEP | Clients in matters unrelated to the Debtors |
| | | Christian Dior Commercial (Shanghai) Co., Ltd. | |
| | | Christian Dior Couture S.A. | |
| | | Christian Dior Perfumes LLC | |
| | | DFS Group Limited | |
| | | L Catterton (Secoo) | |
| | | L Catterton Asia | |
| | | L Catterton Latin America Engagement Corp | |
| | | L Catterton Management Limited | |
| | | L Catterton Partners | |
| | | L CattertonAsia Advisors | |
| | | L CattertonAsia Advisors (RM Williams) | |
| | | LVMH Moët Hennessy - Louis Vuitton, Société Européenne | |
| | | LVMH Perfumes & Cosmetics | |
| | | LVMH Watches & Jewelry France SA | |
| | | MHD Moët Hennessy Diageo SAS | |
| | | Moet Hennessy Diageo (China) Co., Ltd. | |
| | | Moët Hennessy Inc. | |
| | | Moët Hennessy USA, Inc. | |
| | | Parfums Christian Dior SA (France) | |
| | | Sephora (Shanghai) Cosmetic Co., Ltd. | |
| | | Sephora USA, Inc. | |
| | | Tiffany & Co. | |
| | | Forestal Arauco S.A. | |
| | | ORIX Corporation USA | |
| 179 | Pacific Scientific Company | Danaher Corporation | Clients in matters unrelated to the Debtors |
| | | Danaher Water Quality Platform | |
| | | Denghe (Shanghai) Medical Technology Co., LTD | |
| | | DNA | |
| 180 | Pan American Energy LLC Sucursal Argentina | BP Exploration Operating Company Limited | Clients in matters unrelated to the Debtors |
| 181 | Parker-Hannifin Corporation | Parker-Hannifin Corporation | Clients in matters unrelated to the Debtors |
| 182 | Paypal (Europe) Sarl Y Cie, Sca. | MercadoLibre, Inc. | Clients in matters unrelated to the Debtors |
| | | PayPal Holdings, Inc. | |
| | | PT GoTo Gojek Tokopedia Tbk | |
| | | Uber Technologies, Inc. | |
| 183 | Promotora Cmr Falabella S.A. | Falabella Retail S.A. | Clients in matters unrelated to the Debtors |
| | | Falabella S.A. | |
| 184 | Qantas Airways Limited | Qantas Airways Limited | Clients in matters unrelated to the Debtors |
| 185 | Rainbow Trust | PT GoTo Gojek Tokopedia Tbk | Clients in matters unrelated to the Debtors |
| 186 | Raizen Combustiveis S.A. | Shell plc | Clients in matters unrelated to the Debtors |
| 187 | Redecard S.A. | Cury Construtora e Incorporadora S.A. | Clients in matters unrelated to the Debtors |
| | | Itaúsa S.A. | |
| 188 | Rohr Aero Services LLC | Pratt & Whitney Company, Inc. | Clients in matters unrelated to the Debtors |
| | | Raytheon Technologies Corporation | |
| | | Lufthansa Technik AG | |
| | | MTU Friedrichshafen GmbH | |
| | | Rolls Royce Defense | |
| | | Rolls-Royce Group Plc | |
| | | Rolls-Royce Holdings plc | |
| | | Rolls-Royce Power Systems AG | |
| | | Singapore Aero Engine Services Private Limited | |
| 189 | Royal Bank Of Canada | Bank of Montreal | Clients in matters unrelated to the Debtors |
| | | Borussia Dortmund GmbH & Co. Kommanditgesellschaft auf Aktien | |
| | | City National Bank | |
| | | French Mutuelles | |
| | | Manulife | |
| | | Manulife Financial | |
| | | Manulife Financial Corporation | |
| | | Mirati Therapeutics, Inc. | |
| | | Moneris Solutions Corporation | |
| | | RBC Bearings Incorporated | |
| | | RBC Capital Markets, LLC | |
| | | RBC Wealth Management, Inc. | |
| | | Royal Bank Financial Group | |
| | | Royal Bank of Canada | |
| | | Tata Consultancy Services Limited | |
| | | TD Insurance, Inc. | |
| | | The Toronto-Dominion Bank | |
| | | Xenon Pharmaceuticals Inc. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 190 | S.D Shepherd Systems Inc. | Travelport Worldwide Limited | Clients in matters unrelated to the Debtors |
| 191 | SAFRAN VENTILATION SYSTEMS SAS | Safran SA | Clients in matters unrelated to the Debtors |
| 192 | Sagem Avionics | ArianeGroup | Clients in matters unrelated to the Debtors |
|  |  | Arianespace S.A. |  |
|  |  | Safran SA |  |
|  |  | Zodiac Aerospace |  |
|  |  | Saudi Airlines Catering Company |  |
| 193 | SBI Leasing Services Co., Ltd. | LG Group, Inc. | Clients in matters unrelated to the Debtors |
|  |  | Orasis Pharmaceuticals Ltd |  |
|  |  | solarisBank AG |  |
| 194 | Scansource Brasil Distribuidora De Tecnologias Ltda | ScanSource, Inc. | Clients in matters unrelated to the Debtors |
| 195 | Securaplane Technolgies, Inc. | Parker-Hannifin Corporation | Clients in matters unrelated to the Debtors |
| 196 | Shannon Engine Support Limited | ArianeGroup | Clients in matters unrelated to the Debtors |
|  |  | Arianespace S.A. |  |
|  |  | Safran SA |  |
|  |  | Zodiac Aerospace |  |
| 197 | Shell | Shell plc | Clients in matters unrelated to the Debtors |
| 198 | Sita Information Networking Computing Uk Limited | Société Internationale de Télécommunications Aéronautiques | Clients in matters unrelated to the Debtors |
| 199 | Sita Information Networking Computing Usa | Société Internationale de Télécommunications Aéronautiques | Clients in matters unrelated to the Debtors |
| 200 | Smbc Aviation Capital | Hyliion Holdings Corp. | Clients in matters unrelated to the Debtors |
| 201 | Société Air France S.A. | Air France-KLM Cargo | Clients in matters unrelated to the Debtors |
|  |  | Air France-KLM SA |  |
|  |  | Gol Linhas Aéreas Inteligentes S.A. |  |
| 202 | Société Générale | ALD S.A. | Clients in matters unrelated to the Debtors |
|  |  | Société Générale Société anonyme |  |
|  |  | Sogecap S.A. |  |
| 203 | Societe Generale Milan | ALD S.A. | Clients in matters unrelated to the Debtors |
|  |  | Société Générale Société anonyme |  |
|  |  | Sogecap S.A. |  |
|  |  | Tata Consultancy Services Limited |  |
|  |  | Tata Sons Private Limited |  |
| 204 | Société Internationale De Télécomunications Aéronautiques | Société Internationale de Télécommunications Aéronautiques | Clients in matters unrelated to the Debtors |
|  |  | Lufthansa AirPlus Servicekarten GmbH |  |
|  |  | Lufthansa Cargo AG |  |
|  |  | Lufthansa Technik AG |  |
|  |  | Lufthansa Technik Logistik Services Gmbh |  |
|  |  | time:matters GmbH |  |
| 205 | STA Travel Limited | Diethelm Keller Holding Ltd. | Clients in matters unrelated to the Debtors |
|  |  | DKSH Holding AG |  |
| 206 | STRATEGIC VALUE PARTNERS, LLC | Strategic Value Partners, LLC | Clients in matters unrelated to the Debtors |
| 207 | Sumitomo Mitsui Banking Corporation | bellFace inc. | Clients in matters unrelated to the Debtors |
|  |  | Pixie Dust Technologies, Inc. |  |
|  |  | SMBC Americas Holdings, Inc. |  |
|  |  | Sumitomo Mitsui Financial Group, Inc. |  |
| 208 | SWISS RE CORPORATE SOLUTIONS BRASIL SEGUROS S.A. | Swiss Re AG | Clients in matters unrelated to the Debtors |
| 209 | Swissport | Apollo Global Management, Inc. | Clients in matters unrelated to the Debtors |
|  |  | Swissport International AG |  |
| 210 | Swissport Aviation Services | Apollo Global Management, Inc. | Clients in matters unrelated to the Debtors |
|  |  | Swissport International AG |  |
| 211 | Swissport Cargo Services Belgium NV | Apollo Global Management, Inc. | Clients in matters unrelated to the Debtors |
|  |  | Swissport International AG |  |
| 212 | Systems And Software Enterprises | ArianeGroup | Clients in matters unrelated to the Debtors |
|  |  | Arianespace S.A. |  |
|  |  | Safran SA |  |
|  |  | Zodiac Aerospace |  |
| 213 | TATA CONSULTANCY SERVICES CHILE S.A. | Equitas Holdings Limited | Clients in matters unrelated to the Debtors |
|  |  | Tata Consultancy Services Limited |  |
|  |  | Tata Projects Limited |  |
|  |  | Tata Sons Private Limited |  |
|  |  | Tata Technologies Limited |  |
| 214 | Telecom Italia SpA | Telecom Italia Mobile S.p.A. | Clients in matters unrelated to the Debtors |
|  |  | Telecom Italia S.p.A. |  |
|  |  | Telsy Elettronica E Telecomunicazioni S.p.A. |  |
|  |  | TIM Brasil Serviços e Participações S.A. |  |
|  |  | TIM S.A. |  |
| 215 | Telefonica | Telecom Italia S.p.A. | Clients in matters unrelated to the Debtors |
|  |  | Telefónica, S.A. |  |
|  |  | Telsy Elettronica E Telecomunicazioni S.p.a. |  |
|  |  | Vivo Participações S.A. |  |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 216 | Telefonica Brasil S.A. | Telefónica, S.A. | Clients in matters unrelated to the Debtors |
| | | Vivo Participações S.A. | |
| 217 | Telefonica Moviles Argentina S.A. | Telecom Italia S.p.A. | Clients in matters unrelated to the Debtors |
| | | Telefónica, S.A. | |
| | | Telsy Elettronica E Telecomunicazioni S.p.a. | |
| | | Vivo Participações S.A. | |
| 218 | Telenor Sverige Ab. | Telenor Asia Pte. Ltd. | Clients in matters unrelated to the Debtors |
| 219 | Tempest Servicios De Informática Ltda | Embraer S.A. | Clients in matters unrelated to the Debtors |
| 220 | Teradata Chile Industrial Y Comercial Limitada., Teradata. | Teradata Corporation | Clients in matters unrelated to the Debtors |
| 221 | Teradata Chile Tecnologias De Informacion Ltda. | Teradata Corporation | Clients in matters unrelated to the Debtors |
| 222 | Thales Avionics Inc. | Naval Group | Clients in matters unrelated to the Debtors |
| | | Naval Group Australia Pty Limited | |
| | | Thales Deutschland GmbH | |
| | | Thales Netherlands - Netherlands Classic | |
| | | Thales S.A. | |
| | | Thales UK Limited | |
| | | Thales-Gemalto | |
| 223 | The Bank of New York Mellon | Siguler Guff & Company, LP | Clients in matters unrelated to the Debtors |
| | | Viasat, Inc. | |
| 224 | The Korea Development Bank | MEDIPOST Co., Ltd. | Clients in matters unrelated to the Debtors |
| 225 | The Walt Disney Company | DraftKings Inc. | Clients in matters unrelated to the Debtors |
| | | The Walt Disney Company | |
| 226 | Thompson Aero Seating Ltd. | Tianma Microelectronics Co., Ltd. | Clients in matters unrelated to the Debtors |
| 227 | Topsports Venture Ltda. | AT&T Entertainment Group | Clients in matters unrelated to the Debtors |
| | | AT&T Inc. | |
| | | Cable News Network, Inc. | |
| | | CME Media Services Limited | |
| | | Discovery Communications, LLC | |
| | | Discovery Life Sciences, Inc. | |
| | | maxdome GmbH | |
| | | Time Inc. | |
| | | Warner Bros. Discovery, Inc. | |
| | | Warner Media, LLC | |
| 228 | Travelport LP | Travelport Worldwide Limited | Clients in matters unrelated to the Debtors |
| 229 | Ttt Moneycorp Limited | TTT Moneycorp Limited | Clients in matters unrelated to the Debtors |
| 230 | Unilode Aviation Solutions | Safran SA | Clients in matters unrelated to the Debtors |
| 231 | United Airlines | Avianca Holdings S.A. | Clients in matters unrelated to the Debtors |
| | | Avianca Lifemiles | |
| | | UAL (United Airlines) | |
| | | United Airlines Holdings, Inc. | |
| 232 | Vanguard Marketing | Abbott EPD | Clients in matters unrelated to the Debtors |
| | | Abbott GmbH & Co. | |
| | | Abbott Ireland Diabetes Care | |
| | | Abbott Laboratories | |
| | | Abbott Laboratories SA | |
| | | Abbott Nutrition (US) | |
| | | Abbott Nutritionals | |
| | | Affiliated Managers Group, Inc. | |
| | | Alcoa Corporation | |
| | | Altri Florestal, S.A. | |
| | | Altria Group, Inc. | |
| | | Ameren Corporation | |
| | | Ameriprise Financial, Inc. | |
| | | AMPCI Ebus Latam Holdings, S.L.U. | |
| | | Aptiv PLC | |
| | | Avantor, Inc. | |
| | | Booking Holdings Inc. | |
| | | Broadridge Financial Solutions, Inc. | |
| | | Comcast Corporation | |
| | | Commonwealth Bank of Australia | |
| | | Computer Sciences Corp (CSC) | |
| | | Computer Sciences Corp. (CSC) | |
| | | Continental Bakeries B.V. | |
| | | Corning Incorporated | |
| | | Corning Optical Communications LLC | |
| | | CSC | |
| | | CSC HPES Merger Management | |
| | | CSC UK Limited | |
| | | CVR Energy, Inc. | |
| | | Dalmia Bharat Limited | |
| | | Delphi Technologies PLC | |
| | | Delta Air Lines, Inc. | |
| | | DENTSPLY SIRONA Inc. | |
| | | DICK'S Sporting Goods, Inc. | |
| | | DTE Energy Company | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | DTE Energy Resources, Inc. | |
| | | DXC Technology Company | |
| | | Equifax Services Inc. | |
| | | Exxon Mobil Corporation | |
| | | Flint Group CPS | |
| | | Freeport-McMoRan Inc. | |
| | | Frontier Communications Parent, Inc. | |
| | | GE Capital Global Holdings, LLC | |
| | | GE Digital LLC | |
| | | GE Energy (USA), LLC | |
| | | GE Healthcare Limited | |
| | | GE India Industrial Private Limited | |
| | | GE Oil & Gas (GE Baker) | |
| | | GE Oil & Gas Inc. | |
| | | GE Oil&Gas/BHGE | |
| | | GE Power AG | |
| | | GE Power, SPS | |
| | | Ge Renewables North America Llc | |
| | | General Electric Company | |
| | | General Motors Company | |
| | | Goldman Sachs & Co. LLC | |
| | | Goldman Sachs Private Capital Investing | |
| | | Harman Becker Automotive Systems GmbH | |
| | | Harman International Industries, Incorporated | |
| | | HCL Technologies Limited | |
| | | Hewlett Packard Enterprise Company | |
| | | Hulu, LLC | |
| | | Infosys Limited | |
| | | J.P. Morgan Asset Management, Inc. | |
| | | JetBlue Airways Corporation | |
| | | JPMorgan Chase & Co. | |
| | | JPMorgan Chase Bank, National Association | |
| | | Lear Corporation | |
| | | Linde plc | |
| | | Lionstone Partners, LLC | |
| | | Marathon Petroleum Corporation | |
| | | McCormick & Company, Incorporated | |
| | | McCormick (Guangzhou) Food Co., Ltd. | |
| | | MetLife, Inc. | |
| | | MoPNG - Oil India Limited | |
| | | Newell Rubbermaid | |
| | | NIKE, Inc. | |
| | | Noveltech Feeds Pvt. Ltd. | |
| | | Oil India Limited | |
| | | Old National Bancorp | |
| | | Parker-Hannifin Corporation | |
| | | PG&E Corporation | |
| | | Pioneer Hi-Bred International, Inc. | |
| | | Pitney Bowes Inc. | |
| | | PPG Industries Europe Sàrl | |
| | | PPG Industries, Inc. | |
| | | Prologis, Inc. | |
| | | Prumo Logística S.A. | |
| | | PTC Inc. | |
| | | PulteGroup, Inc. | |
| | | QUALCOMM Incorporated | |
| | | Ralph Lauren Corporation | |
| | | Realty Income Corporation | |
| | | Redexis, S.A. | |
| | | SAM, LLC | |
| | | Samsung Catalyst (CSO) | |
| | | Samsung Electronics Co., Ltd. | |
| | | Sirona Dental Systems Inc. | |
| | | Sky CP Limited | |
| | | Sky Deutschland GmbH | |
| | | Southwest Gas Holdings, Inc. | |
| | | St Jude Medical (SJM) | |
| | | Stepan Company | |
| | | Stericycle, Inc. | |
| | | Sterling Infosystems, Inc. | |
| | | Summit Hotel Properties, Inc. | |
| | | SunTrust Banks, Inc. | |
| | | Terex Corporation | |
| | | Tesoro | |
| | | The Chemours Company | |
| | | The Goldman Sachs Group, Inc. | |
| | | The Toro Company | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | The Vanguard Group, Inc. | |
| | | The Walt Disney Company | |
| | | Trader Interactive, LLC | |
| | | Truist Financial Corporation | |
| | | Union Pacific Corporation | |
| | | Valaris Limited | |
| | | Vanguard Asset Management, Limited | |
| | | Vanguard Investments Japan., Ltd | |
| | | W.W. Grainger, Inc. | |
| | | Walt Disney Parks and Resorts U.S., Inc. | |
| | | Woolworths Group Limited | |
| | | Xerox Holdings Corporation | |
| | | Zoetis Inc. | |
| 233 | Viajes Falabella S.A. | Falabella Retail S.A. | Clients in matters unrelated to the Debtors |
| | | Falabella S.A. | |
| 234 | Volito Aviation August 2007 SA | Investor AB (publ) | Clients in matters unrelated to the Debtors |
| 235 | Waste Management Inc. of Florida | Green Plains Inc. | Clients in matters unrelated to the Debtors |
| 236 | Wells Fargo Bank Northwest, N.A. | Shift Technologies, Inc. | Clients in matters unrelated to the Debtors |
| | | Allspring Global Investments, LLC | |
| 237 | Wells Fargo Trust Limited Corporation | Citco III Limited | Clients in matters unrelated to the Debtors |
| | | The Citco Group Limited | |
| 238 | Wipro Technology SpA | Wipro Consumer Care Private Limited | Clients in matters unrelated to the Debtors |
| | | Wipro Limited | |
| | | Wipro Technologies Limited | |
| 239 | Zanox Hispanila S.L.U. | Airbnb, Inc. | Clients in matters unrelated to the Debtors |
| | | Axel Springer Media Impact Dienstleistungs-GmbH | |
| | | Axel Springer SE | |
| | | LINE Corp | |
| | | Uber Technologies, Inc. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 1 | 3M do Brasil Ltda. | 3M Company | Vendor |
| | | Benefytt Technologies, Inc. | |
| | | Incastone Landscaping Ltd | |
| | | PT Prima Andalan Mandiri Tbk | |
| | | Seaside Equity Partners | |
| | | Wine.com, LLC | |
| 2 | 5 Estrelas Special Service | MUNITA Y OLAVARRIA ABOGADOS SPA | Vendor |
| 3 | AAR Landing Gear Services Sdn. Bhd. | Thai Lion Mentari Co. Ltd | Vendor |
| 4 | AB Electrolux (publ) | Electrolux Austria Gmbh | Vendor |
| | | Sportwagenzentrum Seitz + Kummer GmbH | |
| 5 | Abril Comunicações S.A. | Abril S.A. | Vendor |
| 6 | Accelya Solutions India Limited | Farelogix Inc. | Vendor |
| 7 | ADP GSI Espana S.A. | Automatic Data Processing, Inc. | Vendor |
| | | Business Insurance | |
| | | Business Software Alliance | |
| | | HEALTHCARE BUSINESS INTERNATIONAL | |
| | | International Business Machines Corporation | |
| | | Nv Business Group Company Limited | |
| | | OJSC Probusinessbank | |
| 8 | Aena S.M.E., S.A. | Aena S.M.E., S.A. | Vendor |
| 9 | Aeroporti di Roma S.p.A. | Alitalia Compagnia Aerea Italiana S.p.A. | Vendor |
| | | Bip & Drive, E.D.E., S.A. | |
| | | Emovis | |
| | | Eutelsat Communications S.A. | |
| 10 | Aircastle Holding Corp Ltd | Revelio Labs, Inc. | |
| 11 | Alphabet Inc. | Hire Dynamics, LLC | Vendor |
| 12 | American Express Travel Related Services Company, Inc. | AMEX Assurance Company | Vendor |
| | | Enigma Technologies, Inc. | |
| | | National Express Group PLC | |
| 13 | ANA - Aeroportos de Portugal, S.A. | Freyssinet SAS | Vendor |
| | | TSA Telecom S.A. | |
| 14 | Anglo American Ecuador S.A. | Anglo American plc | Vendor |
| 15 | ANSYS, Inc. | Confluent, Inc. | Vendor |
| 16 | Aon Holdings Corretores De Seguros Ltda. | Control de Riesgos SL | Vendor |
| | | Safetylogic.com, Inc. | |
| 17 | AT&T Inc. | DIRECTV de Uruguay Ltda. | Vendor |
| 18 | Atlas Air Worldwide Holdings, Inc. | Atlas Air Worldwide Holdings, Inc. | Vendor |
| 19 | Atlas Copco Brasil Ltda | Atlas Professionals | Vendor |
| | | Atlassian Corporation Plc | |
| | | Titan Capital Management Limited | |
| | | Titan International, Inc. | |
| 20 | Aviación Real, A.I.E. | AGRES AGRUPACION RESTAURADORES S L | Vendor |
| | | Banco Santander (Brasil) S.A. | |
| | | Banco Santander Totta, S.A. | |
| | | CACEIS S.A. | |
| | | INFORMA D&B S.A. | |
| | | Mastercard Incorporated | |
| | | Metrovacesa S.A. | |
| | | NH Hotel Group, S.A. | |
| | | Osc Sports, Inc. | |
| | | P.S.A. Finance Belux SA/NV | |
| | | Roostify, Inc. | |
| | | Santander Consumer Leasing GmbH | |
| | | Santander Global Sport, S.A. | |
| | | Seasalt Limited | |
| 21 | Aviall Services, Inc. | Exostar LLC | Vendor |
| | | Frontier Communications Parent, Inc. | |
| | | Singularity Education Group | |
| | | The Boeing Company | |
| 22 | Aviation Capital Group LLC | JapanTaxi Co.,Ltd. | Vendor |
| 23 | Avolon Aerospace Leasing Limited | Concrete Sealants, Inc. | Vendor |
| 24 | AWP Service Brasil Ltda. | Allianz Partners SAS | Vendor |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 25 | Axa XL | AXA Lebensversicherung AG | Vendor |
| | | AXA UK plc | |
| | | Expleo Services SASU | |
| | | Nextensa | |
| | | Premier Inn Hotels Limited | |
| | | Seguros Colpatria S.A. | |
| 26 | Banc of America Leasing Ireland Co., Limited | National Westminster Bank Plc | Vendor |
| 27 | Banco Bilbao Vizcaya Argentaria, S.A. | Texas Capital Bank | Vendor |
| 28 | Banco BTG Pactual Chile S.A. | CoreLogic, Inc. | Vendor |
| 29 | Banco Consorcio | LA POSITIVA SA ENTIDAD PRESTADORA DE SALUD | Vendor |
| | | La Positiva Vida Seguros y Reaseguros S.A. | |
| 30 | Banco de Colombia S.A. | Bancolombia S.A. | Vendor |
| | | Banistmo S.A. | |
| 31 | Banco General, S. A. | Banco General, S. A. | Vendor |
| 32 | Banco Internacional del Perú S.A.A. - Interbank | Seguros Sura S.A. | Vendor |
| | | Viasat, Inc. | |
| 33 | Bank of China | BEIJING YINGSHI NETWORK TECHNOLOGY | Vendor |
| 34 | Barclays Bank PLC | CVS Health Corporation | Vendor |
| | | SDL plc | |
| 35 | BCD Travel Brasil Turismo S.A. | BCD Meetings & Events LLC | Vendor |
| | | INTER CONTINENTAL HOTEL OSAKA | |
| | | INTERCONTINENTAL HOTEL COEX | |
| | | INTERCONTINENTAL HOTEL DOHA | |
| | | InterContinental Hotels Group PLC | |
| | | OneSpaWorld Holdings Limited | |
| 36 | BlackRock, Inc. | Klarna Bank AB (publ) | Vendor |
| | | Siemens Aktiengesellschaft | |
| 37 | Booking.com B.V. | Beijing Didi Chuxing Technology Co., Ltd. | Vendor |
| 38 | BUMERAN.COM Argentina, S.A. | Adquira España, S.A. | Vendor |
| | | Box, Inc. | |
| | | Cancom SE | |
| | | Clearway Energy, Inc. | |
| | | Colombia Telecomunicaciones S.A. ESP | |
| | | Orion Investments Group Inc. | |
| | | Otecel, S.A. (Telefónica Ecuador) | |
| | | Rocketpin | |
| | | Telefónica Brasil S.A. | |
| | | Telefónica Chile S.A. | |
| | | Telefónica Compras Electrónicas, S.L. | |
| | | Telefónica de Argentina S.A. | |
| | | Telefónica de España, S.A.U. | |
| | | Telefónica Germany GmbH & Co. OHG | |
| | | Telefónica Global Services Gmbh | |
| | | TELEFONICA MOVIL DE CHILE S.A. | |
| | | TELEFONICA MOVILES ARGENTINA S A | |
| | | Telefonica Moviles Chile S.A. | |
| | | Telefónica Móviles del Uruguay S.A. | |
| 39 | C&A Modas S.A. | Ebuero Ag | Vendor |
| | | ePassi Payments Oy | |
| | | M-Files Corporation | |
| | | nThrive Revenue Systems, LLC | |
| | | Open Lending Corporation | |
| | | Quest Software Inc. | |
| | | Quest Software International Limited | |
| | | Sema4 Holdings Corp. | |
| | | The Mochi Ice Cream Company, LLC | |
| 40 | C.I.T. Leasing Corporation | BHP Group Limited | Vendor |
| 41 | Cargonaut Nederland B.V. | Amsterdam Airport Schiphol N.V. | Vendor |
| | | Schiphol Nederland B.V. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 42 | Cencosud Administradora de Procesos S.A. | BBI Colombia S.A.S. | Vendor |
| | | Bureau van Dyke | |
| | | Conrad Energy Limited | |
| | | Grupo Financiero Scotiabank Inverlat S.A. de C.V. | |
| | | Manulife Financial Corporation | |
| | | Mercom Capital Group, LLC | |
| | | Postmedia Network Canada Corp. | |
| | | Profuturo AFP S.A. | |
| | | S3 Group Limited | |
| | | Shift4 Payments, Inc. | |
| | | Sienna Senior Living Inc. | |
| | | Sierra Wireless, Inc. | |
| | | The Bank of Nova Scotia | |
| | | Trinity (Management Services) Limited | |
| | | Trinity Industries, Inc. | |
| 43 | CEVA Freight, LLC | Aquarius Surgical Technologies Inc. | Vendor |
| | | ARB PARTNERS | |
| | | Circle Group Limited | |
| | | Management Circle Ag | |
| 44 | Chase Paymentech Solutions, LLC | AgroFresh Solutions, Inc. | Vendor |
| | | Aramark | |
| | | Aramark Services, Inc. | |
| | | Aspen Technology, Inc. | |
| | | AXIOM GLOBAL HK LIMITED | |
| | | Axiom Global, Inc. | |
| | | BHP Group Limited | |
| | | Blackstone Hotel | |
| | | Brookfield Australia Investments Group | |
| | | Business Insurance | |
| | | Business Software Alliance | |
| | | China International Fund Management Company Limited | |
| | | Condeco Software, Inc. | |
| | | ConsenSys Software Inc. | |
| | | Doma Holdings Inc. | |
| | | Dynatrace, Inc. | |
| | | Element Solutions Inc | |
| | | Extra Space Storage Inc. | |
| | | Fresh Direct, LLC | |
| | | FTI Consulting, Inc. | |
| | | FutureFit AI | |
| | | Genesis Healthcare, Inc. | |
| | | H4 Technology, LLC | |
| | | Hana Capital Co., Ltd. | |
| | | Hana Financial Group Inc. | |
| | | HEALTHCARE BUSINESS INTERNATIONAL | |
| | | Icon Solutions Ltd. | |
| | | Infosys Limited | |
| | | Inner Mongolia Yili Industrial Group Co., Ltd. | |
| | | Institutional Capital Network, Inc. | |
| | | International Business Machines Corporation | |
| | | JPMorgan Chase & Co. | |
| | | JPMorgan Chase Bank, National Association | |
| | | Magic Leap, Inc. | |
| | | ModivCare Inc. | |
| | | Nv Business Group Company Limited | |
| | | Orica Mining Services Ltd. | |
| | | Raintank Inc. | |
| | | Rev.com, Inc. | |
| | | Rocket Internet SE | |
| | | Sai Enterprises | |
| | | Salamander Resort & Spa | |
| | | Sequel Technology Corp., prior to being acquired by Imatec Ltd. | |
| | | SunEdison, Inc. | |
| | | TBC Bank Group PLC | |
| | | Teltech Communications Llc | |
| | | Tesla, Inc. | |
| | | The Coca-Cola Company | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | Vector Cuatro S.L. | |
| | | Vueling Airlines, S.A. | |
| | | WeWork Inc. | |
| | | Xinjiang Goldwind Science & Technology Co., Ltd. | |
| | | Zalando SE | |
| | | Zayo Group Holdings, Inc. | |
| 45 | Citibank, N.A. | BHP Group Limited | Vendor |
| | | Snyk Limited | |
| 46 | Colibri | Eldorado Gold Corporation | Vendor |
| 47 | CORE, INC. | CoreLogic, Inc. | Vendor |
| 48 | Coriolis Telecom SAS | Altice USA, Inc. | Vendor |
| | | Itissalat Al-Maghrib (IAM) S.A. | |
| | | MEO - Serviços de Comunicações e Multimédia, S.A. | |
| | | Middle East News FZ LLC | |
| | | NextEra Energy, Inc. | |
| 49 | Crédit Agricole Corporate and Investment Bank S.A. | Antalis Société anonyme | Vendor |
| | | Savoy Partnership Ltd | |
| 50 | Crédit Industriel et Commercial | Paintigreen SAS | Vendor |
| 51 | Credit Suisse AG | Savoy Hotel Baur en Ville AG | Vendor |
| 52 | CyberSource Ltd. | Volante Technologies, Inc. | Vendor |
| 53 | Deloitte & Touche LLP | Deloitte S.C. | Vendor |
| 54 | Delta Material Services, LLC | Aerolane Líneas Aéreas Nacionales del Ecuador S.A. | Vendor |
| | | Air France-KLM SA | |
| | | Delta Air Lines, Inc. | |
| | | Flybe Group Limited | |
| | | Lan Argentina S.A. | |
| | | LAN Peru S.A. | |
| | | LATAM Airlines Group S.A. | |
| | | Northeast Airlines Inc. | |
| | | TAM Linhas Aereas S.A. | |
| | | Virgin Atlantic Airways Ltd. | |
| 55 | Desacol S.A. | Agility Logistics Limited | Vendor |
| | | Capital Technology Solutions, Inc. | |
| | | COMINCO PRIVATE LIMITED | |
| | | John Menzies plc | |
| | | Jones Yarrell Leadenhall Ltd. | |
| | | Service Management Solutions (Sms) Limited | |
| 56 | Deutsche Lufthansa AG | AIR DOLOMITI S.p.A. | Vendor |
| | | AirPlus International ltd. | |
| | | Airplus Payment Management Co., Ltd. | |
| | | Arlington Management Employees, LLC | |
| | | Austrian Airlines AG | |
| | | Brussels Airlines NV/SA | |
| | | Deutsche Lufthansa AG | |
| | | Eurowings GmbH | |
| | | Germanwings GmbH | |
| | | Gunes Ekspress Havacilik A.S. | |
| | | Lufthansa AirPlus Servicekarten GmbH | |
| | | LUFTHANSA AVIATION TRAINING GERMANY GMBH | |
| | | LUFTHANSA ENGINEERING AND OPERATIONAL SERVICES GMBH | |
| | | LUFTHANSA GROUP TASTE AND MORE GMBH | |
| | | Lufthansa Innovation Hub GmbH | |
| | | Swiss International Air Lines AG | |
| | | time:matters GmbH | |
| 57 | Deutsche Telekom AG | StreetLight Data, Inc. | Vendor |
| 58 | DIRECTV, LLC | AT&T Business Solutions | Vendor |
| | | AT&T Cybersecurity | |
| | | AT&T Global Network Services Canada Co. | |
| | | AT&T Inc. | |
| | | DIRECTV, LLC | |
| | | New Cingular Wireless Services, Inc. | |
| | | NextEra Energy, Inc. | |
| | | Watchit Media, Inc. | |
| | | Western Electrical Management Ltd., | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 59 | Dnata Catering Services Ltd. | Emirates Foundation in Abu Dhabi, UAE. | Vendor |
| | | Jw Marriott Marquis Hotel Dubai | |
| | | Premier Inn Hotels Limited | |
| | | The Emirates Group | |
| 60 | Drake Air, Inc. | SDL plc | Vendor |
| 61 | Eagle Aviation Services, Inc | American Airlines Group Inc. | Vendor |
| | | US Airways Group, Inc. | |
| 62 | Eastman Chemical Company | Eastman Chemical Company | Vendor |
| 63 | Eckert Seamans Cherin & Mellott, LLC | Eckert Seamans Cherin & Mellott, LLC | Vendor |
| 64 | Ecolab Inc. | Aquatech International LLC | Vendor |
| | | Ark Mines Limited | |
| | | Arlington Management Employees, LLC | |
| | | Ecolab Food Safety Specialties Inc. | |
| | | Ecolab Inc. | |
| | | Unicon, Inc. | |
| 65 | Edenred SA | Lucky Cart SAS | Vendor |
| 66 | Embassy Suites Management LLC | Conrad Energy Limited | Vendor |
| | | Conrad Hospitality, LLC | |
| | | Double Tree Ug (HaftungsbeschrÄNkt) | |
| | | DoubleTree by Hilton Hotel Carson | |
| | | Dynatrace, Inc. | |
| | | Embassy Suites by Hilton New York Manhattan Times Square | |
| | | EPAM Systems, Inc. | |
| | | Hilton Enternasyonal Otelcilik AS | |
| | | Hilton International Wien Gesellschaft M.B.H. | |
| | | Hilton Kuala Lumpur | |
| | | HILTON LONDON PADDINGTON | |
| | | Hilton Malta Limited | |
| | | Hilton Munich Airport Hotel Manage GmbH | |
| | | HILTON NEW YORK JFK | |
| | | Hilton Tel Aviv | |
| | | Hilton Worldwide Holdings Inc. | |
| | | Mandarin Oriental Las Vegas LLC | |
| | | New York Hilton Midtown | |
| | | Tel Aviv Hilton Limited | |
| | | The Hotel Waldorf-Astoria Corporation | |
| | | Waldorf Astoria Hotel Dubai Palm Jumeirah | |
| 67 | Enex S.A. | Artikos Chile S.A. | Vendor |
| | | Manantiales Peñafiel, S.A. De C.V. | |
| | | Nexans S.A. | |
| 68 | Ernst & Young LLP | A T D Enterprises | Vendor |
| | | Alimentation Couche-Tard Inc. | |
| | | BREAKTHROUGH CONSULTING SOLUTIONS LTD | |
| | | DOBERMAN GROUP AB | |
| | | Ernst & Young (China) Advisory Limited | |
| | | Ernst & Young (Hong Kong) Limited | |
| | | Ernst & Young Advisory Pte. Ltd. | |
| | | Ernst & Young Baltic SIA | |
| | | Ernst & Young Corporate Finance Sp Z O O | |
| | | Ernst & Young D.O.O. | |
| | | Ernst & Young Ford Rhodes Sidat Hyder | |
| | | Ernst & Young Gmbh WirtschaftsprÜFungsgesellschaft | |
| | | Ernst & Young LLP | |
| | | Ernst & Young Panama, S.A. | |
| | | Ernst & Young Société d'Avocats | |
| | | Ernst & Young Tax Consultants Belgium | |
| | | Ernst & Young U.S. LLP | |
| | | ERNST&YOUNG LLC UA | |
| | | Lane 4 Management Group Holdings Limited | |
| | | UP CONSULTING SO | |
| 69 | Euler Hermes Group SA | Allianz Partners SAS | Vendor |
| | | Chicago Insurance Company | |
| | | Park Place Technologies, LLC | |
| 70 | Extra Space Storage Inc. | Extra Space Management, Inc. | Vendor |
| | | Extra Space Storage Inc. | |
| 71 | Exxon Mobil Corporation | Exxon Mobil Corporation | Vendor |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 72 | Facebook Spain Sl. | Atlas Professionals | Vendor |
| | | Atlassian Corporation Plc | |
| | | Aurelia Metals Limited | |
| | | CoreLogic, Inc. | |
| | | ecom instruments GmbH | |
| | | Facebook Ireland Limited | |
| | | Meta Platforms, Inc. | |
| | | Parsec, Inc. | |
| | | Public joint-stock company Beluga Group | |
| | | Sipgate GmbH | |
| 73 | Fairfax Brasil Seguros Corporativos S.A. | Marigolds and Onions Ltd. | Vendor |
| | | Transunion CIBIL Limited | |
| 74 | FedEx Corporation | FedEx Express France SAS | Vendor |
| 75 | First Class Services, Inc. | Disney Destinations, LLC | Vendor |
| | | Disney Institute, Inc. | |
| | | DraftKings Inc. | |
| | | eGroup, Inc. | |
| | | Euro Disney Associés S.C.A. | |
| | | Fuel Cycle Inc. | |
| | | GLOBAL NETWORKS GUG | |
| | | GlobalNet Technologies, Inc. | |
| | | Hongkong International Theme Parks Limited | |
| | | National Geographic Partners, LLC | |
| | | Recruit Management Solutions Co.,Ltd. | |
| | | StarTech.com Ltd. | |
| | | The Walt Disney Company | |
| | | Walt Disney Parks and Resorts U.S., Inc. | |
| 76 | FITCH RATINGS INC. | Strategic Value Partners, LLC | Vendor |
| 77 | Fraport Brasil S.A. Aeroporto de Porto Alegre | Fraport AG | Vendor |
| | | Lima Airport Partners S.R.L. | |
| 78 | FTI Consulting, Inc. | FTI Consulting (Australia) Pty. Ltd. | Vendor |
| | | FTI Consulting, Inc. | |
| 79 | Fuyo General Lease Co., Ltd. | CoreLogic, Inc. | Vendor |
| 80 | Galaz, Yamazaki, Ruiz Urquiza, S.C. | Clockwork Solutions, Inc. | Vendor |
| | | Deloitte & Touche LLP | |
| | | Deloitte Advisory s.r.o. | |
| | | Deloitte Anjin LLC | |
| | | Deloitte Audit S.R.L. | |
| | | Deloitte Belastingconsulenten / Conseils Fiscaux B.V. CVBA | |
| | | DELOITTE BPS | |
| | | Deloitte Business Solutions SA | |
| | | DELOITTE CONSULTING CVBA SCRL | |
| | | Deloitte Consulting LLP | |
| | | Deloitte Doradztwo Podatkowe Sp Z O O | |
| | | Deloitte Financial Advisory Services LLP | |
| | | Deloitte Haskins & Sells LLP | |
| | | Deloitte Italy S.p.A | |
| | | Deloitte Legal Rechtsanwaltsgesellschaft mbH | |
| | | Deloitte LLP | |
| | | Deloitte S.C. | |
| | | Deloitte Tax & Consulting | |
| | | DELOITTE TOUCHE TOHMATSU CPA LTD | |
| | | Deloitte Touche Tohmatsu India, LLP | |
| | | Deloitte Touche Tohmatsu LLC | |
| | | LUPICIA Co., Ltd. | |
| | | ResearchGate GmbH | |
| | | Rice Warner Pty Limited | |
| | | Tohmatsu Tax Co. | |
| 81 | Gartner Ireland Ltd. | CEB Inc. | Vendor |
| | | Cebu Air, Inc. | |
| | | Craft Brew Alliance, Inc. | |
| | | DECISION DRIVERS NYC LLC | |
| | | Gartner Australasia Pty. Limited | |
| | | Gartner Deutschland, GmbH | |
| | | Gartner Espana S.L. | |
| | | Gartner India Research and Advisory Services Pvt. Ltd. | |
| | | Gartner Ireland Ltd. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | Gartner RUS LLC | |
| | | Gartner UK Limited | |
| | | Gartner, Inc. | |
| | | Ideal Finansal Teknolojiler ve Danismanlik Anonim Sirketi | |
| | | Metacon AB (publ) | |
| | | Shl Belgium SA | |
| | | SHL China Limited | |
| | | SHL US Inc. | |
| 82 | Gate Gourmet London Ltd. | Inflight Service Europe AB | Vendor |
| 83 | GE Celma LTDA. | AGL Realisations Limited | Vendor |
| 84 | Gol Linhas Aéreas Inteligentes S.A. | Gol Linhas Aéreas S.A. | Vendor |
| 85 | Golden Touch Transportation of NY, Inc. | Acolad Group | Vendor |
| 86 | Goldman Sachs & Co. LLC | Goldman Sachs International | Vendor |
| 87 | Grupo de Inversiones Suramericana S.A. | Seguros Sura S.A. | Vendor |
| 88 | HBK Investments L.P. | Clearway Energy, Inc. | Vendor |
| 89 | Hertz International Ltd. | FIRST RENTA A CAR FINLAND OY | Vendor |
| | | Hertz Automobielen Nederland B.V. | |
| | | Hertz Autovermietung GmbH | |
| | | Hertz France S.A. | |
| | | Hertz Global Holdings, Inc. | |
| 90 | Hipercard Banco Múltiplo S.A. | Banco Itaú BBA S.A. | Vendor |
| | | Itaú CorpBanca Colombia S. A. | |
| | | Itaú Unibanco Holding S.A. | |
| | | Itaú Unibanco S.A. | |
| | | Plugify Tecnologia S/a | |
| | | Porto Seguro Companhia de Seguros Gerais | |
| | | Vista Equity Partners Management, LLC | |
| 91 | Hitachi Vantara Limited | Applied Industrial Technologies, Inc. | Vendor |
| 92 | Holiday Inn Express | Crowne Plaza | Vendor |
| | | Crowne Plaza, Inc. | |
| | | Esplanade Oleander d.o.o. | |
| | | Holiday Corporation | |
| | | INTER CONTINENTAL HOTEL OSAKA | |
| | | Intercontinental Boston | |
| | | InterContinental Hong Kong Limited | |
| | | INTERCONTINENTAL HOTEL COEX | |
| | | INTERCONTINENTAL HOTEL DOHA | |
| | | InterContinental Hotels Group PLC | |
| | | InterContinental Lagos | |
| | | Intercontinental Paris Avenue Marceau | |
| | | InterContinental Riyadh | |
| | | InterContinental Wellington | |
| | | Park Plaza Hotels (UK) Limited | |
| | | Snc Hotel Inter Continental De Paris | |
| 93 | Honeywell International Inc. | Honeywell International Inc. | Vendor |
| | | The Alta Group, Inc. | |
| 94 | Hotelaria Accor Brasil S.A. | Ruptub Solutions Private Limited | Vendor |
| 95 | HSBC Bank (Chile) | SA Power Networks | Vendor |
| 96 | IBM Brasil - Indústria, Máquinas e Serviços Ltda. | ACI Worldwide, Inc. | Vendor |
| | | Aurora | |
| | | Career Group, Inc. | |
| | | Constellar Capital LLC | |
| | | Cosi Inc. | |
| | | CSL Limited | |
| | | Diligent Corporation | |
| | | EnterpriseDNA | |
| | | IBISWorld Inc. | |
| | | IBM Credit LLC | |
| | | IBM Deutschland GmbH | |
| | | IBM India Private Limited | |
| | | IBM Schweiz AG | |
| | | IBM Singapore Pte Ltd | |
| | | IBM United Kingdom Limited | |
| | | Incastone Landscaping Ltd | |
| | | Information Technology Services, Inc. | |
| | | Inforum Kakao, Ooo | |
| | | Integral Ad Science Holding Corp. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | International Business Machines (IBM) Leasing Co., Ltd. | |
| | | International Business Machines Corporation | |
| | | Internet Security Systems Inc. | |
| | | Lifeclinic.com Corp. | |
| | | Management Support Technology Inc | |
| | | MongoDB, Inc. | |
| | | Network International Holdings plc | |
| | | Nexus AG | |
| | | PRODUCTIVITY SYSTEMS PTE LIMITED | |
| | | Red Hat, Inc. | |
| | | Signify N.V. | |
| | | SoftLayer Technologies, Inc. | |
| | | Somerset Reinsurance Ltd. | |
| | | STELLAR SOFTWARE TECHNOLOGIES PRIVATE LIMITED | |
| | | Tiburon Technologies, Inc. | |
| | | Truven Health Analytics Inc. | |
| | | Versus Systems Inc. | |
| 97 | ING Capital LLC | CoreLogic, Inc. | Vendor |
| 98 | Instituto Costarricense de Electricidad | Radiográfica Costarricense S.A. | Vendor |
| 99 | International Air Transport Association | International Air Transport Association | Vendor |
| 100 | ISS Biosystem Saneamento Ambiental Ltda. | Initial Capital | Vendor |
| | | Initial Textiles Nv | |
| | | Nomor Holding AB | |
| | | Rentokil Ding Sharn Pest Control | |
| | | Rentokil India Pvt. Ltd. | |
| | | RENTOKIL INITIAL CHINA LTD | |
| | | Rentokil Initial Hong Kong Ltd. | |
| | | Rentokil Initial plc | |
| | | Rentokil Initial Portugal - ServiCos De ProtecCAo Ambiental, Lda | |
| | | salesforce.com, inc. | |
| | | Waste Management, Inc. | |
| 101 | ISS Facility Services AB | CHARLESTOWN ISS | Vendor |
| | | Gastropol Group Sp. z o.o. | |
| | | Grupo Única, S.A. | |
| | | ISS A/S | |
| | | Iss Catering Services Pty Limited | |
| | | ISS Facility Services AB | |
| | | ISS Facility Services Private Limited | |
| | | ISS Facility Services Sp. z o.o. | |
| | | ISS Palvelut Oy | |
| | | ISS-BG Service Solutions | |
| 102 | ITA Software, Inc. | Abacus Group, LLC | Vendor |
| | | Airbnb, Inc. | |
| | | Aiva Technologies SARL | |
| | | Alphabet Inc. | |
| | | AngelList LLC | |
| | | Apigee Corporation | |
| | | ARMIS | |
| | | Blavity, Inc. | |
| | | Bloomberg Capital Multiverse: US | |
| | | Breather Products Inc. | |
| | | BREATHER PRODUCTS UK LTD | |
| | | Cloudflare, Inc. | |
| | | Compass Group PLC | |
| | | CoreLogic, Inc. | |
| | | CrowdStrike Holdings, Inc. | |
| | | Databricks, Inc. | |
| | | DATAIKU SAS | |
| | | Desktop Metal, Inc. | |
| | | DIRECTV, LLC | |
| | | Do Something, Inc. | |
| | | Domo, Inc. | |
| | | ecom instruments GmbH | |
| | | Egnyte, Inc. | |
| | | Ethos | |
| | | Fast Lane Consulting & Education Services Limited | |
| | | Fireeye Ireland Limited | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | Firefly | |
| | | Fitbit, Inc. | |
| | | Fulcrum Partners, LLC | |
| | | GitLab Inc. | |
| | | Glance Digital Experience Private Limited | |
| | | Google Ireland Limited | |
| | | Hey Group GmbH | |
| | | Intercom | |
| | | iSight Security, Inc. | |
| | | ITA Group, Inc. | |
| | | JD.com, Inc. | |
| | | Lucid Software Inc. | |
| | | Lyft, Inc. | |
| | | Mandiant, Inc. | |
| | | Momentive Global Inc. | |
| | | Neo4j, Inc. | |
| | | NextEra Energy, Inc. | |
| | | nPlan limited | |
| | | ORBITAL INSIGHTS INC | |
| | | Oura Health Oy | |
| | | Oxford University Innovation Ltd | |
| | | Pencil and Pixel, Inc. | |
| | | Resistant AI | |
| | | Sidewalk Labs LLC | |
| | | Sipgate GmbH | |
| | | Snyk Limited | |
| | | Space Exploration Technologies Corp. | |
| | | Stripe, Inc. | |
| | | SweetLabs Inc. | |
| | | Synack, Inc. | |
| | | Tamr, Inc. | |
| | | The InterGroup Corporation | |
| | | The Lucid Group | |
| | | Tuike Finland Oy | |
| | | Uber Technologies, Inc. | |
| | | Udacity, Inc. | |
| | | UiPath Inc. | |
| | | UJET, Inc. | |
| | | Verodin, Inc. | |
| | | Webflow, Inc. | |
| 103 | IWG plc | IWG plc | Vendor |
| | | Regent Business Centers, Inc. | |
| | | Regus Belgium Nv | |
| | | REGUS BUSINESS CENTER CAPITAL | |
| | | Regus Business Center, Llc | |
| | | Regus Centre (Vietnam) Ltd | |
| | | Regus Management (UK) Ltd | |
| | | Regus Management Aps | |
| | | Regus Management Group, LLC | |
| | | Regus Management Malaysia Sdn Bhd | |
| | | Regus Pegasus Bvba | |
| 104 | J. Aron & Company LLC | Amperity, Inc. | Vendor |
| | | ATI Specialty Materials, Ltd. | |
| | | Cospak Pty Ltd. | |
| | | Energy Transfer LP | |
| | | Permira Advisers Ltd. | |
| | | QC Ware, Corp. | |
| | | Sterling Infosystems, Inc. | |
| | | Sysdig, Inc. | |
| | | Tienda Inglesa | |
| 105 | Jet International Co., LLC | Jet.com, Inc. | Vendor |
| 106 | KfW IPEX-Bank GmbH | DHL Egypt W.L.L. | Vendor |
| | | DHL Express (Austria) GmbH | |
| | | DHL Express Mexico, S.A. de C.V. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 107 | Kidde Technologies, Inc. | Aeronautical Trading Limited | Vendor |
| | | Aurelia Metals Limited | |
| | | Chubb Security Systems, Inc. | |
| | | Cognizant Technology Solutions Corporation | |
| | | Cosi Inc. | |
| | | eGroup, Inc. | |
| | | HawkEye 360, Inc. | |
| | | INTER TRADE PRIVATE LTD | |
| | | Kincora Copper Limited | |
| | | Picanol nv | |
| | | Predikto, Inc. | |
| | | Raytheon Technologies Corporation | |
| | | United India Insurance Company Limited | |
| | | UnitedHealthcare India Private Limited | |
| | | UTC Fire & Security Canada | |
| 108 | KID-Systeme GmbH | Airbus Defence and Space SA | Vendor |
| 109 | Kion South America Fabricacao De Equipamentos Para Armazenagem Ltda | Fenwick Linde Sarl | Vendor |
| | | H&K Group, Inc. | |
| 110 | Lenovo Group Limited | Idm Solutions, Inc. | Vendor |
| | | Lenovo (Australia & New Zealand) Pty Limited | |
| | | Lenovo (Singapore) Pte Ltd | |
| | | Lenovo (United States), Inc. | |
| | | Lenovo Group Limited | |
| | | Lenovo India Pvt. Ltd. | |
| | | Lenovo Korea LLC | |
| | | Lenovo Mexico S. De R.L. De C.V. | |
| | | LENOVO THAILAND LIMITED | |
| | | Metacon AB (publ) | |
| | | NEC Lenovo Japan Group | |
| | | NIO Inc. | |
| | | Suzhou Zhongyan Network Technology Co., Ltd. | |
| 111 | LexisNexis Risk Solutions Inc. | REED ELSEVIER INFORMATION TECHNOLOGY BEIJING CO LTD | Vendor |
| 112 | Liberty Mutual Group, Inc. | Liberty Mutual Insurance Company | Vendor |
| 113 | M. & G. PACKAGING CORP | Kramer Levin Naftalis & Frankel LLP | Vendor |
| 114 | Malaysia Airlines Berhad | FlyFirefly Sdn Bhd | Vendor |
| 115 | Manchester Securities Corp | ARYZTA AG | Vendor |
| | | BHP Group Limited | |
| | | Business Objects Software Limited | |
| | | JW Marriott Desert Ridge Resort & Spa | |
| | | National Express Group PLC | |
| | | Samsung Fire & Marine Insurance Co., Ltd. | |
| 116 | Manpower Industrial, S. de R.L. de C.V. | Centerline Solutions, LLC | Vendor |
| | | Experis Technology Group, Inc. | |
| | | Management Business Services Maroc Sarl | |
| | | Manpower (Belgium) Nv | |
| | | Manpower CIS LLC | |
| | | Manpower Israel Limited | |
| | | Manpower Outsourcing Services (Macau) Limited | |
| | | Manpower Peru S.A. | |
| | | Manpower Professional Services S.A. | |
| | | Manpower Services (Australia) Pty Limited | |
| | | MANPOWER STAFFING SERVICES MALAYSIA SDN BHD | |
| | | Manpower Team ETT, S.A.U. | |
| | | ManpowerGroup Inc. | |
| | | MANPOWERGROUP MSW | |
| | | Manpowergroup Services India Private Limited | |
| | | ManpowerGroup Solutions SAS | |
| | | ManpowerGroup Sp. z o.o. | |
| | | MP Management Sp.z.o.o. | |
| | | Peoplesource Staffing Solutions, Inc. | |
| | | PURE Solutions NA, LLC | |
| | | Sitecore Corporation A/S | |
| | | SKILLPOWER SERVICES THAILAND CO LTD | |
| | | Tahuma SAS | |
| | | TAPFIN, LLC | |
| | | VENTURI SOLUTIONS LLC | |
| | | Vitae Pharmaceuticals, Inc. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 117 | Marsh Corretora De Seguros Ltda. | Celent, LLC | Vendor |
| | | Dovetail | |
| | | InSource Software Solutions Inc. | |
| | | Mercer Human Resource Consulting Limited | |
| 118 | Mastercard Incorporated | Aurora | Vendor |
| | | Dynamic Yield Ltd. | |
| | | Grupo Orbis S.A. | |
| | | Maestro Group | |
| | | Maestro Health | |
| | | Mastercard Incorporated | |
| | | Metcash Limited | |
| | | MTS Systems Corporation | |
| | | Network International Holdings plc | |
| | | VocaLink Limited | |
| 119 | McCann Erickson Central Limited | Envoy, Inc. | Vendor |
| 120 | MedAire, Inc. | Benefytt Technologies, Inc. | Vendor |
| | | International SOS Assistance, Inc. | |
| | | International SOS Pte Ltd. | |
| | | SOS Technologies | |
| 121 | Meggitt Controls Systems Inc | Constellar Capital LLC | Vendor |
| | | Oceaneering International, Inc. | |
| | | Parker-Hannifin Corporation | |
| | | STELLAR SOFTWARE TECHNOLOGIES PRIVATE LIMITED | |
| 122 | Microsoft Corporation | Ally Technologies, Inc. | Vendor |
| | | Alpha Dog Games Inc. | |
| | | Apex Group Ltd. | |
| | | Apex Tool Group, LLC | |
| | | Aqua Security Software Ltd. | |
| | | Beamery Ltd | |
| | | Capital & Counties Properties PLC | |
| | | Capital Technology Solutions, Inc. | |
| | | Clearway Energy, Inc. | |
| | | COMINCO PRIVATE LIMITED | |
| | | Commcore Consulting Group | |
| | | Confluent, Inc. | |
| | | Contrast Security, Inc. | |
| | | Control Solutions Group, Inc. | |
| | | Cosi Inc. | |
| | | D2iQ, Inc. | |
| | | eGroup, Inc. | |
| | | FINANCIER GROUP OY | |
| | | Foursquare Labs, Inc. | |
| | | G2.com, Inc. | |
| | | GBT III B.V. | |
| | | GitHub, Inc. | |
| | | id8 Group R2 Studios Inc. | |
| | | Idincu Corporation | |
| | | Informatica LLC | |
| | | Informatica Software Limited (United Kingdom) | |
| | | Linkage, Inc. | |
| | | LinkedIn Corporation | |
| | | LinkedIn Ireland ESC | |
| | | LinkedIn Ireland Unlimited Company | |
| | | LinkedIn Ireland Unlimited Company | |
| | | Lynda.com, Inc. | |
| | | Microsoft Corporation | |
| | | Microsoft Corporation (I) Pvt. Ltd. | |
| | | Microsoft Ireland Operations Limited | |
| | | MICROSOFT IRELAND OPERATONS LTD | |
| | | Nectar | |
| | | NewPeak Metals Limited | |
| | | NPM Capital N.V. | |
| | | Oravel Stays Limited | |
| | | Rarecompany Ag | |
| | | Rescale, Inc. | |
| | | RiskIQ, Inc. | |
| | | Service Management Solutions (Sms) Limited | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | Simplilearn Solutions Private Limited | |
| | | SnapLogic, Inc. | |
| | | SpotFront, Inc. | |
| | | Swingtech Consulting, Inc | |
| | | Telenor ASA | |
| | | Webflow, Inc. | |
| 123 | Moody's Investors Service, Inc. | BitSight Technologies, Inc. | Vendor |
| | | Bureau Van Dijk Editions Electroniques Sa | |
| | | Bureau van Dyke | |
| | | CompStak, Inc. | |
| | | ICRA Limited | |
| | | Moody's Analytics, Inc. | |
| | | Moody's Corporation | |
| 124 | Morgan Stanley | Clarity Partners, LP | Vendor |
| | | Morgan Stanley | |
| | | Space Exploration Technologies Corp. | |
| 125 | MUFG Bank, Ltd. | Hakuto Co., Ltd. | Vendor |
| | | Morgan Stanley | |
| 126 | Multiservicios Aeroportuarios, S.A. | Autostrade per l'Italia SpA | Vendor |
| | | COPESA S A | |
| | | Turner Construction Company | |
| 127 | Nationwide Hospitality, Inc. | Associated Foreign Exchange, Inc. | Vendor |
| | | Data Tech Inc. | |
| | | Fleetcor Hungary Korlátolt Felelosségu Társaság | |
| | | FLEETCOR Technologies, Inc. | |
| | | Pacific Prime Insurance Brokers Limited | |
| 128 | Nextel Communications Argentina S.R.L. | Telecom Argentina S.A. | Vendor |
| 129 | NH Hoteles España, S.L. | AGAGA, s.r.o. | Vendor |
| | | Chao Phaya Resort Ltd. | |
| | | Gran Circulo De Madrid Sa | |
| | | Holiday Corporation | |
| | | Hotel Exploitatiemaatschappij Diegem Nv | |
| | | Hotel Lancaster - Paris | |
| | | Latina De Gestión Hotelera, S.a | |
| | | Minor International Public Company Limited | |
| | | NH Hoteles España, S.L. | |
| | | NH Italia S.p.A. | |
| | | Oaks Elan Darwin | |
| | | OAKS HOTEL AND RESORTS | |
| | | Oaks Resort Port Douglas | |
| | | Panorama Hotels One, K.K. | |
| | | Rajdamri Lodging Limited | |
| 130 | Nishimura & Asahi | Asahi Law Offices | Vendor |
| | | Nishimura & Asahi | |
| 131 | NTT DATA Corporation | Dell Technologies Inc. | Vendor |
| | | Nippon Telegraph and Telephone East Corporation | |
| | | NTT Facilities, Inc. | |
| | | Ntt Taiwan Solutions Limited | |
| 132 | Onboard Media, Inc. | 21' Club, Inc. | Vendor |
| | | Barcelona Wine Bar | |
| | | Barteca Restaurants, LLC | |
| | | Belmond Castello di Casole | |
| | | Belmond Management Limited | |
| | | Blanc Restaurants Ltd. | |
| | | Bulgari SpA | |
| | | BVLGARI JAPAN | |
| | | Christian Dior SE | |
| | | Freshpet, Inc. | |
| | | Groupe Les Echos SA | |
| | | Hermes Iberica Sa | |
| | | Hermès International Société en commandite par actions | |
| | | Inn at Perry Cabin Corporation | |
| | | MOET HENNESSY DANMARK A S | |
| | | Moët Hennessy Inc. | |
| | | MOET HENNESSZ DEUTSCHLAND GMBH | |
| | | Mount Nelson Hotel Limited | |
| | | Peru Belmond Hotels S.A. | |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| | | Sephora Polska Sp. z o.o. | |
| | | TD International, LLC | |
| | | The Business of Fashion Ltd. | |
| | | Tiffany & Co. | |
| | | Tiffany & Co. (Australia) Pty. Ltd. | |
| 133 | Openlink Financial LLC | Acuris | Vendor |
| | | Atlas Professionals | |
| | | Atlassian Corporation Plc | |
| | | Aurora | |
| | | Blackpeak (Holdings) Limited | |
| | | Capital Technology Solutions, Inc. | |
| | | COMINCO PRIVATE LIMITED | |
| | | Investment Support Systems, Inc. | |
| | | LiquidPoint, LLC | |
| | | Mergermarket Consulting Ltd. | |
| | | MergerMarket USA, Inc. | |
| | | Service Management Solutions (Sms) Limited | |
| 134 | Oracle Corporation | Beacon Capital Partners, LLC | Vendor |
| | | Convergence, LLC | |
| | | NextPath Technologies, Inc. | |
| 135 | Pacific Scientific Company | Aviva plc | Vendor |
| | | CAPEX | |
| | | Danaher Corporation | |
| | | DHR INTERNATIONAL INDIA PVT LTD | |
| | | Enfocus Inc. | |
| | | Genesant Technologies, Inc. | |
| | | Hach Company, Inc. | |
| | | Inchcape plc | |
| | | IRIS Software Group Limited | |
| | | Marsh & McLennan Companies, Inc. | |
| | | OPS Solutions LLC | |
| | | Russell Associates, Inc. | |
| | | Swift International Inc. | |
| 136 | Paypal (Europe) S.À R.L. Et Cie S.C.A. | ATCOM Technology Co., LTD | Vendor |
| | | Ebay International Treasury Center S.à.R.L. | |
| | | Hey Group GmbH | |
| | | PayPal Holdings, Inc. | |
| | | Swift International Inc. | |
| 137 | Pinheiro Neto Advogados | Pinheiro Neto Advogados | Vendor |
| 138 | Portway International, Inc. | Tax Computer Systems Limited | Vendor |
| 139 | PricewaterhouseCoopers LLP | OOO PRICEWATERHOOPERS ADVISORY | Vendor |
| | | Pricewaterhousecoopers Advisory Services Llc | |
| | | PricewaterhouseCoopers Consultores, Auditores y Compañía Limitada | |
| | | PricewaterhouseCoopers Legal s.r.o., advokátní kancelár | |
| | | PricewaterhouseCoopers LLP | |
| | | PWC Product Sales LLC | |
| 140 | Promotora CMR Falabella S.A. | Falabella S.A. | Vendor |
| | | SAGA FALABELLA S A | |
| 141 | Qantas Airways Limited | Alliance Airlines Pty. Ltd. | Vendor |
| | | Jetstar Airways Pty Ltd | |
| | | Qantas Airways Limited | |
| 142 | Raízen Combustíveis S.A. | truenorth LLC | Vendor |
| 143 | RECARO GmbH & Co. KG | Johnson Controls International plc | Vendor |
| 144 | Regional One, Inc. | Exchange Income Corporation | Vendor |
| 145 | Rogers Communications Inc. | CoreLogic, Inc. | Vendor |
| 146 | Rolls-Royce Total Care Services Ltd. | Reaction Engines Ltd. | Vendor |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 147 | Royal Bank of Canada | Abacus Group, LLC | Vendor |
| | | Bank of Montreal | |
| | | Bellevue Gold Limited | |
| | | O.B.C. (Europe) Limited | |
| | | OHS Capital Corp. | |
| | | RBC cees Trustee Limited | |
| | | RBC Royal Bank N.V. | |
| | | RCAP Leasing Inc | |
| | | Redington (India) Limited | |
| | | Royal Bank of Canada | |
| | | Royal Trust Corporation of Canada | |
| | | Spring Airlines Co., Ltd. | |
| | | Tata Consultancy Services Limited | |
| | | The Toronto-Dominion Bank | |
| 148 | S.A.E.M.L. Air Tahiti Nui | S.A.E.M.L. Air Tahiti Nui | Vendor |
| 149 | S.D. Shepherd Systems, Inc. | Landmark Health, LLC | Vendor |
| | | Sigma Technologies Ltd | |
| 150 | Safran Landing Systems SAS | Coles Group Limited | Vendor |
| | | Everest Software, Inc. | |
| 151 | Saneamento de Goiás S.A. | Saneamento de Goiás S.A. | Vendor |
| 152 | SBI Leasing Services Co., Ltd | MDR SYSTEMS LLC | Vendor |
| 153 | ScanSource Brasil Distribuidora de Tecnologias Ltda. | Gartner, Inc. | Vendor |
| | | ScanSource Brasil Distribuidora de Tecnologias Ltda. | |
| 154 | Schenker AG | DB Fahrzeuginstandhaltung GmbH | Vendor |
| 155 | Seguridad Argentina S.A. | Securitas AB (publ) | Vendor |
| 156 | Sievo Oy | Sievo Oy | Vendor |
| 157 | Sita Information Networking Computing Uk Limited | Signature Industries, Inc. | Vendor |
| | | Sita Enterprises Limited | |
| | | Société Internationale de Télécommunications Aéronautiques | |
| 158 | SMBC Aviation Capital Limited | Jupiter Visual Communications Co., Ltd. | Vendor |
| 159 | Societe Air France | Air France-KLM SA | Vendor |
| | | Blue Yonder Inc. | |
| | | Compagnie Aérienne Corse Méditerranée S.A.E.M. | |
| | | KLM Royal Dutch Airlines | |
| | | Martinair Holland N.V. | |
| | | Transavia Airlines C.V. | |
| | | Transavia France S.A.S. | |
| 160 | Societe Generale S.A. (Milan Branch) | ALD S.A. | Vendor |
| 161 | Sodexo Food Services Limited | Excelitas Technologies Corp. | Vendor |
| | | Sodexo Energie Et Maintenance | |
| 162 | South African Airways SOC Limited | South African Airways SOC Limited | Vendor |
| 163 | Spafax Airline Network Limited | BCW Group Holding Inc | Vendor |
| | | Burson Cohn & Wolfe | |
| | | HERING SCHUPPENER CONSULTING STRATEGIEBERATUNG FÜR KOMMUNIKATION GMBH | |
| | | Kantar Media Intelligences Inc. | |
| | | Mediaproduccion SL | |
| | | SCHOLZ & FRIENDS BERLIN GMBH | |
| | | The Food Group, Inc. | |
| 164 | STA Travel Limited | Diethelm Travel Thailand Limited | Vendor |
| | | DKSH Holding AG | |
| | | Garten & Park Einrichtungen GmbH | |
| | | Transa Backpacking AG | |
| 165 | Swissport International AG | Chicago Hilton LLC | Vendor |
| 166 | Telefonica Empresas Chile S.A. | Telefonica Empresas Chile S.A. | Vendor |
| 167 | Thai Airways International Public Company Limited | Thai Smile Airways Company Limited | Vendor |
| 168 | Thales Avionics, Inc. | Gemalto N.V. | Vendor |
| | | Thales DIS CPL USA, Inc. | |
| | | THALES INFORMATIQUE | |
| | | Thales S.A. | |
| 169 | The Bank of New York Mellon | PTC Inc. | Vendor |
| 170 | The Norinchukin Bank | Apex Group Ltd. | Vendor |
| 171 | Tokio Marine & Nichido Fire Insurance Co., Ltd. | Yusen Logistics Co., Ltd. | Vendor |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 172 | TOPSPORTS VENTURES LTDA. | Beacon Capital Partners, LLC | Vendor |
| | | Deacons | |
| | | Discover Financial Services | |
| | | Discovery, Inc. | |
| | | Sura Real, S.A. De C.V. Sociedad De Inversion En Instrumentos De Deuda | |
| | | TasteMade, Inc. | |
| | | The Audio Visual Group, Inc. | |
| | | Warner Media, LLC | |
| 173 | Triangle Services, Inc. | Triangle Management Services Ltd. | Vendor |
| 174 | United Airlines Holdings, Inc. | Avianca Holdings S.A. | Vendor |
| | | United Airlines Holdings, Inc. | |
| | | United Airlines, Inc. | |
| 175 | United HealthCare Insurance Company | SPECIALTY RESEARCH | Vendor |
| 176 | Vanguard Marketing Corporation | Abbott Laboratories | Vendor |
| | | AI Service B.V. | |
| | | Alcon Laboratories, Inc. | |
| | | Ameren Corporation | |
| | | Ameriprise Financial, Inc. | |
| | | Broadridge Software Limited | |
| | | Comcast Corporation | |
| | | Commonwealth Bank of Australia | |
| | | Corning Incorporated | |
| | | Equifax Services Inc. | |
| | | Exxon Mobil Corporation | |
| | | Frontier Communications Parent, Inc. | |
| | | General Electric Company | |
| | | General Motors Company | |
| | | Glatfelter Corporation | |
| | | JetBlue Airways Corporation | |
| | | Linde plc | |
| | | MetLife, Inc. | |
| | | NVIDIA Corporation | |
| | | Open Capital Advisors | |
| | | PG&E Corporation | |
| | | Piper Sandler Companies | |
| | | Pitney Bowes Inc. | |
| | | PTC Inc. | |
| | | Public Service Enterprise Group Incorporated | |
| | | Realty Income Corporation | |
| | | Samsung Electronics Co., Ltd. | |
| | | Stepan Company | |
| | | Summit Partners, L.P. | |
| | | Terex Corporation | |
| | | The Goldman Sachs Group, Inc. | |
| | | The Vanguard Group, Inc. | |
| | | Union Pacific Corporation | |
| | | Universal Health Services, Inc. | |
| | | W.W. Grainger, Inc. | |
| | | Woolworths Group Limited | |
| | | Xerox Holdings Corporation | |
| 177 | Vodafone Libertel B.V. | TPG Telecom Limited | Vendor |
| 178 | Webber Wentzel | Webber Wentzel | Vendor |
| 179 | Wells Fargo Trust Company, National Association | Birdies, Inc. | Vendor |
| | | Dremio Corporation | |
| | | MDR SYSTEMS LLC | |
| | | PROPEL PFM | |
| 180 | Willis Towers Watson | Willis Towers Watson Public Limited Company | Vendor |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 181 | Wipro Technologies Limited | Appirio Inc. | Vendor |
| | | Castlight Health, Inc. | |
| | | Catalyst Investors, L.L.C. | |
| | | Catalyst Management Limited | |
| | | Catalyst Solutions Inc. | |
| | | GE Capital Global Holdings, LLC | |
| | | GE Healthcare Limited | |
| | | NCC Services Limited | |
| | | Perseus Mining Limited | |
| | | Wipro Limited | |
| | | Wipro Technologies Limited | |
| 182 | ZANOX Hispania SL | Aurora | Vendor |
| | | Axel Springer SE | |
| | | blogfoster UG (haftungsbeschränkt) | |
| | | buecher.de GmbH & Co. KG | |
| | | eMarketer, Inc. | |
| | | Insider Inc. | |
| | | Laya Healthcare Limited | |
| | | Morning Brew, Inc. | |
| | | POLITICO LLC | |
| | | POLITICO SPRL | |
| | | Real Estate Management Services Group, LLC | |
| | | Ringier Axel Springer Polska Sp. z o.o. | |
| | | Ringier Axel Springer Schweiz AG | |
| | | SLL Automotive Group GmbH | |
| | | StepStone Deutschland GmbH | |
| | | StepStone Group Inc. | |
| | | Studydrive GmbH | |
| | | Universum Communications AB | |
| | | Vertical Media GmbH | |
| | | WeltN24 GmbH | |
| | | YOURCAREERGROUP International GmbH & Co. KG | |

| # | Interested Party Name | Proposed Professional Connection Name | Connecton Type |
|---|---|---|---|
| 1 | Aviacion Real A I E | Attijariwafa bank SA<br>Banco Popular Espanol, S.A.<br>Banco Santander S.A. | Ordinary Course Banking Relationship |
| 2 | Banco Bilbao Vizcaya Argentaria S.A. | Turkiye Garanti Bankasi A.S. | Ordinary Course Banking Relationship |
| 3 | Banco de Crédito e Inversiones | Banco de Chile | Ordinary Course Banking Relationship |
| 4 | Banco Santander S.A. | Banco Santander (Brasil) S.A. | Ordinary Course Banking Relationship |
| 5 | Chase Paymentech Solutions | JP Morgan Chase | Ordinary Course Banking Relationship |
| 6 | Citibank N.A. | Citibank<br>Citibank Berhad<br>Citibank Espana S.A. | Ordinary Course Banking Relationship |
| 7 | Citibank, N.A | Banco Citibank de Costa Rica S.A. | Ordinary Course Banking Relationship |
| 8 | Commonwealth Bank Of Australia, New York Branch | Commonwealth Bank of Australia | Ordinary Course Banking Relationship |
| 9 | Grupo Sura | Bancolombia S.A. | Ordinary Course Banking Relationship |
| 10 | Royal Bank Of Canada | Bank of Montreal | Ordinary Course Banking Relationship |
| 11 | Scotiabank Chile | Scotiabank Inverlat, S.A. | Ordinary Course Banking Relationship |
| 12 | Sumitomo Mitsui Banking Corp. | Sumitomo Mitsui Banking Corporation | Ordinary Course Banking Relationship |

## **Schedule 3**

MIO's Connections to Interested Parties

| | **Interested Party Name** | **MIO Connection Name[1]** | **Connection Type** |
|---|---|---|---|
| 1. | Accenture | AlphaBet Partners LP | Third-Party Manager / Managed Fund |
| 2. | AIG Inc.; AIG Seguros Brasil S.A.; AIG Seguros Brasil S.A. and Starr International Brasil Seguradora S.A. | BlackBird Alpha | Third-Party Manager / Managed Fund |
| | | Merrill Lynch & Co Inc | Counterparty |
| 3. | American Express Travel Related Services Company, Inc | Plaid | Vendor |
| 4. | American Express Travel Related Services Company, Inc. | Plaid | Vendor |
| 5. | AON Holdings Corretores de Seguros LTDA; Aon Holdings Corretores de Seguros Ltda.; AON Risk Services (Chile S.A.) Corredores de Seguros Limitada | Aon Human Capital Solutions | Vendor |
| 6. | Asesorías e Inversiones American Express Chile Limitada | Plaid | Vendor |
| 7. | Aviacion Real A I E | RBS | Counterparty |
| 8. | AWP SERVICE BRASIL LTDA | Halo International Ltd | Third-Party Manager / Managed Fund |
| 9. | AXA XL | Highfields Capital Ltd | Third-Party Manager / Managed Fund |
| 10. | Banc of America Leasing Ireland Co.; Bank of America | Countrywide Home Loans-related Securities | Direct Investment |
| | | Merrill Lynch & Co Inc | Counterparty |
| | | Merrill Lynch-related Securities | Direct Investment |
| 11. | Banco ABC Brasil SA | AlphaBet Partners LP | Third-Party Manager / Managed Fund |
| 12. | Banco IBM SA | Sanctum Fixed Income Fund | Third-Party Manager / Managed Fund |
| 13. | Bank of Utah | Metropolitan Capital Advisors LP | Third-Party Manager / Managed Fund |
| 14. | Barclays | Barclays GSCI Commodities Fund | Third-Party Manager / Managed Fund |
| | | New Holland Management Holdings LLC | Third-Party Manager / Managed Fund |
| 15. | Black Rock | Merrill Lynch & Co Inc | Counterparty |
| | | Wells Fargo Securities | Counterparty |
| | | Wells Fargo-related securities | Direct Investment |
| 16. | Bumeran.Com Chile S.A | Box Inc | Vendor |
| 17. | C&A Modas S.A | M-Files Inc | Vendor |

[1] Where MIO was not able to confirm whether an entity on the Expanded Interested Party List was, in fact, the same entity to which MIO has a connection, MIO included such possible connections in its report to the Proposed Professionals.

| | Interested Party Name | MIO Connection Name[1] | Connection Type |
|---|---|---|---|
| 18. | Calyon | Calyon Cash Portfolio | Counterparty |
| | | Calyon Financial Inc | Counterparty |
| 19. | Cencosud Administradora De Tarjetas S.A. | Charles Schwab And Co. | Vendor |
| | | Scotia Capital Inc. | Counterparty |
| | | TMX | Vendor |
| 20. | Chase Paymentech Solutions | Arcesium | Vendor |
| | | CHASE | Counterparty |
| | | Consensys Limited | Vendor |
| | | Consensys Solutions | Vendor |
| | | ECI | Vendor |
| | | Infosys Limited | Vendor |
| | | J.P. Morgan Chase & Co. | Counterparty |
| | | J.P. Morgan Chase Bank | Counterparty |
| | | J.P. Morgan Chase Bank-related Securities | Direct Investment |
| | | J.P. Morgan Clearing Corp | Counterparty |
| | | J.P. Morgan Futures Inc. | Counterparty |
| | | J.P. Morgan Markets | Counterparty |
| | | J.P. Morgan Prime | Counterparty |
| | | J.P. Morgan Securities | Counterparty |
| | | J.P. Morgan Ventures Energy Corporation | Counterparty |
| | | Marketaxess Holdings | Direct Investment |
| | | Mellon Bank, N.A. | Vendor |
| | | Morgan Guaranty | Counterparty |
| | | Sunrun Inc | Direct Investment |
| | | TradeWeb | Vendor |
| | | Traiana | Counterparty |
| | | Winston Partners Private Equity | Third-Party Manager / Managed Fund |
| | | Zayo | Vendor |
| 21. | Citibank International PLC; Citibank N.A.; Citibank, N.A; Citibank, S.A. | Foreside | Vendor |
| | | Plaid | Vendor |
| | | Sina Com | Direct Investment |
| 22. | COMPANHIA ENERGETICA DO CEARA | COMPASS SAV | Third-Party Manager / Managed Fund |
| 23. | Credit Agricole Corporate and Investment Bank | ACA | Vendor |
| | | Calyon Cash Portfolio | Counterparty |
| | | Calyon Financial Inc | Counterparty |
| | | Pioneer Explorer Fund LP | Third-Party Manager / Managed Fund |
| | | The Phoenix Group | Vendor |

| | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| 24. | Credit Industriel ET Commercial | ACA | Vendor |
| 25. | Credit Suisse | Brevan Howard Asset Management LLP | Third-Party Manager / Managed Fund |
| | | COMPASS SAV | Third-Party Manager / Managed Fund |
| | | FIRSTCORP CAPITAL 1996 FUND LP | Third-Party Manager / Managed Fund |
| | | MCM Managers LLC | Third-Party Manager / Managed Fund |
| | | Ospraie Commodity Fund | Third-Party Manager / Managed Fund |
| | | Ospraie Fund | Third-Party Manager / Managed Fund |
| 26. | Cybersource International, Inc. | Plaid | Vendor |
| 27. | DELOITTE; DELOITTE CONSULTING LLP | Deloitte & Touche | Vendor |
| 28. | Deutsche Bank; Deutsche Bank AG, New York Branch; Deutsche Bank Trust Company Americas | Morgan Grenfell Municipal Bond Fund | Third-Party Manager / Managed Fund |
| 29. | Directv, LLC | AT&T Inc. | Vendor |
| | | AT&T Mobility | Vendor |
| | | Time Warner Cable ( Spectrum) | Vendor |
| 30. | DRAKE AIR | NCC Group | Vendor |
| 31. | ELETROPAULO METROPOLITANA ELETRICID | COMPASS SAV | Third-Party Manager / Managed Fund |
| 32. | Empresa Nacional De Energia Enex S. | Banco de Chile | Counterparty |
| 33. | Ernst Y Young SAS | Ernst & Young | Vendor |
| | | Thomson Reuters | Vendor |
| 34. | Euler Hermes | Halo International Ltd | Third-Party Manager / Managed Fund |
| 35. | Facebook; FACEBOOK IRELAND LIMITED | Atlas Enhanced Fund LTD | Third-Party Manager / Managed Fund |
| 36. | Fairfax Brasil Seguros Corp. S.A.; FAIRFAX BRASIL SEGUROS CORPORATIVOS S.A. | Atlas Enhanced Fund LTD | Third-Party Manager / Managed Fund |
| 37. | First Class Services, Inc | EGP GP II LP | Third-Party Manager / Managed Fund |
| 38. | Fondo De Inversi¢n Privado Deudas Y Facturas 1 | Banco de Chile | Counterparty |
| 39. | Galaz, Yamazaki, Ruiz Urquiza, S.C. | Deloitte & Touche | Vendor |
| | | Deloitte Belastingconsulenten | Vendor |

| | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| 40. | GE Celma Ltda.; GE Commercial Aviation Services Limited; GE Engine Services, Inc.; GE Engine Services, LLC | Green Dot Corp-related Securities | Direct Investment |
| | | Merrill Lynch & Co Inc | Counterparty |
| | | Merrill Lynch-related Securities | Direct Investment |
| | | Sage Partners Master Fund | Third-Party Manager / Managed Fund |
| 41. | GKN Aerospace Services Ltd. | QDS | Vendor |
| 42. | GOLDEN TOUCH TRANSPORTATION OF NY, INC. | Evolution Markets Ltd | Vendor |
| | | The Evolution Technology Fund III LP | Third-Party Manager / Managed Fund |
| 43. | Goldman Sachs | Atlas Enhanced Fund LTD | Third-Party Manager / Managed Fund |
| | | Burst Capital | Third-Party Manager / Managed Fund |
| | | Goldman Sachs Compass OGCTV LLC | Counterparty |
| | | Impilo AB | Third-Party Manager / Managed Fund |
| | | Plaid | Vendor |
| 44. | Goodrich Corp. | Juniper | Vendor |
| 45. | Google | AlphaBet Offshore Ltd | Third-Party Manager / Managed Fund |
| | | AlphaBet Partners LP | Third-Party Manager / Managed Fund |
| | | Expel | Vendor |
| | | Plaid | Vendor |
| 46. | HSBC Bank Chile | COMPASS SAV | Third-Party Manager / Managed Fund |
| | | Hang Seng Stock Index Future | Direct Investment |
| | | HSI INVESTMENTS | Direct Investment |
| | | Merrill Lynch & Co Inc | Counterparty |
| 47. | IBM | Sanctum Fixed Income Fund | Third-Party Manager / Managed Fund |
| 48. | Ibm Brasil - Industria, Maquinas E Servicos Ltda; IBM De Chile S.A.C.; IBM De Colombia & Cia S.C.A.; IBM Del Ecuador C.A.; IBM Del Per£ S.A.C. | Diligent | Vendor |
| | | Emageon Inc | Direct Investment |
| | | Ernst & Young | Vendor |
| | | Level 3 Communications | Vendor |
| | | MongoDB | Direct Investment |

| | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| | | PricewaterhouseCoopers | Vendor |
| | | Red Hat | Vendor |
| | | SEI Investment Solutions | Counterparty |
| 49. | International Card Acquiring Agreement | Consensys Limited | Vendor |
| | | Consensys Solutions | Vendor |
| | | Plaid | Vendor |
| 50. | Investec Bank plc | Evolution Markets Ltd | Vendor |
| | | The Evolution Technology Fund III LP | Third-Party Manager / Managed Fund |
| 51. | ITA Software Llc | Abacus | Vendor |
| | | CME Group | Counterparty |
| | | Collibra Inc | Vendor |
| | | CrowdStrike Inc | Vendor |
| | | GitLab Inc | Vendor |
| | | Mandiant | Vendor |
| | | Plaid | Vendor |
| 52. | J. ARON & COMPANY LLC | Atlas Enhanced Fund LTD | Third-Party Manager / Managed Fund |
| | | Goldman Sachs Compass OGCTV LLC | Counterparty |
| | | Impilo AB | Third-Party Manager / Managed Fund |
| | | Mandiant | Vendor |
| | | Plaid | Vendor |
| 53. | J.P Morgan Europe Limited | Arcesium LLC | Vendor |
| | | CHASE | Counterparty |
| | | Consensys Limited | Vendor |
| | | Greenwich Ltd | Third-Party Manager / Managed Fund |
| | | J.P. Morgan Chase & Co.-related Securities | Direct Investment |
| | | Marketaxess Holdings Inc | Direct Investment |
| | | Morgan Guaranty | Counterparty |
| 54. | J.P.Morgan | Arcesium LLC | Vendor |
| | | CHASE | Counterparty |
| | | Consensys Limited | Vendor |
| | | Greenwich Ltd | Third-Party Manager / Managed Fund |
| | | J.P. Morgan Chase & Co.-related Securities | Direct Investment |
| | | Marketaxess Holdings | Direct Investment |
| | | Marketaxess Holdings Inc | Direct Investment |
| | | Morgan Guaranty | Counterparty |

| | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| 55. | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | Jefferies Hong Kong Limited | Counterparty |
| 56. | Kaiser Insurance | Wells Fargo-related securities | Direct Investment |
| 57. | Kidde Technologies Inc | Chubb Atlantic | Vendor |
| | | Chubb Bermuda Insurance Ltd | Vendor |
| 58. | Kroll | Jay Gaines & Co Inc | Vendor |
| 59. | Macquarie Aircraft Leasing | Merrill Lynch & Co Inc | Counterparty |
| 60. | MANCHESTER SECURITIES CORP; Manchester Securities Corp. | Elliott Associates LP | Third-Party Manager / Managed Fund |
| | | Elliott International Ltd | Third-Party Manager / Managed Fund |
| | | Elliott Management Corporation | Third-Party Manager / Managed Fund |
| 61. | MARSH Corretora de Seguros LTDA; Marsh Corretora de Seguros Ltda. | Evolution Markets Ltd | Vendor |
| 62. | MASTERCARD | Plaid | Vendor |
| | | Switch Venture Capital | Third-Party Manager / Managed Fund |
| 63. | Mckinsey & Company; Mckinsey & Company do Brasil Consultoria Ltda. | New Stream Secured Capital Partners LP | Third-Party Manager / Managed Fund |
| 64. | Microsoft Chile S.A. | Atlas Enhanced Fund LTD | Third-Party Manager / Managed Fund |
| | | Sequoia Capital India Operations LLC | Third-Party Manager / Managed Fund |
| 65. | Microsoft Corporation And Microsoft Online, A Subsidiary Of Microsoft Corporation | Apex | Vendor |
| | | Insight (Microsoft Corporation) | Vendor |
| | | Intellectual Ventures Management | Third-Party Manager / Managed Fund |
| | | LinkedIn Corporation | Vendor |
| | | Microsoft | Vendor |
| | | Sequoia Capital | Third-Party Manager / Managed Fund |
| 66. | Milan, Spaces Porta Nuova | Regus Hamburg Spitalerhof | Vendor |
| | | Regus Management Group | Vendor |
| | | Regus Management Singapore | Vendor |
| 67. | Moodys Investors Services | Moody's | Vendor |
| 68. | Morgan Stanley | Horizon Financial Corp | Direct Investment |
| | | Horizon Offshore Inc | Direct Investment |
| 69. | MUFG Bank, Ltd. | Merrill Lynch & Co Inc | Counterparty |
| | | Plaid | Vendor |
| 70. | Multiservicios Aeroportuarios, S.A | CME Group | Counterparty |
| 71. | Nh Hoteles Espana SA | S&P Global | Vendor |

| | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| 72. | Oaktree Capital Management | Atlas Enhanced Fund LTD | Third-Party Manager / Managed Fund |
| | | Lehman Brothers US Corp High Yield | Direct Investment |
| 73. | Openlink Financial LLC | Blackpeak | Vendor |
| | | Thomson Reuters | Vendor |
| 74. | Pacific Scientific Company | IRIS International Inc | Direct Investment |
| 75. | Pinhero Neto Advogados | Pinhero Neto Advogados | Vendor |
| 76. | PricewaterhouseCoopers | PwC Corporate Services Limited | Vendor |
| 77. | Prime Clerk LLC | Jay Gaines & Co Inc | Vendor |
| 78. | Raizen Combustiveis S.A. | Integral ILS Ltd | Third-Party Manager / Managed Fund |
| 79. | Rohr Aero Services LLC | Juniper | Vendor |
| 80. | Royal Bank Of Canada | Abacus | Vendor |
| | | Credit Suisse | Counterparty |
| | | CSC | Vendor |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Prudential | Counterparty |
| | | RBC (Barbados) Trading Bank Corporation | Counterparty |
| | | RBC Capital Markets | Counterparty |
| | | RBC Europe Limited | Counterparty |
| | | Royal Bank of Canada | Counterparty |
| | | The Toronto-Dominion Bank | Counterparty |
| | | Wells Fargo | Counterparty |
| 81. | Scansource Brasil Distribuidora De Tecnologias Ltda | Scansource Services Group | Vendor |
| 82. | Scotiabank Chile | Barrett Business Services Inc | Direct Investment |
| 83. | Shell | Integral ILS Ltd | Third-Party Manager / Managed Fund |
| 84. | Smbc Aviation Capital | ACA | Vendor |
| 85. | Societe Generale Milan | Calyon Financial Inc | Counterparty |
| 86. | Southbridge Compañía de Seguros Generales S.A. | Atlas Enhanced Fund LTD | Third-Party Manager / Managed Fund |
| 87. | STRATEGIC VALUE OPPORTUNITIES FUND, L.P. | Strategic Value Global Opportunities Fund | Third-Party Manager / Managed Fund |
| 88. | Sumitomo Mitsui Banking Corp. ; Sumitomo Mitsui Banking Corporation | Plaid | Vendor |
| 89. | TELENOR SVERIGE AB; Telenor Sverige Ab. | Quest Original | Third-Party Manager / Managed Fund |

| | Interested Party Name | MIO Connection Name[1] | Connection Type |
|---|---|---|---|
| 90. | Thales Avionics Inc. | Thales Trading Solutions LLC | Counterparty |
| 91. | The Bank of New York Mellon | Mellon S&P 500 Fund | Third-Party Manager / Managed Fund |
| 92. | The Norinchukin Bank; NorInc.hukin; Norinchukin | LEC Investments | Direct Investment |
| 93. | U.S. Bank National Association | Metropolitan Capital Advisors LP | Third-Party Manager / Managed Fund |
| 94. | UBS O'CONNOR LLC | UBS Securities LLC | Counterparty |
| 95. | Unitedhealthcare Insurance Company | Europe Capital Partners VII SCA | Third-Party Manager / Managed Fund |
| 96. | Vanguard Marketing | Broadridge Managed Solutions Inc | Counterparty |
| | | CHASE | Counterparty |
| | | Goldman Sachs | Counterparty |
| | | Infosys Limited | Vendor |
| | | J.P. Morgan Chase & Co. | Counterparty |
| | | J.P. Morgan Chase Bank | Counterparty |
| | | MetLife | Counterparty |
| | | Vanguard | Third-Party Manager / Managed Fund |
| 97. | VODAFONE LIBERTEL B.V.; VODAFONE PORTUGAL - COMUNICAÇÕES PE | Cavalry Capital Appreciation | Third-Party Manager / Managed Fund |
| | | COMPASS SAV | Third-Party Manager / Managed Fund |
| 98. | Wells Fargo / Safekeep; Wells Fargo Bank, N.A./Sig; Wells Fargo Bank, National Association; Wells Fargo Bank, National Association; Wells Fargo Bank, National Association; Wells Fargo Bank, National Association; Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC; Wells Fargo Municipal Bond FundWells Fargo Securities, LLC; Wells Fargo Trust Limited Corporation | Wells Fargo Securities | Counterparty |
| | | Wells Fargo-related securities | Direct Investment |
| 99. | Wells Fargo Bank Northwest N.A.; Wells Fargo Bank Northwest, N.A. | ACA | Vendor |
| | | Atlas Enhanced Fund LTD | Third-Party Manager / Managed Fund |
| | | CHASE | Counterparty |
| | | Greenwich Ltd | Third-Party Manager / Managed Fund |
| | | Metropolitan Capital Advisors LP | Third-Party Manager / Managed Fund |
| | | Metropolitan West Asset Management | Third-Party Manager / Managed Fund |

| | Interested Party Name | MIO Connection Name[1] | Connection Type |
|---|---|---|---|
| | | Plaid | Vendor |
| | | Wells Fargo Securities | Counterparty |
| | | Wells Fargo-related securities | Direct Investment |
| 100. | WHITEBOX MULTI-STRATEGY PARTNERS, L.P. | Whitebox Advisors LLC | Third-Party Manager / Managed Fund |
| | | Whitebox Multi-Strategy Fund | Third-Party Manager / Managed Fund |
| 101. | Wilmington Trust Company | Limited Life Asset Issuance PLC Note | Direct Investment |
| | | PwC Corporate Services Limited | Vendor |
| 102. | Zanox Hispanila S.L.U. | Enso Financial | Counterparty |
| | | Wolters Kluwer | Vendor |