**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LATAM Airlines Group S.A., *et al.*,<br><br>Reorganized Debtors.¹ | Chapter 11<br><br>Case No.: 20-11254 (JLG)<br><br>Jointly Administered |

**ORDER GRANTING FOURTH INTERIM AND FINAL APPLICATION
OF DELOITTE TOUCHE OUTSOURCING SERVIÇOS CONTÁBEIS E
ADMINISTRATIVOS LTDA. ("DELOITTE BRAZIL")AS TAX SERVICE PROVIDER
FOR THE REORGANIZED DEBTORS FOR (I) INTERIM ALLOWANCE OF FIXED
AND HOURLY COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED FROM OCTOBER 1, 2021 THROUGH APRIL 30, 2022;
AND (II) FINAL ALLOWANCE OF COMPENSATION FROM
MAY 26, 2020 THROUGH APRIL 30, 2022**

Upon consideration of the: Fourth Interim Application and Final Application of Deloitte Touche Outsourcing Serviços Contábeis e Administrativos Ltda. ("Deloitte Brazil"), as Tax Service Providers for the Debtors [Docket No. 7240] (the "Application") for professional services rendered and expenses incurred; and notice of the Application having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) and the *Order*

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with each Debtor's U.S. or local tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96- 6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98- 0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76- 9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65- 0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on August 11, 2020 [Docket No. 828]; and after due deliberation and sufficient cause having been shown therefor, it is hereby

**ORDERED** that the Application is granted on a final basis to the extent set forth in the attached Schedule "A" and Schedule "B".

Dated: New York, New York
         March 2, 2023

                                              /s/ *James L. Garrity, Jr.*
                                            HONORABLE JAMES L. GARRITY, JR.
                                            UNITED STATES BANKRUPTCY JUDGE

Case No. 20-11254 (JLG)        CURRENT INTERIM FEE PERIOD        Schedule A

*October 1, 2021 through April 30, 2022*

Case Name: LATAM Airlines Group S.A, *et al.*

| (1) Applicant | (2) Date/Doc. No. of Application/Period | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e. Holdback Release) | (7) Total Fees to be Paid[2] | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Deloitte Touche Outsourcing Serviços Contábeis e Administrativos Ltda. ("Deloitte Brazil")** *As Tax Services Providers for the Debtors and Debtors in Possession* | Docket No. 7240 *October 1, 2021 through April 30, 2022* | $255,148.88 | $255,148.88 | $255,148.88 | $87,333.09 | $342,481.97 | N/A | N/A |

**DATE ON WHICH ORDER WAS SIGNED: 3/2/2023**        **INITIALS: JLG USBJ**

---

[2] Total fees to be paid for the current fee period to the extent not previously paid.

Case No. 20-11254 (JLG)　　　　　　　　　　　　FINAL FEE PERIOD　　　　　　　　　　　　Schedule B

Case Name: LATAM Airlines Group S.A.　　　　　**May 26, 2020 through April 30, 2022**

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Allowed to be Paid[3] | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Allowed to be Paid |
|---|---|---|---|---|
| **Deloitte Touche Outsourcing Serviços Contábeis e Administrativos Ltda. ("Deloitte Brazil")**<br><br>*As Tax Services Providers for the Debtors and Debtors in Possession* | $925,459.20 | $925,459.20 | $0.00 | $0.00 |

**DATE ON WHICH ORDER WAS SIGNED: 3/2/2023　　　　　INITIALS:  JLG USBJ**

---

[3] Total fees to be paid for the current fee period to the extent not previously paid.

2